1  Snell & Wilmer L.L.P.
   Randal S. Weide, NV Bar No. 5541
2  David G. Barker (*pro hac vice* to be filed)
   Zachary G. Schroeder (*pro hac vice* to be filed)
3  1700 South Pavilion Center Drive, Suite 700
   Las Vegas, Nevada 89135-1865
4  Telephone: 702.784.5200
   Facsimile:  702.784.5252
5  sweide@swlaw.com
   dbarker@swlaw.com
6  zschroeder@swlaw.com

7  Timothy J. Ziolkowski (*pro hac vice* to be filed)
   Jacob M. Fritz (*pro hac vice* to be filed)
8  ZIOLKOWSKI PATENT SOLUTIONS GROUP, SC
   136 S. Wisconsin Street
9  Port Washington, WI 53074
   Telephone: 262.268.8100
10 Facsimile:  262.268.8185
   tjz@zpatents.com
11 jmf@zpatents.com

12 *Attorneys for Champion Power Equipment, Inc.*

13

14                    IN THE UNITED STATES DISTRICT COURT

15                        FOR THE DISTRICT OF NEVADA

16

17 CHAMPION POWER EQUIPMENT, INC.,        Case No.  2:25-cv-00844

18                    Plaintiff,          **COMPLAINT AND DEMAND FOR**
                                          **JURY TRIAL**
19          v.

20 WESTINGHOUSE ELECTRIC                  Date:        X
   CORPORATION; WESTINGHOUSE
21 ELECTRIC AND MANUFACTURING
   COMPANY, LLC; MIDWEST EQUIPMENT
22 SALES, LLC; and MWE INVESTMENTS,
   LLC,
23
                    Defendants.
24

25

26      CHAMPION POWER EQUIPMENT, INC. ("Champion"), by and through its undersigned

27 attorneys, hereby files this complaint for patent infringement against WESTINGHOUSE

28 ELECTRIC CORPORATION, WESTINGHOUSE ELECTRIC AND MANUFACTURING

Snell & Wilmer
L.L.P.
ATTORNEYS AT LAW
Las Vegas

4914-8558-9826                    - 1 -                    COMPLAINT AND DEMAND FOR JURY
                                                           TRIAL

1  COMPANY, LLC, MIDWEST EQUIPMENT SALES, LLC, and MWE INVESTMENTS, LLC

2  ("Defendants") and alleges as follows:

3  **THE PARTIES**

4      1.    Champion is a duly organized and operating Nevada corporation incorporated at

5  6370 S Pioneer Way, Unit 101, Las Vegas, Nevada 89113. Champion designs and sells single-fuel

6  and multi-fuel generators, power stations, log splitters, chipper shredders, leaf blowers, tillers,

7  chainsaws, cultivators, lawn edgers, augers, string trimmers, pressure washers, water pumps, snow

8  blowers, winches, hoists, accessories, and other equipment.

9      2.    Champion goes to great lengths in protecting its proprietary intellectual property

10  and expends considerable resources in obtaining patents in the United States and other foreign

11  jurisdictions. Champion has filed over 70 patent applications and has been awarded 61 U.S.

12  patents.

13      3.    Defendants make, use, sell, offer to sell, and/or import multi-fuel generators under

14  the Westinghouse brand (referred to herein as "Westinghouse generators") in the United States

15  and in this District, including through the website westinghouse.com and

16  westinghouseoutdoorpower.com.

17      4.    Upon information and belief, Defendants have a regular and established place of

18  business at 240 S. Stanford Way, Sparks, Nevada, 89431, from which the Defendants ship, sell

19  and/or service the products they sell.

20      5.    Upon information and belief, Defendants do business as "Westinghouse" and

21  "Westinghouse Outdoor Power Equipment."

22      6.    Upon information and belief, Defendant Westinghouse Electric Corporation

23  ("WEC") is a Pennsylvania company with a regular and established place of business at 240 S.

24  Stanford Way, Sparks, Nevada, 89431.

25      7.    WEC is listed as the owner of the websites westinghouse.com and

26  westinghouseoutdoorpower.com, both of which offer the Westinghouse generators for sale.

27

28

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

8.    Upon information and belief, Defendant Westinghouse Electric and Manufacturing Company, LLC ("WEMC") is an Ohio limited liability company with a regular and established place of business at 240 S. Stanford Way, Sparks, Nevada, 89431.

9.    WEMC is the owner of U.S. Trademark Registration No. 4523437 for WESTINGHOUSE INNOVATION YOU CAN BE SURE OF, the trademark used on the website westinghouseoutdoorpower.com, where Defendants offer the Westinghouse generators for sale.

10.    WEMC is also the owner of U.S. Trademark Registration No. 6460613 for WESTINGHOUSE OUTDOOR POWER EQUIPMENT, the trademark used in the footer of the website Westinghouseoutdoorpower.com, where Defendants offer the Westinghouse generators for sale.

11.    WEMC is listed as the "Company" in the Privacy Policy on the westinghouse.com website.

12.    Upon information and belief, Defendant Midwest Equipment Sales, LLC ("MES") is an Ohio limited liability company registered to do business in Nevada, with a statutory agent in Carson City, Nevada, and a regular and established place of business at 240 S. Stanford Way, Sparks, Nevada, 89431.

13.    Upon information and belief, Defendant MWE Investments, LLC ("MWE") is an Ohio limited liability company with a regular and established place of business at 240 S. Stanford Way, Sparks, Nevada, 89431.

14.    MWE is the entity listed in the warranty notices available at westinghouseoutdoorpower.com, and the warranty notice link on westinghouse.com redirects to the warranty notices available at westinghouseoutdoorpower.com.

15.    Upon information and belief, Defendant MWE became a subsidiary of WEC, in or around October 2024, wherein the multi-fuel generator business of Defendant MES joined with WEC, selling generators under the Westinghouse brand.

16.    Given the different usages of entity names on Defendants' websites and materials, Champion is asserting claims for patent infringement against all Defendants, all of which operate in conjunction through Defendant MES with an established place of business in Sparks, Nevada,

and Champion reserves the right to amend the Complaint to add or remove defendants as information is learned in discovery.

17.    Champion has attempted to work with Defendants to resolve this matter.

18.    Champion has sent Defendant MWE cease and desist demands regarding Westinghouse generators in 2020 and again in 2024. Defendants have failed to cease infringement of Champion's intellectual property throughout this time.

## JURISDICTION AND VENUE

19.    This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. §§ 271, *et seq*.

20.    This Court has jurisdiction over the subject matter of this patent infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

21.    This Court has personal jurisdiction over Defendants, and venue is proper under 28 U.S.C. §§ 1391(a)–(c), and 1400(b), because Defendants have a regular and established place of business in this District as alleged above, and they have committed acts of patent infringement within this District by making, using, selling, offering to sell, and/or importing Westinghouse generators in this District that infringe one or more of Champion's patents as alleged herein. Defendants' physical location within Nevada, electronic commerce through the websites westinghouse.com, westinghouseoutdoorpower.com, and other online locations, and through advertisements, offers for sale, distribution, and sales have established at least minimum contacts with Nevada such that the exercise of jurisdiction over Defendants would not offend traditional notions of fair play and substantial justice.

## COUNT I:  INFRINGEMENT OF U.S. PATENT NO. 10,393,034

22.    Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

23.    U.S. Patent No. 10,393,034 is titled "FUEL SYSTEM FOR A MULTI-FUEL INTERNAL COMBUSTION ENGINE." U.S. Patent No. 10,393,034 was duly and legally issued on August 27, 2019. A true and correct copy of U.S. Patent No. 10,393,034 is attached as Exhibit A.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 4 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

24. Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 10,393,034 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

25. Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringes one or more claims of U.S. Patent No. 10,393,034:

      a.       Model WGen 3600DFc, a multi-fuel Generator;

      b.       Model iGen 4500DF, a multi-fuel Generator;

      c.       Model WGen 5300DFv, a multi-fuel Generator;

      d.       Model WGen 9500DFc, a multi-fuel Generator;

      e.       Model WGen 5300DFc, a multi-fuel Generator;

      f.       Model WGen 7500DF, a multi-fuel Generator;

      g.       Model WGen 10500TFc, a multi-fuel Generator;

      h.       Model WGen 9500TFc, a multi-fuel Generator; and

      i.       Model WGen 11500TFc, a multi-fuel Generator.

26. Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1, 3, 5–9, and 18 of U.S. Patent No. 10,393,034. Each of the foregoing Westinghouse generator models infringe:

      a.       Independent claim 1 by specifically including a multi-fuel engine comprising an engine operable on a liquid fuel and a gaseous fuel; a carburetor attached to an intake of the engine to mix air and fuel and connect a liquid fuel source to the intake, the carburetor comprising a float bowl; a liquid cutoff solenoid coupled to the carburetor to open and close a liquid fuel path to the engine downstream from the float bowl; a gaseous cutoff coupled to open and close a gaseous fuel source to the engine; and a switch selectively coupling a power source to the liquid cutoff solenoid to open

and close the liquid fuel path, as called for in claim 1 of U.S. Patent No. 10,393,034.

b.    Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, the switch actuates the liquid cutoff solenoid to enable changing engine operation between the liquid fuel and the gaseous fuel, so as to prevent fuel flow from the liquid fuel source and the gaseous fuel source simultaneously and allow switching between fuel sources on-the-fly during engine operation, as called for in claim 3 of U.S. Patent No. 10,393,034.

c.    Dependent claim 5 by specifically including all the aforementioned elements of claim 1 and, in addition, the engine is a dual fuel engine that operates on gasoline from the liquid fuel source and LPG from the gaseous fuel source, as called for in claim 5 of U.S. Patent No. 10,393,034.

d.    Dependent claim 6 by specifically including all the aforementioned elements of claim 1 and, in addition, activating the gaseous cutoff simultaneously activates the liquid cutoff solenoid, as called for in claim 6 of U.S. Patent No. 10,393,034.

e.    Dependent claim 7 by specifically including all the aforementioned elements of claim 1 and, in addition, the liquid cutoff solenoid is selectively operable to cut off fuel flow from the float bowl to a nozzle in a venturi of the carburetor upstream from a throttle for the engine, as called for in claim 7 of U.S. Patent No. 10,393,034.

f.    Dependent claim 8 by specifically including all the aforementioned elements of claim 1 and, in addition, the carburetor connects the gaseous fuel source to the intake, as called for in claim 8 of U.S. Patent No. 10,393,034.

g.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, a liquid fuel valve positioned on a

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 6 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

liquid fuel line coupling the liquid fuel source to the carburetor to open and close the liquid fuel source to the engine, as called for in claim 9 of U.S. Patent No. 10,393,034.

h.     Independent claim 18 by specifically including a multi-fuel internal combustion engine comprising an engine operable on liquid fuel supplied through a liquid fuel line from a liquid fuel source and gaseous fuel supplied through a gaseous fuel line from a pressurized fuel source; a carburetor coupled to an intake of the engine to mix air and fuel and connect to the liquid fuel line and the gaseous fuel line; a carburetor cutoff solenoid coupled to control fuel flow within the carburetor from the liquid fuel line and selectively engage engine operation on liquid fuel; and a gaseous fuel valve coupled to control fuel flow through the gaseous fuel line and selectively engage engine operation on gaseous fuel, as called for in claim 18 of U.S. Patent No. 10,393,034.

Therefore, each of the foregoing Westinghouse generator models listed in Paragraph 25(a)–(i) infringes at least claims 1, 3, 5–9, and 18 of U.S. Patent No. 10,393,034.

27.     Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

a.     Model WGen 3600DF, a multi-fuel Generator;

b.     Model WGen 5300DF, a multi-fuel Generator;

c.     Model WGen 7500DFc, a multi-fuel Generator;

d.     Model WGen 9500DF, a multi-fuel Generator;

e.     Model iGen 4500DFc, a multi-fuel Generator;

f.     Model iGen 4500DFcv, a multi-fuel Generator;

g.     Model iGen 5000DF, a multi-fuel Generator;

h.     Model iGen 5000DFc, a multi-fuel Generator;

i.     Model WGen 3600DFcv, a multi-fuel Generator;

COMPLAINT AND DEMAND FOR JURY TRIAL

1              j.      Model WGen 3600DFv, a multi-fuel Generator; and

2              k.     Model WGen 5300DFcv, a multi-fuel Generator.

3        28.    Upon review of images and the owner's manuals of the foregoing Westinghouse

4 generator models and comparisons of the images and owner's manuals of the foregoing

5 Westinghouse generator models to those of the Westinghouse generator models listed in Paragraph

6 25, it was determined that the foregoing Westinghouse generator models include all of the elements

7 of at least claims 1, 3, 5–9, and 18 of U.S. Patent No. 10,393,034.  Each of the foregoing

8 Westinghouse generator models infringe:

9              a.     Independent claim 1 by specifically including a multi-fuel engine

10                   comprising an engine operable on a liquid fuel and a gaseous fuel; a

11                   carburetor attached to an intake of the engine to mix air and fuel and connect

12                   a liquid fuel source to the intake, the carburetor comprising a float bowl; a

13                   liquid cutoff solenoid coupled to the carburetor to open and close a liquid

14                   fuel path to the engine downstream from the float bowl; a gaseous cutoff

15                   coupled to open and close a gaseous fuel source to the engine; and a switch

16                   selectively coupling a power source to the liquid cutoff solenoid to open

17                   and close the liquid fuel path, as called for in claim 1 of U.S. Patent

18                   No. 10,393,034.

19              b.     Dependent claim 3 by specifically including all the aforementioned

20                   elements of claim 1 and, in addition, the switch actuates the liquid cutoff

21                   solenoid to enable changing engine operation between the liquid fuel and

22                   the gaseous fuel, so as to prevent fuel flow from the liquid fuel source and

23                   the gaseous fuel source simultaneously and allow switching between fuel

24                   sources on-the-fly during engine operation, as called for in claim 3 of U.S.

25                   Patent No. 10,393,034.

26              c.     Dependent claim 5 by specifically including all the aforementioned

27                   elements of claim 1 and, in addition, the engine is a dual fuel engine that

28

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 8 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

operates on gasoline from the liquid fuel source and LPG from the gaseous fuel source, as called for in claim 5 of U.S. Patent No. 10,393,034.

d.    Dependent claim 6 by specifically including all the aforementioned elements of claim 1 and, in addition, activating the gaseous cutoff simultaneously activates the liquid cutoff solenoid, as called for in claim 6 of U.S. Patent No. 10,393,034.

e.    Dependent claim 7 by specifically including all the aforementioned elements of claim 1 and, in addition, the liquid cutoff solenoid is selectively operable to cut off fuel flow from the float bowl to a nozzle in a venturi of the carburetor upstream from a throttle for the engine, as called for in claim 7 of U.S. Patent No. 10,393,034.

f.    Dependent claim 8 by specifically including all the aforementioned elements of claim 1 and, in addition, the carburetor connects the gaseous fuel source to the intake, as called for in claim 8 of U.S. Patent No. 10,393,034.

g.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, a liquid fuel valve positioned on a liquid fuel line coupling the liquid fuel source to the carburetor to open and close the liquid fuel source to the engine, as called for in claim 9 of U.S. Patent No. 10,393,034.

h.    Independent claim 18 by specifically including a multi-fuel internal combustion engine comprising an engine operable on liquid fuel supplied through a liquid fuel line from a liquid fuel source and gaseous fuel supplied through a gaseous fuel line from a pressurized fuel source; a carburetor coupled to an intake of the engine to mix air and fuel and connect to the liquid fuel line and the gaseous fuel line; a carburetor cutoff solenoid coupled to control fuel flow within the carburetor from the liquid fuel line and selectively engage engine operation on liquid fuel; and a gaseous fuel

1    valve coupled to control fuel flow through the gaseous fuel line and

2    selectively engage engine operation on gaseous fuel, as called for in claim

3    18 of U.S. Patent No. 10,393,034.

4    Therefore, each of the foregoing Westinghouse generator models listed in Paragraph 27(a)–(k)

5    infringes at least claims 1, 3, 5–9, and 18 of U.S. Patent No. 10,393,034.

6        29.    Champion has acquired and inspected Westinghouse generator model WGen

7    12000DFc that Defendants have been and are making, using, selling, or offering for sale within

8    the United States, or importing into the United States, and that infringe one or more claims of U.S.

9    Patent No. 10,393,034.

10        30.    Upon acquisition, disassembly as needed, review of owner's manuals and electrical

11    schematics, and inspection, it was determined that the foregoing Westinghouse generator model

12    includes all of the elements of at least claims 11 and 12 of U.S. Patent No. 10,393,034.   The

13    foregoing Westinghouse generator model infringes:

14        a.    Independent claim 11 by specifically including a multi-fuel generator and

15        fuel delivery system comprising a multi-fuel internal combustion engine

16        configured to operate on a liquid fuel supplied from a liquid fuel source

17        through a liquid fuel line and a gaseous fuel supplied from a pressurized

18        fuel source through a gaseous fuel line; an alternator driven by the multi-

19        fuel internal combustion engine; a fuel regulator system comprising a

20        primary pressure regulator coupled to a service valve of the pressurized fuel

21        source to regulate fuel supplied from the pressurized fuel source to a

22        reduced pressure, and a secondary pressure regulator coupled to the primary

23        pressure regulator to regulate fuel supplied from the primary pressure

24        regulator to a desired pressure for delivery through the gaseous fuel line to

25        operate the engine; and an electro-mechanical valve system coupled to the

26        engine and operated by an electrical switch powered by one of the

27        alternator, a battery, and a magneto that controls fuel flow to the engine

28

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 10 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

from the liquid fuel source and the pressurized fuel source, as called for in claim 11 of U.S. Patent No. 10,393,034.

b. Dependent claim 12 by specifically including all the aforementioned elements of claim 11 and, in addition, the electro-mechanical valve system is configured to switch operation of the generator from multiple fuel sources while the generator is running, as called for in claim 12 of U.S. Patent No. 10,393,034.

Therefore, Westinghouse Model WGen 12000DFc infringes at least claims 11 and 12 of U.S. Patent No. 10,393,034.

31. Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator model:

a. Model WGen 12000DF, a multi-fuel Generator.

32. Upon review of the owner's manual of the WGen 12500DFc generator and the owner's manual for the WGen 12000DF, including review of images and electrical schematics, it was determined that the Westinghouse Model WGen 12000DF generator includes all of the elements of at least claims 11 and 12 of U.S. Patent No. 10,393,034. The foregoing Westinghouse generator model infringes:

a. Independent claim 11 by specifically including a multi-fuel generator and fuel delivery system comprising a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; an alternator driven by the multi-fuel internal combustion engine; a fuel regulator system comprising a primary pressure regulator coupled to a service valve of the pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure, and a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 11 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine; and an electro-mechanical valve system coupled to the engine and operated by an electrical switch powered by one of the alternator, a battery, and a magneto that controls fuel flow to the engine from the liquid fuel source and the pressurized fuel source, as called for in claim 11 of U.S. Patent No. 10,393,034.

b.     Dependent claim 12 by specifically including all the aforementioned elements of claim 11 and, in addition, the electro-mechanical valve system is configured to switch operation of the generator from multiple fuel sources while the generator is running, as called for in claim 12 of U.S. Patent No. 10,393,034.

Therefore, Westinghouse generator WGen 1200DF infringes at least claims 11 and 12 of U.S. Patent No. 10,393,034.

33.     Champion has no adequate remedy at law against Defendants for infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 10,393,034.

34.     Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 10,393,034.

35.     Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2) license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and had actual notice of all of Champion's patents and published patent applications as of their publication dates.

36.     Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

## COUNT II:  INFRINGEMENT OF U.S. PATENT NO. 11,143,120

37.     Paragraphs 1 through 36 are incorporated by reference as if fully set forth herein.

COMPLAINT AND DEMAND FOR JURY TRIAL

38.    U.S. Patent No. 11,143,120 is titled "FUEL SYSTEM FOR A MULTI-FUEL INTERNAL COMBUSTION ENGINE." U.S. Patent No. 11,143,120 was duly and legally issued on October 12, 2021. A true and correct copy of U.S. Patent No. 11,143,120 is attached as Exhibit B.

39.    Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 11,143,120 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

40.    Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,143,120:

    a.    Model WGen 3600DFc, a multi-fuel Generator;

    b.    Model iGen 4500DF, a multi-fuel Generator;

    c.    Model WGen 9500DFc, a multi-fuel Generator;

    d.    Model WGen 5300DFc, a multi-fuel Generator;

    e.    Model WGen 7500DF, a multi-fuel Generator;

    f.    Model WGen 10500TFc, a multi-fuel Generator;

    g.    Model WGen 9500TFc, a multi-fuel Generator; and

    h.    Model WGen 11500TFc, a multi-fuel Generator.

41.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 12, 18, and 19 of U.S. Patent No. 11,143,120. The foregoing Westinghouse generator models infringe:

    a.    Independent claim 12 by specifically including a multi-fuel generator and fuel delivery system having a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, an alternator driven by the multi-fuel

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 13 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

internal combustion engine, and a fuel regulator system including a primary pressure regulator coupled to a service valve of a pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure and a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine, as called for in claim 12 of U.S. Patent No. 11,143,120.

b.      Independent claim 18 by specifically including a carburetor for use in a multi-fuel internal combustion engine, the carburetor comprising: a throat in which fuel and air are mixed in throat to provide an air-fuel mixture for the multi-fuel internal combustion engine; a valve located in the throat to provide a choke and throttle for the multi-fuel internal combustion engine; a float bowl to hold liquid fuel; a main fuel circuit positioned downstream from the float bowl and extending from the float bowl to the throat; an idle fuel circuit that provides a flow path to the throat downstream of the throttle to run the engine at idle; and a carburetor cutoff solenoid configured to selectively control fuel flow through the main fuel circuit and the idle fuel circuit, as called for in claim 18 of U.S. Patent No. 11,143,120.

c.      Dependent claim 19 by specifically including all the aforementioned elements of claim 18 and, in addition, wherein the carburetor cutoff solenoid is operatively coupled to a switch that changes operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running, and wherein the carburetor cutoff solenoid is closed to stop liquid fuel flow through the main fuel circuit and the idle fuel circuit when the switch changes operation of the engine from liquid fuel to gaseous fuel, as called for in claim 19 of U.S. Patent No. 11,143,120.

Therefore, each of the foregoing Westinghouse generator models listed in Paragraph 40 (a)–(h) infringes at least claims 12, 18, and 19 of U.S. Patent No. 11,143,120.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 14 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

42.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

    a.    Model WGen 3600DF, a multi-fuel Generator;

    b.    Model WGen 5300DF, a multi-fuel Generator;

    c.    Model WGen 7500DFc, a multi-fuel Generator;

    d.    Model WGen 9500DF, a multi-fuel Generator;

    e.    Model iGen 4500DFc, a multi-fuel Generator;

    f.    Model iGen 4500DFcv, a multi-fuel Generator;

    g.    Model iGen 5000DF, a multi-fuel Generator; and

    h.    Model iGen 5000DFc, a multi-fuel Generator.

43.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator models listed in Paragraph 40, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 12, 18 and 19 of U.S. Patent No. 11,143,120.  The foregoing Westinghouse generator models infringe:

    a.    Independent claim 12 by specifically including a multi-fuel generator and fuel delivery system having a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, an alternator driven by the multi-fuel internal combustion engine, and a fuel regulator system including a primary pressure regulator coupled to a service valve of a pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure and a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

1    desired pressure for delivery through the gaseous fuel line to operate the

2    engine, as called for in claim 12 of U.S. Patent No. 11,143,120.

3        b.    Independent claim 18 by specifically including a carburetor for use in a

4    multi-fuel internal combustion engine, the carburetor comprising: a throat

5    in which fuel and air are mixed in throat to provide an air-fuel mixture for

6    the multi-fuel internal combustion engine; a valve located in the throat to

7    provide a choke and throttle for the multi-fuel internal combustion engine;

8    a float bowl to hold liquid fuel; a main fuel circuit positioned downstream

9    from the float bowl and extending from the float bowl to the throat; an idle

10    fuel circuit that provides a flow path to the throat downstream of the throttle

11    to run the engine at idle; and a carburetor cutoff solenoid configured to

12    selectively control fuel flow through the main fuel circuit and the idle fuel

13    circuit, as called for in claim 18 of U.S. Patent No. 11,143,120.

14        c.    Dependent claim 19 by specifically including all the aforementioned

15    elements of claim 18 and, in addition, wherein the carburetor cutoff solenoid

16    is operatively coupled to a switch that changes operation of the engine from

17    liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the

18    engine is running, and wherein the carburetor cutoff solenoid is closed to

19    stop liquid fuel flow through the main fuel circuit and the idle fuel circuit

20    when the switch changes operation of the engine from liquid fuel to gaseous

21    fuel, as called for in claim 19 of U.S. Patent No. 11,143,120.

22    Therefore, each of the foregoing Westinghouse generator models listed in Paragraph 42(a)–(h)

23    infringes at least claims 12, 18, and 19 of U.S. Patent No. 11,143,120.

24        44.    Champion has acquired and inspected the following Westinghouse generator model

25    that Defendants have been and are making, using, selling, or offering for sale within the United

26    States, or importing into the United States, and that infringe one or more claims of U.S. Patent No.

27    11,143,120:

28        a.    Model WGen5300DFv, a multi-fuel Generator.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 16 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

45.     Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that Westinghouse Model WGen 5300DFv includes all of the elements of at least claim 12 of U.S. Patent No. 11,143,120.  The foregoing Westinghouse generator model infringes:

a.      Independent claim 12 by specifically including a multi-fuel generator and fuel delivery system having a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, an alternator driven by the multi-fuel internal combustion engine, and a fuel regulator system including a primary pressure regulator coupled to a service valve of a pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure and a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine, as called for in claim 12 of U.S. Patent No. 11,143,120.

Therefore, the foregoing Westinghouse generator model listed in Paragraph 44 infringes at least claim 12 of U.S. Patent No. 11,143,120.

46.     Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

a.      Model WGen 3600DFcv, a multi-fuel Generator;

b.      Model WGen 3600DFv, a multi-fuel Generator; and

c.      Model WGen 5300DFcv, a multi-fuel Generator.

47.     Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph 44, it was determined that the foregoing Westinghouse generator models include all of the elements

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 17 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

1    of at least claim 12 of U.S. Patent No. 11,143,120.  The foregoing Westinghouse generator models

2    infringe:

3            a.    Independent claim 12 by specifically including a multi-fuel generator and

4                  fuel delivery system having a multi-fuel internal combustion engine

5                  configured to operate on a liquid fuel supplied from a liquid fuel source

6                  through a liquid fuel line and a gaseous fuel supplied from a pressurized

7                  fuel source through a gaseous fuel line, an alternator driven by the multi-fuel

8                  internal combustion engine, and a fuel regulator system including a primary

9                  pressure regulator coupled to a service valve of a pressurized fuel source to

10                 regulate fuel supplied from the pressurized fuel source to a reduced pressure

11                 and a secondary pressure regulator coupled to the primary pressure

12                 regulator to regulate fuel supplied from the primary pressure regulator to a

13                 desired pressure for delivery through the gaseous fuel line to operate the

14                 engine, as called for in claim 12 of U.S. Patent No. 11,143,120.

15   Therefore, each of the foregoing Westinghouse generator models listed in Paragraph 46 (a)–(c)

16   infringes at least claim 12 of U.S. Patent No. 11,143,120.

17           48.    Champion has acquired and inspected the following Westinghouse generator model

18   that Defendants have been and are making, using, selling, or offering for sale within the United

19   States, or importing into the United States, and that infringe one or more claims of U.S. Patent

20   No. 11,143,120:

21           a.    Model WGen 12000DFc, a multi-fuel Generator.

22           49.    Upon acquisition, disassembly as needed, review of the owner's manual and

23   electrical schematics, and inspection, it was determined that Westinghouse Model WGen

24   12000DFC includes all of the elements of at least claims 12, 13, 14, 18, and 19 of U.S. Patent No.

25   11,143,120.  The foregoing Westinghouse generator model infringes:

26           a.    Independent claim 12 by specifically including a multi-fuel generator and

27                 fuel delivery system having a multi-fuel internal combustion engine

28                 configured to operate on a liquid fuel supplied from a liquid fuel source

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 18 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, an alternator driven by the multi-fuel internal combustion engine, and a fuel regulator system including a primary pressure regulator coupled to a service valve of a pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure and a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine, as called for in claim 12 of U.S. Patent No. 11,143,120.

b.    Dependent claim 13 by specifically including all the aforementioned elements of claim 12 and, in addition, wherein an electro-mechanical valve system coupled to the engine and operated by an electrical switch powered by one of the alternator, a battery, and a magneto that controls fuel flow to the engine from the liquid fuel source and the pressurized fuel source, as called for in claim 13 of U.S. Patent No. 11,143,120.

c.    Dependent claim 14 by specifically including all the aforementioned elements of claim 13 and, in addition, wherein the electro-mechanical valve system is configured to switch operation of the generator from multiple fuel sources while the generator is running, as called for in claim 14 of U.S. Patent No. 11,143,120.

d.    Independent claim 18 by specifically including a carburetor for use in a multi-fuel internal combustion engine, the carburetor comprising: a throat in which fuel and air are mixed in throat to provide an air-fuel mixture for the multi-fuel internal combustion engine; a valve located in the throat to provide a choke and throttle for the multi-fuel internal combustion engine; a float bowl to hold liquid fuel; a main fuel circuit positioned downstream from the float bowl and extending from the float bowl to the throat; an idle fuel circuit that provides a flow path to the throat downstream of the throttle

COMPLAINT AND DEMAND FOR JURY TRIAL

to run the engine at idle; and a carburetor cutoff solenoid configured to selectively control fuel flow through the main fuel circuit and the idle fuel circuit, as called for in claim 18 of U.S. Patent No. 11,143,120.

e.    Dependent claim 19 by specifically including all the aforementioned elements of claim 18 and, in addition, wherein the carburetor cutoff solenoid is operatively coupled to a switch that changes operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running, and wherein the carburetor cutoff solenoid is closed to stop liquid fuel flow through the main fuel circuit and the idle fuel circuit when the switch changes operation of the engine from liquid fuel to gaseous fuel, as called for in claim 19 of U.S. Patent No. 11,143,120.

Therefore, the foregoing Westinghouse generator model listed in Paragraph 48 infringes at least claims 12, 13, 14, 18, and 19 of U.S. Patent No. 11,143,120.

50.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator model:

a.    Model WGen 12000DF, a multi-fuel Generator.

51.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator model and comparisons of the images and owner's manuals of the foregoing Westinghouse generator model to those of the Westinghouse generator model listed in Paragraph 48, it was determined that the foregoing Westinghouse generator model includes all of the elements of at least claims 12, 13, 14, 18, and 19 of U.S. Patent No. 11,143,120.   The foregoing Westinghouse generator model infringes:

a.    Independent claim 12 by specifically including a multi-fuel generator and fuel delivery system having a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, an alternator driven by the multi-fuel

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 20 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

internal combustion engine, and a fuel regulator system including a primary pressure regulator coupled to a service valve of a pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure and a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine, as called for in claim 12 of U.S. Patent No. 11,143,120.

b.      Dependent claim 13 by specifically including all the aforementioned elements of claim 12 and, in addition, wherein an electro-mechanical valve system coupled to the engine and operated by an electrical switch powered by one of the alternator, a battery, and a magneto that controls fuel flow to the engine from the liquid fuel source and the pressurized fuel source, as called for in claim 13 of U.S. Patent No. 11,143,120.

c.      Dependent claim 14 by specifically including all the aforementioned elements of claim 13 and, in addition, wherein the electro-mechanical valve system is configured to switch operation of the generator from multiple fuel sources while the generator is running, as called for in claim 14 of U.S. Patent No. 11,143,120.

d.      Independent claim 18 by specifically including a carburetor for use in a multi-fuel internal combustion engine, the carburetor comprising: a throat in which fuel and air are mixed in throat to provide an air-fuel mixture for the multi-fuel internal combustion engine; a valve located in the throat to provide a choke and throttle for the multi-fuel internal combustion engine; a float bowl to hold liquid fuel; a main fuel circuit positioned downstream from the float bowl and extending from the float bowl to the throat; an idle fuel circuit that provides a flow path to the throat downstream of the throttle to run the engine at idle; and a carburetor cutoff solenoid configured to

COMPLAINT AND DEMAND FOR JURY TRIAL

selectively control fuel flow through the main fuel circuit and the idle fuel circuit, as called for in claim 18 of U.S. Patent No. 11,143,120.

e.    Dependent claim 19 by specifically including all the aforementioned elements of claim 18 and, in addition, wherein the carburetor cutoff solenoid is operatively coupled to a switch that changes operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running, and wherein the carburetor cutoff solenoid is closed to stop liquid fuel flow through the main fuel circuit and the idle fuel circuit when the switch changes operation of the engine from liquid fuel to gaseous fuel, as called for in claim 19 of U.S. Patent No. 11,143,120.

Therefore, the foregoing Westinghouse generator model listed in Paragraph 50 infringes at least claims 12, 13, 14, 18, and 19 of U.S. Patent No. 11,143,120.

52.    Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 11,143,120.

53.    Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 11,143,120.

54.    Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2) license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and had actual notice of all of Champion's patents and published patent applications as of their publication dates.

55.    Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

### COUNT III:  INFRINGEMENT OF U.S. PATENT NO. 11,492,985

56.    Paragraphs 1 through 55 are incorporated by reference as if fully set forth herein.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 22 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

57.     U.S. Patent No. 11,492,985 is titled "OFF-BOARD FUEL REGULATOR FOR GENERATOR ENGINE."  U.S. Patent No. 11,492,985 was duly and legally issued on November 8, 2022.  A true and correct copy of U.S. Patent No. 11,492,985 is attached as Exhibit C.

58.     Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 11,492,985 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

59.     Champion has acquired and inspected the following Westinghouse generator model that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,492,985:

    a.     Model WGen 3600DFc, a multi-fuel Generator;

    b.     Model WGen 5300DFv, a multi-fuel Generator;

    c.     Model WGen 9500DFc, a multi-fuel Generator;

    d.     Model WGen 5300DFc, a multi-fuel Generator;

    e.     Model WGen 7500DF, a multi-fuel Generator;

    f.     Model WGen 10500TFc, a multi-fuel Generator;

    g.     Model WGen 9500TFc, a multi-fuel Generator; and

    h.     Model WGen 11500TFC, a multi-fuel Generator.

60.     Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the aforementioned generator models include all of the elements of at least claims 16 and 17 of U.S. Patent No. 11,492,985.  The foregoing generator models infringe:

    a.     Independent claim 16 by specifically including a dual fuel generator and fuel delivery system having a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; and a fuel regulator system located off board a dual fuel generator, including a primary pressure regulator coupled to a service valve of a

pressurized fuel source, configured to regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a first reduced pressure in the first stage and regulate the gaseous fuel output from the first stage in the second stage, the first reduced pressure gaseous fuel from the first stage being regulated down to a second reduced pressure in the second stage for delivery through the gaseous fuel line to operate the generator, wherein the fuel regulator system outputs gaseous fuel to the generator for operation of the engine at the second reduced pressure, as called for in claim 16 of U.S. Patent No. 11,492,985.

b.    Dependent claim 17 by specifically including all the aforementioned elements of claim 16 and, in addition, wherein the primary and secondary pressure regulators are integral components of a dual stage pressure regulator, as called for in claim 17 of U.S. Patent No. 11,492,985.

Therefore, the aforementioned generator models in Paragraph 59(a)–(h) infringe at least claims 16 and 17 of U.S. Patent No. 11,492,985.

61.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that Westinghouse generator model iGen 4500DF includes all of the elements of at least claims 1, 4, 5, 6, 11, and 16 of U.S. Patent No. 11,492,985.  Model iGen 4500DF infringes:

a.    Independent claim 1 by specifically including a generator and fuel delivery system comprising a generator free of any pressure regulator and configured to operate on a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; a fuel regulator system located off-board the generator and comprising a first stage and a second stage, the fuel regulator system configured to: regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a reduced pressure in the first stage; and regulate the reduced pressure gaseous fuel in the second stage, the reduced pressure gaseous fuel from the first stage

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

regulated down to a desired pressure in the second stage for delivery through the gaseous fuel line to operate the generator, as called for in claim 1 of U.S. Patent No. 11,492,985.

b.    Dependent claim 4 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the generator comprises a dual fuel generator configured to operate on the gaseous fuel and on a liquid fuel, the liquid fuel supplied from a liquid fuel source through a liquid fuel line, as called for in claim 4 of U.S. Patent No. 11,492,985.

c.    Dependent claim 5 by specifically including all the aforementioned elements of claim 4 and, in addition, a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line, as called for in claim 5 of U.S. Patent No. 11,492,985.

d.    Dependent claim 6 by specifically including all the aforementioned elements of claim 5 and, in addition, a fuel lockout apparatus coupled to the mechanical fuel valve; wherein, when the mechanical fuel valve is in the first position, the fuel lockout apparatus communicates the liquid fuel source to the dual fuel generator and prevents the pressurized fuel source from coupling to the dual fuel generator; and wherein, when the mechanical fuel valve is in the second position, the fuel lockout apparatus permits the pressurized fuel source to couple to the dual fuel generator and interrupts the liquid fuel source communication with the dual fuel generator, as called for in claim 6 of U.S. Patent No. 11,492,985.

e.    Independent claim 11 by specifically including a generator and fuel delivery system comprising: a generator comprising an engine configured to operate on a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; a fuel regulator system located off-board the generator and

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 25 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

comprising a first stage and a second stage, the fuel regulator system configured to: regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a first reduced pressure in the first stage; and regulate the gaseous fuel output from the first stage in the second stage, the first reduced pressure gaseous fuel from the first stage being regulated down to a second reduced pressure in the second stage for delivery through the gaseous fuel line to operate the generator; wherein the fuel regulator system outputs gaseous fuel to the generator for operation of the engine at the second reduced pressure, as called for in claim 11 of U.S. Patent No. 11,492,985.

f.    Independent claim 16 by specifically including a dual fuel generator and fuel delivery system comprising: a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; a fuel regulator system located off board the dual fuel generator, the fuel regulator system comprising: a primary pressure regulator coupled to a service valve of the pressurized fuel source and configured to regulate the fuel supplied from the pressurized fuel source to a first reduced pressure; and a secondary pressure regulator coupled to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator down from the first reduced pressure to a second reduced pressure for delivery through the gaseous fuel line to operate the dual fuel generator; wherein the fuel regulator system outputs gaseous fuel to the dual fuel generator for operation thereof at the second reduced pressure, as called for in claim 16 of U.S. Patent No. 11,492,985.

Therefore, Westinghouse Model iGen 4500DF infringes at least claims 1, 4, 5, 6, 11, and 16 of U.S. Patent No. 11,492,985.

62.     Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator model:

a.      Model iGen 4500DFc, a multi-fuel Generator;

b.      Model iGen 4500DFcv, a multi-fuel Generator;

c.      Model iGen 5000DF, a multi-fuel Generator; and

d.      Model iGen 5000DFc, a multi-fuel Generator.

63.     Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph 61, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1, 4, 5, 6, 11, and 16 of U.S. Patent No. 11,492,985.  The foregoing Westinghouse generator models infringe:

a.      Independent claim 1 by specifically including a generator and fuel delivery system comprising a generator free of any pressure regulator and configured to operate on a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; a fuel regulator system located off-board the generator and comprising a first stage and a second stage, the fuel regulator system configured to: regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a reduced pressure in the first stage; and regulate the reduced pressure gaseous fuel in the second stage, the reduced pressure gaseous fuel from the first stage regulated down to a desired pressure in the second stage for delivery through the gaseous fuel line to operate the generator, as called for in claim 1 of U.S. Patent No. 11,492,985.

b.      Dependent claim 4 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the generator comprises a dual fuel generator configured to operate on the gaseous fuel and on a liquid fuel,

1    the liquid fuel supplied from a liquid fuel source through a liquid fuel line,

2    as called for in claim 4 of U.S. Patent No. 11,492,985.

3    c.    Dependent claim 5 by specifically including all the aforementioned

4    elements of claim 4 and, in addition, a mechanical fuel valve actuatable

5    between a first position and a second position to selectively control fuel

6    flow to the dual fuel generator from the liquid fuel source through the liquid

7    fuel line and the pressurized fuel source through the gaseous fuel line, as

8    called for in claim 5 of U.S. Patent No. 11,492,985.

9    d.    Dependent claim 6 by specifically including all the aforementioned

10    elements of claim 5 and, in addition, a fuel lockout apparatus coupled to the

11    mechanical fuel valve; wherein, when the mechanical fuel valve is in the

12    first position, the fuel lockout apparatus communicates the liquid fuel

13    source to the dual fuel generator and prevents the pressurized fuel source

14    from coupling to the dual fuel generator; and wherein, when the mechanical

15    fuel valve is in the second position, the fuel lockout apparatus permits the

16    pressurized fuel source to couple to the dual fuel generator and interrupts

17    the liquid fuel source communication with the dual fuel generator, as called

18    for in claim 6 of U.S. Patent No. 11,492,985.

19    e.    Independent claim 11 by specifically including a generator and fuel delivery

20    system comprising: a generator comprising an engine configured to operate

21    on a gaseous fuel supplied from a pressurized fuel source through a gaseous

22    fuel line; a fuel regulator system located off-board the generator and

23    comprising a first stage and a second stage, the fuel regulator system

24    configured to: regulate the gaseous fuel supplied from the pressurized fuel

25    source in the first stage, the gaseous fuel regulated down to a first reduced

26    pressure in the first stage; and regulate the gaseous fuel output from the first

27    stage in the second stage, the first reduced pressure gaseous fuel from the

28    first stage being regulated down to a second reduced pressure in the second

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 28 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

stage for delivery through the gaseous fuel line to operate the generator; wherein the fuel regulator system outputs gaseous fuel to the generator for operation of the engine at the second reduced pressure, as called for in claim 11 of U.S. Patent No. 11,492,985.

  f.  Independent claim 16 by specifically including a dual fuel generator and fuel delivery system comprising: a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; a fuel regulator system located off board the dual fuel generator, the fuel regulator system comprising: a primary pressure regulator coupled to a service valve of the pressurized fuel source and configured to regulate the fuel supplied from the pressurized fuel source to a first reduced pressure; and a secondary pressure regulator coupled to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator down from the first reduced pressure to a second reduced pressure for delivery through the gaseous fuel line to operate the dual fuel generator; wherein the fuel regulator system outputs gaseous fuel to the dual fuel generator for operation thereof at the second reduced pressure, as called for in claim 16 of U.S. Patent No. 11,492,985.

Therefore, the foregoing generator models listed in Paragraph 62(a)–(d) infringes at least claims 1, 4, 5, 6, 11, and 16 of U.S. Patent No. 11,492,985.

  64.  Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator model:

  a.  Model WGen 3600DF, a multi-fuel Generator;

  b.  Model WGen 5300DF, a multi-fuel Generator;

  c.  Model WGen 7500DFc, a multi-fuel Generator;

COMPLAINT AND DEMAND FOR JURY TRIAL

d.      Model WGen 9500DF, a multi-fuel Generator;

e.      Model WGen 3600DFcv, a multi-fuel Generator;

f.      Model WGen 3600DFv, a multi-fuel Generator; and

g.      Model WGen 5300DFcv, a multi-fuel Generator.

65.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator models listed in Paragraph 59, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 16 and 17 of U.S. Patent No. 11,492,985. The foregoing Westinghouse generator models infringe:

a.      Independent claim 16 by specifically including a dual fuel generator and fuel delivery system having a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; and a fuel regulator system located off board a dual fuel generator, including a primary pressure regulator coupled to a service valve of a pressurized fuel source, configured to regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a first reduced pressure in the first stage and regulate the gaseous fuel output from the first stage in the second stage, the first reduced pressure gaseous fuel from the first stage being regulated down to a second reduced pressure in the second stage for delivery through the gaseous fuel line to operate the generator, wherein the fuel regulator system outputs gaseous fuel to the generator for operation of the engine at the second reduced pressure, as called for in claim 16 of U.S. Patent No. 11,492,985.

b.      Dependent claim 17 by specifically including all the aforementioned elements of claim 16 and, in addition, wherein the primary and secondary

pressure regulators are integral components of a dual stage pressure

regulator, as called for in claim 17 of U.S. Patent No. 11,492,985.

Therefore, the aforementioned generator models in Paragraph 64(a)–(g) infringe at least claims 16 and 17 of U.S. Patent No. 11,492,985.

66.    Champion has acquired and inspected the following Westinghouse generator model that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,492,985:

a.    Model iGen 2550DFc, a multi-fuel Generator.

67.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the aforementioned generator includes all of the elements of at least claims 1, 4, 11 and 16 of U.S. Patent No. 11,492,985.  The foregoing generator model infringes:

a.    Independent claim 1 by specifically including a generator and fuel delivery system comprising a generator free of any pressure regulator and configured to operate on a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line; a fuel regulator system located off-board the generator and comprising a first stage and a second stage, the fuel regulator system configured to: regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a reduced pressure in the first stage; and regulate the reduced pressure gaseous fuel in the second stage, the reduced pressure gaseous fuel from the first stage regulated down to a desired pressure in the second stage for delivery through the gaseous fuel line to operate the generator, as called for in claim 1 of U.S. Patent No. 11,492,985.

b.    Dependent claim 4 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the generator comprises a dual fuel generator configured to operate on the gaseous fuel and on a liquid fuel,

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

1    the liquid fuel supplied from a liquid fuel source through a liquid fuel line,

2    as called for in claim 4 of U.S. Patent No. 11,492,985.

3    c.    Independent claim 11 by specifically including a generator and fuel delivery

4    system comprising: a generator comprising an engine configured to operate

5    on a gaseous fuel supplied from a pressurized fuel source through a gaseous

6    fuel line; a fuel regulator system located off-board the generator and

7    comprising a first stage and a second stage, the fuel regulator system

8    configured to: regulate the gaseous fuel supplied from the pressurized fuel

9    source in the first stage, the gaseous fuel regulated down to a first reduced

10   pressure in the first stage; and regulate the gaseous fuel output from the first

11   stage in the second stage, the first reduced pressure gaseous fuel from the

12   first stage being regulated down to a second reduced pressure in the second

13   stage for delivery through the gaseous fuel line to operate the generator;

14   wherein the fuel regulator system outputs gaseous fuel to the generator for

15   operation of the engine at the second reduced pressure, as called for in claim

16   11 of U.S. Patent No. 11,492,985.

17   d.    Independent claim 16 by specifically including a dual fuel generator and

18   fuel delivery system comprising: a dual fuel generator configured to operate

19   on a liquid fuel supplied from a liquid fuel source through a liquid fuel line

20   and a gaseous fuel supplied from a pressurized fuel source through a

21   gaseous fuel line; a fuel regulator system located off board the dual fuel

22   generator, the fuel regulator system comprising: a primary pressure

23   regulator coupled to a service valve of the pressurized fuel source and

24   configured to regulate the fuel supplied from the pressurized fuel source to

25   a first reduced pressure; and a secondary pressure regulator coupled to the

26   primary pressure regulator and configured to regulate the gaseous fuel

27   supplied from the primary pressure regulator down from the first reduced

28   pressure to a second reduced pressure for delivery through the gaseous fuel

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 32 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

line to operate the dual fuel generator; wherein the fuel regulator system outputs gaseous fuel to the dual fuel generator for operation thereof at the second reduced pressure, as called for in claim 16 of U.S. Patent No. 11,492,985.

Therefore, the aforementioned generator model in Paragraph 66(a) infringes at least claims 1, 4, 11, and 16 of U.S. Patent No. 11,492,985.

68.     Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 11,492,985.

69.     Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 11,492,985.

70.     Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2) license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and had actual notice of all of Champion's patents and published patent applications as of their publication dates.

71.     Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

**COUNT IV:  INFRINGEMENT OF U.S. PATENT NO. 10,221,780**

72.     Paragraphs 1 through 71 are incorporated by reference as if fully set forth herein.

73.     U.S. Patent No. 10,221,780 is titled "DUAL FUEL LOCKOUT SWITCH FOR GENERATOR ENGINE."  U.S. Patent No. 10,221,780 was duly and legally issued on March 5, 2019.  A true and correct copy of U.S. Patent No. 10,221,780 is attached as Exhibit D.

74.     Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 10,221,780 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

75.     Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the

United States, or importing into the United States, and that infringes one or more claims of U.S. Patent No. 10,221,780:

        a.     Model WGen 3600DFc, a multi-fuel Generator;

        b.     Model iGen 4500DF, a multi-fuel Generator;

        c.     Model WGen 5300DFv, a multi-fuel Generator;

        d.     Model WGen 9500DFc, a multi-fuel Generator;

        e.     Model WGen 5300DFc, a multi-fuel Generator;

        f.     Model WGen 7500DF, a multi-fuel Generator;

        g.     Model WGen 9500TFc, a multi-fuel Generator;

        h.     Model WGen 11500TFc, a multi-fuel Generator; and

        i.     Model WGen 10500TFc, a multi-fuel Generator.

76.    Upon acquisition, disassembly as needed, and review of the owner's manual, and inspection, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1, 2, 6, 7, 8, 9, 11, 14 and 15 of U.S. Patent No. 10,221,780. The foregoing Westinghouse generator models infringe:

        a.     Independent claim 1 by specifically including a mechanical fuel lockout switch for a dual fuel engine having a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line and a fuel lockout apparatus coupled to the mechanical fuel valve, wherein the mechanical fuel lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position and wherein the fuel lockout apparatus is configured to prevent the second fuel source from coupling to the second fuel line while

COMPLAINT AND DEMAND FOR JURY TRIAL

the mechanical fuel valve is in the first position and permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position, as called for in claim 1 of U.S. Patent No. 10,221,780.

b.    Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source communicates with the dual fuel engine, as called for in claim 2 of U.S. Patent No. 10,221,780.

c.    Dependent claim 6 by specifically including all the aforementioned elements of claim 1 and, in addition, the mechanical fuel valve and the fuel lockout apparatus operate together to ensure that fuel from the first fuel source and fuel from the second fuel source are not simultaneously delivered to the dual fuel engine, as called for in claim 6 of U.S. Patent No. 10,221,780.

d.    Dependent claim 7 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the mechanical fuel valve and the fuel lockout apparatus operate together to ensure that fuel from the first fuel source and fuel from the second fuel source are not simultaneously delivered to the dual fuel engine, as called for in claim 7 of U.S. Patent No. 10,221,780.

e.    Independent claim 8 by specifically including a mechanical fuel lockout switch for an internal combustion engine, the mechanical fuel lockout being assembled by providing an internal combustion engine configured to operate on a fuel from a first fuel source and a different fuel from a second fuel source, coupling a mechanical fuel valve to the internal combustion engine actuatable between a first position and a second position to selectively control fuel flow to the internal combustion engine from the first

fuel source through a first fuel line and the second fuel source through a second fuel line, and coupling a fuel lockout apparatus to the mechanical fuel valve, wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source is coupled to the internal combustion engine, as called for in claim 8 of U.S. Patent No. 10,221,780.

f.      Dependent claim 9 by specifically including all the aforementioned elements of claim 8 and, in addition, wherein the fuel lockout apparatus is further configured to prevent coupling of the second fuel source to the second fuel line while the mechanical fuel valve is in the first position; and permit coupling of the second fuel source to the second fuel line while the mechanical fuel valve is in the second position, as called for in claim 9 of U.S. Patent No. 10,221,780.

g.      Dependent claim 11 by specifically including all the aforementioned elements of claim 8 and, in addition, coupling a fuel regulator system to the second fuel source to reduce fuel pressure therefrom and deliver fuel to the second fuel line at a pressure required for operation of the internal combustion engine, as called for in claim 11 of U.S. Patent No. 10,221,780.

h.      Dependent claim 14 by specifically including all the aforementioned elements of claim 8 and, in addition, providing gasoline in a liquid fuel tank as the first fuel source and LPG in a pressurized fuel container as the second fuel source, as called for in claim 14 of U.S. Patent No. 10,221,780.

i.      Independent claim 15 by specifically including a mechanical fuel lockout switch for a dual fuel engine having a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line and a fuel lockout apparatus coupled to the mechanical fuel valve, wherein the mechanical fuel

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 36 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position and wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source communicates with the dual fuel engine, as called for in claim 15 of U.S. Patent No. 10,221,780.

Therefore, the foregoing generator models listed in Paragraph 75(a)–(i) infringe at least claims 1, 2, 6, 7, 8, 9, 11, 14 and 15 of U.S. Patent No. 10,221,780.

77.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional Westinghouse generator models:

        a.      Model WGen 3600DF, a multi-fuel Generator;

        b.      Model WGen 5300DF, a multi-fuel Generator;

        c.      Model WGen 7500DFc, a multi-fuel Generator;

        d.      Model WGen 9500DF, a multi-fuel Generator;

        e.      Model iGen 4500DFc, a multi-fuel Generator;

        f.      Model iGen 4500DFcv, a multi-fuel Generator;

        g.      Model iGen 5000DF, a multi-fuel Generator;

        h.      Model iGen 5000DFc, a multi-fuel Generator;

        i.      Model WGen 3600DFcv, a multi-fuel Generator;

        j.      Model WGen 3600DFv, a multi-fuel Generator; and

        k.      Model WGen 5300DFcv, a multi-fuel Generator.

78.    Upon review of images and the owner's manuals of the  foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator models listed in Paragraph

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 37 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

75, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1, 2, 6, 7, 8, 9, 11, 14 and 15 of U.S. Patent No. 10,221,780.  Each of the foregoing Westinghouse generator models infringe:

    a.    Independent claim 1 by specifically including a mechanical fuel lockout switch for a dual fuel engine having a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line and a fuel lockout apparatus coupled to the mechanical fuel valve, wherein the mechanical fuel lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position and wherein the fuel lockout apparatus is configured to prevent the second fuel source from coupling to the second fuel line while the mechanical fuel valve is in the first position and permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position, as called for in claim 1 of U.S. Patent No. 10,221,780.

    b.    Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source communicates with the dual fuel engine, as called for in claim 2 of U.S. Patent No. 10,221,780.

    c.    Dependent claim 6 by specifically including all the aforementioned elements of claim 1 and, in addition, the mechanical fuel valve and the fuel lockout apparatus operate together to ensure that fuel from the first fuel

source and fuel from the second fuel source are not simultaneously delivered to the dual fuel engine, as called for in claim 6 of U.S. Patent No. 10,221,780.

d.    Dependent claim 7 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the mechanical fuel valve and the fuel lockout apparatus operate together to ensure that fuel from the first fuel source and fuel from the second fuel source are not simultaneously delivered to the dual fuel engine, as called for in claim 7 of U.S. Patent No. 10,221,780.

e.    Independent claim 8 by specifically including a mechanical fuel lockout switch for an internal combustion engine, the mechanical fuel lockout being assembled by providing an internal combustion engine configured to operate on a fuel from a first fuel source and a different fuel from a second fuel source, coupling a mechanical fuel valve to the internal combustion engine actuatable between a first position and a second position to selectively control fuel flow to the internal combustion engine from the first fuel source through a first fuel line and the second fuel source through a second fuel line, and coupling a fuel lockout apparatus to the mechanical fuel valve, wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source is coupled to the internal combustion engine, as called for in claim 8 of U.S. Patent No. 10,221,780.

f.    Dependent claim 9 by specifically including all the aforementioned elements of claim 8 and, in addition, wherein the fuel lockout apparatus is further configured to prevent coupling of the second fuel source to the second fuel line while the mechanical fuel valve is in the first position; and permit coupling of the second fuel source to the second fuel line while the

COMPLAINT AND DEMAND FOR JURY TRIAL

1    mechanical fuel valve is in the second position, as called for in claim 9 of

2    U.S. Patent No. 10,221,780.

3    g.    Dependent claim 11 by specifically including all the aforementioned

4    elements of claim 8 and, in addition, coupling a fuel regulator system to the

5    second fuel source to reduce fuel pressure therefrom and deliver fuel to the

6    second fuel line at a pressure required for operation of the internal

7    combustion engine, as called for in claim 11 of U.S. Patent No. 10,221,780.

8    h.    Dependent claim 14 by specifically including all the aforementioned

9    elements of claim 8 and, in addition, providing gasoline in a liquid fuel tank

10    as the first fuel source and LPG in a pressurized fuel container as the second

11    fuel source, as called for in claim 14 of U.S. Patent No. 10,221,780.

12    i.    Independent claim 15 by specifically including a mechanical fuel lockout

13    switch for a dual fuel engine having a mechanical fuel valve actuatable

14    between a first position and a second position to selectively control fuel

15    flow to the dual fuel engine from a first fuel source through a first fuel line

16    and a second fuel source through a second fuel line and a fuel lockout

17    apparatus coupled to the mechanical fuel valve, wherein the mechanical fuel

18    lockout switch communicates the first fuel source to the dual fuel engine

19    and prevents communication between the second fuel source and the dual

20    fuel engine when the mechanical fuel valve is in the first position and

21    communicates the second fuel source to the dual fuel engine and interrupts

22    the first fuel source communication with the dual fuel engine when in the

23    second position and wherein the fuel lockout apparatus prevents actuation

24    of the mechanical fuel valve to the first position when the second fuel source

25    communicates with the dual fuel engine, as called for in claim 15 of U.S.

26    Patent No. 10,221,780.

27    Therefore, the aforementioned generator models listed in Paragraph 77(a)–(k) infringe at least

28    claims 1, 2, 6, 7, 8, 9, 11, 14 and 15 of U.S. Patent No. 10,221,780.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 40 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

79.     Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 10,221,780.

80.     Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 10,221,780.

81.     Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2) license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and had actual notice of all of Champion's patents and published patent applications as of their publication dates.

82.     Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

**COUNT V:  INFRINGEMENT OF U.S. PATENT NO. 11,905,895**

83.     Paragraphs 1 through 82 are incorporated by reference as if fully set forth herein.

84.     U.S. Patent No. 11,905,895 is titled "DUAL FUEL LOCKOUT SWITCH FOR GENERATOR ENGINE."  U.S. Patent No. 11,905,895 was duly and legally issued on February 20, 2024.  A true and correct copy of U.S. Patent No. 11,905,895 is attached as Exhibit E.

85.     Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 11,905,895 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

86.     Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,905,895:

        a.     Model WGen 3600DFc, a multi-fuel Generator;

        b.     Model iGen 4500DF, a multi-fuel Generator;

        c.     Model WGen 5300DFv, a multi-fuel Generator;

        d.     Model WGen 9500DFc, a multi-fuel Generator;

COMPLAINT AND DEMAND FOR JURY TRIAL

e.      Model WGen 5300DFc, a multi-fuel Generator;

f.      Model WGen 7500DF, a multi-fuel Generator;

g.      Model WGen 10500TFc, a multi-fuel Generator;

h.      Model WGen 9500TFc, a multi-fuel Generator; and

i.      Model WGen 11500TFc, a multi-fuel Generator.

87.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1 and 8 of U.S. Patent No. 11,905,895.  The aforementioned Westinghouse generator models infringe:

a.      Independent claim 1 by specifically including a mechanical fuel lockout switch for a dual fuel engine having a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line, the mechanical fuel valve configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position and prevent communication between the first fuel source and the dual fuel engine while in the second position; and a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent the second fuel source from coupling to the second fuel line while the mechanical fuel valve is in the first position and permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position, as called for in claim 1 of U.S. Patent No. 11,905,895.

b.      Independent claim 8 by specifically including a mechanical fuel lockout switch for a dual fuel engine having a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

and a second fuel source through a second fuel line, the mechanical fuel valve configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position and prevent communication between the first fuel source and the dual fuel engine while in the second position; and a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent actuation of the mechanical fuel valve to the first position when the second fuel source is in communication with the dual fuel engine, as called for in claim 8 of U.S. Patent No. 11,905,895.

Therefore, the aforementioned generator models listed in Paragraph 86(a)–(i) infringe at least claims 1 and 8 of U.S. Patent No. 11,905,895.

88.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

    a.    Model WGen 3600DF, a multi-fuel Generator;

    b.    Model WGen 5300DF, a multi-fuel Generator;

    c.    Model WGen 7500DFc, a multi-fuel Generator;

    d.    Model iGen 4500DFc, a multi-fuel Generator;

    e.    Model iGen 4500DFcv, a multi-fuel Generator;

    f.    Model iGen 5000DF, a multi-fuel Generator;

    g.    Model iGen 5000DFc, a multi-fuel Generator;

    h.    Model WGen 3600DFcv, a multi-fuel Generator;

    i.    Model WGen 3600DFv, a multi-fuel Generator; and

    j.    Model WGen 5300DFcv, a multi-fuel Generator.

89.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator models listed in Paragraph

86, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1 and 8 of U.S. Patent No. 11,905,895.  Each of the foregoing Westinghouse generator models infringe:

a.    Independent claim 1 by specifically including a mechanical fuel lockout switch for a dual fuel engine having a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line, the mechanical fuel valve configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position and prevent communication between the first fuel source and the dual fuel engine while in the second position; and a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent the second fuel source from coupling to the second fuel line while the mechanical fuel valve is in the first position and permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position, as called for in claim 1 of U.S. Patent No. 11,905,895.

b.    Independent claim 8 by specifically including a mechanical fuel lockout switch for a dual fuel engine having a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line, the mechanical fuel valve configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position and prevent communication between the first fuel source and the dual fuel engine while in the second position; and a fuel lockout apparatus coupled to the

mechanical fuel valve and configured to prevent actuation of the mechanical fuel valve to the first position when the second fuel source is in communication with the dual fuel engine, as called for in claim 8 of U.S. Patent No. 11,905,895.

Therefore, the aforementioned generator models listed in Paragraph 88(a)–(j) infringe at least claims 1 and 8 of U.S. Patent No. 11,905,895.

90.    Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 11,905,895.

91.    Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 11,905,895.

92.    Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2) license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and had actual notice of all of Champion's patents and published patent applications as of their publication dates.

93.    Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

**COUNT VI:  INFRINGEMENT OF U.S. PATENT NO. 10,697,398**

94.    Paragraphs 1 through 93 are incorporated by reference as if fully set forth herein.

95.    U.S. Patent No. 10,697,398 is titled "BATTERYLESS DUAL FUEL ENGINE WITH LIQUID FUEL CUT-OFF."  U.S. Patent No. 10,697,398 was duly and legally issued on June 30, 2020.  A true and correct copy of U.S. Patent No. 10,697,398 is attached as Exhibit F.

96.    Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 10,697,398 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

97.    Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the

United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 10,697,398:

       a.     Model WGen 3600DFc, a multi-fuel Generator;

       b.     Model iGen 4500DF, a multi-fuel Generator;

       c.     Model WGen 5300DFV, a multi-fuel Generator;

       d.     Model WGen 9500DFc, a multi-fuel Generator;

       e.     Model WGen 5300DFc, a multi-fuel Generator;

       f.     Model WGen 7500DF, a multi-fuel Generator;

       g.     Model WGen 10500TFc, a multi-fuel Generator;

       h.     Model WGen 9500TFc, a multi-fuel Generator; and

       i.     Model WGen 11500TFc, a multi-fuel Generator.

      98.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the aforementioned Westinghouse generator models include all of the elements of at least claims 1, 3, 4, 6, 7, 10, 11, 12, 19, 20, 21, 22, 57 and 58 of U.S. Patent No. 10,697,398.  The foregoing Westinghouse generator models infringe:

       a.     Independent claim 1 by specifically including a dual fuel engine comprising: an engine operable on a gaseous fuel and a liquid fuel; a switch to change operation of the engine between gaseous fuel and liquid fuel; a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source; a liquid fuel valve positioned along a liquid fuel line coupling the liquid fuel source to the carburetor; a gaseous fuel valve positioned along a gaseous fuel line coupling the gaseous fuel source to the carburetor; and a liquid fuel cut-off incorporated into the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 1 of U.S. Patent No. 10,697,398.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

b.      Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 3 of U.S. Patent No. 10,697,398.

c.      Dependent claim 4 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the engine is a pull-start engine having an electrical power generator to supply electrical power, as called for in claim 4 of U.S. Patent No. 10,697,398.

d.      Dependent claim 6 by specifically including all the aforementioned elements of claim 4 and, in addition, wherein the liquid fuel cut-off is a solenoid valve that operates within the carburetor to control liquid fuel flow to the engine and is powered by the electrical power generator, as called for in claim 6 of U.S. Patent No. 10,697,398.

e.      Dependent claim 7 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the switch selectively powers the solenoid valve by controlling electrical connection between the solenoid valve and the electrical power generator, as called for in claim 7 of U.S. Patent No. 10,697,398.

f.      Dependent claim 10 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the electrical power generator comprises a magneto or an alternator coupled to a voltage regulator to provide a regulated voltage to the solenoid valve, as called for in claim 10 of U.S. Patent No. 10,697,398.

g.      Dependent claim 11 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the solenoid valve is open to provide liquid fuel to the engine when the solenoid valve is powered, as called for in claim 11 of U.S. Patent No. 10,697,398.

h.   Dependent claim 12 by specifically including all the aforementioned elements of claim 11 and, in addition, wherein a pull-starter drives the electrical power generator to power and open the solenoid valve while starting the engine on liquid fuel, as called for in claim 12 of U.S. Patent No. 10,697,398.

i.   Dependent claim 19 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is magnetically actuated to selectively interrupt liquid fuel, as called for in claim 19 of U.S. Patent No. 10,697,398.

j.   Dependent claim 20 by specifically including all the aforementioned elements of claim 1 and, in addition, a spring pushing the liquid fuel cut-off to interrupt liquid fuel; and an actuating magnet coupled to the carburetor to selectively pull the liquid fuel cut-off against the spring away from a position interrupting liquid fuel, as called for in claim 20 of U.S. Patent No. 10,697,398.

k.   Dependent claim 21 by specifically including all the aforementioned elements of claim 20 and, in addition, a housing at least partially enclosing the liquid fuel cutoff, the housing including a first section enclosing a plunger of the liquid fuel cut-off to the carburetor and holding the spring against the plunger; and a second section coupled to the first section and enclosing the actuating magnet , as called for in claim 21 of U.S. Patent No. 10,697,398.

l.   Dependent claim 22 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is physically attached to an outer surface of the carburetor, as called for in claim 22 of U.S. Patent No. 10,697,398.

m.   Independent claim 57 by specifically including a method of assembling a dual fuel engine comprising providing an engine operable on a gaseous fuel

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

and a liquid fuel; attaching a carburetor to an intake of the engine, the carburetor comprising a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage extending from the float bowl to the throat to provide liquid fuel; coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel; and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 57 of U.S. Patent No. 10,697,398.

n.    Dependent claim 58 by specifically including all the aforementioned elements of claim 57 and, in addition, coupling a manually operated control operatively to the liquid fuel cut-off, as called for in claim 58 of U.S. Patent No. 10,697,398.

Therefore, the aforementioned generator models listed in Paragraph 97(a)–(i) infringe at least claims 1, 3, 4, 6, 7, 10, 11, 12, 19, 20, 21, 22, 57 and 58 of U.S. Patent No. 10,697,398.

99.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

a.    Model WGen 3600DF, a multi-fuel Generator;

b.    Model WGen 5300DF, a multi-fuel Generator;

c.    Model WGen 7500DFc, a multi-fuel Generator;

d.    Model iGen 4500DFc, a multi-fuel Generator;

e.    Model iGen 4500DFcv, a multi-fuel Generator;

f.    Model iGen 5000DF, a multi-fuel Generator; and

g.    Model iGen 5000DFc, a multi-fuel Generator.

100.    Upon review of images and the owner's manuals of the  foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator models listed in Paragraph 97, it was determined that the foregoing Westinghouse generator models include all of the elements

of at least claims 1, 3, 4, 6, 7, 10, 11, 12, 19, 20, 21, 22, 57 and 58 of U.S. Patent No. 10,697,398. Each of the foregoing Westinghouse generator models infringe:

a. Independent claim 1 by specifically including a dual fuel engine comprising: an engine operable on a gaseous fuel and a liquid fuel; a switch to change operation of the engine between gaseous fuel and liquid fuel; a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source; a liquid fuel valve positioned along a liquid fuel line coupling the liquid fuel source to the carburetor; a gaseous fuel valve positioned along a gaseous fuel line coupling the gaseous fuel source to the carburetor; and a liquid fuel cut-off incorporated into the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 1 of U.S. Patent No. 10,697,398.

b. Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 3 of U.S. Patent No. 10,697,398.

c. Dependent claim 4 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the engine is a pull-start engine having an electrical power generator to supply electrical power, as called for in claim 4 of U.S. Patent No. 10,697,398.

d. Dependent claim 6 by specifically including all the aforementioned elements of claim 4 and, in addition, wherein the liquid fuel cut-off is a solenoid valve that operates within the carburetor to control liquid fuel flow to the engine and is powered by the electrical power generator, as called for in claim 6 of U.S. Patent No. 10,697,398.

e. Dependent claim 7 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the switch selectively powers

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

the solenoid valve by controlling electrical connection between the solenoid valve and the electrical power generator, as called for in claim 7 of U.S. Patent No. 10,697,398.

f.     Dependent claim 10 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the electrical power generator comprises a magneto or an alternator coupled to a voltage regulator to provide a regulated voltage to the solenoid valve, as called for in claim 10 of U.S. Patent No. 10,697,398.

g.     Dependent claim 11 by specifically including all the aforementioned elements of claim 6 and, in addition, wherein the solenoid valve is open to provide liquid fuel to the engine when the solenoid valve is powered, as called for in claim 11 of U.S. Patent No. 10,697,398.

h.     Dependent claim 12 by specifically including all the aforementioned elements of claim 11 and, in addition, wherein a pull-starter drives the electrical power generator to power and open the solenoid valve while starting the engine on liquid fuel, as called for in claim 12 of U.S. Patent No. 10,697,398.

i.     Dependent claim 19 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is magnetically actuated to selectively interrupt liquid fuel, as called for in claim 19 of U.S. Patent No. 10,697,398.

j.     Dependent claim 20 by specifically including all the aforementioned elements of claim 1 and, in addition, a spring pushing the liquid fuel cut-off to interrupt liquid fuel; and an actuating magnet coupled to the carburetor to selectively pull the liquid fuel cut-off against the spring away from a position interrupting liquid fuel, as called for in claim 20 of U.S. Patent No. 10,697,398.

k.   Dependent claim 21 by specifically including all the aforementioned elements of claim 20 and, in addition, a housing at least partially enclosing the liquid fuel cutoff, the housing including a first section enclosing a plunger of the liquid fuel cut-off to the carburetor and holding the spring against the plunger; and a second section coupled to the first section and enclosing the actuating magnet , as called for in claim 21 of U.S. Patent No. 10,697,398.

l.   Dependent claim 22 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is physically attached to an outer surface of the carburetor, as called for in claim 22 of U.S. Patent No. 10,697,398.

m.   Independent claim 57 by specifically including a method of assembling a dual fuel engine comprising providing an engine operable on a gaseous fuel and a liquid fuel; attaching a carburetor to an intake of the engine, the carburetor comprising a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage extending from the float bowl to the throat to provide liquid fuel; coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel; and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 57 of U.S. Patent No. 10,697,398.

n.   Dependent claim 58 by specifically including all the aforementioned elements of claim 57 and, in addition, coupling a manually operated control operatively to the liquid fuel cut-off, as called for in claim 58 of U.S. Patent No. 10,697,398.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 99(a)–(g) infringe at least claims 1, 3, 4, 6, 7, 10, 11, 12, 19, 20, 21, 22, 57 and 58 of U.S. Patent No. 10,697,398.

COMPLAINT AND DEMAND FOR JURY TRIAL

101.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

a.    Model WGen 5300DFv, a multi-fuel Generator.

102.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the aforementioned Westinghouse generator model includes all of the elements of at least claims 1, 2, 3, 4, 15, 22, 23, 57, and 58 of U.S. Patent No. 10,697,398.  Each of the foregoing Westinghouse generator models infringe:

a.    Independent claim 1 by specifically including a dual fuel engine comprising: an engine operable on a gaseous fuel and a liquid fuel; a switch to change operation of the engine between gaseous fuel and liquid fuel; a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source; a liquid fuel valve positioned along a liquid fuel line coupling the liquid fuel source to the carburetor; a gaseous fuel valve positioned along a gaseous fuel line coupling the gaseous fuel source to the carburetor; and a liquid fuel cut-off incorporated into the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 1 of U.S. Patent No. 10,697,398.

b.    Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the engine is a pull start, batteryless engine, as called for in claim 2 of U.S. Patent No. 10,697,398.

c.    Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 3 of U.S. Patent No. 10,697,398.

d.    Dependent claim 4 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the engine is a pull-start

COMPLAINT AND DEMAND FOR JURY TRIAL

engine having an electrical power generator to supply electrical power, as called for in claim 4 of U.S. Patent No. 10,697,398.

e.   Dependent claim 6 by specifically including all the aforementioned elements of claim 4 and, in addition, wherein the liquid fuel cut-off is a solenoid valve that operates within the carburetor to control liquid fuel flow to the engine and is powered by the electrical power generator, as called for in claim 6 of U.S. Patent No. 10,697,398.

f.   Dependent claim 15 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is manually actuated to interrupt liquid fuel, as called for in claim 15 of U.S. Patent No. 10,697,398.

g.   Dependent claim 22 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is physically attached to an outer surface of the carburetor, as called for in claim 22 of U.S. Patent No. 10,697,398.

h.   Independent claim 23 by specifically including a batteryless dual fuel generator comprising a housing containing a pull start engine coupled to drive an alternator, the engine operable on a gaseous fuel and a liquid fuel; a carburetor attached to an intake of the engine comprising a throat to mix fuel with air, a float bowl, and a fuel passage extending from the float bowl to the throat to provide liquid fuel; and a fuel shutoff attached to the carburetor to close the fuel passage upon selection of engine operation to gaseous fuel, as called for in claim 23 of U.S. Patent No. 10,697,398.

i.   Independent claim 57 by specifically including a method of assembling a dual fuel engine comprising providing an engine operable on a gaseous fuel and a liquid fuel; attaching a carburetor to an intake of the engine, the carburetor comprising a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage extending from the float bowl to

1    the throat to provide liquid fuel; coupling a switch to the engine to change

2    operation of the engine between gaseous fuel and liquid fuel; and attaching

3    a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation

4    of the switch from liquid fuel to gaseous fuel, as called for in claim 57 of

5    U.S. Patent No. 10,697,398.

6    j.    Dependent claim 58 by specifically including all the aforementioned

7    elements of claim 57 and, in addition, coupling a manually operated control

8    operatively to the liquid fuel cut-off, as called for in claim 58 of U.S. Patent

9    No. 10,697,398.

10   Therefore, the aforementioned Westinghouse generator model listed in Paragraph 101(a) infringes

11   at least claims 1, 2, 3, 4, 15, 22, 23, 57, and 58 of U.S. Patent No. 10,697,398.

12   103.    Champion has acquired and inspected the following Westinghouse generator

13   models that Defendants have been and are making, using, selling, or offering for sale within the

14   United States, or importing into the United States, and that infringe one or more claims of U.S.

15   Patent No. 10,697,398:

16   a.    Model WGen 3600DFcv, a multi-fuel Generator;

17   b.    Model WGen 3600DFv, a multi-fuel Generator; and

18   c.    Model WGen 5300DFcv, a multi-fuel Generator.

19   104.    Upon review of images and the owner's manuals of the foregoing Westinghouse

20   generator models and comparisons of the images and owner's manuals of the foregoing

21   Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph

22   101, it was determined that the foregoing Westinghouse generator models include all of the

23   elements of at least claims 1, 2, 3, 4, 15, 22, 23, 57, and 58 of U.S. Patent No. 10,697,398.  The

24   foregoing Westinghouse Generator Models infringe:

25   a.    Independent claim 1 by specifically including a dual fuel engine

26   comprising: an engine operable on a gaseous fuel and a liquid fuel; a switch

27   to change operation of the engine between gaseous fuel and liquid fuel; a

28   carburetor attached to an intake of the engine to mix air and fuel and connect

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 55 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

to a gaseous fuel source and a liquid fuel source; a liquid fuel valve positioned along a liquid fuel line coupling the liquid fuel source to the carburetor; a gaseous fuel valve positioned along a gaseous fuel line coupling the gaseous fuel source to the carburetor; and a liquid fuel cut-off incorporated into the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 1 of U.S. Patent No. 10,697,398.

b.      Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the engine is a pull start, batteryless engine, as called for in claim 2 of U.S. Patent No. 10,697,398.

c.      Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 3 of U.S. Patent No. 10,697,398.

d.      Dependent claim 4 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the engine is a pull-start engine having an electrical power generator to supply electrical power, as called for in claim 4 of U.S. Patent No. 10,697,398.

e.      Dependent claim 15 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is manually actuated to interrupt liquid fuel, as called for in claim 15 of U.S. Patent No. 10,697,398.

f.      Dependent claim 12 by specifically including all the aforementioned elements of claim 11 and, in addition, wherein a pull-starter drives the electrical power generator to power and open the solenoid valve while starting the engine on liquid fuel, as called for in claim 12 of U.S. Patent No. 10,697,398.

g. Dependent claim 22 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the liquid fuel cut-off is physically attached to an outer surface of the carburetor, as called for in claim 22 of U.S. Patent No. 10,697,398.

h. Independent claim 23 by specifically including a batteryless dual fuel generator comprising a housing containing a pull start engine coupled to drive an alternator, the engine operable on a gaseous fuel and a liquid fuel;

i. a carburetor attached to an intake of the engine comprising a throat to mix fuel with air, a float bowl, and a fuel passage extending from the float bowl to the throat to provide liquid fuel; and a fuel shutoff attached to the carburetor to close the fuel passage upon selection of engine operation to gaseous fuel, as called for in claim 23 of U.S. Patent No. 10,697,398.

j. Independent claim 57 by specifically including a method of assembling a dual fuel engine comprising providing an engine operable on a gaseous fuel and a liquid fuel; attaching a carburetor to an intake of the engine, the carburetor comprising a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage extending from the float bowl to the throat to provide liquid fuel; coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel; and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 57 of U.S. Patent No. 10,697,398.

k. Dependent claim 58 by specifically including all the aforementioned elements of claim 57 and, in addition, coupling a manually operated control operatively to the liquid fuel cut-off, as called for in claim 58 of U.S. Patent No. 10,697,398.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 103(a)–(c) infringe at least claims 1, 2, 3, 4, 15, 22, 23, 57, and 58 of U.S. Patent No. 10,697,398.

105.    Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 10,697,398:

       a.    Model WGen 12000DFc, a multi-fuel Generator.

106.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the aforementioned Westinghouse Generator Model includes all of the elements of at least claim 57 of U.S. Patent No. 10,697,398. The foregoing Westinghouse Generator Model infringes:

       a.    Independent claim 57 by specifically including a method of assembling a dual fuel engine comprising providing an engine operable on a gaseous fuel and a liquid fuel; attaching a carburetor to an intake of the engine, the carburetor comprising a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage extending from the float bowl to the throat to provide liquid fuel; coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel; and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 57 of U.S. Patent No. 10,697,398.

Therefore, the aforementioned Westinghouse generator model listed in Paragraph 105(a) infringes at least claim 57 of U.S. Patent No. 10,697,398.

107.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator model:

       a.    Model WGen 12000DF, a multi-fuel Generator.

108.    Upon review of the owner's manual of the WGen 12000DFc generator and the owner's manual for the WGen 12000DF including review of images and electrical schematics, it was determined that the Westinghouse Model WGen 12000DF includes all of the elements of at

least claim 57 of U.S. Patent No. 10,697,398. The foregoing Westinghouse generator model infringes:

a.      Independent claim 57 by specifically including a method of assembling a dual fuel engine comprising providing an engine operable on a gaseous fuel and a liquid fuel; attaching a carburetor to an intake of the engine, the carburetor comprising a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage extending from the float bowl to the throat to provide liquid fuel; coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel; and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel, as called for in claim 57 of U.S. Patent No. 10,697,398.

Therefore, the aforementioned Westinghouse generator model listed in Paragraph 107(a) infringes at least claim 57 of U.S. Patent No. 10,697,398.

109.    Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 10,697,398.

110.    Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 10,697,398.

111.    Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2) license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and had actual notice of all of Champion's patents and published patent applications as of their publication dates.

112.    Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

## COUNT VII:  INFRINGEMENT OF U.S. PATENT NO. 11,143,145

113.    Paragraphs 1 through 112 are incorporated by reference as if fully set forth herein.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 59 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

114.    U.S. Patent No. 11,143,145 is titled "BATTERYLESS DUAL FUEL ENGINE WITH LIQUID FUEL CUT-OFF."  U.S. Patent No. 11,143,145 was duly and legally issued on October 12, 2021.  A true and correct copy of U.S. Patent No. 11,143,145 is attached as Exhibit G.

115.    Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 11,143,145 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

116.    Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,143,145:

> a.    Model WGen 3600DFc, a multi-fuel Generator;
>
> b.    Model iGen 4500DF, a multi-fuel Generator;
>
> c.    Model WGen 9500DFc, a multi-fuel Generator;
>
> d.    Model WGen 5300DFc, a multi-fuel Generator;
>
> e.    Model WGen 7500DF, a multi-fuel Generator;
>
> f.    aModel WGen 10500TFc, a multi-fuel Generator;
>
> g.    Model WGen 9500TFc, a multi-fuel Generator; and
>
> h.    Model WGen 11500TFc, a multi-fuel Generator

117.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1–5, and 10 of U.S. Patent No. 11,143,145. The foregoing Westinghouse generator models infringe:

> a.    Independent claim 1 by specifically including a dual fuel generator comprising: an engine operable on a gaseous fuel and a liquid fuel; an electrical power generator driven by the engine and comprising a charging coil; a switch to change operation of the engine between gaseous fuel and liquid fuel; a carburetor attached to an intake of the engine to mix air and

COMPLAINT AND DEMAND FOR JURY TRIAL

fuel and connect to a gaseous fuel source and a liquid fuel source; a liquid fuel cut-off solenoid to interrupt liquid fuel flow to the engine upon actuation of the switch from liquid fuel to gaseous fuel; and a voltage regulator coupled to the charging coil to receive power therefrom and that operates to provide a regulated voltage to the liquid fuel cut-off solenoid, as called for in claim 1 of U.S. Patent No. 11,143,145.

b.    Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, a liquid fuel valve along a liquid fuel line coupling the liquid fuel source to the carburetor; and a gaseous fuel valve along a gaseous fuel line coupling the gaseous fuel source to the carburetor, as called for in claim 2 of U.S. Patent No. 11,143,145.

c.    Dependent claim 3 by specifically including all the aforementioned elements of claim 2 and, in addition, wherein each of the liquid fuel valve and the gaseous fuel valve comprises a mechanical valve, as called for in claim 3 of U.S. Patent No. 11,143,145.

d.    Dependent claim 4 by specifically including all the aforementioned elements of claim 2 and, in addition, wherein the liquid fuel cut-off solenoid is attached to the carburetor, as called for in claim 4 of U.S. Patent No. 11,143,145.

e.    Dependent claim 5 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 5 of U.S. Patent No. 11,143,145.

f.    Dependent claim 10 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the electrical power generator comprises a magneto or an alternator, as called for in claim 10 of U.S. Patent No. 11,143,145.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 116(a)–(h)

infringe at least claims 1–5 and 10 of U.S. Patent No. 11,143,145.

118.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

a.        Model WGen 3600DF, a multi-fuel Generator;

b.        Model WGen 5300DF, a multi-fuel Generator;

c.        Model WGen 7500DFc, a multi-fuel Generator;

d.        Model WGen 9500DF, a multi-fuel Generator;

e.        Model iGen 4500DFc, a multi-fuel Generator;

f.        Model iGen 4500DFcv, a multi-fuel Generator;

g.        Model iGen 5000DF, a multi-fuel Generator; and

h.        Model iGen 5000DFc, a multi-fuel Generator.

119.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph 116, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1, 2, 3, 4, 5, and 10 of U.S. Patent No. 11,143,145.  The foregoing Westinghouse generator models infringe:

a.        Independent claim 1 by specifically including a dual fuel generator comprising: an engine operable on a gaseous fuel and a liquid fuel; an electrical power generator driven by the engine and comprising a charging coil; a switch to change operation of the engine between gaseous fuel and liquid fuel; a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source; a liquid fuel cut-off solenoid to interrupt liquid fuel flow to the engine upon actuation of the switch from liquid fuel to gaseous fuel; and a voltage regulator coupled to the charging coil to receive power therefrom and that

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 62 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

operates to provide a regulated voltage to the liquid fuel cut-off solenoid, as called for in claim 1 of U.S. Patent No. 11,143,145.

b.      Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, a liquid fuel valve along a liquid fuel line coupling the liquid fuel source to the carburetor; and a gaseous fuel valve along a gaseous fuel line coupling the gaseous fuel source to the carburetor, as called for in claim 2 of U.S. Patent No. 11,143,145.

c.      Dependent claim 3 by specifically including all the aforementioned elements of claim 2 and, in addition, wherein each of the liquid fuel valve and the gaseous fuel valve comprises a mechanical valve, as called for in claim 3 of U.S. Patent No. 11,143,145.

d.      Dependent claim 4 by specifically including all the aforementioned elements of claim 2 and, in addition, wherein the liquid fuel cut-off solenoid is attached to the carburetor, as called for in claim 4 of U.S. Patent No. 11,143,145.

e.      Dependent claim 5 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 5 of U.S. Patent No. 11,143,145.

f.      Dependent claim 10 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the electrical power generator comprises a magneto or an alternator, as called for in claim 10 of U.S. Patent No. 11,143,145.

Therefore, aforementioned Westinghouse generator models listed in Paragraph 118(a)–(h) infringe at least claims 1-5, and 10 of U.S. Patent No. 11,143,145.

120.    Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the

COMPLAINT AND DEMAND FOR JURY TRIAL

United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,143,145:

a.    Model WGen 5300DFv, a multi-fuel Generator.

121.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the foregoing Westinghouse generator model includes all of the elements of at least claims 11 and 13 of U.S. Patent No. 11,143,145. The foregoing Westinghouse generator model infringes:

a.    Independent claim 11 by specifically including a dual fuel generator comprising an engine operable on a gaseous fuel and a liquid fuel; a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source; and a manually actuated fuel shutoff coupled to the carburetor, the manually actuated fuel shutoff comprising a first end in the carburetor that actuates to selectively allow or block a flow of fuel through the carburetor; and a second end external to the carburetor to actuate the first end, as called for in claim 11 of U.S. Patent No. 11,143,145.

b.    Dependent claim 13 by specifically including all the aforementioned elements of claim 11 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 13 of U.S. Patent No. 11,143,145.

Therefore, the aforementioned Westinghouse generator model listed in Paragraph 120(a) infringes at least claims 11 and 13 of U.S. Patent No. 11,143,145.

122.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

a.    Model WGen 3600DFcv, a multi-fuel Generator;

b.    Model WGen 3600DFv, a multi-fuel Generator; and

c.    Model WGen 5300DFcv, a multi-fuel Generator.

123.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph 120, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 11 and 13 of U.S. Patent No. 11,143,145.  The foregoing Westinghouse generator models infringe:

  a. Independent claim 11 by specifically including a dual fuel generator comprising an engine operable on a gaseous fuel and a liquid fuel; a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source; and a manually actuated fuel shutoff coupled to the carburetor, the manually actuated fuel shutoff comprising a first end in the carburetor that actuates to selectively allow or block a flow of fuel through the carburetor; and a second end external to the carburetor to actuate the first end, as called for in claim 11 of U.S. Patent No. 11,143,145.

  b. Dependent claim 13 by specifically including all the aforementioned elements of claim 11 and, in addition, wherein the gaseous fuel is LPG and the liquid fuel is gasoline, as called for in claim 13 of U.S. Patent No. 11,143,145.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 122(a)–(c) infringe at least claims 11 and 13 of U.S. Patent No. 11,143,145.

124.    Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 11,143,145.

125.    Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 11,143,145.

126.    Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2)

COMPLAINT AND DEMAND FOR JURY TRIAL

license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and had actual notice of all of Champion's patents and published patent applications as of their publication dates.

127.    Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

## COUNT VIII:  INFRINGEMENT OF U.S. PATENT NO. 10,598,101

128.    Paragraphs 1 through 127 are incorporated by reference as if fully set forth herein.

129.    U.S. Patent No. 10,598,101 is titled "DUAL FUEL SELECTOR SWITCH."  U.S. Patent No. 10,598,101 was duly and legally issued on March 24, 2020.  A true and correct copy of U.S. Patent No. 10,598,101 is attached as Exhibit H.

130.    Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 10,598,101 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

131.    Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 10,598,101:

        a.      Model WGen 3600DFc, a multi-fuel Generator;

        b.      Model iGen 4500DF, a multi-fuel Generator;

        c.      Model WGen 5300DFv, a multi-fuel Generator;

        d.      Model WGen 9500DFc, a multi-fuel Generator;

        e.      Model WGen 5300DFc, a multi-fuel Generator;

        f.      Model WGen 7500DF, a multi-fuel Generator;

        g.      Model WGen 10500TFc, a multi-fuel Generator;

        h.      Model WGen 9500TFc, a multi-fuel Generator; and

        i.      Model WGen 11500TFc, a multi-fuel Generator.

132.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the foregoing Westinghouse generator

models include all of the elements of at least claims 1, 2, 8, 9, 10, 11, 16, 18, and 19 of U.S. Patent No. 11,905,895. The aforementioned Westinghouse generator models infringe:

    a.    Independent claim 1 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising: a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow; wherein the valve assembly comprises: a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and wherein the first fuel valve and the second fuel valve are mechanical valves, as called for in claim 1 of U.S. Patent No. 10,598,101.

    b.    Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 2 of U.S. Patent No. 10,598,101.

    c.    Dependent claim 8 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the first fuel valve is attached to a liquefied petroleum gas (LPG) fuel source and wherein the second fuel valve is attached to a gasoline source, as called for in claim 8 of U.S. Patent No. 10,598,101.

    d.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the mechanical valve of each

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 67 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

of the first fuel valve and the second fuel valve is a non-solenoid valve, as called for in claim 9 of U.S. Patent No. 10,598,101.

e.     Independent claim 10 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising:  a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and at least one valve handle positioned on and operably connected to the valve assembly to actuate the valve assembly to enable one of the first fuel flow and the second fuel flow to the engine; wherein the valve assembly comprises:  a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and wherein the at least one valve handle is mechanically coupled to the first fuel valve and the second fuel valve to selectively open and close the first fuel valve and the second fuel valve responsive to actuation thereof, as called for in claim 10 of U.S. Patent No. 10,598,101.

f.     Dependent claim 16 by specifically including all the aforementioned elements of claim 10 and, in addition, wherein the first fuel source comprises LPG and the second fuel source comprises gasoline, as called for in claim 16 of U.S. Patent No. 10,598,101.

g.     Independent claim 18 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising: a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and a selector switch positioned on

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY
TRIAL

the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow; wherein the valve assembly comprises: two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source; and two fuel outputs supplying fuel from only one of the first fuel source or the second fuel source, wherein the valve assembly comprises a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 18 of U.S. Patent No. 10,598,101.

h.      Dependent claim 19 by specifically including all the aforementioned elements of claim 18 and, in addition, wherein the first fuel valve and the second fuel valve are non-solenoid, mechanical valves, as called for in claim 19 of U.S. Patent No. 10,598,101.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 131(a)–(i) infringe at least claims 1, 2, 8, 9, 10, 11, 16, 18, and 19 of U.S. Patent No. 10,598,101.

133.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

a.      Model WGen 3600DF, a multi-fuel Generator;

b.      Model WGen 5300DF, a multi-fuel Generator;

c.      Model WGen 7500DFc, a multi-fuel Generator;

d.      Model WGen 9500DF, a multi-fuel Generator;

e.      Model iGen 4500DFc, a multi-fuel Generator;

f.      Model iGen 4500DFcv, a multi-fuel Generator;

g.      Model iGen 5000DF, a multi-fuel Generator;

h.      Model iGen 5000DFc, a multi-fuel Generator;

i.      Model WGen 3600DFcv, a multi-fuel Generator;

COMPLAINT AND DEMAND FOR JURY TRIAL

1          j.      Model WGen 3600DFv, a multi-fuel Generator; and

2          k.      Model WGen 5300DFcv, a multi-fuel Generator.

3      134.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph 131, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1, 2, 8, 9, 10, 11 16, 18, and 19 of U.S. Patent No. 10,598,101. The foregoing Westinghouse generator models infringe:

          a.      Independent claim 1 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising: a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow; wherein the valve assembly comprises: a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and wherein the first fuel valve and the second fuel valve are mechanical valves, as called for in claim 1 of U.S. Patent No. 10,598,101.

          b.      Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 2 of U.S. Patent No. 10,598,101.

          c.      Dependent claim 8 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the first fuel valve is attached

COMPLAINT AND DEMAND FOR JURY TRIAL

to a liquefied petroleum gas (LPG) fuel source and wherein the second fuel valve is attached to a gasoline source, as called for in claim 8 of U.S. Patent No. 10,598,101.

d.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, wherein the mechanical valve of each of the first fuel valve and the second fuel valve is a non-solenoid valve, as called for in claim 9 of U.S. Patent No. 10,598,101.

e.    Independent claim 10 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising:  a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and at least one valve handle positioned on and operably connected to the valve assembly to actuate the valve assembly to enable one of the first fuel flow and the second fuel flow to the engine; wherein the valve assembly comprises:  a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and wherein the at least one valve handle is mechanically coupled to the first fuel valve and the second fuel valve to selectively open and close the first fuel valve and the second fuel valve responsive to actuation thereof, as called for in claim 10 of U.S. Patent No. 10,598,101.

f.    Dependent claim 16 by specifically including all the aforementioned elements of claim 10 and, in addition, wherein the first fuel source comprises LPG and the second fuel source comprises gasoline, as called for in claim 16 of U.S. Patent No. 10,598,101.

g.    Independent claim 18 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising: a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow; wherein the valve assembly comprises: two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source; and two fuel outputs supplying fuel from only one of the first fuel source or the second fuel source, wherein the valve assembly comprises a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 18 of U.S. Patent No. 10,598,101.

h.    Dependent claim 19 by specifically including all the aforementioned elements of claim 18 and, in addition, wherein the first fuel valve and the second fuel valve are non-solenoid, mechanical valves, as called for in claim 19 of U.S. Patent No. 10,598,101.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 133(a)–(k) infringe at least claims 1, 2, 8, 9, 10, 11, 16, 18, and 19 of U.S. Patent No. 10,598,101.

135.    Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 10,598,101.

136.    Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 10,598,101.

COMPLAINT AND DEMAND FOR JURY TRIAL

1    137.    Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the

2    dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2)

3    license by Defendants of Champion's patents, Defendants have monitored Champion's patents and

4    published patent applications and had actual notice of all of Champion's patents and published

5    patent applications as of their publication dates.

6    138.    Defendants, by way of their infringing activity, have caused and continue to cause

7    Champion to suffer damages in an amount to be determined at trial.

8    **COUNT IX:  INFRINGEMENT OF U.S. PATENT NO. 11,306,667**

9    139.    Paragraphs 1 through 138 are incorporated by reference as if fully set forth herein.

10    140.    U.S. Patent No. 11,306,667 is titled "DUAL FUEL SELECTOR SWITCH."  U.S.

11    Patent No. 11,306,667 was duly and legally issued on April 19, 2022.  A true and correct copy of

12    U.S. Patent No. 11,306,667 is attached as Exhibit I.

13    141.    Champion is the lawful assignee of the entire right, title, and interest in and to U.S.

14    Patent No. 11,306,667 and possesses all rights of recovery under the patent, including the right to

15    recover damages for past infringement.

16    142.    Champion has acquired and inspected the following Westinghouse generator

17    models that Defendants have been and are making, using, selling, or offering for sale within the

18    United States, or importing into the United States, and that infringe one or more claims of U.S.

19    Patent No. 11,306,667:

20        a.    Model WGen 3600DFc, a multi-fuel Generator;

21        b.    Model iGen 4500DF, a multi-fuel Generator;

22        c.    Model WGen 9500DFc, a multi-fuel Generator;

23        d.    Model WGen 7500DF, a multi-fuel Generator;

24        e.    Model WGen 10500TFc, a multi-fuel Generator;

25        f.    Model WGen 9500TFc, a multi-fuel Generator; and

26        g.    Model WGen 11500TFc, a multi-fuel Generator.

27    143.    Upon acquisition, disassembly as needed, review of the owner's manual and

28    electrical schematics, and inspection, it was determined that each of the foregoing Westinghouse

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 73 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

generator models include all of the elements of at least claims 1–9 of U.S. Patent No. 11,306,667. The foregoing Westinghouse Generator Models infringe:

a.    Independent claim 1 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector a selector having a valve assembly fluidly connected to each of a first fuel source and a second fuel source, being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, and including two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source, and two fuel outputs for selectively supplying fuel to an engine from the first fuel source or the second fuel source; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow, as called for in claim 1 of U.S. Patent No. 11,306,667.

b.    Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, the two fuel outputs selectively supply fuel to the engine from only one of the first fuel source or the second fuel source, responsive to selection of the first fuel flow or the second fuel flow via the selector switch, and a corresponding operation of the valve assembly, as called for in claim 2 of U.S. Patent No. 11,306,667.

c.    Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, the valve assembly has a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 3 of U.S. Patent No. 11,306,667.

d.    Dependent claim 4 by specifically including all the aforementioned elements of claim 3 and, in addition, the first fuel valve and the second fuel

COMPLAINT AND DEMAND FOR JURY TRIAL

valve are non-solenoid, mechanical valves, as called for in claim 4 of U.S. Patent No. 11,306,667.

e.    Dependent claim 5 by specifically including all the aforementioned elements of claim 3 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 5 of U.S. Patent No. 11,306,667.

f.    Dependent claim 6 by specifically including all the aforementioned elements of claim 1 and, in addition, a carburetor solenoid switch configured to activate an associated carburetor solenoid when actuated, as called for in claim 6 of U.S. Patent No. 11,306,667.

g.    Dependent claim 7 by specifically including all the aforementioned elements of claim 6 and, in addition, the selector switch is in a first position, the selector switch actuates the carburetor solenoid switch, so as to activate the carburetor solenoid and stop the second fuel flow to the engine, as called for in claim 7 of U.S. Patent No. 11,306,667.

h.    Dependent claim 8 by specifically including all the aforementioned elements of claim 7 and, in addition, when the selector switch is in a second position, the carburetor solenoid allows the second fuel flow to the engine, as called for in claim 8 of U.S. Patent No. 11,306,667.

i.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, the first fuel source is an LPG fuel source and wherein the second fuel source is a gasoline source, as called for in claim 9 of U.S. Patent No. 11,306,667.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 142(a)–(g) infringe at least claims 1-9 of U.S. Patent No. 11,306,667.

144.   Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

     a.   Model WGen 3600DF, a multi-fuel Generator;

     b.   Model WGen 5300DF, a multi-fuel Generator;

     c.   Model WGen 7500DFc, a multi-fuel Generator;

     d.   Model iGen 4500DFc, a multi-fuel Generator;

     e.   Model iGen 4500DFcv, a multi-fuel Generator;

     f.   Model iGen 5000DF, a multi-fuel Generator; and

     g.   Model iGen 5000DFc, a multi-fuel Generator.

145.   Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph 142, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1–9 of U.S. Patent No. 11,306,667.  The foregoing Westinghouse Generator Models infringe:

     a.   Independent claim 1 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector a selector having a valve assembly fluidly connected to each of a first fuel source and a second fuel source, being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, and including two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source, and two fuel outputs for selectively supplying fuel to an engine from the first fuel source or the second fuel source; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow, as called for in claim 1 of U.S. Patent No. 11,306,667.

b.      Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, the two fuel outputs selectively supply fuel to the engine from only one of the first fuel source or the second fuel source, responsive to selection of the first fuel flow or the second fuel flow via the selector switch, and a corresponding operation of the valve assembly, as called for in claim 2 of U.S. Patent No. 11,306,667.

c.      Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, the valve assembly has a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 3 of U.S. Patent No. 11,306,667.

d.      Dependent claim 4 by specifically including all the aforementioned elements of claim 3 and, in addition, the first fuel valve and the second fuel valve are non-solenoid, mechanical valves, as called for in claim 4 of U.S. Patent No. 11,306,667.

e.      Dependent claim 5 by specifically including all the aforementioned elements of claim 3 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 5 of U.S. Patent No. 11,306,667.

f.      Dependent claim 6 by specifically including all the aforementioned elements of claim 1 and, in addition, a carburetor solenoid switch configured to activate an associated carburetor solenoid when actuated, as called for in claim 6 of U.S. Patent No. 11,306,667.

g.      Dependent claim 7 by specifically including all the aforementioned elements of claim 6 and, in addition, the selector switch is in a first position, the selector switch actuates the carburetor solenoid switch, so as to activate

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 77 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

the carburetor solenoid and stop the second fuel flow to the engine, as called for in claim 7 of U.S. Patent No. 11,306,667.

h.    Dependent claim 8 by specifically including all the aforementioned elements of claim 7 and, in addition, when the selector switch is in a second position, the carburetor solenoid allows the second fuel flow to the engine, as called for in claim 8 of U.S. Patent No. 11,306,667.

i.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, the first fuel source is an LPG fuel source and wherein the second fuel source is a gasoline source, as called for in claim 9 of U.S. Patent No. 11,306,667.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 144(a)–(g) infringe at least claims 1–9 of U.S. Patent No. 11,306,667.

146.    Champion has acquired and inspected the following Westinghouse generator model that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,306,667:

a.    Model WGen 5300DFv, a multi-fuel Generator.

147.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that Westinghouse Model WGen 5300DFv includes all of the elements of at least claims 1–5, and 9 of U.S. Patent No. 11,306,667. The foregoing Westinghouse Generator Models infringe:

a.    Independent claim 1 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector a selector having a valve assembly fluidly connected to each of a first fuel source and a second fuel source, being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, and including two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input

connected to the second fuel source, and two fuel outputs for selectively supplying fuel to an engine from the first fuel source or the second fuel source; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow, as called for in claim 1 of U.S. Patent No. 11,306,667.

b.    Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, the two fuel outputs selectively supply fuel to the engine from only one of the first fuel source or the second fuel source, responsive to selection of the first fuel flow or the second fuel flow via the selector switch, and a corresponding operation of the valve assembly, as called for in claim 2 of U.S. Patent No. 11,306,667.

c.    Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, the valve assembly has a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 3 of U.S. Patent No. 11,306,667.

d.    Dependent claim 4 by specifically including all the aforementioned elements of claim 3 and, in addition, the first fuel valve and the second fuel valve are non-solenoid, mechanical valves, as called for in claim 4 of U.S. Patent No. 11,306,667.

e.    Dependent claim 5 by specifically including all the aforementioned elements of claim 3 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 5 of U.S. Patent No. 11,306,667.

f.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, the first fuel source is an LPG fuel

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 79 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

source and wherein the second fuel source is a gasoline source, as called for

in claim 9 of U.S. Patent No. 11,306,667.

Therefore, the aforementioned Westinghouse generator model listed in Paragraph 146(a) infringes at least claims 1–5 and 9 of U.S. Patent No. 11,306,667.

148.    Upon information and belief, Defendants have been and are now making, using, selling, or offering for sale within the United States, or importing into the United States, the following additional generator models:

        a.    Model WGen 3600DFcv, a multi-fuel Generator;

        b.    Model WGen 3600DFv, a multi-fuel Generator; and

        c.    Model WGen 5300DFcv, a multi-fuel Generator.

149.    Upon review of images and the owner's manuals of the foregoing Westinghouse generator models and comparisons of the images and owner's manuals of the foregoing Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph 146, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 1–5 and 9 of U.S. Patent No. 11,306,667.  The foregoing Westinghouse Generator Models infringe:

        a.    Independent claim 1 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector a selector having a valve assembly fluidly connected to each of a first fuel source and a second fuel source, being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, and including two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source, and two fuel outputs for selectively supplying fuel to an engine from the first fuel source or the second fuel source; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow, as called for in claim 1 of U.S. Patent No. 11,306,667.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 80 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

b.    Dependent claim 2 by specifically including all the aforementioned elements of claim 1 and, in addition, the two fuel outputs selectively supply fuel to the engine from only one of the first fuel source or the second fuel source, responsive to selection of the first fuel flow or the second fuel flow via the selector switch, and a corresponding operation of the valve assembly, as called for in claim 2 of U.S. Patent No. 11,306,667.

c.    Dependent claim 3 by specifically including all the aforementioned elements of claim 1 and, in addition, the valve assembly has a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 3 of U.S. Patent No. 11,306,667.

d.    Dependent claim 4 by specifically including all the aforementioned elements of claim 3 and, in addition, the first fuel valve and the second fuel valve are non-solenoid, mechanical valves, as called for in claim 4 of U.S. Patent No. 11,306,667.

e.    Dependent claim 5 by specifically including all the aforementioned elements of claim 3 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 5 of U.S. Patent No. 11,306,667.

f.    Dependent claim 9 by specifically including all the aforementioned elements of claim 1 and, in addition, the first fuel source is an LPG fuel source and wherein the second fuel source is a gasoline source, as called for in claim 9 of U.S. Patent No. 11,306,667.

Therefore, the aforementioned Westinghouse generator models listed in Paragraph 148(a)–(c) infringe at least claims 1–5 and 9 of U.S. Patent No. 11,306,667.

COMPLAINT AND DEMAND FOR JURY TRIAL

150. Champion has no adequate remedy at law against Defendants' acts of infringement and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined from their infringement of U.S. Patent No. 11,306,667.

151. Upon information and belief, Defendants' infringement has been willful, deliberate, and with knowledge of Champion's rights under U.S. Patent No. 11,306,667.

152. Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2) license by Defendants of Champion's patents, Defendants have monitored Champion's patents and published patent applications and have actual notice of all of Champion's patents and published patent applications as of their publication dates.

153. Defendants, by way of their infringing activity, have caused and continue to cause Champion to suffer damages in an amount to be determined at trial.

**COUNT X:  INFRINGEMENT OF U.S. PATENT NO. 11,905,896**

154. Paragraphs 1 through 153 are incorporated by reference as if fully set forth herein.

155. U.S. Patent No. 11,905,896 is titled "DUAL FUEL SELECTOR SWITCH."  U.S. Patent No. 11,905,896 was duly and legally issued on February 20, 2024.  A true and correct copy of U.S. Patent No. 11,905,896 is attached as Exhibit J.

156. Champion is the lawful assignee of the entire right, title, and interest in and to U.S. Patent No. 11,905,896 and possesses all rights of recovery under the patent, including the right to recover damages for past infringement.

157. Champion has acquired and inspected the following Westinghouse generator models that Defendants have been and are making, using, selling, or offering for sale within the United States, or importing into the United States, and that infringe one or more claims of U.S. Patent No. 11,905,896:

       a.      Model WGen 3600DFc, a multi-fuel Generator;

       b.      Model iGen 4500DF, a multi-fuel Generator;

       c.      Model WGen 9500DFc, a multi-fuel Generator;

       d.      Model WGen 5300DFc, a multi-fuel Generator;

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 82 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

e.      Model WGen 7500DF, a multi-fuel Generator;

f.      Model WGen 10500TFc, a multi-fuel Generator;

g.      Model WGen 9500TFc, a multi-fuel Generator; and

h.      Model WGen 11500TFc, a multi-fuel Generator.

158.    Upon acquisition, disassembly as needed, review of the owner's manual and electrical schematics, and inspection, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, 35, 36, 37, and 38 of U.S. Patent No. 11,905,896.  The foregoing Westinghouse generator models infringe:

a.      Independent claim 7 by specifically including fuel selector for use with a dual fuel generator, the fuel selector comprising a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising a first mechanical fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second mechanical fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and a selector switch movable with respect to the valve assembly to allow a user to manually select the first fuel flow or the second fuel flow , as called for in claim 7 of U.S. Patent No. 11,905,896.

b.      Dependent claim 8 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 8 of U.S. Patent No. 11,905,896.

c.      Dependent claim 14 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the first fuel valve is couplable to a liquefied petroleum gas (LPG) fuel source; and the second fuel valve is

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 83 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

1    coupable to a gasoline source, as called for in claim 14 of U.S. Patent No.

2    11,905,896.

3    d.    Independent claim 15 by specifically including a fuel selector for use with

4    a dual fuel generator, the fuel selector comprising a valve assembly fluidly

5    coupable to each of a first fuel source and a second fuel source and operable

6    to selectively control a first fuel flow and a second fuel flow from the first

7    fuel source and the second fuel source, respectively, to an engine of the dual

8    fuel generator, the valve assembly comprising a first fuel valve having open

9    and closed positions to selectively control the first fuel flow to the engine;

10   and a second fuel valve having open and closed positions to selectively

11   control the second fuel flow to the engine; and at least one valve handle

12   mechanically coupled to the first fuel valve and the second fuel valve to

13   selectively open and close the first fuel valve and the second fuel valve

14   responsive to actuation thereof so as to enable the first fuel flow to the

15   engine or the second fuel flow to the engine, as called for in claim 15 of

16   U.S. Patent No. 11,905,896.

17   e.    Dependent claim 16 by specifically including all the aforementioned

18   elements of claim 15 and, in addition, wherein the at least one valve handle

19   enables only one of the first and second fuel flows to the engine at a given

20   time, as called for in claim 16 of U.S. Patent No. 11,905,896.

21   f.    Independent claim 30 by specifically including a fuel selector for use with

22   a dual fuel generator, the fuel selector comprising: a valve assembly fluidly

23   coupable to each of a first fuel source and a second fuel source and operable

24   to selectively control a first fuel flow and a second fuel flow from the first

25   fuel source and the second fuel source, respectively, to an engine of the dual

26   fuel generator, the valve assembly comprising: two fuel inputs comprising:

27   a first fuel input couplable to the first fuel source; and a second fuel input

28   couplable to the second fuel source; and two fuel outputs configured to

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 84 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

selectively supply fuel to the engine from the first fuel source or the second fuel source; and a selector switch positioned on the valve assembly to allow a user to manually select the first fuel flow or the second fuel flow, as called for in claim 30 of U.S. Patent No. 11,905,896.

g.     Dependent claim 31 by specifically including all the aforementioned elements of claim 30 and, in addition, wherein the two fuel outputs are configured to selectively supply fuel to the engine from only one of the first and second fuel sources responsive to selection of the first fuel flow or the second fuel flow via the selector switch and a corresponding operation of the valve assembly, as called for in claim 31 of U.S. Patent No. 11,905,896.

h.     Dependent claim 32 by specifically including all the aforementioned elements of claim 30 and, in addition, wherein the valve assembly comprises: a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 32 of U.S. Patent No. 11,905,896.

i.     Dependent claim 34 by specifically including all the aforementioned elements of claim 32 and, in addition, wherein the first fuel valve and the second fuel valve are non-solenoid, mechanical valves, as called for in claim 34 of U.S. Patent No. 11,905,896.

j.     Dependent claim 35 by specifically including all the aforementioned elements of claim 32 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 35 of U.S. Patent No. 11,905,896.

k.     Dependent claim 36 by specifically including all the aforementioned elements of claim 30 and, in addition, a carburetor solenoid switch

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

1    configured to activate an associated carburetor solenoid when actuated, as

2    called for in claim 36 of U.S. Patent No. 11,905,896.

3    l.    Dependent claim 37 by specifically including all the aforementioned

4    elements of claim 36 and, in addition, wherein, when the selector switch is

5    in a first position, the selector switch actuates the carburetor solenoid switch

6    so as to activate the carburetor solenoid and prohibit the second fuel flow to

7    the engine, as called for in claim 37 of U.S. Patent No. 11,905,896.

8    m.    Dependent claim 38 by specifically including all the aforementioned

9    elements of claim 37 and, in addition, wherein, when the selector switch is

10    in a second position, the carburetor solenoid allows the second fuel flow to

11    the engine, as called for in claim 38 of U.S. Patent No. 11,905,896.

12    Therefore, the aforementioned Westinghouse generator models listed in Paragraph 157(a)–(h)

13    infringe at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, 35, 36, 37, and 38 of U.S. Patent No.

14    11,905,896.

15    159.    Upon information and belief, Defendants have been and are now making, using,

16    selling, or offering for sale within the United States, or importing into the United States, the

17    following additional generator models:

18    a.    Model WGen 3600DF, a multi-fuel Generator;

19    b.    Model WGen 5300DF, a multi-fuel Generator;

20    c.    Model WGen 7500DFc, a multi-fuel Generator;

21    d.    Model WGen 9500DF, a multi-fuel Generator;

22    e.    Model iGen 4500DFc, a multi-fuel Generator;

23    f.    Model iGen 4500DFcv, a multi-fuel Generator;

24    g.    Model iGen 5000DF, a multi-fuel Generator; and

25    h.    Model iGen 5000DFc, a multi-fuel Generator.

26    160.    Upon review of images and the owner's manuals of the foregoing Westinghouse

27    generator models and comparisons of the images and owner's manuals of the foregoing

28    Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 86 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

157, it was determined that the foregoing Westinghouse generator models include all of the elements of at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, 35, 36, 37, and 38 of U.S. Patent No. 11,905,896.  The foregoing Westinghouse generator models infringe:

a.    Independent claim 7 by specifically including fuel selector for use with a dual fuel generator, the fuel selector comprising a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising a first mechanical fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second mechanical fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and a selector switch movable with respect to the valve assembly to allow a user to manually select the first fuel flow or the second fuel flow , as called for in claim 7 of U.S. Patent No. 11,905,896.

b.    Dependent claim 8 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 8 of U.S. Patent No. 11,905,896.

c.    Dependent claim 14 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the first fuel valve is couplable to a liquefied petroleum gas (LPG) fuel source; and the second fuel valve is couplable to a gasoline source, as called for in claim 14 of U.S. Patent No. 11,905,896.

d.    Independent claim 15 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable

1    to selectively control a first fuel flow and a second fuel flow from the first

2    fuel source and the second fuel source, respectively, to an engine of the dual

3    fuel generator, the valve assembly comprising a first fuel valve having open

4    and closed positions to selectively control the first fuel flow to the engine;

5    and a second fuel valve having open and closed positions to selectively

6    control the second fuel flow to the engine; and at least one valve handle

7    mechanically coupled to the first fuel valve and the second fuel valve to

8    selectively open and close the first fuel valve and the second fuel valve

9    responsive to actuation thereof so as to enable the first fuel flow to the

10    engine or the second fuel flow to the engine, as called for in claim 15 of

11    U.S. Patent No. 11,905,896.

12    e.    Dependent claim 16 by specifically including all the aforementioned

13    elements of claim 15 and, in addition, wherein the at least one valve handle

14    enables only one of the first and second fuel flows to the engine at a given

15    time, as called for in claim 16 of U.S. Patent No. 11,905,896.

16    f.    Independent claim 30 by specifically including a fuel selector for use with

17    a dual fuel generator, the fuel selector comprising: a valve assembly fluidly

18    couplable to each of a first fuel source and a second fuel source and operable

19    to selectively control a first fuel flow and a second fuel flow from the first

20    fuel source and the second fuel source, respectively, to an engine of the dual

21    fuel generator, the valve assembly comprising: two fuel inputs comprising:

22    a first fuel input couplable to the first fuel source; and a second fuel input

23    couplable to the second fuel source; and two fuel outputs configured to

24    selectively supply fuel to the engine from the first fuel source or the second

25    fuel source; and a selector switch positioned on the valve assembly to allow

26    a user to manually select the first fuel flow or the second fuel flow, as called

27    for in claim 30 of U.S. Patent No. 11,905,896.

28

COMPLAINT AND DEMAND FOR JURY
TRIAL

g.     Dependent claim 31 by specifically including all the aforementioned elements of claim 30 and, in addition, wherein the two fuel outputs are configured to selectively supply fuel to the engine from only one of the first and second fuel sources responsive to selection of the first fuel flow or the second fuel flow via the selector switch and a corresponding operation of the valve assembly, as called for in claim 31 of U.S. Patent No. 11,905,896.

h.     Dependent claim 32 by specifically including all the aforementioned elements of claim 30 and, in addition, wherein the valve assembly comprises: a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine, as called for in claim 32 of U.S. Patent No. 11,905,896.

i.     Dependent claim 34 by specifically including all the aforementioned elements of claim 32 and, in addition, wherein the first fuel valve and the second fuel valve are non-solenoid, mechanical valves, as called for in claim 34 of U.S. Patent No. 11,905,896.

j.     Dependent claim 35 by specifically including all the aforementioned elements of claim 32 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 35 of U.S. Patent No. 11,905,896.

k.     Dependent claim 36 by specifically including all the aforementioned elements of claim 30 and, in addition, a carburetor solenoid switch configured to activate an associated carburetor solenoid when actuated, as called for in claim 36 of U.S. Patent No. 11,905,896.

l.     Dependent claim 37 by specifically including all the aforementioned elements of claim 36 and, in addition, wherein, when the selector switch is in a first position, the selector switch actuates the carburetor solenoid switch

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY TRIAL

1    so as to activate the carburetor solenoid and prohibit the second fuel flow to

2    the engine, as called for in claim 37 of U.S. Patent No. 11,905,896.

3    m.    Dependent claim 38 by specifically including all the aforementioned

4    elements of claim 37 and, in addition, wherein, when the selector switch is

5    in a second position, the carburetor solenoid allows the second fuel flow to

6    the engine, as called for in claim 38 of U.S. Patent No. 11,905,896.

7 Therefore, the aforementioned Westinghouse generator models listed in Paragraph 159(a)–(h)

8 infringe at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, 35, 36, 37, and 38 of U.S. Patent No.

9 11,905,896.

10    161.    Champion has acquired and inspected the following Westinghouse generator model

11 that Defendants have been and are making, using, selling, or offering for sale within the United

12 States, or importing into the United States, and that infringe one or more claims of U.S. Patent No.

13 11,905,896:

14    a.    Model WGen 5300DFv, a multi-fuel Generator.

15    162.    Upon acquisition, disassembly as needed, review of the owner's manual and

16 electrical schematics, and inspection, it was determined that the aforementioned Westinghouse

17 generator model includes all of the elements of at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, and

18 35 of U.S. Patent No. 11,905,896.  The foregoing Westinghouse Generator Model infringes:

19    a.    Independent claim 7 by specifically including fuel selector for use with a

20    dual fuel generator, the fuel selector comprising a valve assembly fluidly

21    couplable to each of a first fuel source and a second fuel source and operable

22    to selectively control a first fuel flow and a second fuel flow from the first

23    fuel source and the second fuel source, respectively, to an engine of the dual

24    fuel generator, the valve assembly comprising a first mechanical fuel valve

25    having open and closed positions to selectively control the first fuel flow to

26    the engine; and a second mechanical fuel valve having open and closed

27    positions to selectively control the second fuel flow to the engine; and a

28    selector switch movable with respect to the valve assembly to allow a user

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 90 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

to manually select the first fuel flow or the second fuel flow , as called for in claim 7 of U.S. Patent No. 11,905,896.

b. Dependent claim 8 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 8 of U.S. Patent No. 11,905,896.

c. Dependent claim 14 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the first fuel valve is couplable to a liquefied petroleum gas (LPG) fuel source; and the second fuel valve is couplable to a gasoline source, as called for in claim 14 of U.S. Patent No. 11,905,896.

d. Independent claim 15 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and at least one valve handle mechanically coupled to the first fuel valve and the second fuel valve to selectively open and close the first fuel valve and the second fuel valve responsive to actuation thereof so as to enable the first fuel flow to the engine or the second fuel flow to the engine, as called for in claim 15 of U.S. Patent No. 11,905,896.

e. Dependent claim 16 by specifically including all the aforementioned elements of claim 15 and, in addition, wherein the at least one valve handle

1    enables only one of the first and second fuel flows to the engine at a given

2    time, as called for in claim 16 of U.S. Patent No. 11,905,896.

3    f.    Independent claim 30 by specifically including a fuel selector for use with

4    a dual fuel generator, the fuel selector comprising: a valve assembly fluidly

5    couplable to each of a first fuel source and a second fuel source and operable

6    to selectively control a first fuel flow and a second fuel flow from the first

7    fuel source and the second fuel source, respectively, to an engine of the dual

8    fuel generator, the valve assembly comprising: two fuel inputs comprising:

9    a first fuel input couplable to the first fuel source; and a second fuel input

10    couplable to the second fuel source; and two fuel outputs configured to

11    selectively supply fuel to the engine from the first fuel source or the second

12    fuel source; and a selector switch positioned on the valve assembly to allow

13    a user to manually select the first fuel flow or the second fuel flow, as called

14    for in claim 30 of U.S. Patent No. 11,905,896.

15    g.    Dependent claim 31 by specifically including all the aforementioned

16    elements of claim 30 and, in addition, wherein the two fuel outputs are

17    configured to selectively supply fuel to the engine from only one of the first

18    and second fuel sources responsive to selection of the first fuel flow or the

19    second fuel flow via the selector switch and a corresponding operation of

20    the valve assembly, as called for in claim 31 of U.S. Patent No. 11,905,896.

21    h.    Dependent claim 32 by specifically including all the aforementioned

22    elements of claim 30 and, in addition, wherein the valve assembly

23    comprises: a first fuel valve having open and closed positions to selectively

24    control the first fuel flow to the engine; and a second fuel valve having open

25    and closed positions to selectively control the second fuel flow to the

26    engine, as called for in claim 32 of U.S. Patent No. 11,905,896.

27    i.    Dependent claim 34 by specifically including all the aforementioned

28    elements of claim 32 and, in addition, wherein the first fuel valve and the

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 92 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

1    second fuel valve are non-solenoid, mechanical valves, as called for in claim

2    34 of U.S. Patent No. 11,905,896.

3        j.    Dependent claim 35 by specifically including all the aforementioned

4            elements of claim 32 and, in addition, wherein the selector switch provides

5            for manual actuation of the first fuel valve and the second fuel valve

6            between the open and closed positions, as called for in claim 35 of U.S.

7            Patent No. 11,905,896.

8    Therefore, the aforementioned Westinghouse generator model listed in Paragraph 161(a) infringes

9    at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, and 35 of U.S. Patent No. 11,905,896.

10        163.    Upon information and belief, Defendants have been and are now making, using,

11   selling, or offering for sale within the United States, or importing into the United States, the

12   following additional generator models:

13        a.    Model WGen 3600DFcv, a multi-fuel Generator;

14        b.    Model WGen 3600DFv, a multi-fuel Generator; and

15        c.    Model WGen 5300DFcv, a multi-fuel Generator.

16        164.    Upon review of images and the owner's manuals of the foregoing Westinghouse

17   generator models and comparisons of the images and owner's manuals of the foregoing

18   Westinghouse generator models to those of the Westinghouse generator model listed in Paragraph

19   161, it was determined that the foregoing Westinghouse generator models include all of the

20   elements of at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, and 35 of U.S. Patent No. 11,905,896.

21   The foregoing Westinghouse generator models infringe:

22        a.    Independent claim 7 by specifically including fuel selector for use with a

23            dual fuel generator, the fuel selector comprising a valve assembly fluidly

24            couplable to each of a first fuel source and a second fuel source and operable

25            to selectively control a first fuel flow and a second fuel flow from the first

26            fuel source and the second fuel source, respectively, to an engine of the dual

27            fuel generator, the valve assembly comprising a first mechanical fuel valve

28            having open and closed positions to selectively control the first fuel flow to

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 93 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

the engine; and a second mechanical fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and a selector switch movable with respect to the valve assembly to allow a user to manually select the first fuel flow or the second fuel flow , as called for in claim 7 of U.S. Patent No. 11,905,896.

b.    Dependent claim 8 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions, as called for in claim 8 of U.S. Patent No. 11,905,896.

c.    Dependent claim 14 by specifically including all the aforementioned elements of claim 7 and, in addition, wherein the first fuel valve is couplable to a liquefied petroleum gas (LPG) fuel source; and the second fuel valve is couplable to a gasoline source, as called for in claim 14 of U.S. Patent No. 11,905,896.

d.    Independent claim 15 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and at least one valve handle mechanically coupled to the first fuel valve and the second fuel valve to selectively open and close the first fuel valve and the second fuel valve responsive to actuation thereof so as to enable the first fuel flow to the

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 94 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

engine or the second fuel flow to the engine, as called for in claim 15 of U.S. Patent No. 11,905,896.

e.  Dependent claim 16 by specifically including all the aforementioned elements of claim 15 and, in addition, wherein the at least one valve handle enables only one of the first and second fuel flows to the engine at a given time, as called for in claim 16 of U.S. Patent No. 11,905,896.

f.  Independent claim 30 by specifically including a fuel selector for use with a dual fuel generator, the fuel selector comprising: a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising: two fuel inputs comprising: a first fuel input couplable to the first fuel source; and a second fuel input couplable to the second fuel source; and two fuel outputs configured to selectively supply fuel to the engine from the first fuel source or the second fuel source; and a selector switch positioned on the valve assembly to allow a user to manually select the first fuel flow or the second fuel flow, as called for in claim 30 of U.S. Patent No. 11,905,896.

g.  Dependent claim 31 by specifically including all the aforementioned elements of claim 30 and, in addition, wherein the two fuel outputs are configured to selectively supply fuel to the engine from only one of the first and second fuel sources responsive to selection of the first fuel flow or the second fuel flow via the selector switch and a corresponding operation of the valve assembly, as called for in claim 31 of U.S. Patent No. 11,905,896.

h.  Dependent claim 32 by specifically including all the aforementioned elements of claim 30 and, in addition, wherein the valve assembly comprises: a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open

Snell & Wilmer
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 95 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

1    and closed positions to selectively control the second fuel flow to the

2    engine, as called for in claim 32 of U.S. Patent No. 11,905,896.

3        i.    Dependent claim 34 by specifically including all the aforementioned

4    elements of claim 32 and, in addition, wherein the first fuel valve and the

5    second fuel valve are non-solenoid, mechanical valves, as called for in claim

6    34 of U.S. Patent No. 11,905,896.

7        j.    Dependent claim 35 by specifically including all the aforementioned

8    elements of claim 32 and, in addition, wherein the selector switch provides

9    for manual actuation of the first fuel valve and the second fuel valve

10    between the open and closed positions, as called for in claim 35 of U.S.

11    Patent No. 11,905,896.

12    Therefore, the aforementioned Westinghouse generator models listed in Paragraph 163(a)–(c)

13    infringe at least claims 7, 8, 14, 15, 16, 30, 31, 32, 34, and 35 of U.S. Patent No. 11,905,896.

14        165.    Champion has no adequate remedy at law against Defendants' acts of infringement

15    and will suffer irreparable harm unless Defendants are preliminarily and permanently enjoined

16    from their infringement of U.S. Patent No. 11,905,896.

17        166.    Upon information and belief, Defendants' infringement has been willful, deliberate,

18    and with knowledge of Champion's rights under U.S. Patent No. 11,905,896.

19        167.    Upon information and belief, at least as of June 19, 2020 and August 16, 2024, the

20    dates Champion sent MWE correspondence demanding (1) the cessation of infringement or (2)

21    license by Defendants of Champion's patents, Defendants have monitored Champion's patents and

22    published patent applications and had actual notice of all of Champion's patents and published

23    patent applications as of their publication dates.

24        168.    Defendants, by way of their infringing activity, have caused and continue to cause

25    Champion to suffer damages in an amount to be determined at trial.

26    **<u>PRAYER FOR RELIEF</u>**

27        Wherefore, Champion prays for judgment against WESTINGHOUSE ELECTRIC

28    CORPORATION, WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY,

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 96 -

COMPLAINT AND DEMAND FOR JURY
TRIAL

1   LLC, MIDWEST EQUIPMENT SALES, LLC, and MWE INVESTMENTS, LLC, granting

2   Champion the following relief:

3        A.    That this Court adjudge and decree that U.S. Patent No. 10,221,780 is valid and

4   enforceable against Defendants and that Defendants have infringed and continue to infringe the

5   patent;

6        B.    That this Court adjudge and decree that U.S. Patent No. 10,393,034 is valid and

7   enforceable against Defendants and that Defendants have infringed and continue to infringe the

8   patent;

9        C.    That this Court adjudge and decree that U.S. Patent No. 10,598,101 is valid and

10  enforceable against Defendants and that Defendants have infringed and continue to infringe the

11  patent;

12       D.    That this Court adjudge and decree that U.S. Patent No. 10,697,398 is valid and

13  enforceable against Defendants and that Defendants have infringed and continue to infringe the

14  patent;

15       E.    That this Court adjudge and decree that U.S. Patent No. 11,143,120 is valid and

16  enforceable against Defendants and that Defendants have infringed and continue to infringe the

17  patent;

18       F.    That this Court adjudge and decree that U.S. Patent No. 11,143,145 is valid and

19  enforceable against Defendants and that Defendants have infringed and continue to infringe the

20  patent;

21       G.    That this Court adjudge and decree that U.S. Patent No. 11,306,667 is valid and

22  enforceable against Defendants and that Defendants have infringed and continue to infringe the

23  patent;

24       H.    That this Court adjudge and decree that U.S. Patent No. 11,492,985 is valid and

25  enforceable against Defendants and that Defendants have infringed and continue to infringe the

26  patent;

27       I.    That this Court adjudge and decree that U.S. Patent No. 11,905,895 is valid and

28  enforceable against Defendants and that Defendants have infringed and continue to infringe the

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

COMPLAINT AND DEMAND FOR JURY
TRIAL

patent;

J.     That this Court adjudge and decree that U.S. Patent No. 11,905,896 is valid and enforceable against Defendants and that Defendants have infringed and continue to infringe the patent;

K.     That this Court grant injunctions enjoining the aforesaid acts of infringement by Defendants, their officers, agents, servants, employees, subsidiaries, and attorneys, and those acting in concert with them, including related individuals and entities, customers, representatives, original equipment manufacturers ("OEMs"), dealers, and distributors;

L.     That this Court enter an award to Champion of such damages as it shall prove at trial against Defendants that are adequate to compensate Champion for said infringement as permitted under the Patent Act;

M.     That this Court order an award to Champion of up to three times the amount of compensatory damages because of Defendants' willful infringement and any enhanced damages as provided by 35 U.S.C. § 284;

N.     That this Court render a finding that this case is "exceptional" and award Champion its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285;

O.     That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 10,221,780;

P.     That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 10,393,034;

Q.     That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 10,598,101;

R.     That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 10,697,398;

S.     That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 11,143,120;

T.     That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 11,143,145;

U.      That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 11,306,667;

V.      That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 11,492,985;

W.      That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 11,905,895;

X.      That this Court award Champion any profits that Champion lost due to Defendants' infringement of U.S. Patent No. 11,905,896;

Y.      That this Court award Champion pre-judgment and post-judgment interests to the maximum extent allowed under the law; and

Z.      That this Court grant to Champion such other, further, and different relief as may be just and proper.

## JURY TRIAL DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Champion respectfully demands a trial by jury of any and all issues triable of right before a jury.

Dated: May ___, 2025                          SNELL & WILMER L.L.P.


By: _____
    Randal S. Weide
    David G. Barker
    Zachary G. Schroeder

    Timothy J. Ziolkowski
    Jacob M. Fritz
    ZIOLKOWSKIN PATENT SOLUTIONS
    GROUP, SC

Snell & Wilmer
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

- 99 -                          COMPLAINT AND DEMAND FOR JURY
                                TRIAL

# EXHIBIT A



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**July 23, 2024**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *10,393,034*
ISSUE DATE: *August 27, 2019*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer



US010393034B2

(12) **United States Patent**
Collie et al.

(10) Patent No.: **US 10,393,034 B2**
(45) Date of Patent: **Aug. 27, 2019**

(54) **FUEL SYSTEM FOR A MULTI-FUEL INTERNAL COMBUSTION ENGINE**

(71) Applicant: **Champion Engine Technology, LLC,** Sussex, WI (US)

(72) Inventors: **Kendall J. Collie**, Anaheim Hills, CA (US); **Mark J. Sarder**, Waukesha, WI (US); **Aleko D. Sotiriades**, Cedarburg, WI (US); **James J. Dehn**, Brookfield, WI (US); **Leigh Jenison**, Hartland, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 30 days.

(21) Appl. No.: **15/285,215**

(22) Filed: **Oct. 4, 2016**

(65) **Prior Publication Data**
US 2017/0022910 A1    Jan. 26, 2017

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/925,441, filed on Oct. 28, 2015, which is a continuation-in-part of application No. 14/738,060, filed on Jun. 12, 2015.

(51) **Int. Cl.**
*F02D 19/06*    (2006.01)
*F02M 19/06*    (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *F02D 19/0613* (2013.01); *F02B 43/00* (2013.01); *F02B 63/04* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. F02D 41/0025; F02D 41/0027; F02D 19/0647; F02D 19/081; F02D 19/0613;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,722,208 A    11/1955    Conroy, Jr. et al.
3,384,059 A    5/1968    Kopa
(Continued)

FOREIGN PATENT DOCUMENTS

CN    2060477 U    8/1990
CN    1981121 A    6/2007

OTHER PUBLICATIONS

Honda EU20i LPG, Mar. 20, 2012, https://www.youtube.com/watch?v=yBpq33aJmR0.
(Continued)

*Primary Examiner* — Long T Tran
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57) **ABSTRACT**

A multi-fuel engine includes an engine operable on a liquid fuel and a gaseous fuel. The multi-fuel engine also includes a liquid cutoff solenoid coupled to open and close a liquid fuel path to the engine, and a gaseous cutoff solenoid coupled to open and close a gaseous fuel source to the engine. A switch couples a power source to the liquid cutoff solenoid and the gaseous cutoff solenoid to switch between fuel sources on-the-fly during engine operation.

**24 Claims, 4 Drawing Sheets**



**US 10,393,034 B2**

Page 2

(51) **Int. Cl.**
| | |
|---|---|
| *F02B 63/04* | (2006.01) |
| *F02M 19/08* | (2006.01) |
| *F02M 13/08* | (2006.01) |
| *F02B 43/00* | (2006.01) |
| *F02D 29/06* | (2006.01) |
| *F02D 41/06* | (2006.01) |
| *F02N 3/02* | (2006.01) |
| *F02D 41/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ..... *F02D 19/0647* (2013.01); *F02D 19/0678* (2013.01); *F02D 19/0681* (2013.01); *F02D 29/06* (2013.01); *F02M 13/08* (2013.01); *F02M 19/06* (2013.01); *F02M 19/08* (2013.01); *F02D 41/0025* (2013.01); *F02D 41/062* (2013.01); *F02N 3/02* (2013.01); *Y02T 10/32* (2013.01); *Y02T 10/36* (2013.01)

(58) **Field of Classification Search**
CPC .. F02D 19/08; F02D 19/105; F02B 2043/103; F02B 2201/06; F02B 2201/064
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,412,258 A | 11/1968 | Satter | |
| 3,659,574 A | 5/1972 | Reschke et al. | |
| 3,718,000 A * | 2/1973 | Walker | F02B 11/02 123/525 |
| 3,783,849 A * | 1/1974 | Bramfitt | F02M 13/06 123/179.16 |
| 3,888,223 A | 6/1975 | Mondt | |
| 4,335,697 A | 6/1982 | McLean | |
| 4,372,276 A | 2/1983 | Bernhardsson et al. | |
| 4,373,493 A | 2/1983 | Welsh | |
| 4,450,821 A | 5/1984 | Venning et al. | |
| 4,463,735 A | 8/1984 | Stoltman | |
| 4,480,595 A | 11/1984 | Hobby et al. | |
| 4,489,699 A * | 12/1984 | Poehlman | F02B 69/04 123/525 |
| 4,502,453 A | 3/1985 | Kabasin et al. | |
| 4,619,240 A | 10/1986 | Bedford et al. | |
| 4,628,871 A | 12/1986 | Glass | |
| 4,708,094 A | 11/1987 | Helmich et al. | |
| 4,895,124 A | 1/1990 | Bartholomew | |
| 4,979,480 A | 12/1990 | Daikoku et al. | |
| 5,092,305 A | 3/1992 | King | |
| 5,161,496 A | 11/1992 | Matsushima et al. | |
| 5,171,487 A | 12/1992 | Hudz | |
| 5,228,423 A | 7/1993 | Oikawa et al. | |
| 5,287,839 A | 2/1994 | Kondou et al. | |
| 5,320,078 A | 6/1994 | Lorraine | |
| 5,325,835 A | 7/1994 | Kimata et al. | |
| 5,379,740 A | 1/1995 | Moore et al. | |
| 5,419,291 A | 5/1995 | Kimata et al. | |
| 5,438,968 A | 8/1995 | Johnson et al. | |
| 5,450,832 A * | 9/1995 | Graf | F02M 13/08 123/515 |
| 5,611,312 A * | 3/1997 | Swanson | F02M I/02 123/179.18 |
| 5,673,670 A | 10/1997 | Powell et al. | |
| 5,816,224 A | 10/1998 | Welsh et al. | |
| 6,082,323 A | 7/2000 | Winberg | |
| 6,213,083 B1 | 4/2001 | Winberg | |
| 6,223,730 B1 | 5/2001 | Hasegawa et al. | |
| 6,276,345 B1 | 8/2001 | Nelson et al. | |
| 6,401,685 B1 | 6/2002 | Warner | |
| 6,453,877 B1 | 9/2002 | Lucier et al. | |
| 6,591,817 B2 * | 7/2003 | Deutsch | F02D 19/0647 123/525 |
| 6,914,342 B1 | 7/2005 | French | |
| 7,905,469 B2 | 3/2011 | Nickels et al. | |
| 8,342,158 B2 | 1/2013 | Ulrey et al. | |
| 8,590,510 B2 | 11/2013 | Surnilla et al. | |
| 9,435,273 B2 | 9/2016 | Sarder et al. | |
| 2002/0134362 A1 * | 9/2002 | Deutsch | F02D 19/0647 123/575 |
| 2004/0139943 A1 * | 7/2004 | Kern | F01P 11/16 123/198 D |
| 2007/0137591 A1 * | 6/2007 | Sugimoto | F02B 43/00 123/41.7 |
| 2011/0168133 A1 | 7/2011 | Pursifull et al. | |
| 2013/0047964 A1 | 2/2013 | Kim | |
| 2013/0220274 A1 | 8/2013 | Deshpande et al. | |
| 2014/0202430 A1 | 7/2014 | Monros | |
| 2014/0238340 A1 * | 8/2014 | Dunn | F02M 43/00 123/299 |
| 2014/0373531 A1 * | 12/2014 | Wong | F02B 43/02 60/605.1 |
| 2015/0122230 A1 * | 5/2015 | Sarder | F02D 19/0647 123/525 |

OTHER PUBLICATIONS

Johnson et al., "Electronic Direct Fuel Injection (EDFI) for Small Two-Stroke Engines," SAE Technical Paper 1999-01-3312, Proceedings of the 1999 SAE Small Engine Technology Conference, Madison, WI, Sep. 28-30, 1999, pp. 1-15.
Champion Power (Dec. & Jan. 2014) 100153 Manual, Retrieved from http://www.championpowerequipment.com/media/2400/100153_manual-english_12-4-14.pdf.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



US 10,393,034 B2

**1**

# FUEL SYSTEM FOR A MULTI-FUEL INTERNAL COMBUSTION ENGINE

## CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation-in-part of and claims priority to U.S. patent application Ser. No. 14/925,441, filed Oct. 28, 2015, which is a continuation-in-part of and claims priority to U.S. patent application Ser. No. 14/738,060, filed Jun. 12, 2015, the disclosures of which are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel and other multi-fuel internal combustion engines, and more particularly, to an apparatus and method for delivering liquid fuel and gaseous fuel to a generator driven by a multi-fuel internal combustion engine.

Electric generators are frequently driven by internal combustion engines that use gasoline as a fuel source. Gasoline is a common fuel source for generators in a variety of applications. However, alternative fuel sources also provide a desirable fuel source. For instance, alternative fuels may provide a cleaner burning fuel that limits undesirable emissions. Alternative fuels may also be stored for longer periods of time without degradation, whereas gasoline can degrade over a period of months leading to hard starting, rough running, and also lead to gum and varnish deposits in the fuel system. In addition, generators that operate on alternative fuels are able to generate electricity when gasoline is not readily available. For instance, generators are frequently used when power outages in the utility grid result from severe weather. Unfortunately, gas stations may also be closed as a result of the power outage. Such a circumstance presents just one example where it would be advantageous to operate electric generators on alternative fuels.

Certain generators are configured to operate as "dual fuel" generators, otherwise known as bi-fuel generators. These generators are driven by an internal combustion engine that is configured to operate on either liquid fuel or an alternative fuel. The alternative fuel may exist in a gaseous state at normal temperature and pressure and can be any one of liquefied petroleum gas, compressed natural gas, hydrogen, or the like. Liquefied petroleum gas (LPG), often referred to as propane, exists in a gaseous state at normal temperature and pressure but can be conveniently stored under pressure in a liquid state. LPG may be a desirable fuel source for internal combustion engines because it can be stored for extended periods of time and contains fewer impurities than gasoline, resulting in smoother and cleaner operation. In addition, propane fueled engines typically have a longer life cycle due to less carbon build-up and virtually no fuel gumming or varnish accumulation.

In order to provide the liquid and gaseous fuel to the engine, the dual fuel engine may have a first fuel line for liquid fuel and a second fuel line for gaseous fuel. A liquid fuel source and a gaseous fuel source may be coupled to the respective lines to provide fuel to the engine. However, a common problem with such configurations that couple two fuel sources to a single fuel inlet, such as a carburetor, of an engine is that during cross-over switching between the fuel sources the engine can experience overly rich air-fuel ratio. This is particularly problematic when switching from a liquid fuel to a gaseous fuel because carburetors have a fuel bowl containing fuel that is drawn into the engine even after

**2**

the liquid fuel source is cut-off. Therefore, for a period of time, the engine is running on both liquid and gaseous fuels causing an overly rich fuel mixture. Further, such simultaneous delivery of fuel from the first fuel line and the second fuel line, even if for a brief time, may make the engine hard to start and lead to unstable operating conditions.

Therefore, it would be desirable to design a generator having a liquid fuel and gaseous fuel delivery system that overcomes the aforementioned detriments without substantially increasing the overall cost of the system.

## BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a multi-fuel engine includes an engine operable on a liquid fuel and a gaseous fuel. The multi-fuel engine also includes a liquid cutoff solenoid coupled to open and close a liquid fuel path to the engine, and a gaseous cutoff solenoid coupled to open and close a gaseous fuel source to the engine. A switch couples a power source to the liquid cutoff solenoid and the gaseous cutoff solenoid to switch between fuel sources on-the-fly during engine operation.

In accordance with another aspect of the invention, a multi-fuel generator and fuel delivery system includes a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, and further includes an alternator driven by the multi-fuel internal combustion engine. The multi-fuel generator and fuel delivery system also has a fuel regulator system and an electro-mechanical valve system. The fuel regulator system includes a primary pressure regulator coupled to a service valve of the pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure, and a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine. The electro-mechanical valve system couples to the engine and operates by an electrical switch powered by one of the alternator, a battery, and a magneto to control fuel flow to the engine from the liquid fuel source and the pressurized fuel source.

In accordance with yet another aspect of the invention, a multi-fuel internal combustion engine includes an engine operable on liquid fuel supplied through a liquid fuel line from a liquid fuel source and gaseous fuel supplied through a gaseous fuel line from a pressurized fuel source, and a switch to change operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running. A liquid fuel cutoff solenoid couples to control fuel flow through the liquid fuel line and engage engine operation on liquid fuel upon actuation of the switch from gaseous fuel to liquid fuel, and a gaseous fuel cutoff solenoid couples to control fuel flow through the gaseous fuel line and engage engine operation on gaseous fuel upon actuation of the switch from liquid fuel to gaseous fuel.

Various other features and advantages will be made apparent from the following detailed description and the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate preferred embodiments presently contemplated for carrying out the invention.

US 10,393,034 B2

3

In the drawings:

FIG. **1** is a perspective view of a multi-fuel generator coupled to a fuel delivery system, according to an embodiment of the invention.

FIG. **2** is a schematic diagram of a fuel system for the multi-fuel generator of FIG. **1** configured in a bi-fuel arrangement, according to an embodiment of the invention.

FIG. **3** is a schematic diagram of a fuel system for the multi-fuel generator of FIG. **1** to operate in a tri-fuel arrangement, according to an embodiment of the invention.

FIG. **4** is a cross-sectional view of a carburetor for the multi-fuel generator of FIG. **1** taken transverse to a throat of the carburetor and through a fuel passage that provides fuel from a float bowl to the throat of the carburetor, according to an embodiment of the invention.

FIG. **5** is a cross-sectional view of the carburetor of FIG. **4** coupled to an engine intake taken lengthwise to the throat and through the fuel passage, according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The operating environment of the invention is described with respect to a multi-fuel generator. However, it will be appreciated by those skilled in the art that the invention is equally applicable for use with any multi-fuel internal combustion engine. Moreover, the invention will be described with respect to a dual fuel or other multi-fuel generator configured to operate on liquid fuel and gaseous fuel. However, one skilled in the art will further appreciate that the invention is equally applicable for use with other fuel combinations for multi-fuel generators and internal combustion engines.

Referring to FIG. **1**, a dual fuel generator **30** is coupled to fuel delivery systems **32, 33** in accordance with an embodiment of the invention. Dual fuel generator **30** includes a dual fuel internal combustion engine **34** within housing **36** at one end **38**, operatively connected to an alternator **40** also enclosed in housing **36** at another end **42** by conventional means. Dual fuel generator **30** is configured to operate on different fuels via either a first fuel source **44** or a second fuel source **46**. In an exemplary embodiment of the invention, first fuel source **44** is a liquid fuel and second fuel source **46** is a gaseous fuel. In one preferred embodiment, the liquid fuel is gasoline and the gaseous fuel is liquid petroleum gas (LPG). An operator can selectively operate the generator on either fuel as desired. For instance, generator **30** may operate on gasoline for a first period of operation and then switch to LPG for a second period of operation. However, it is contemplated that dual fuel generator **30** is configured to operate on fuels other than gasoline and LPG (e.g., natural gas, biodiesel, etc.), and thus the scope of the invention is not meant to be limited strictly to a dual fuel arrangement where first fuel source **44** provides gasoline and second fuel source **46** provides LPG. In addition, embodiments of the invention contemplate tri-fuel, quad-fuel, and other multi-fuel arrangements.

In one embodiment of the invention, dual fuel generator **30** includes a gasoline tank **48** or, generally, a liquid fuel tank, located inside cover **36** onboard generator **30** to provide gasoline to the engine as first fuel source **44**. Gasoline tank **48** connects to a first fuel line to provide gasoline to the carburetor to run the engine, as will later be described with reference to FIG. **2**. Generator **30** is also coupled to a pressurized fuel container **50**, or a pressurized fuel source, located off board generator **30** to provide LPG

4

to the engine as second fuel source **46**. Pressurized fuel container **50** is coupled to generator **30** with an LPG supply hose **52**. LPG supply hose **52** is coupled to a second fuel line within generator **30** to provide LPG to the engine via the carburetor. Dual fuel generator **30** includes an electrical fuel switch **54** for selecting a desired fuel to the engine.

In an exemplary embodiment, fuel **46** from pressurized fuel container **50** is regulated using a fuel regulator system **56** for delivery to the engine. Fuel regulator system **56** includes one or more pressure regulators that reduce and control the pressure of the fuel from pressurized fuel container **50** and delivers fuel at a desired pressure for operation of the engine. Fuel regulator system **56** has an inlet **58** operatively coupled to a service valve **60** of pressurized fuel container **50** and an outlet **62** coupled to LPG supply hose **52**. Fuel regulator system **56** includes a primary pressure regulator **64** coupled to pressurized fuel container **50** and a secondary pressure regulator **66**. Primary pressure regulator **64** protects downstream components from high pressure of pressurized fuel container **50**. Primary pressure regulator **64** receives LPG through service valve **60** of pressurized fuel container **50** and reduces the pressure of the LPG to a first stage. In one embodiment of the invention, the first stage may be delivered directly to generator **30** at a pressure required for operation of the engine.

In an exemplary embodiment of the invention, fuel regulator system **56** includes secondary pressure regulator **66** coupled to the outlet of primary pressure regulator **64** in order to use standard "off-the-shelf" components. Typically, the primary pressure regulator is mounted on the LPG tank, while the secondary pressure regulator is mounted on the component using the fuel, such as an engine or grill. Here, since generator **30** can be used as a gasoline only generator, secondary pressure regulator **66** is mounted off-board the generator to reduce size and cost of the generator. Secondary pressure regulator **66** receives LPG from primary pressure regulator **64** and further reduces the pressure of LPG to a second stage to be delivered to generator **30**. In a system with two regulators, primary pressure regulator **64** regulates fuel received from pressurized fuel container **50** and reduces the pressure of the fuel to a level required for operation of secondary pressure regulator **66**. Secondary pressure regulator **66** regulates fuel received from primary pressure regulator **64** and further reduces the pressure of the fuel to a level required for operation of generator **30**. In addition, primary pressure regulator **64** may compensate for varying tank pressure as fuel is depleted while secondary pressure regulator **66** may compensate for varying demand from generator **30**.

In accordance with an exemplary embodiment of the invention, fuel regulator system **56** includes both the primary and secondary regulators or a customized single regulator to perform both regulator functions in one, but in any case, in this embodiment, is located remotely, or off-board, from dual fuel generator **30**. Fuel regulator system **56** may be directly mounted to pressurized fuel container **50** using a regulator mounting structure **68**. Regulator mounting structure **68** is a device having mounting locations for primary pressure regulator **64** and secondary pressure regulator **66**. Regulator mounting structure **68** also has a securing mechanism **70** to secure regulator mounting structure **68** to pressurized fuel container **50**. The securing mechanism **70** is a cover or dome that sits on the container with an opening therein that fits around service valve **60**.

In another embodiment of the invention, primary pressure regulator **64** is mounted on regulator mounting structure **68** while secondary pressure regulator **66** could be mounted on

US 10,393,034 B2

5
6

or near generator **30**. In yet another embodiment of the invention, a dual stage regulator regulates the fuel received from pressurized fuel container **50** and delivers fuel at a pressure required for operation of generator **30**. Such a dual stage regulator regulates the fuel to the second stage within a single structure and may comprise both the primary pressure regulator **64** and the secondary pressure regulator **66**. The dual stage regulator may be mounted directly on fuel container **50**. Pressurized fuel container **50** may be secured to a platform or mobile cart **72** for stability or transportation. In another embodiment, a regulator mounting structure **68** is secured directly to a platform or a mobile cart.

A quick-disconnect hose coupling **74**, also referred to as a quick-connect hose coupling, connects LPG supply hose **52** to generator **30** so that LPG supply hose **52** may be quickly attached and detached from generator **30**. Hose coupling **74** has a first end **74a** mounted on the external surface of generator **30** and coupled to supply the second fuel to the engine. Hose coupling **74** has a second end **74b** coupled to the outlet of LPG supply hose **52**. Hose coupling **74** has a valve that opens when the couplings are engaged and closes when the couplings are disengaged. As such, quick-disconnect hose coupling **74** automatically opens when connected to enable fuel flow from LPG supply hose **52** to the engine. Hose coupling **74** automatically disconnects fluid communication when disconnected. Accordingly, when the supply hose is detached from generator **30**, the coupling **74** is automatically closed so that fuel does not escape and unwanted air does not enter the fuel system.

Referring now to FIG. **2**, a schematic diagram of a fuel system for the dual fuel generator is shown, in accordance with an embodiment of the invention. The fuel system includes an electro-mechanical valve system **76** that includes a carburetor cutoff solenoid **94**, gasoline cutoff solenoid **96**, and a LPG cutoff solenoid **98**. The electro-mechanical valve system **76** is coupled to a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source **78** through a liquid fuel line **80**, and a gaseous fuel supplied from a gaseous fuel source **82**, or a pressurized fuel source, through a gaseous fuel line **84**. Electro-mechanical valve system **76** is operated by electrical fuel switch **54** that controls fuel flow to the engine from liquid fuel source **78** and gaseous fuel source **82**. In an exemplary embodiment of the invention, the dual fuel engine operates on gasoline from liquid fuel source **78** and LPG from gaseous fuel source **82**.

In one embodiment of the invention, the engine has a carburetor **86** coupled to an intake of the engine to mix air and fuel and connect to liquid fuel line **80** and gaseous fuel line **84**. Carburetor **86** has a mixing passage or throat with an inlet for air and an outlet for the air-fuel mixture. Carburetor **86** also has a float bowl **88** that receives liquid fuel through a fuel inlet **90** coupled to liquid fuel line **80**. Carburetor **86** may also have a gaseous fuel inlet **92** in the throat and coupled to gaseous fuel line **84**. Gaseous fuel inlet **92** is preferably located upstream from a venturi in the throat for improved fuel and air mixing. Air is mixed with either of the fuels in the throat to provide the air-fuel mixture for operation of the engine. In another embodiment of the invention, a gaseous fuel mixer couples to the engine intake to mix gaseous fuel and air separately from carburetor **86**.

In an exemplary embodiment of the invention, electro-mechanical valve system **76** includes a carburetor cutoff solenoid **94** coupled to carburetor **86** to control liquid fuel flow to the engine. Carburetor cutoff solenoid **94** operates to open and close a liquid fuel path to the engine downstream from float bowl **88** in carburetor **86**. The liquid fuel path in

carburetor **86** provides fuel to the throat from float bowl **88** and will later be described with reference to FIG. **4**. The liquid fuel path may comprise a main fuel circuit within carburetor **86**, and in some cases, also includes an idle fuel circuit within carburetor **86**. Carburetor cutoff solenoid **94** cuts off liquid fuel flow through the liquid fuel path to provide a liquid fuel cutoff solenoid that controls fuel flow from liquid fuel line **80** to the engine.

Electro-mechanical valve system **76** may include a gasoline cutoff solenoid **96**, or generally a liquid fuel cutoff solenoid, coupling liquid fuel source **78** to carburetor **86** and to control flow of the liquid fuel to carburetor **86**. That is, gasoline cutoff solenoid **96** provides a liquid fuel valve coupled along liquid fuel line **80** to open and close liquid fuel source **78** to the engine. Electro-mechanical valve system **76** can operate with either or both the gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** to control liquid fuel flow to the engine. However, gasoline cutoff solenoid **96** is advantageous to quickly cut-off all liquid fuel flow to carburetor **86**, and particularly, through the idle fuel circuit if carburetor cutoff solenoid **94** is regulating fuel through the main fuel circuit only. While limited fuel flow through the idle fuel circuit may not noticeably affect gaseous fuel operation, gasoline cutoff solenoid **96** prevents drawing gasoline through the idle fuel circuit after carburetor cutoff solenoid **94** closes the main fuel circuit.

Electro-mechanical valve system **76** may include an LPG cutoff solenoid **98**, or generally a gaseous fuel cutoff solenoid, coupling gaseous fuel source **82** to the intake and to control flow of the gaseous fuel to the engine. LPG cutoff solenoid **98** provides a gaseous fuel valve coupled along gaseous fuel line **84** to open and close gaseous fuel source **82** to the engine. LPG cutoff solenoid **98** is preferably located downstream from fuel regulator system **56**, shown in FIG. **2** as dual stage regulator **100**, for a fast response in controlling gaseous fuel delivery to the engine.

Electro-mechanical valve system **76** also includes electrical switch **54** coupling a power source **102** to one or more of carburetor cutoff solenoid **94**, gasoline cutoff solenoid **96** and LPG cutoff solenoid **98** to actuate the solenoids and provide a one-touch fuel selector to switch engine operation between fuels. Power source **102** is shown as a battery in FIG. **2**, but could be from an engine driven power source, such as an alternator **40** (FIG. **1**), a magneto, or any other suitable power supply. Switch **54** selectively powers solenoids **94**, **96**, **98** to engage liquid fuel operation when actuated to a first position and gaseous fuel operation when actuated to a second position. In an exemplary embodiment of the invention, switch **54** engages gasoline operation by closing LPG cutoff solenoid **98**, opening gasoline cutoff solenoid **96**, and operating carburetor cutoff solenoid **94** to open the main fuel circuit in the carburetor, and switch **54** engages LPG operation by closing gasoline cutoff solenoid **96**, operating carburetor cutoff solenoid **94** to close the main fuel circuit, and opening LPG cutoff solenoid **98**.

In an exemplary embodiment of the invention, gasoline cutoff solenoid **96**, LPG cutoff solenoid **98**, and carburetor cutoff solenoid **94** operate as normally closed solenoid valves to ensure excess fuel is not delivered to the engine if power to the solenoids is interrupted. To engage LPG operation, electrical fuel switch **54** provides electrical connection between power source **102** and a first contact **104** to power LPG cutoff solenoid **98** to open gaseous fuel line **84** while gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** are unpowered to close liquid fuel line **80** and the main fuel circuit in carburetor **86**, respectively. To engage gasoline operation, electrical switch **54** provides

US 10,393,034 B2

7

electrical connection between power source **102** and a second contact **106** to power gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** to open liquid fuel line **80** and the main fuel circuit in carburetor **86**, respectively, while LPG cutoff solenoid **98** is unpowered to close gaseous fuel line **84**.

In an alternative embodiment of the invention, gasoline cutoff solenoid **96**, LPG cutoff solenoid **98**, and carburetor cutoff solenoid **94** operate as normally open solenoid valves to ensure fuel is provided to the engine if power to the solenoids is interrupted. To engage gasoline operation, switch **54** provides electrical connection between power source **102** and first contact **104** to power LPG cutoff solenoid **98** to close gaseous fuel line **84** while gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** are unpowered to open liquid fuel line **80** and the main fuel circuit in carburetor **86**, respectively. To engage LPG operation, switch **54** provides electrical connection between power source **102** and second contact **106** to power gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** to close liquid fuel line **80** and the main fuel circuit in carburetor **86**, respectively, while LPG cutoff solenoid **98** is unpowered to open gaseous fuel line **84**.

Electro-mechanical valve system **76** can be configured to switch operation of the generator from multiple fuel sources while the generator is running, also referred to as "on-the-fly" fuel changeover. That is, switch **54** couples power source **102** to LPG cutoff solenoid **98** and one or more of the gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** to change operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running. Electro-mechanical valve system **76** provides for precisely timed fuel changeover between the fuel sources to switch engine operation with minimal or no interruption in the performance of the engine, and it can be timed to prevent or substantially prevent fuel overlap between the fuel sources.

To quickly start and stop liquid fuel delivery to the engine, carburetor cutoff solenoid **94** regulates fuel flow through a liquid fuel path downstream of float bowl **88**. Carburetor cutoff solenoid **94** also traps enough gasoline in float bowl **88** to provide quick delivery of gasoline to the engine during changeover from LPG to gasoline to prevent any lag or hesitation in engine performance. During changeover from gasoline to LPG, carburetor cutoff solenoid **94** blocks fuel flow from float bowl **88** to the engine, thereby preventing an over-rich condition. That is, carburetor cutoff solenoid **94** can block gasoline remaining in float bowl **88** after gasoline cutoff solenoid **96** closes liquid fuel line **80** to prevent mixing gasoline with the LPG. Accordingly, carburetor cutoff solenoid **94** responds quickly upon actuation of switch **54** to limit fuel overlap and prevent overly rich fuel conditions that could adversely affect engine performance.

In addition, gasoline cutoff solenoid **96** may be opened to fill float bowl **88** with liquid fuel prior to switching engine operation to liquid fuel. That is, float bowl **88** will empty through the idle fuel circuit if carburetor cutoff solenoid **94** only blocks the main fuel circuit. Gasoline delivery to the engine during changeover is delayed if float bowl **88** must first be filled, and such delay could cause the engine to lose power or stall. Therefore, switch **54** may be configured to actuate gasoline cutoff solenoid **96** prior to actuating carburetor cutoff solenoid **94** to ensure adequate fuel in float bowl **88** for a smooth transition from LPG to gasoline.

In one embodiment of the invention, switch **54** actuates carburetor cutoff solenoid **94** and LPG cutoff solenoid **98** to change engine operation between the liquid fuel and the

8

gaseous fuel so as to prevent fuel flow from liquid fuel source **78** and gaseous fuel source **82** simultaneously. In such an embodiment, electro-mechanical valve system **76** operates as a dual fuel lockout to ensure only one fuel is delivered to the engine. Switch **54** may simultaneously actuate carburetor cutoff solenoid **94** and LPG cutoff solenoid **98** to prevent or substantially prevent simultaneous fuel delivery of the liquid fuel and the gaseous fuel to the engine. In other embodiments, switch **54** actuates any of solenoids **94**, **96**, **98** in succession to prevent or substantially prevent simultaneous fuel delivery of the liquid fuel and the gaseous fuel to the engine. As such, switch **54** can operate the electro-mechanical valve system **76** to prevent an overly rich air-fuel ratio during cross-over switching between fuel sources, even while operating at full load.

In another embodiment of the invention, electro-mechanical valve system **76** provides a slight overlap in fuel delivery to the engine to ensure a smooth transition during changeover. Carburetor cutoff solenoid **94** may close the liquid fuel path in carburetor **86** after LPG cutoff solenoid **98** opens to ensure fuel flow to the engine is not interrupted during changeover from gasoline to LPG. LPG cutoff solenoid **98** may close after carburetor cutoff solenoid **94** opens the liquid fuel path in carburetor **86** to ensure fuel flow to the engine is not interrupted during changeover from LPG to gasoline. Accordingly, switch **54** may actuate LPG cutoff solenoid **98** and carburetor cutoff solenoid **94** in succession to provide fuel overlap when changing engine operation between the liquid fuel and the gaseous fuel. Electro-mechanical valve system **76** can also be configured to provide blended fuel operation, if so desired.

Switch **54** can institute a predefined delay between actuating any of gasoline cutoff solenoid **96**, carburetor cutoff solenoid **94**, and LPG cutoff solenoid **98**. Adjustable rheostats or predefined electronic delay circuits **108**, **110**, **112** can be coupled to the electrical connections of any of solenoids **94**, **96**, **98** to delay their actuation. As such, any of solenoids **96**, **94**, **98** may be configured to operate according to a user adjustable preset delay to actuate one or more of the solenoids in succession. In some embodiments of the invention, electronic delay circuits **108**, **110**, **112** provide simultaneous delivery of fuels to the engine for any fraction of a second or for up to several seconds.

Electro-mechanical valve system **76** can also change engine operation between fuel sources on-the-fly without gasoline cutoff solenoid **96** regulating fuel through liquid fuel line **80**. In such an embodiment, upon actuation of switch **54** from gaseous fuel to liquid fuel, carburetor cutoff solenoid **94** can open a liquid fuel path in the carburetor to engage engine operation on liquid fuel and LPG cutoff solenoid **98** can actuate to stop engine operation on gaseous fuel. Also, upon actuation of switch **54** from liquid fuel to gaseous fuel, LPG cutoff solenoid **98** can open the gaseous fuel line **84** to engage engine operation on gaseous fuel and carburetor cutoff solenoid **94** can actuate to stop engine operation on liquid fuel.

Alternatively, electro-mechanical valve system **76** can change engine operation between fuel sources on-the-fly without carburetor cutoff solenoid **94**. In such an embodiment, gasoline cutoff solenoid **96** can open the liquid fuel line **80** to engage engine operation on liquid fuel upon actuation of switch **54** from gaseous fuel to liquid fuel, and gasoline cutoff solenoid **96** can stop engine operation on liquid fuel upon actuation of switch **54** from liquid fuel to gaseous fuel. Further, gasoline cutoff solenoid **96** and LPG cutoff solenoid **98** can be precisely timed to limit or prevent fuel overlap during changeover without interrupting engine

US 10,393,034 B2

9

10

performance. For instance, gasoline cutoff solenoid **96** may be opened prior to closing LPG cutoff solenoid **98** to ensure adequate fuel in float bowl **88** for on-the-fly changeover. Also, gasoline cutoff solenoid **96** may be closed before LPG cutoff solenoid **98** is opened to reduce fuel in float bowl **88** and limit fuel overlap during on-the-fly changeover. Accordingly, switch **54** may be precisely timed to operate gasoline cutoff solenoid **96** and LPG cutoff solenoid **98** to prevent, or substantially prevent, simultaneous fuel delivery of the liquid fuel and the gaseous fuel to the engine.

Referring now to FIG. **3**, a schematic diagram of a fuel system to operate the generator in a tri-fuel arrangement is shown, in accordance with an embodiment of the invention. The fuel system includes an electro-mechanical valve system **114** coupled to a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source **78** and first and second gaseous fuels supplied from a respective first gaseous fuel source **116** and second gaseous fuel source **118**. Electro-mechanical valve system **114** is operated by a tri-fuel electrical switch **120** that controls fuel flow to the engine from liquid fuel source **78** and gaseous fuel sources **116**, **118**. In an exemplary embodiment of the invention, the multi-fuel engine operates on gasoline from liquid fuel source **78**, liquid petroleum gas (LPG) from first gaseous fuel source **116**, and natural gas (NG) from second gaseous fuel source **118**.

Electro-mechanical valve system **114** may include gasoline cutoff solenoid **96** to open and close a liquid fuel path through liquid fuel line **80** to carburetor **86**, a carburetor cutoff solenoid **94** to control liquid fuel flow through the carburetor, and LPG cutoff solenoid **98** to open and close a gaseous fuel path for the first gaseous fuel through LPG line **122** to the engine. Electro-mechanical valve system **114** may also include an NG cutoff solenoid **124**, or generally a gaseous fuel cutoff solenoid, to couple the engine intake to second gaseous fuel source **118** and to control flow of the second gaseous fuel to the engine. NG cutoff solenoid **124** provides a gaseous fuel valve coupled along an NG line **126** to open and close second gaseous fuel source **118** to the engine. That is, NG cutoff solenoid **124** operates to open and close a gaseous fuel path for the second gaseous fuel through NG line **126** to the engine.

In an exemplary embodiment of the invention, a gaseous fuel line **128** provides NG and LPG to the engine by coupling to carburetor **86** and to both gaseous fuel sources **116**, **118**. A jet block **130** may be used to couple gaseous fuel line **128** to LPG line **122** and NG line **126**. In one embodiment of the invention, jet block **130** is a 2-way branched fitting coupling first gaseous fuel source **116** and second gaseous fuel source **118** to carburetor **86** and located downstream from LPG cutoff solenoid **98** and NG cutoff solenoid **124**. Jet block **130** may also comprise a first gaseous fuel jet **132** sized for the first gaseous fuel coupled to the first gaseous fuel source **116**, and a second gaseous fuel jet **134** sized for the second gaseous fuel coupled to the second gaseous fuel source **118**. The gaseous fuel jets **132**, **134** comprise gaseous fuel main jets sized to meter the respective fuels as desired for a particular engine, or based on desired performance for each fuel in a given application. Jet block **130** has an outlet port **136** coupled to gaseous fuel line **128** to provide fuel from first gaseous fuel jet **132** and second gaseous fuel jet **134** to the engine.

Jet block **130** may be used to modify a dual fuel internal combustion engine into a tri-fuel engine by coupling a second gaseous fuel source to the engine intake. Jet block **130** can incorporate more than two gaseous fuel jets to couple additional gaseous fuel lines to carburetor **86**. Each

fuel line has a gaseous fuel valve to open and close the line. A fuel switch is wired appropriately to operate the additional solenoids. As such, jet block **130** allows a dual fuel engine to operate as a tri-fuel engine, quad-fuel engine or to operate with additional fuel sources.

Electro-mechanical valve system **114** includes a tri-fuel switch **120** coupling power source **102** to any of gasoline cutoff solenoid **96**, LPG cutoff solenoid **98**, NG cutoff solenoid **124**, and carburetor cutoff solenoid **94** to selectively operate the solenoids and engage gasoline operation when actuated to a first position, engage LPG operation when actuated to a second position, and engage NG operation when actuated to a third position. When tri-fuel switch **120** engages engine operation on one of the fuels, it may also stop delivery of the remaining fuels to the engine. As such, solenoids **94**, **96**, **98**, **124** engage engine operation on their respective fuel source upon selection of the tri-fuel switch **120** to the respective fuel source, and the solenoids **94**, **96**, **98**, **124** stop engine operation on their respective fuel source upon selection of the switch to another fuel source.

Electro-mechanical valve system **114** can be configured to switch operation of the generator from any single fuel to any other single fuel from first gaseous fuel source **116**, second gaseous fuel source **118**, and liquid fuel source **78** on-the-fly while the engine is running. For instance, tri-fuel switch **120** can actuate any combination of the carburetor cutoff solenoid **94**, LPG cutoff solenoid **98**, NG cutoff solenoid **124** and gasoline cutoff solenoid **96** to change operation of the engine among the liquid fuel, the first gaseous fuel, and the second gaseous fuel while the engine remains running. Electro-mechanical valve system **114** provides for precisely timed fuel changeover to switch engine operation among fuel sources with minimal or no interruption in the performance of the engine, and it can be timed to prevent or substantially prevent fuel overlap between the fuel sources.

To change between gaseous fuel and liquid fuel, tri-fuel switch **120** may operate NG cutoff solenoid **124** for NG and LPG cutoff solenoid **98** for LPG corresponding to the description of switch **54** operating LPG cutoff solenoid **98** with respect to FIG. **2**. Referring back to FIG. **3**, to switch between first gaseous fuel source **116** and second gaseous fuel source **118**, tri-fuel switch **120** may simultaneously actuate LPG cutoff solenoid **98** and NG cutoff solenoid **124** to prevent or substantially prevent simultaneous fuel delivery of first gaseous fuel source **116** and second gaseous fuel source **118** to the engine. As such, electro-mechanical valve system **114** can operate as a tri-fuel lockout to ensure only one fuel is delivered to the engine. In other embodiments, tri-fuel switch **120** actuates the NG cutoff solenoid **124** and LPG cutoff solenoid **98** in succession to ensure appropriately timed on-the-fly fuel changeover between the two gaseous fuels. Adjustable rheostats or predefined electronic delay circuits **108**, **110**, **112**, **138**, may be coupled to the electrical connections of any of solenoids **94**, **96**, **98**, **124**, to delay their actuation.

In one embodiment of the invention, solenoids **98**, **124**, **94**, **96** operate as normally closed solenoid valves to ensure excess fuel is not provided to the engine if power to the solenoids is interrupted. To engage LPG operation, tri-fuel switch **120** provides electrical connection between power source **102** and first contact **104** to power LPG cutoff solenoid **98** to open LPG line **122** while gasoline cutoff solenoid **96**, carburetor cutoff solenoid **94**, and NG cutoff solenoid **124** are unpowered to close liquid fuel line **80**, the main fuel circuit in carburetor **86**, and NG line **126**, respectively. To engage gasoline operation, tri-fuel switch **120** provides electrical connection between power source **102**

US 10,393,034 B2

11

and second contact 106 to power gasoline cutoff solenoid 96 and carburetor cutoff solenoid 94 to open liquid fuel line 80 and the main fuel circuit in carburetor 86 while LPG cutoff solenoid 98 and NG cutoff solenoid 124 are unpowered to close LPG line 122 and NG line 126, respectively. To engage NG operation, tri-fuel switch 120 provides electrical connection between power source 102 and a third contact 140 to power NG cutoff solenoid 124 to open NG line 126 while gasoline cutoff solenoid 96, carburetor cutoff solenoid 94 and LPG cutoff solenoid 98 are unpowered to close liquid fuel line 80, the main fuel circuit in carburetor 86, and LPG line 122, respectively.

In an alternative embodiment of the invention, solenoids 98, 124, 94, 96 operate as normally open solenoid valves to ensure fuel is provided to the engine if power to the solenoids is interrupted. To engage LPG operation, tri-fuel switch 120 provides electrical connection between power source 102 and both second contact 106 and third contact 140 to power gasoline cutoff solenoid 96, carburetor cutoff solenoid 94, and NG cutoff solenoid 124 to close liquid fuel line 80, main fuel circuit in carburetor 86, and NG line 126, respectively, while LPG cutoff solenoid 98 is unpowered to open LPG line 122. To engage gasoline operation, tri-fuel switch 120 provides electrical connection between power source 102 and both first contact 104 and third contact 140 to power LPG cutoff solenoid 98 and NG cutoff solenoid 124 to close LPG line 122 and NG line 126 while gasoline cutoff solenoid 96 and carburetor cutoff solenoid 94 are unpowered to open liquid fuel line 80 and the main fuel circuit in carburetor 86, respectively. To engage NG operation, tri-fuel switch 120 provides electrical connection between power source 102 and both first contact 104 and second contact 106 to power gasoline cutoff solenoid 96, carburetor cutoff solenoid 94, and LPG cutoff solenoid 98 to close liquid fuel line 80, main fuel circuit in carburetor 86, and LPG line 122, respectively, while NG cutoff solenoid 124 is unpowered to open NG line 126.

Referring now to FIG. 4, a cross-sectional view of carburetor 86 taken transverse to a barrel or throat 142 of the carburetor is shown, in accordance with an embodiment of the invention. Fuel and air are mixed in throat 142 to provide an air-fuel mixture for the internal combustion engine. A butterfly valve 144 is located in throat 142 to provide a choke and throttle 146 for the engine. Carburetor 86 has a float bowl 88 to hold liquid fuel with a float valve 148 to control the fuel level in the bowl. Carburetor 86 has a liquid fuel path 150 from float bowl 88 to throat 142. Liquid fuel path 150 is shown in FIG. 4 referring to main fuel circuit 152 in carburetor 86, but may also include other fuel circuits in the carburetor. Main fuel circuit 152 provides a flow path from float bowl 88 to a nozzle 154 in a venturi 156 upstream from throttle 146. An idle fuel circuit 158 provides a flow path to the throat 142 downstream of throttle 146 to run the engine at idle.

In one embodiment of the invention, carburetor 86 has a carburetor cutoff solenoid 94 coupled to carburetor 86 to regulate liquid fuel flow to the engine. Carburetor cutoff solenoid 94 actuates to open and close liquid fuel path 150 to the engine downstream from float bowl 88. Carburetor cutoff solenoid 94 has an actuating member 160 that moves to selectively block fuel flow through liquid fuel path 150, comprising main fuel circuit 152, and may be positioned to selectively block fuel flow into the inlet of main fuel circuit 152. Gasoline cutoff solenoid 96 (FIG. 2) closes off the liquid fuel line to carburetor 86 and fuel flowing through idle fuel circuit 158 stops when float bowl 88 empties. In another embodiment of the invention, carburetor cutoff solenoid 94

12

is configured to control fuel flow through both main fuel circuit 152 and idle fuel circuit 158. For instance, idle fuel circuit 158 may branch off from main fuel circuit 152 with carburetor cutoff solenoid 94 actuating to block fuel flow into both circuits.

Referring now to FIG. 5, a cross-sectional view of carburetor 86 is shown taken lengthwise to throat 142, in accordance with an embodiment of the invention. Carburetor 86 is attached to the engine at engine intake 162 to supply a metered mixture of air and fuel and connect a liquid fuel source to the intake. Throat 142 includes venturi 156 and throttle 146 located downstream from venturi 156. A float bowl 88 and a float 166 control and maintain the fuel level in the bowl from an inlet valve 164. Main fuel circuit 152 provides a flow path from float bowl 88 to nozzle 154 in a narrow portion of venturi 156. Idle fuel circuit 158 provides a flow path from float bowl 88 to throat 142 downstream of throttle 146. Transition fuel circuit 168 provides a flow path to throat 142 upstream from throttle 146 and branches off from idle fuel circuit 158. Transition fuel circuit 168 is opened to vacuum conditions as the throttle 146 moves slightly from a closed position to provide additional fuel as the engine transitions from idle.

Carburetor cutoff solenoid 94 couples to float bowl 88 to selectively control liquid fuel flow through main fuel circuit 152. Carburetor cutoff solenoid 94 includes actuating member 160 capable of blocking fuel flow through main fuel circuit 152 when actuated. FIG. 5 shows actuating member 160 in an extended or blocking position, while FIG. 4 shows actuating member 160 in a retracted or open position. Carburetor cutoff solenoid 94 actuates to quickly start and stop liquid fuel flow from float bowl 88 to the engine through main fuel circuit 152 to provide precisely timed engine changeover between liquid and gaseous fuel sources.

Beneficially, embodiments of the invention thus provide for a multi-fuel internal combustion engine capable of switching between liquid fuel and gaseous fuel sources while the engine is running. Embodiments of the invention also provide for a multi-fuel internal combustion engine having a fuel system to prevent an overly rich air-fuel ratio during cross-over switching between fuel sources. Embodiments of the invention also provide for a multi-fuel generator with a remotely mounted gaseous fuel pressure regulator system.

Therefore, according to one embodiment of the invention, a multi-fuel engine includes an engine operable on a liquid fuel and a gaseous fuel. The multi-fuel engine also includes a liquid cutoff solenoid coupled to open and close a liquid fuel path to the engine, and a gaseous cutoff solenoid coupled to open and close a gaseous fuel source to the engine. A switch couples a power source to the liquid cutoff solenoid and the gaseous cutoff solenoid to switch between fuel sources on-the-fly during engine operation.

According to another embodiment of the invention, a multi-fuel generator and fuel delivery system includes a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, and further includes an alternator driven by the multi-fuel internal combustion engine. The multi-fuel generator and fuel delivery system also has a fuel regulator system and an electro-mechanical valve system. The fuel regulator system includes a primary pressure regulator coupled to a service valve of the pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure, and a secondary pressure regulator coupled to the primary pres-

US 10,393,034 B2

13

sure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine. The electro-mechanical valve system couples to the engine and operates by an electrical switch powered by one of the alternator, a battery, and a magneto to control fuel flow to the engine from the liquid fuel source and the pressurized fuel source.

According to yet another embodiment of the invention, a multi-fuel internal combustion engine includes an engine operable on liquid fuel supplied through a liquid fuel line from a liquid fuel source and gaseous fuel supplied through a gaseous fuel line from a pressurized fuel source, and a switch to change operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running. A liquid fuel cutoff solenoid couples to control fuel flow through the liquid fuel line and engage engine operation on liquid fuel upon actuation of the switch from gaseous fuel to liquid fuel, and a gaseous fuel cutoff solenoid couples to control fuel flow through the gaseous fuel line and engage engine operation on gaseous fuel upon actuation of the switch from liquid fuel to gaseous fuel.

This written description uses examples to disclose the invention, including the best mode, and also to enable any person skilled in the art to practice the invention, including making and using any devices or systems and performing any incorporated methods. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

What is claimed is:

1. A multi-fuel engine comprising:
an engine operable on a liquid fuel and a gaseous fuel;
a carburetor attached to an intake of the engine to mix air and fuel and connect a liquid fuel source to the intake, the carburetor comprising a float bowl;
a liquid cutoff solenoid coupled to the carburetor to open and close a liquid fuel path to the engine downstream from the float bowl;
a gaseous cutoff coupled to open and close a gaseous source to the engine; and
a switch selectively coupling a power source to the liquid cutoff solenoid to open and close the liquid fuel path.

2. The multi-fuel engine of claim 1; and
wherein the liquid cutoff solenoid is positioned on the liquid fuel path, which extends from the float bowl to a throat of the carburetor, to open and close the liquid fuel path; and
further wherein the gaseous cutoff solenoid couples the gaseous fuel source to the intake to control flow of the gaseous fuel to the engine.

3. The multi-fuel engine of claim 1 wherein the switch actuates the liquid cutoff solenoid to enable changing engine operation between the liquid fuel and the gaseous fuel, so as to prevent fuel flow from the liquid fuel source and the gaseous fuel source simultaneously and allow switching between fuel sources on-the-fly during engine operation.

4. The multi-fuel engine of claim 1 wherein the switch actuates the liquid cutoff solenoid to provide fuel overlap when changing engine operation between the liquid fuel and the gaseous fuel.

5. The multi-fuel engine of claim 1 wherein the engine is a dual fuel engine that operates on gasoline from the liquid fuel source and LPG from the gaseous fuel source.

14

6. The multi-fuel engine of claim 1 wherein activating the gaseous cutoff simultaneously activates the liquid cutoff solenoid.

7. The multi-fuel engine of claim 1 wherein the liquid cutoff solenoid is selectively operable to cut off fuel flow from the float bowl to a nozzle in a venturi of the carburetor upstream from a throttle for the engine.

8. The multi-fuel engine of claim 1 wherein the carburetor connects the gaseous fuel source to the intake.

9. The multi-fuel engine of claim 1 further comprising a liquid fuel valve positioned on a liquid fuel line coupling the liquid fuel source to the carburetor to open and close the liquid fuel source to the engine.

10. The multi-fuel engine of claim 9 wherein the switch opens the liquid fuel valve to fill the float bowl with liquid fuel prior to actuating the liquid cutoff solenoid to open the liquid fuel path.

11. A multi-fuel generator and fuel delivery system comprising:
a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line;
an alternator driven by the multi-fuel internal combustion engine;
a fuel regulator system comprising:
a primary pressure regulator coupled to a service valve of the pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure, and
a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine; and
an electro-mechanical valve system coupled to the engine and operated by an electrical switch powered by one of the alternator, a battery, and a magneto that controls fuel flow to the engine from the liquid fuel source and the pressurized fuel source.

12. The multi-fuel generator and fuel delivery system of claim 11 wherein the electro-mechanical valve system is configured to switch operation of the generator from multiple fuel sources while the generator is running.

13. The multi-fuel generator and fuel delivery system of claim 11 wherein the electro-mechanical valve system is configured to prevent simultaneous delivery of the liquid fuel and the gaseous fuel to the engine.

14. The multi-fuel generator and fuel delivery system of claim 11 wherein the electro-mechanical valve system comprises:
a carburetor cutoff solenoid coupled to a carburetor to control liquid fuel flow to the engine, and
a gaseous fuel cutoff solenoid coupled to the gaseous fuel line to control flow of the gaseous fuel to the engine.

15. The multi-fuel generator and fuel delivery system of claim 14 further comprising a liquid fuel cutoff solenoid coupled to the liquid fuel line to control flow of the liquid fuel to the carburetor.

16. The multi-fuel generator and fuel delivery system of claim 11 wherein the pressurized fuel source comprises a pressurized fuel container located off-board the generator having a regulator mounting device to secure at least the secondary pressure regulator thereto.

US 10,393,034 B2

15

16

**17**. The multi-fuel generator and fuel delivery system of claim **11** wherein a dual stage pressure regulator comprises the primary pressure regulator and the secondary pressure regulator.

**18**. A multi-fuel internal combustion engine comprising:

an engine operable on liquid fuel supplied through a liquid fuel line from a liquid fuel source and gaseous fuel supplied through a gaseous fuel line from a pressurized fuel source;

a carburetor coupled to an intake of the engine to mix air and fuel and connect to the liquid fuel line and the gaseous fuel line;

a carburetor cutoff solenoid coupled to control fuel flow within the carburetor from the liquid fuel line and selectively engage engine operation on liquid fuel; and

a gaseous fuel valve coupled to control fuel flow through the gaseous fuel line and selectively engage engine operation on gaseous fuel.

**19**. The multi-fuel internal combustion engine of claim **18** wherein the gaseous fuel valve comprises a gaseous fuel cutoff solenoid.

**20**. The multi-fuel internal combustion engine of claim **19** further comprising a switch to change operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running.

**21**. The multi-fuel internal combustion engine of claim **20** wherein the switch institutes a predefined delay between actuating the carburetor cutoff solenoid and the gaseous fuel cutoff solenoid.

**22**. The multi-fuel internal combustion engine of claim **20** wherein the switch operates the carburetor cutoff solenoid and the gaseous fuel cutoff solenoid to substantially prevent simultaneous fuel delivery of the liquid fuel and the gaseous fuel to the engine.

**23**. The multi-fuel internal combustion engine of claim **20** wherein the gaseous fuel cutoff solenoid and the carburetor cutoff solenoid operate as normally closed solenoid valves.

**24**. The multi-fuel internal combustion engine of claim **18** further comprising:

an alternator driven by the engine to form a generator; and

a fuel regulator system located off-board the generator and comprising:

a primary pressure regulator coupled to a service valve of the pressurized fuel source to regulate the fuel supplied from the pressurized fuel source to a reduced pressure, and

a secondary pressure regulator coupled to the primary pressure regulator to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | Page 1 of 1 |
|---|---|---|
| PATENT NO. | : 10,393,034 B2 | |
| APPLICATION NO. | : 15/285215 | |
| DATED | : August 27, 2019 | |
| INVENTOR(S) | : Collie et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 13, Line 47 (Claim 2), delete "claim **1**; and" and substitute therefore -- claim **1** --; and

Column 13, Line 52 (Claim 2), delete "cutoff solenoid couples" and substitute therefore -- cutoff couples --.

Signed and Sealed this
Seventh Day of January, 2020

Andrei Iancu
*Director of the United States Patent and Trademark Office*



# EXHIBIT B



8509118

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**July 24, 2024**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,143,120*
ISSUE DATE: *October 12, 2021*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**Pam Grant**
**Certifying Officer**



US011143120B2

(12) **United States Patent**
Collie et al.

(10) **Patent No.:    US 11,143,120 B2**
(45) **Date of Patent:       Oct. 12, 2021**

(54) **FUEL SYSTEM FOR A MULTI-FUEL INTERNAL COMBUSTION ENGINE**

(71) Applicant: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

(72) Inventors: **Kendall J. Collie**, Anaheim Hills, CA (US); **Mark J. Sarder**, Waukesha, WI (US); **Aleko D. Sotiriades**, Cedarburg, WI (US); **James J. Dehn**, Brookfield, WI (US); **Leigh A. Jenison**, Hartland, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/946,439**

(22) Filed: **Jun. 22, 2020**

(65) **Prior Publication Data**

US 2020/0318557 A1    Oct. 8, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 16/358,822, filed on Mar. 20, 2019, now Pat. No. 10,697,379, which is a
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *F02D 19/06* | (2006.01) |
| *F02D 19/08* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC .......... *F02D 19/0613* (2013.01); *F02B 43/00* (2013.01); *F02B 63/04* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............... F02M 13/08; F02M 21/0254; F02M 21/0215; F02M 63/0015; F02M 17/10;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,398,437 A | 4/1946 | McGill et al. | |
| 3,807,377 A | * 4/1974 | Hirschler, Jr. ......... | F02M 31/18 123/575 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2401704 Y | 10/2000 |
| DE | 102006008524 A1 | 8/2006 |

(Continued)

OTHER PUBLICATIONS

Multi-Power Ltd., MODELMP5500DF 13 HP Generator Owner's Manual, Jul. 2006, pp. 1-38.

(Continued)

*Primary Examiner* — Long T Tran
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57)    **ABSTRACT**

A multi-fuel engine includes an engine operable on a liquid fuel and first and second gaseous fuels. The multi-fuel engine also includes a liquid cutoff solenoid selectively operable between open and closed positions to allow and inhibit a flow of the liquid fuel to the engine and at least one gaseous cutoff valve selectively operable between open and closed positions to allow and inhibit a flow of the first and second gaseous fuels to the engine. A jet block couples the first gaseous fuel source and the second gaseous fuel source to a carburetor connected to an intake of the engine, with the jet block being located downstream from the at least one gaseous cutoff valve. The jet block includes a first gaseous fuel jet to meter the first gaseous fuel to the carburetor and a second gaseous fuel jet to meter the second gaseous fuel to the carburetor.

**19 Claims, 4 Drawing Sheets**



## US 11,143,120 B2
Page 2

### Related U.S. Application Data

continuation of application No. 15/285,215, filed on Oct. 4, 2016, now Pat. No. 10,393,034, which is a continuation-in-part of application No. 14/925,441, filed on Oct. 28, 2015, now Pat. No. 10,697,398, which is a continuation-in-part of application No. 14/738,060, filed on Jun. 12, 2015, now Pat. No. 10,221,780.

(51) **Int. Cl.**

| | |
|---|---|
| *F02M 13/08* | (2006.01) |
| *F02B 63/04* | (2006.01) |
| *F02M 19/06* | (2006.01) |
| *F02M 19/08* | (2006.01) |
| *F02B 43/00* | (2006.01) |
| *F02D 29/06* | (2006.01) |
| *F02D 41/06* | (2006.01) |
| *F02N 3/02* | (2006.01) |
| *F02D 41/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ..... *F02D 19/0647* (2013.01); *F02D 19/0678* (2013.01); *F02D 19/0681* (2013.01); *F02D 29/06* (2013.01); *F02M 13/08* (2013.01); *F02M 19/06* (2013.01); *F02M 19/08* (2013.01); *F02D 41/0025* (2013.01); *F02D 41/062* (2013.01); *F02N 3/02* (2013.01); *Y02T 10/30* (2013.01)

(58) **Field of Classification Search**
CPC ............. F02D 19/0647; F02D 19/0613; F02D 41/0025; F02D 41/0027; F02B 63/048; F02B 69/02; F02B 69/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,911,956 A | 10/1975 | LeBreton et al. | |
| 4,287,908 A | 9/1981 | Storgard | |
| 4,323,046 A | 4/1982 | Barber | |
| 4,364,370 A | 12/1982 | Smith et al. | |
| 4,375,795 A | 3/1983 | Billingsley | |
| 4,416,244 A | 11/1983 | McDonald | |
| 4,471,805 A | 9/1984 | Solie et al. | |
| 4,492,207 A | 1/1985 | Hallberg | |
| 4,750,514 A | 6/1988 | Omori et al. | |
| 4,788,960 A | 12/1988 | Oshizawa | |
| 4,811,720 A * | 3/1989 | Katumata | F02D 19/0647 |
| | | | 123/527 |

| | | | |
|---|---|---|---|
| 4,878,475 A * | 11/1989 | Birsa | F02D 19/0642 |
| | | | 123/525 |
| 5,555,873 A | 9/1996 | Nolen | |
| 5,934,320 A | 8/1999 | O'Reilly et al. | |
| 6,543,395 B2 | 4/2003 | Green | |
| 6,591,817 B2 | 7/2003 | Deutsch | |
| 7,591,257 B2 | 9/2009 | Bayer et al. | |
| 7,802,562 B2 | 9/2010 | Lippa et al. | |
| 7,905,469 B2 | 3/2011 | Nickels et al. | |
| 7,954,479 B2 | 6/2011 | Kojima et al. | |
| 8,042,569 B2 | 10/2011 | Morris | |
| 8,757,139 B2 | 6/2014 | Deng | |
| 8,944,027 B2 | 2/2015 | Montgomery | |
| 9,175,601 B2 | 11/2015 | Markoski | |
| 9,523,497 B2 | 12/2016 | Deng | |
| 2007/0137591 A1 | 6/2007 | Sugimoto et al. | |
| 2007/0215223 A1 | 9/2007 | Morris | |
| 2011/0290203 A1* | 12/2011 | Pursifull | F02D 19/0605 |
| | | | 123/41.08 |
| 2013/0221000 A1* | 8/2013 | Iwaya | F02M 25/0836 |
| | | | 220/86.2 |
| 2014/0238340 A1* | 8/2014 | Dunn | F02D 19/0615 |
| | | | 123/299 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1826377 A2 | 8/2007 |
| FR | 2220679 A1 | 10/1974 |
| FR | 2510660 A1 | 2/1983 |
| GB | 189800 A | 10/1923 |
| GB | 532903 A | 2/1941 |
| JP | H0466743 A | 3/1992 |
| WO | 1999001659 A1 | 1/1999 |
| WO | 2007048633 A1 | 5/2007 |

OTHER PUBLICATIONS

Winco Inc., Home Power Tri-Fuel Portable Generators Owners Manual, Nov. 21, 2017, pp. 1-16.
Winco Inc., HPS9000VE/E and HPS9000VE-03/A Generator Installation and Operators Manual, Aug. 9, 2013, pp. 1-16.
Winco Inc., Dyna ME5000VA Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
Winco Inc., Dyna DL9000E, DL5000H, and D3000 Portable Generators Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
PowerLand Industrial Tools, Powerland Tri Fuel Generator Owner's Manual, Dec. 24, 2015, pp. 1-41.
Winco Inc., HPS6000HE/I Bi-Fuel Generator Installation and Operators Manual, Mar. 8, 2010, pp. 1-20.
Yamaha EF2000iS Tri Fuel Conversion: Overview & Installation Tips, Jan. 3, 2014, https://www.youtube.com/watch?v=caZawwDaRQg.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



US 11,143,120 B2

1

## FUEL SYSTEM FOR A MULTI-FUEL INTERNAL COMBUSTION ENGINE

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of and claims priority to U.S. patent application Ser. No. 16/358,822, filed Mar. 20, 2019, which is a continuation of and claims priority to U.S. patent application Ser. No. 15/285,215, filed Oct. 4, 2016, now Issued U.S. Pat. No. 10,393,034, which is a continuation-in-part of and claims priority to U.S. patent application Ser. No. 14/925,441, filed Oct. 28, 2015, which is a continuation-in-part of and claims priority to U.S. patent application Ser. No. 14/738,060, filed Jun. 12, 2015, now Issued U.S. Pat. No. 10,221,780, the disclosures of which are incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel and other multi-fuel internal combustion engines, and more particularly, to an apparatus and method for delivering liquid fuel and gaseous fuel to a generator driven by a multi-fuel internal combustion engine.

Electric generators are frequently driven by internal combustion engines that use gasoline as a fuel source. Gasoline is a common fuel source for generators in a variety of applications. However, alternative fuel sources also provide a desirable fuel source. For instance, alternative fuels may provide a cleaner burning fuel that limits undesirable emissions. Alternative fuels may also be stored for longer periods of time without degradation, whereas gasoline can degrade over a period of months leading to hard starting, rough running, and also lead to gum and varnish deposits in the fuel system. In addition, generators that operate on alternative fuels are able to generate electricity when gasoline is not readily available. For instance, generators are frequently used when power outages in the utility grid result from severe weather. Unfortunately, gas stations may also be closed as a result of the power outage. Such a circumstance presents just one example where it would be advantageous to operate electric generators on alternative fuels.

Certain generators are configured to operate as "dual fuel" generators, otherwise known as bi-fuel generators. These generators are driven by an internal combustion engine that is configured to operate on either liquid fuel or an alternative fuel. The alternative fuel may exist in a gaseous state at normal temperature and pressure and can be any one of liquefied petroleum gas, compressed natural gas, hydrogen, or the like. Liquefied petroleum gas (LPG), often referred to as propane, exists in a gaseous state at normal temperature and pressure but can be conveniently stored under pressure in a liquid state. LPG may be a desirable fuel source for internal combustion engines because it can be stored for extended periods of time and contains fewer impurities than gasoline, resulting in smoother and cleaner operation. In addition, propane fueled engines typically have a longer life cycle due to less carbon build-up and virtually no fuel gumming or varnish accumulation.

In order to provide the liquid and gaseous fuel to the engine, the dual fuel engine may have a first fuel line for liquid fuel and a second fuel line for gaseous fuel. A liquid fuel source and a gaseous fuel source may be coupled to the respective lines to provide fuel to the engine. However, a common problem with such configurations that couple two fuel sources to a single fuel inlet, such as a carburetor, of an

2

engine is that during cross-over switching between the fuel sources the engine can experience overly rich air-fuel ratio. This is particularly problematic when switching from a liquid fuel to a gaseous fuel because carburetors have a fuel bowl containing fuel that is drawn into the engine even after the liquid fuel source is cut-off. Therefore, for a period of time, the engine is running on both liquid and gaseous fuels causing an overly rich fuel mixture. Further, such simultaneous delivery of fuel from the first fuel line and the second fuel line, even if for a brief time, may make the engine hard to start and lead to unstable operating conditions.

Therefore, it would be desirable to design a generator having a liquid fuel and gaseous fuel delivery system that overcomes the aforementioned detriments without substantially increasing the overall cost of the system.

### BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a multi-fuel engine includes an engine operable on a liquid fuel, a first gaseous fuel from a first gaseous fuel source, and a second gaseous fuel from a second gaseous fuel source. The multi-fuel engine also includes a liquid cutoff solenoid coupled to open and close a liquid fuel path to the engine, a first gaseous cutoff solenoid coupled to open and close the first gaseous fuel source to the engine, a second gaseous cutoff solenoid coupling the engine to the second gaseous fuel source to control flow of the second gaseous fuel to the engine, and a switch coupling a power source to the liquid cutoff solenoid and the first gaseous cutoff solenoid to switch between fuel sources on-the-fly during engine operation.

In accordance with another aspect of the invention, a multi-fuel engine includes an engine operable on a liquid fuel, a first gaseous fuel from a first gaseous fuel source, and a second gaseous fuel from a second gaseous fuel source. The multi-fuel engine also includes a liquid cutoff solenoid selectively operable between open and closed positions to allow and inhibit a flow of the liquid fuel to the engine, at least one gaseous cutoff valve selectively operable between open and closed positions to allow and inhibit a flow of the first gaseous fuel and the second gaseous fuel to the engine. and a jet block coupling the first gaseous fuel source and the second gaseous fuel source to a carburetor connected to an intake of the engine, wherein the jet block is located downstream from the at least one gaseous cutoff valve. The jet block further includes a first gaseous fuel jet configured to meter the first gaseous fuel to the carburetor and a second gaseous fuel jet configured to meter the second gaseous fuel to the carburetor.

Various other features and advantages will be made apparent from the following detailed description and the drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate preferred embodiments presently contemplated for carrying out the invention.

In the drawings:

FIG. 1 is a perspective view of a multi-fuel generator coupled to a fuel delivery system, according to an embodiment of the invention.

FIG. 2 is a schematic diagram of a fuel system for the multi-fuel generator of FIG. 1 configured in a bi-fuel arrangement, according to an embodiment of the invention.

FIG. 3 is a schematic diagram of a fuel system for the multi-fuel generator of FIG. 1 to operate in a tri-fuel arrangement, according to an embodiment of the invention.

US 11,143,120 B2

**3**

FIG. 4 is a cross-sectional view of a carburetor for the multi-fuel generator of FIG. 1 taken transverse to a throat of the carburetor and through a fuel passage that provides fuel from a float bowl to the throat of the carburetor, according to an embodiment of the invention.

FIG. 5 is a cross-sectional view of the carburetor of FIG. 4 coupled to an engine intake taken lengthwise to the throat and through the fuel passage, according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The operating environment of the invention is described with respect to a multi-fuel generator. However, it will be appreciated by those skilled in the art that the invention is equally applicable for use with any multi-fuel internal combustion engine. Moreover, the invention will be described with respect to a dual fuel or other multi-fuel generator configured to operate on liquid fuel and gaseous fuel. However, one skilled in the art will further appreciate that the invention is equally applicable for use with other fuel combinations for multi-fuel generators and internal combustion engines.

Referring to FIG. 1, a dual fuel generator 30 is coupled to fuel delivery systems 32, 33 in accordance with an embodiment of the invention. Dual fuel generator 30 includes a dual fuel internal combustion engine 34 within housing 36 at one end 38, operatively connected to an alternator 40 also enclosed in housing 36 at another end 42 by conventional means. Dual fuel generator 30 is configured to operate on different fuels via either a first fuel source 44 or a second fuel source 46. In an exemplary embodiment of the invention, first fuel source 44 is a liquid fuel and second fuel source 46 is a gaseous fuel. In one preferred embodiment, the liquid fuel is gasoline and the gaseous fuel is liquid petroleum gas (LPG). An operator can selectively operate the generator on either fuel as desired. For instance, generator 30 may operate on gasoline for a first period of operation and then switch to LPG for a second period of operation. However, it is contemplated that dual fuel generator 30 is configured to operate on fuels other than gasoline and LPG (e.g., natural gas, biodiesel, etc.), and thus the scope of the invention is not meant to be limited strictly to a dual fuel arrangement where first fuel source 44 provides gasoline and second fuel source 46 provides LPG. In addition, embodiments of the invention contemplate tri-fuel, quad-fuel, and other multi-fuel arrangements.

In one embodiment of the invention, dual fuel generator 30 includes a gasoline tank 48 or, generally, a liquid fuel tank, located inside cover 36 onboard generator 30 to provide gasoline to the engine as first fuel source 44. Gasoline tank 48 connects to a first fuel line to provide gasoline to the carburetor to run the engine, as will later be described with reference to FIG. 2. Generator 30 is also coupled to a pressurized fuel container 50, or a pressurized fuel source, located off board generator 30 to provide LPG to the engine as second fuel source 46. Pressurized fuel container 50 is coupled to generator 30 with an LPG supply hose 52. LPG supply hose 52 is coupled to a second fuel line within generator 30 to provide LPG to the engine via the carburetor. Dual fuel generator 30 includes an electrical fuel switch 54 for selecting a desired fuel to the engine.

In an exemplary embodiment, fuel 46 from pressurized fuel container 50 is regulated using a fuel regulator system 56 for delivery to the engine. Fuel regulator system 56 includes one or more pressure regulators that reduce and

**4**

control the pressure of the fuel from pressurized fuel container 50 and delivers fuel at a desired pressure for operation of the engine. Fuel regulator system 56 has an inlet 58 operatively coupled to a service valve 60 of pressurized fuel container 50 and an outlet 62 coupled to LPG supply hose 52. Fuel regulator system 56 includes a primary pressure regulator 64 coupled to pressurized fuel container 50 and a secondary pressure regulator 66. Primary pressure regulator 64 protects downstream components from high pressure of pressurized fuel container 50. Primary pressure regulator 64 receives LPG through service valve 60 of pressurized fuel container 50 and reduces the pressure of the LPG to a first stage. In one embodiment of the invention, the first stage may be delivered directly to generator 30 at a pressure required for operation of the engine.

In an exemplary embodiment of the invention, fuel regulator system 56 includes secondary pressure regulator 66 coupled to the outlet of primary pressure regulator 64 in order to use standard "off-the-shelf" components. Typically, the primary pressure regulator is mounted on the LPG tank, while the secondary pressure regulator is mounted on the component using the fuel, such as an engine or grill. Here, since generator 30 can be used as a gasoline only generator, secondary pressure regulator 66 is mounted off-board the generator to reduce size and cost of the generator. Secondary pressure regulator 66 receives LPG from primary pressure regulator 64 and further reduces the pressure of LPG to a second stage to be delivered to generator 30. In a system with two regulators, primary pressure regulator 64 regulates fuel received from pressurized fuel container 50 and reduces the pressure of the fuel to a level required for operation of secondary pressure regulator 66. Secondary pressure regulator 66 regulates fuel received from primary pressure regulator 64 and further reduces the pressure of the fuel to a level required for operation of generator 30. In addition, primary pressure regulator 64 may compensate for varying tank pressure as fuel is depleted while secondary pressure regulator 66 may compensate for varying demand from generator 30.

In accordance with an exemplary embodiment of the invention, fuel regulator system 56 includes both the primary and secondary regulators or a customized single regulator to perform both regulator functions in one, but in any case, in this embodiment, is located remotely, or off-board, from dual fuel generator 30. Fuel regulator system 56 may be directly mounted to pressurized fuel container 50 using a regulator mounting structure 68. Regulator mounting structure 68 is a device having mounting locations for primary pressure regulator 64 and secondary pressure regulator 66. Regulator mounting structure 68 also has a securing mechanism 70 to secure regulator mounting structure 68 to pressurized fuel container 50. The securing mechanism 70 is a cover or dome that sits on the container with an opening therein that fits around service valve 60.

In another embodiment of the invention, primary pressure regulator 64 is mounted on regulator mounting structure 68 while secondary pressure regulator 66 could be mounted on or near generator 30. In yet another embodiment of the invention, a dual stage regulator regulates the fuel received from pressurized fuel container 50 and delivers fuel at a pressure required for operation of generator 30. Such a dual stage regulator regulates the fuel to the second stage within a single structure and may comprise both the primary pressure regulator 64 and the secondary pressure regulator 66. The dual stage regulator may be mounted directly on fuel container 50. Pressurized fuel container 50 may be secured to a platform or mobile cart 72 for stability or transportation.

US 11,143,120 B2

| 5 | 6 |

In another embodiment, a regulator mounting structure **68** is secured directly to a platform or a mobile cart.

A quick-disconnect hose coupling **74**, also referred to as a quick-connect hose coupling, connects LPG supply hose **52** to generator **30** so that LPG supply hose **52** may be quickly attached and detached from generator **30**. Hose coupling **74** has a first end **74***a* mounted on the external surface of generator **30** and coupled to supply the second fuel to the engine. Hose coupling **74** has a second end **74***b* coupled to the outlet of LPG supply hose **52**. Hose coupling **74** has a valve that opens when the couplings are engaged and closes when the couplings are disengaged. As such, quick-disconnect hose coupling **74** automatically opens when connected to enable fuel flow from LPG supply hose **52** to the engine. Hose coupling **74** automatically disconnects fluid communication when disconnected. Accordingly, when the supply hose is detached from generator **30**, the coupling **74** is automatically closed so that fuel does not escape and unwanted air does not enter the fuel system.

Referring now to FIG. **2**, a schematic diagram of a fuel system for the dual fuel generator is shown, in accordance with an embodiment of the invention. The fuel system includes an electro-mechanical valve system **76** that includes a carburetor cutoff solenoid **94**, gasoline cutoff solenoid **96**, and a LPG cutoff solenoid **98**. The electro-mechanical valve system **76** is coupled to a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source **78** through a liquid fuel line **80**, and a gaseous fuel supplied from a gaseous fuel source **82**, or a pressurized fuel source, through a gaseous fuel line **84**. Electro-mechanical valve system **76** is operated by electrical fuel switch **54** that controls fuel flow to the engine from liquid fuel source **78** and gaseous fuel source **82**. In an exemplary embodiment of the invention, the dual fuel engine operates on gasoline from liquid fuel source **78** and LPG from gaseous fuel source **82**.

In one embodiment of the invention, the engine has a carburetor **86** coupled to an intake of the engine to mix air and fuel and connect to liquid fuel line **80** and gaseous fuel line **84**. Carburetor **86** has a mixing passage or throat with an inlet for air and an outlet for the air-fuel mixture. Carburetor **86** also has a float bowl **88** that receives liquid fuel through a liquid fuel inlet **90** coupled to liquid fuel line **80**. Carburetor **86** may also have a gaseous fuel inlet **92** in the throat and coupled to gaseous fuel line **84**. Gaseous fuel inlet **92** is preferably located upstream from a venturi in the throat for improved fuel and air mixing. Air is mixed with either of the fuels in the throat to provide the air-fuel mixture for operation of the engine. In another embodiment of the invention, a gaseous fuel mixer couples to the engine intake to mix gaseous fuel and air separately from carburetor **86**.

In an exemplary embodiment of the invention, electro-mechanical valve system **76** includes a carburetor cutoff solenoid **94** coupled to carburetor **86** to control liquid fuel flow to the engine. Carburetor cutoff solenoid **94** operates to open and close a liquid fuel path to the engine downstream from float bowl **88** in carburetor **86**. The liquid fuel path in carburetor **86** provides fuel to the throat from float bowl **88** and will later be described with reference to FIG. **4**. The liquid fuel path may comprise a main fuel circuit within carburetor **86**, and in some cases, also includes an idle fuel circuit within carburetor **86**. Carburetor cutoff solenoid **94** cuts off liquid fuel flow through the liquid fuel path to provide a liquid fuel cutoff solenoid that controls fuel flow from liquid fuel line **80** to the engine.

Electro-mechanical valve system **76** may include a gasoline cutoff solenoid **96**, or generally a liquid fuel cutoff solenoid, coupling liquid fuel source **78** to carburetor **86** and to control flow of the liquid fuel to carburetor **86**. That is, gasoline cutoff solenoid **96** provides a liquid fuel valve coupled along liquid fuel line **80** to open and close liquid fuel source **78** to the engine. Electro-mechanical valve system **76** can operate with either or both the gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** to control liquid fuel flow to the engine. However, gasoline cutoff solenoid **96** is advantageous to quickly cut-off all liquid fuel flow to carburetor **86**, and particularly, through the idle fuel circuit if carburetor cutoff solenoid **94** is regulating fuel through the main fuel circuit only. While limited fuel flow through the idle fuel circuit may not noticeably affect gaseous fuel operation, gasoline cutoff solenoid **96** prevents drawing gasoline through the idle fuel circuit after carburetor cutoff solenoid **94** closes the main fuel circuit.

Electro-mechanical valve system **76** may include an LPG cutoff solenoid **98**, or generally a gaseous fuel cutoff solenoid, coupling gaseous fuel source **82** to the intake and to control flow of the gaseous fuel to the engine. LPG cutoff solenoid **98** provides a gaseous fuel valve coupled along gaseous fuel line **84** to open and close gaseous fuel source **82** to the engine. LPG cutoff solenoid **98** is preferably located downstream from fuel regulator system **56**, shown in FIG. **2** as dual stage regulator **100**, for a fast response in controlling gaseous fuel delivery to the engine.

Electro-mechanical valve system **76** also includes electrical switch **54** coupling a power source **102** to one or more of carburetor cutoff solenoid **94**, gasoline cutoff solenoid **96** and LPG cutoff solenoid **98** to actuate the solenoids and provide a one-touch fuel selector to switch engine operation between fuels. Power source **102** is shown as a battery in FIG. **2**, but could be from an engine driven power source, such as an alternator **40** (FIG. **1**), a magneto, or any other suitable power supply. Switch **54** selectively powers solenoids **94**, **96**, **98** to engage liquid fuel operation when actuated to a first position and gaseous fuel operation when actuated to a second position. In an exemplary embodiment of the invention, switch **54** engages gasoline operation by closing LPG cutoff solenoid **98**, opening gasoline cutoff solenoid **96**, and operating carburetor cutoff solenoid **94** to open the main fuel circuit in the carburetor, and switch **54** engages LPG operation by closing gasoline cutoff solenoid **96**, operating carburetor cutoff solenoid **94** to close the main fuel circuit, and opening LPG cutoff solenoid **98**.

In an exemplary embodiment of the invention, gasoline cutoff solenoid **96**, LPG cutoff solenoid **98**, and carburetor cutoff solenoid **94** operate as normally closed solenoid valves to ensure excess fuel is not delivered to the engine if power to the solenoids is interrupted. To engage LPG operation, electrical fuel switch **54** provides electrical connection between power source **102** and a first contact **104** to power LPG cutoff solenoid **98** to open gaseous fuel line **84** while gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** are unpowered to close liquid fuel line **80** and the main fuel circuit in carburetor **86**, respectively. To engage gasoline operation, electrical switch **54** provides electrical connection between power source **102** and a second contact **106** to power gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** to open liquid fuel line **80** and the main fuel circuit in carburetor **86**, respectively, while LPG cutoff solenoid **98** is unpowered to close gaseous fuel line **84**.

In an alternative embodiment of the invention, gasoline cutoff solenoid **96**, LPG cutoff solenoid **98**, and carburetor cutoff solenoid **94** operate as normally open solenoid valves to ensure fuel is provided to the engine if power to the

US 11,143,120 B2

7

solenoids is interrupted. To engage gasoline operation, switch 54 provides electrical connection between power source 102 and first contact 104 to power LPG cutoff solenoid 98 to close gaseous fuel line 84 while gasoline cutoff solenoid 96 and carburetor cutoff solenoid 94 are unpowered to open liquid fuel line 80 and the main fuel circuit in carburetor 86, respectively. To engage LPG operation, switch 54 provides electrical connection between power source 102 and second contact 106 to power gasoline cutoff solenoid 96 and carburetor cutoff solenoid 94 to close liquid fuel line 80 and the main fuel circuit in carburetor 86, respectively, while LPG cutoff solenoid 98 is unpowered to open gaseous fuel line 84.

Electro-mechanical valve system 76 can be configured to switch operation of the generator from multiple fuel sources while the generator is running, also referred to as "on-the-fly" fuel changeover. That is, switch 54 couples power source 102 to LPG cutoff solenoid 98 and one or more of the gasoline cutoff solenoid 96 and carburetor cutoff solenoid 94 to change operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running. Electro-mechanical valve system 76 provides for precisely timed fuel changeover between the fuel sources to switch engine operation with minimal or no interruption in the performance of the engine, and it can be timed to prevent or substantially prevent fuel overlap between the fuel sources.

To quickly start and stop liquid fuel delivery to the engine, carburetor cutoff solenoid 94 regulates fuel flow through a liquid fuel path downstream of float bowl 88. Carburetor cutoff solenoid 94 also traps enough gasoline in float bowl 88 to provide quick delivery of gasoline to the engine during changeover from LPG to gasoline to prevent any lag or hesitation in engine performance. During changeover from gasoline to LPG, carburetor cutoff solenoid 94 blocks fuel flow from float bowl 88 to the engine, thereby preventing an over-rich condition. That is, carburetor cutoff solenoid 94 can block gasoline remaining in float bowl 88 after gasoline cutoff solenoid 96 closes liquid fuel line 80 to prevent mixing gasoline with the LPG. Accordingly, carburetor cutoff solenoid 94 responds quickly upon actuation of switch 54 to limit fuel overlap and prevent overly rich fuel conditions that could adversely affect engine performance.

In addition, gasoline cutoff solenoid 96 may be opened to fill float bowl 88 with liquid fuel prior to switching engine operation to liquid fuel. That is, float bowl 88 will empty through the idle fuel circuit if carburetor cutoff solenoid 94 only blocks the main fuel circuit. Gasoline delivery to the engine during changeover is delayed if float bowl 88 must first be filled, and such delay could cause the engine to lose power or stall. Therefore, switch 54 may be configured to actuate gasoline cutoff solenoid 96 prior to actuating carburetor cutoff solenoid 94 to ensure adequate fuel in float bowl 88 for a smooth transition from LPG to gasoline.

In one embodiment of the invention, switch 54 actuates carburetor cutoff solenoid 94 and LPG cutoff solenoid 98 to change engine operation between the liquid fuel and the gaseous fuel so as to prevent fuel flow from liquid fuel source 78 and gaseous fuel source 82 simultaneously. In such an embodiment, electro-mechanical valve system 76 operates as a dual fuel lockout to ensure only one fuel is delivered to the engine. Switch 54 may simultaneously actuate carburetor cutoff solenoid 94 and LPG cutoff solenoid 98 to prevent or substantially prevent simultaneous fuel delivery of the liquid fuel and the gaseous fuel to the engine. In other embodiments, switch 54 actuates any of solenoids 94, 96, 98 in succession to prevent or substantially prevent

8

simultaneous fuel delivery of the liquid fuel and the gaseous fuel to the engine. As such, switch 54 can operate the electro-mechanical valve system 76 to prevent an overly rich air-fuel ratio during cross-over switching between fuel sources, even while operating at full load.

In another embodiment of the invention, electro-mechanical valve system 76 provides a slight overlap in fuel delivery to the engine to ensure a smooth transition during changeover. Carburetor cutoff solenoid 94 may close the liquid fuel path in carburetor 86 after LPG cutoff solenoid 98 opens to ensure fuel flow to the engine is not interrupted during changeover from gasoline to LPG. LPG cutoff solenoid 98 may close after carburetor cutoff solenoid 94 opens the liquid fuel path in carburetor 86 to ensure fuel flow to the engine is not interrupted during changeover from LPG to gasoline. Accordingly, switch 54 may actuate LPG cutoff solenoid 98 and carburetor cutoff solenoid 94 in succession to provide fuel overlap when changing engine operation between the liquid fuel and the gaseous fuel. Electro-mechanical valve system 76 can also be configured to provide blended fuel operation, if so desired.

Switch 54 can institute a predefined delay between actuating any of gasoline cutoff solenoid 96, carburetor cutoff solenoid 94, and LPG cutoff solenoid 98. Adjustable rheostats or predefined electronic delay circuits 108, 110, 112 can be coupled to the electrical connections of any of solenoids 94, 96, 98 to delay their actuation. As such, any of solenoids 96, 94, 98 may be configured to operate according to a user adjustable preset delay to actuate one or more of the solenoids in succession. In some embodiments of the invention, electronic delay circuits 108, 110, 112 provide simultaneous delivery of fuels to the engine for any fraction of a second or for up to several seconds.

Electro-mechanical valve system 76 can also change engine operation between fuel sources on-the-fly without gasoline cutoff solenoid 96 regulating fuel through liquid fuel line 80. In such an embodiment, upon actuation of switch 54 from gaseous fuel to liquid fuel, carburetor cutoff solenoid 94 can open a liquid fuel path in the carburetor to engage engine operation on liquid fuel and LPG cutoff solenoid 98 can actuate to stop engine operation on gaseous fuel. Also, upon actuation of switch 54 from liquid fuel to gaseous fuel, LPG cutoff solenoid 98 can open the gaseous fuel line 84 to engage engine operation on gaseous fuel and carburetor cutoff solenoid 94 can actuate to stop engine operation on liquid fuel.

Alternatively, electro-mechanical valve system 76 can change engine operation between fuel sources on-the-fly without carburetor cutoff solenoid 94. In such an embodiment, gasoline cutoff solenoid 96 can open the liquid fuel line 80 to engage engine operation on liquid fuel upon actuation of switch 54 from gaseous fuel to liquid fuel, and gasoline cutoff solenoid 96 can stop engine operation on liquid fuel upon actuation of switch 54 from liquid fuel to gaseous fuel. Further, gasoline cutoff solenoid 96 and LPG cutoff solenoid 98 can be precisely timed to limit or prevent fuel overlap during changeover without interrupting engine performance. For instance, gasoline cutoff solenoid 96 may be opened prior to closing LPG cutoff solenoid 98 to ensure adequate fuel in float bowl 88 for on-the-fly changeover. Also, gasoline cutoff solenoid 96 may be closed before LPG cutoff solenoid 98 is opened to reduce fuel in float bowl 88 and limit fuel overlap during on-the-fly changeover. Accordingly, switch 54 may be precisely timed to operate gasoline cutoff solenoid 96 and LPG cutoff solenoid 98 to prevent, or substantially prevent, simultaneous fuel delivery of the liquid fuel and the gaseous fuel to the engine.

US 11,143,120 B2

9

Referring now to FIG. **3**, a schematic diagram of a fuel system to operate the generator in a tri-fuel arrangement is shown, in accordance with an embodiment of the invention. The fuel system includes an electro-mechanical valve system **114** coupled to a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source **78** and first and second gaseous fuels supplied from a respective first gaseous fuel source **116** and second gaseous fuel source **118**. Electro-mechanical valve system **114** is operated by a tri-fuel electrical switch **120** that controls fuel flow to the engine from liquid fuel source **78** and gaseous fuel sources **116**, **118**. In an exemplary embodiment of the invention, the multi-fuel engine operates on gasoline from liquid fuel source **78**, liquid petroleum gas (LPG) from first gaseous fuel source **116**, and natural gas (NG) from second gaseous fuel source **118**.

Electro-mechanical valve system **114** may include gasoline cutoff solenoid **96** to open and close a liquid fuel path through liquid fuel line **80** to carburetor **86**, a carburetor cutoff solenoid **94** to control liquid fuel flow through the carburetor, and LPG cutoff solenoid **98** to open and close a gaseous fuel path for the first gaseous fuel through LPG line **122** to the engine. Electro-mechanical valve system **114** may also include an NG cutoff solenoid **124**, or generally a gaseous fuel cutoff solenoid, to couple the engine intake to second gaseous fuel source **118** and to control flow of the second gaseous fuel to the engine. NG cutoff solenoid **124** provides a gaseous fuel valve coupled along an NG line **126** to open and close second gaseous fuel source **118** to the engine. That is, NG cutoff solenoid **124** operates to open and close a gaseous fuel path for the second gaseous fuel through NG line **126** to the engine.

In an exemplary embodiment of the invention, a gaseous fuel line **128** provides NG and LPG to the engine by coupling to carburetor **86** and to both gaseous fuel sources **116**, **118**. A jet block **80** may be used to couple gaseous fuel line **128** to LPG line **122** and NG line **126**. In one embodiment of the invention, jet block **80** is a 2-way branched fitting coupling first gaseous fuel source **116** and second gaseous fuel source **118** to carburetor **86** and located downstream from LPG cutoff solenoid **98** and NG cutoff solenoid **124**. Jet block **80** may also comprise a first gaseous fuel jet **82** sized for the first gaseous fuel coupled to the first gaseous fuel source **116**, and a second gaseous fuel jet **84** sized for the second gaseous fuel coupled to the second gaseous fuel source **118**. The gaseous fuel jets **82**, **84** comprise gaseous fuel main jets sized to meter the respective fuels as desired for a particular engine, or based on desired performance for each fuel in a given application. Jet block **80** has an outlet port **86** coupled to gaseous fuel line **128** to provide fuel from first gaseous fuel jet **82** and second gaseous fuel jet **84** to the engine.

Jet block **80** may be used to modify a dual fuel internal combustion engine into a tri-fuel engine by coupling a second gaseous fuel source to the engine intake. Jet block **80** can incorporate more than two gaseous fuel jets to couple additional gaseous fuel lines to carburetor **86**. Each fuel line has a gaseous fuel valve to open and close the line. A fuel switch is wired appropriately to operate the additional solenoids. As such, jet block **80** allows a dual fuel engine to operate as a tri-fuel engine, quad-fuel engine or to operate with additional fuel sources.

Electro-mechanical valve system **114** includes a tri-fuel switch **120** coupling power source **102** to any of gasoline cutoff solenoid **96**, LPG cutoff solenoid **98**, NG cutoff solenoid **124**, and carburetor cutoff solenoid **94** to selectively operate the solenoids and engage gasoline operation

10

when actuated to a first position, engage LPG operation when actuated to a second position, and engage NG operation when actuated to a third position. When tri-fuel switch **120** engages engine operation on one of the fuels, it may also stop delivery of the remaining fuels to the engine. As such, solenoids **94**, **96**, **98**, **124** engage engine operation on their respective fuel source upon selection of the tri-fuel switch **120** to the respective fuel source, and the solenoids **94**, **96**, **98**, **124** stop engine operation on their respective fuel source upon selection of the switch to another fuel source.

Electro-mechanical valve system **114** can be configured to switch operation of the generator from any single fuel to any other single fuel from first gaseous fuel source **116**, second gaseous fuel source **118**, and liquid fuel source **78** on-the-fly while the engine is running. For instance, tri-fuel switch **120** can actuate any combination of the carburetor cutoff solenoid **94**, LPG cutoff solenoid **98**, NG cutoff solenoid **124** and gasoline cutoff solenoid **96** to change operation of the engine among the liquid fuel, the first gaseous fuel, and the second gaseous fuel while the engine remains running. Electro-mechanical valve system **114** provides for precisely timed fuel changeover to switch engine operation among fuel sources with minimal or no interruption in the performance of the engine, and it can be timed to prevent or substantially prevent fuel overlap between the fuel sources.

To change between gaseous fuel and liquid fuel, tri-fuel switch **120** may operate NG cutoff solenoid **124** for NG and LPG cutoff solenoid **98** for LPG corresponding to the description of switch **54** operating LPG cutoff solenoid **98** with respect to FIG. **2**. Referring back to FIG. **3**, to switch between first gaseous fuel source **116** and second gaseous fuel source **118**, tri-fuel switch **120** may simultaneously actuate LPG cutoff solenoid **98** and NG cutoff solenoid **124** to prevent or substantially prevent simultaneous fuel delivery of first gaseous fuel source **116** and second gaseous fuel source **118** to the engine. As such, electro-mechanical valve system **114** can operate as a tri-fuel lockout to ensure only one fuel is delivered to the engine. In other embodiments, tri-fuel switch **120** actuates the NG cutoff solenoid **124** and LPG cutoff solenoid **98** in succession to ensure appropriately timed on-the-fly fuel changeover between the two gaseous fuels. Adjustable rheostats or predefined electronic delay circuits **108**, **110**, **112**, **88**, may be coupled to the electrical connections of any of solenoids **94**, **96**, **98**, **124**, to delay their actuation.

In one embodiment of the invention, solenoids **98**, **124**, **94**, **96** operate as normally closed solenoid valves to ensure excess fuel is not provided to the engine if power to the solenoids is interrupted. To engage LPG operation, tri-fuel switch **120** provides electrical connection between power source **102** and first contact **104** to power LPG cutoff solenoid **98** to open LPG line **122** while gasoline cutoff solenoid **96**, carburetor cutoff solenoid **94**, and NG cutoff solenoid **124** are unpowered to close liquid fuel line **80**, the main fuel circuit in carburetor **86**, and NG line **126**, respectively. To engage gasoline operation, tri-fuel switch **120** provides electrical connection between power source **102** and second contact **106** to power gasoline cutoff solenoid **96** and carburetor cutoff solenoid **94** to open liquid fuel line **80** and the main fuel circuit in carburetor **86** while LPG cutoff solenoid **98** and NG cutoff solenoid **124** are unpowered to close LPG line **122** and NG line **126**, respectively. To engage NG operation, tri-fuel switch **120** provides electrical connection between power source **102** and a third contact **140** to power NG cutoff solenoid **124** to open NG line **126** while gasoline cutoff solenoid **96**, carburetor cutoff solenoid **94**

US 11,143,120 B2

**11**

and LPG cutoff solenoid 98 are unpowered to close liquid fuel line 80, the main fuel circuit in carburetor 86, and LPG line 122, respectively.

In an alternative embodiment of the invention, solenoids 98, 124, 94, 96 operate as normally open solenoid valves to ensure fuel is provided to the engine if power to the solenoids is interrupted. To engage LPG operation, tri-fuel switch 120 provides electrical connection between power source 102 and both second contact 106 and third contact 140 to power gasoline cutoff solenoid 96, carburetor cutoff solenoid 94, and NG cutoff solenoid 124 to close liquid fuel line 80, main fuel circuit in carburetor 86, and NG line 126, respectively, while LPG cutoff solenoid 98 is unpowered to open LPG line 122. To engage gasoline operation, tri-fuel switch 120 provides electrical connection between power source 102 and both first contact 104 and third contact 140 to power LPG cutoff solenoid 98 and NG cutoff solenoid 124 to close LPG line 122 and NG line 126 while gasoline cutoff solenoid 96 and carburetor cutoff solenoid 94 are unpowered to open liquid fuel line 80 and the main fuel circuit in carburetor 86, respectively. To engage NG operation, tri-fuel switch 120 provides electrical connection between power source 102 and both first contact 104 and second contact 106 to power gasoline cutoff solenoid 96, carburetor cutoff solenoid 94, and LPG cutoff solenoid 98 to close liquid fuel line 80, main fuel circuit in carburetor 86, and LPG line 122, respectively, while NG cutoff solenoid 124 is unpowered to open NG line 126.

Referring now to FIG. 4, a cross-sectional view of carburetor 86 taken transverse to a barrel or throat 142 of the carburetor is shown, in accordance with an embodiment of the invention. Fuel and air are mixed in throat 142 to provide an air-fuel mixture for the multi-fuel internal combustion engine. A butterfly valve 144 is located in throat 142 to provide a choke and throttle 146 for the engine. Carburetor 86 has a float bowl 88 to hold liquid fuel with a float valve 148 to control the fuel level in the bowl. Carburetor 86 has a liquid fuel path 150 from float bowl 88 to throat 142. Liquid fuel path 150 is shown in FIG. 4 referring to main fuel circuit 152 in carburetor 86, but may also include other fuel circuits in the carburetor. Main fuel circuit 152 provides a flow path from float bowl 88 to a nozzle 154 in a venturi 156 upstream from throttle 146. An idle fuel circuit 158 provides a flow path to the throat 142 downstream of throttle 146 to run the engine at idle.

In one embodiment of the invention, carburetor 86 has a carburetor cutoff solenoid 94 coupled to carburetor 86 to regulate liquid fuel flow to the engine. Carburetor cutoff solenoid 94 actuates to open and close liquid fuel path 150 to the engine downstream from float bowl 88. Carburetor cutoff solenoid 94 has an actuating member 160 that moves to selectively block fuel flow through liquid fuel path 150, comprising main fuel circuit 152, and may be positioned to selectively block fuel flow into the inlet of main fuel circuit 152. Gasoline cutoff solenoid 96 (FIG. 2) closes off the liquid fuel line to carburetor 86 and fuel flowing through idle fuel circuit 158 stops when float bowl 88 empties. In another embodiment of the invention, carburetor cutoff solenoid 94 is configured to control fuel flow through both main fuel circuit 152 and idle fuel circuit 158. For instance, idle fuel circuit 158 may branch off from main fuel circuit 152 with carburetor cutoff solenoid 94 actuating to block fuel flow into both circuits.

Referring now to FIG. 5, a cross-sectional view of carburetor 86 is shown taken lengthwise to throat 142, in accordance with an embodiment of the invention. Carburetor 86 is attached to the engine at engine intake 162 to supply

**12**

a metered mixture of air and fuel and connect a liquid fuel source to the intake. Throat 142 includes venturi 156 and throttle 146 located downstream from venturi 156. A float bowl 88 and a float 166 control and maintain the fuel level in the bowl from an inlet valve 164. Main fuel circuit 152 provides a flow path from float bowl 88 to nozzle 154 in a narrow portion of venturi 156. Idle fuel circuit 158 provides a flow path from float bowl 88 to throat 142 downstream of throttle 146. Transition fuel circuit 168 provides a flow path to throat 142 upstream from throttle 146 and branches off from idle fuel circuit 158. Transition fuel circuit 168 is opened to vacuum conditions as the throttle 146 moves slightly from a closed position to provide additional fuel as the engine transitions from idle.

Carburetor cutoff solenoid 94 couples to float bowl 88 to selectively control liquid fuel flow through main fuel circuit 152. Carburetor cutoff solenoid 94 includes actuating member 160 capable of blocking fuel flow through main fuel circuit 152 when actuated. FIG. 5 shows actuating member 160 in an extended or blocking position, while FIG. 4 shows actuating member 160 in a retracted or open position. Carburetor cutoff solenoid 94 actuates to quickly start and stop liquid fuel flow from float bowl 88 to the engine through main fuel circuit 152 to provide precisely timed engine changeover between liquid and gaseous fuel sources.

Beneficially, embodiments of the invention thus provide for a multi-fuel internal combustion engine capable of switching between liquid fuel and gaseous fuel sources while the engine is running. Embodiments of the invention also provide for a multi-fuel internal combustion engine having a fuel system to prevent an overly rich air-fuel ratio during cross-over switching between fuel sources. Embodiments of the invention also provide for a multi-fuel generator with a remotely mounted gaseous fuel pressure regulator system.

Therefore, according to one embodiment of the invention, a multi-fuel engine includes an engine operable on a liquid fuel, a first gaseous fuel from a first gaseous fuel source, and a second gaseous fuel from a second gaseous fuel source. The multi-fuel engine also includes a liquid cutoff solenoid coupled to open and close a liquid fuel path to the engine, a first gaseous cutoff solenoid coupled to open and close the first gaseous fuel source to the engine, a second gaseous cutoff solenoid coupling the engine to the second gaseous fuel source to control flow of the second gaseous fuel to the engine, and a switch coupling a power source to the liquid cutoff solenoid and the first gaseous cutoff solenoid to switch between fuel sources on-the-fly during engine operation.

According to another embodiment of the invention, a multi-fuel engine includes an engine operable on a liquid fuel, a first gaseous fuel from a first gaseous fuel source, and a second gaseous fuel from a second gaseous fuel source. The multi-fuel engine also includes a liquid cutoff solenoid selectively operable between open and closed positions to allow and inhibit a flow of the liquid fuel to the engine, at least one gaseous cutoff valve selectively operable between open and closed positions to allow and inhibit a flow of the first gaseous fuel and the second gaseous fuel to the engine. and a jet block coupling the first gaseous fuel source and the second gaseous fuel source to a carburetor connected to an intake of the engine, wherein the jet block is located downstream from the at least one gaseous cutoff valve. The jet block further includes a first gaseous fuel jet configured to meter the first gaseous fuel to the carburetor and a second gaseous fuel jet configured to meter the second gaseous fuel to the carburetor.

US 11,143,120 B2

13

This written description uses examples to disclose the invention, including the best mode, and also to enable any person skilled in the art to practice the invention, including making and using any devices or systems and performing any incorporated methods. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

What is claimed is:

1. A multi-fuel engine comprising:
an engine operable on a liquid fuel and a gaseous fuel;
a carburetor attached to an intake of the engine to mix air and fuel and connect a liquid fuel source to the intake, the carburetor comprising a float bowl;
a liquid cutoff solenoid coupled to open and close a liquid fuel path to the engine;
a gaseous cutoff solenoid coupled to open and close a gaseous fuel source to the engine;
a switch selectively coupling a power source to the liquid cutoff solenoid and the gaseous cutoff solenoid to open and close the liquid fuel path and the gaseous fuel path; and
one or more timing circuits electrically coupled to the liquid cutoff solenoid and the gaseous cutoff solenoid that operate to control an actuation time of the liquid cutoff solenoid and the gaseous cutoff solenoid.

2. The multi-fuel engine of claim 1 wherein the one or more timing circuits comprise one or more delay circuits configured to institute a predefined delay before actuating the liquid cutoff solenoid and the gaseous fuel cutoff solenoid.

3. The multi-fuel engine of claim 1 wherein the one or more timing circuits comprise one or more rheostats configured to institute a delay before actuating the liquid cutoff solenoid and the gaseous fuel cutoff solenoid.

4. The multi-fuel engine of claim 1 wherein the one or more timing circuits provide a user adjustable preset delay before actuating the liquid cutoff solenoid and the gaseous cutoff solenoid.

5. The multi-fuel engine of claim 1 wherein the one or more timing circuits control the actuation time of the liquid cutoff solenoid and the gaseous cutoff solenoid to provide simultaneous delivery of fuels to the engine for any fraction of a second or for up to several seconds.

6. The multi-fuel engine of claim 1 wherein the switch and the one or more timing circuits control actuation of the liquid cutoff solenoid and the gaseous cutoff solenoid to enable changing engine operation between the liquid fuel and the gaseous fuel, so as to prevent fuel flow from the liquid fuel source and the gaseous fuel source simultaneously and allow switching between fuel sources on-the-fly during engine operation.

7. The multi-fuel engine of claim 1 wherein the liquid cutoff solenoid comprises a first liquid cutoff solenoid coupled to the carburetor to control flow of liquid fuel within the carburetor, and wherein the multi-fuel engine further comprises a second liquid cutoff solenoid positioned on a liquid fuel line coupling the liquid fuel source to the carburetor to open and close the liquid fuel source to the engine.

8. The multi-fuel engine of claim 7 wherein one of the one or more timing circuits is electrically coupled to the second liquid cutoff solenoid to control an actuation time of the second liquid cutoff solenoid, such that the actuation time of

14

the second liquid cutoff solenoid is controlled along with the actuation time of the first liquid cutoff solenoid and the gaseous cutoff solenoid.

9. The multi-fuel engine of claim 1 wherein the engine is a dual fuel engine that operates on gasoline from the liquid fuel source and LPG from the gaseous fuel source.

10. The multi-fuel engine of claim 1 wherein the carburetor connects the gaseous fuel source to the intake.

11. The multi-fuel engine of claim 1 further comprising:
an alternator driven by the engine to form a generator; and
a fuel regulator system located off-board the generator and comprising:
a primary pressure regulator coupled to a service valve of the pressurized fuel source to regulate the fuel supplied from the pressurized fuel source to a reduced pressure, and
a secondary pressure regulator coupled to the primary pressure regulator to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine.

12. A multi-fuel generator and fuel delivery system comprising:
a multi-fuel internal combustion engine configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line;
an alternator driven by the multi-fuel internal combustion engine; and
a fuel regulator system comprising:
a primary pressure regulator coupled to a service valve of the pressurized fuel source to regulate fuel supplied from the pressurized fuel source to a reduced pressure, and
a secondary pressure regulator coupled to the primary pressure regulator to regulate fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the engine.

13. The multi-fuel generator and fuel delivery system of claim 12 an electro-mechanical valve system coupled to the engine and operated by an electrical switch powered by one of the alternator, a battery, and a magneto that controls fuel flow to the engine from the liquid fuel source and the pressurized fuel source.

14. The multi-fuel generator and fuel delivery system of claim 13 wherein the electro-mechanical valve system is configured to switch operation of the generator from multiple fuel sources while the generator is running.

15. The multi-fuel generator and fuel delivery system of claim 13 wherein the electro-mechanical valve system is configured to prevent simultaneous delivery of the liquid fuel and the gaseous fuel to the engine.

16. The multi-fuel generator and fuel delivery system of claim 12 wherein the pressurized fuel source comprises a pressurized fuel container located off-board the generator having a regulator mounting device to secure at least the secondary pressure regulator thereto.

17. The multi-fuel generator and fuel delivery system of claim 12 wherein a dual stage pressure regulator comprises the primary pressure regulator and the secondary pressure regulator.

18. A carburetor for use in a multi-fuel internal combustion engine, the carburetor comprising:

US 11,143,120 B2

15

16

a throat in which fuel and air are mixed in throat to provide an air-fuel mixture for the multi-fuel internal combustion engine;

a valve located in the throat to provide a choke and throttle for the multi-fuel internal combustion engine;

a float bowl to hold liquid fuel;

a main fuel circuit positioned downstream from the float bowl and extending from the float bowl to the throat;

an idle fuel circuit that provides a flow path to the throat downstream of the throttle to run the engine at idle; and

a carburetor cutoff solenoid configured to selectively control fuel flow through the main fuel circuit and the idle fuel circuit.

**19**. The carburetor of claim **18** wherein the carburetor cutoff solenoid is operatively coupled to a switch that changes operation of the engine from liquid fuel to gaseous fuel and from gaseous fuel to liquid fuel while the engine is running, and wherein the carburetor cutoff solenoid is closed to stop liquid fuel flow through the main fuel circuit and the idle fuel circuit when the switch changes operation of the engine from liquid fuel to gaseous fuel.

\*    \*    \*    \*    \*



# EXHIBIT C



8509118

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**July 23, 2024**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,492,985*
ISSUE DATE: *November 8, 2022*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*M. Tan*

Miguel Tarver
Certifying Officer

US011492985B2

(12) **United States Patent**
Sarder et al.

(10) **Patent No.:**     **US 11,492,985 B2**
(45) **Date of Patent:**        **Nov. 8, 2022**

(54) **OFF-BOARD FUEL REGULATOR FOR GENERATOR ENGINE**

(71) Applicant: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

(72) Inventors: **Mark J. Sarder**, Waukesha, WI (US); **Aleko D. Sotiriades**, Cedarburg, WI (US); **James J. Dehn**, Brookfield, WI (US); **Leigh Jenison**, Hartland, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.,** Sante Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 6 days.

(21) Appl. No.: **16/783,455**

(22) Filed: **Feb. 6, 2020**

(65) **Prior Publication Data**

US 2020/0173379 A1     Jun. 4, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 16/191,503, filed on Nov. 15, 2018, which is a continuation of application (Continued)

(51) **Int. Cl.**
*F02D 19/06*           (2006.01)

(52) **U.S. Cl.**
CPC ..... *F02D 19/0613* (2013.01); *F02D 19/0605* (2013.01); *F02D 19/0647* (2013.01); *F02D 19/0673* (2013.01); *Y02T 10/30* (2013.01)

(58) **Field of Classification Search**
CPC ............ F02D 19/0613; F02D 19/0605; F02D 19/0647; Y02Y 10/36
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,398,437 A | 4/1946 | McGill et al. | |
| 3,412,258 A | 11/1968 | Satter | |
| | (Continued) | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2401704 Y | 10/2000 |
| DE | 102006008524 A1 | 8/2006 |
| | (Continued) | |

OTHER PUBLICATIONS

Sportsman (Sportsman, "GEN7500DF 7500 Surge Watts / 6000 Running Watts Dual Fuel LPG Liquid Propane & Gasoline Portable Generator Instruction Manual," https://images.homedepot-static.com/catalog/pdfImages/d7/d711ccfb-08f5-43c4-a785-f792642424c4.pdf) (Year: 2013).*

(Continued)

*Primary Examiner* — Kevin A Lathers
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57)                **ABSTRACT**

A generator and off-board fuel delivery system is disclosed. The generator is configured to operate on one or more fuels, including on a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line. A fuel regulator system is located off board the generator and is configured to regulate the gaseous fuel supplied from the pressurized fuel source in a first stage, with the gaseous fuel regulated down to a reduced pressure in the first stage. A second stage of the fuel regulator system regulates the reduced pressure gaseous fuel, with the reduced pressure gaseous fuel from the first stage regulated down to a desired pressure in the second stage for delivery through the gaseous fuel line to operate the generator.

**19 Claims, 5 Drawing Sheets**



**US 11,492,985 B2**

Page 2

### Related U.S. Application Data

No. 14/738,060, filed on Jun. 12, 2015, now Pat. No. 10,221,780.

(56)     **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,911,956 A | 10/1975 | LeBreton et al. | |
| 4,287,908 A | 9/1981 | Storgard | |
| 4,323,046 A | 4/1982 | Barber | |
| 4,364,370 A | 12/1982 | Smith et al. | |
| 4,375,795 A | 3/1983 | Billingsley | |
| 4,416,244 A | 11/1983 | McDonald | |
| 4,471,805 A | 9/1984 | Solie et al. | |
| 4,489,699 A | 12/1984 | Poehlman | |
| 4,492,207 A | 1/1985 | Hallberg | |
| 4,750,514 A | 6/1988 | Omori et al. | |
| 4,788,960 A | 12/1988 | Oshizawa | |
| 5,555,873 A | 9/1996 | Nolen | |
| 5,611,312 A | 3/1997 | Swanson et al. | |
| 5,934,320 A | 8/1999 | O'Reilly et al. | |
| 6,543,395 B2 | 4/2003 | Green | |
| 6,591,817 B2 | 7/2003 | Deutsch | |
| 7,591,257 B2 | 9/2009 | Bayer et al. | |
| 7,802,562 B2 | 9/2010 | Lippa et al. | |
| 7,905,469 B2 | 3/2011 | Nickels et al. | |
| 7,954,479 B2 | 6/2011 | Kojima et al. | |
| 8,042,569 B2 | 10/2011 | Morris | |
| 8,757,139 B2 | 6/2014 | Deng | |
| 8,944,027 B2 | 2/2015 | Montgomery | |
| 9,175,601 B2 | 11/2015 | Markoski | |
| 9,523,497 B2 | 12/2016 | Deng | |
| 2007/0137591 A1 | 6/2007 | Sugimoto et al. | |
| 2007/0215223 A1 | 9/2007 | Morris | |
| 2010/0258099 A1 | 10/2010 | Andersson et al. | |
| 2011/0168133 A1 * | 7/2011 | Pursifull | F02D 19/0647 |
| | | | 123/495 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1826377 A2 | 8/2007 |
| FR | 2220679 A1 | 10/1974 |
| FR | 2510660 A1 | 2/1983 |
| GB | 189800 A | 10/1923 |
| GB | 532903 A | 2/1941 |
| JP | H0466743 A | 3/1992 |
| WO | 1999001659 A1 | 1/1999 |
| WO | 2007048633 A1 | 5/2007 |

OTHER PUBLICATIONS

Amazon (Amazon, https://www.amazon.com/Sportsman-GEN7500DF-4-Stroke-Portable-Generator/dp/B00GX9K8A4, Nov. 19, 2013). (Year: 2013).*
Nooutage (Nooutage.com, "Standby Generator Set", Nov. 13, 2006, http://web.archive.org/web/20061113112733/http://www.nooutage.com/40248.htm). (Year: 2006).*
Bassguitarist1985 (Bassguitarist1985, "Yamaha EF2000iS Tri Fuel Conversion: Overview & Installation Tips", https://www.youtube.com/watch?v=caZawwDaRQg). (Year: 2014).*
Chuck Webb, https://www.youtube.com/watch?v=L6TB9nqbqtg, "Yamaha ef2000is running on the propane quick connect pulling the Coleman air conditioner" (Year: 2017).*
Champion Power Equipment, "How-To: Dual Fuel Generator Start-Up," https://www.youtube.com/watch?v=CMW2nxPnWpE, Jun. 1, 2014 (Year: 2014).*
Chuck Webb, "Yamaha ef2000is is running on the propane quick connect pulling the Coleman air conditioner." https://www.youtube.com/watch?v=L6TB9nqbqtg, Sep. 24, 2017 (Year: 2017).*
Bigredd110, "Sportsman 7500 Watt Dual Fuel Generator with Electric Start," https://www.youtube.com/watch?v=5RQRgUG8OeQ, Feb. 23, 2014 (Year: 2014).*
GasHoseandRegulators, May 17, 2014, https://web.archive.org/web/20140517093401/http://gashosesandregulators.com/ (Year: 2014).* Appendix A.*
Multi-Power Ltd., MODELMP5500DF 13 HP Generator Owner's Manual, Jul. 2006, pp. 1-38.
Winco Inc., Home Power TRI-FUEL Portable Generators Owners Manual, Nov. 21, 2017, pp. 1-16.
Winco Inc., HPS9000VE/E and HPS9000VE-03/A Generator Installation and Operators Manual, Aug. 9, 2013, pp. 1-16.
Winco Inc., Dyna ME5000VA Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
Winco Inc., Dyna DL9000E, DL5000H, and D3000 Portable Generators Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
PowerLand Industrial Tools, Powerland Tri Fuel Generator Owner's Manual, Dec. 24, 2015, pp. 1-41.
Winco Inc., HPS6000HE/I Bi-Fuel Generator Installation and Operators Manual, Mar. 8, 2010, pp. 1-20.
Yamaha EF2000iS Tri Fuel Conversion: Overview & Installation Tips, Jan. 3, 2014, https://www.youtube.com/watch?v=caZawwDaRQg.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6

US 11,492,985 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# OFF-BOARD FUEL REGULATOR FOR GENERATOR ENGINE

## CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation of, and claims priority to, U.S. patent application Ser. No. 16/191,503, filed on Nov. 15, 2018, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 14/738,060, filed on Jun. 12, 2015, now U.S. Pat. No. 10,221,780, issued Mar. 5, 2019, the disclosures of which are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators, and more particularly, to an apparatus and method for delivering liquid fuel and gaseous fuel to a dual fuel generator.

Electric generators are frequently driven by internal combustion engines that use gasoline as a fuel source. Gasoline is a common fuel source for generators in a variety of applications. However, alternative fuel sources also provide a desirable fuel source. For instance, alternative fuels may provide a clean burning fuel that limits hazardous emissions. Alternative fuels may also be stored for long periods of time without degradation, whereas gasoline can degrade over a period of months leading to hard starting, rough running, and also lead to gum and varnish deposit left in the fuel system. In addition, generators that operate on alternative fuels may generate electricity when gasoline is not readily available. For instance, generators are frequently used when power outages in the utility grid result from severe weather. Unfortunately, gas stations may also be closed as a result of the power outage. Such a circumstance presents just one example where it would be advantageous to operate electrical generators on alternative fuels.

Certain generators are configured to operate as "dual fuel" generators, otherwise known as bi-fuel generators. These generators are driven by an internal combustion engine that is configured to operate on a liquid fuel for a period of operation and an alternative fuel for another period of operation. The alternative fuel source may exist in a gaseous state at normal temperature and pressure and can be any one of liquefied petroleum gas, compressed natural gas, hydrogen, or the like. Liquefied petroleum gas (LPG), often referred to as propane, exists in a gaseous state at normal temperature and pressure but can be conveniently stored under pressure in a liquid state. LPG may be a desirable fuel source for internal combustion engines because it can be stored for longer periods of time and contains fewer impurities than gasoline, resulting in smoother and cleaner operation, and often resulting in a longer lasting engine.

In order to provide the liquid and gaseous fuel to the engine, the dual fuel engine may have a first fuel line for liquid fuel and a second fuel line for gaseous fuel. A liquid fuel source and a gaseous fuel source may be coupled to the respective lines to provide fuel to the engine. However, a common problem with such configurations that couple two fuel sources to a single engine is the engine can experience overly rich air-fuel ratio when both fuels are simultaneously engaged during cross-over switching between the fuel sources. Further, such simultaneous delivery of fuel from the first fuel line and the second fuel line may make the engine hard to start or lead to unstable operating conditions.

Therefore, it would be desirable to design a dual fuel generator having a liquid fuel and gaseous fuel delivery system that overcomes the aforementioned detriments without substantially increasing the overall cost of the system.

## BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a mechanical fuel lockout switch for a dual fuel engine provides for the selection of a desired fuel to operate the engine. The mechanical fuel lockout switch includes a mechanical fuel valve and a fuel lockout apparatus. The mechanical fuel valve actuates between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The fuel lockout apparatus couples to the mechanical fuel valve ensuring individual communication of the fuel sources to the engine. The mechanical fuel lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position, and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when the mechanical fuel valve is in the second position.

In accordance with another aspect of the invention, a dual fuel generator and fuel delivery system includes a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line. The dual fuel generator and fuel delivery system also includes a fuel regulator system located off board the dual fuel generator to control the pressure of fuel from the pressurized fuel source and deliver the fuel at a desired pressure for operation of the generator. The fuel regulator system includes a primary pressure regulator coupled to a service valve of the pressurized fuel source and configured to regulate the fuel supplied from the pressurized fuel source to a reduced pressure. The fuel regulator system also includes a secondary pressure regulator coupled to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the dual fuel generator. The dual fuel generator and fuel delivery system further includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line.

In accordance with yet another aspect of the invention, a method of assembling a mechanical fuel lockout switch for an internal combustion engine includes providing an internal combustion engine configured to operate on a fuel from a first fuel source and a different fuel from a second fuel source. The method also includes coupling a mechanical fuel valve to the internal combustion engine actuatable between a first position and a second position to selectively control fuel flow to the internal combustion engine from the first fuel source through a first fuel line and the second fuel source through a second fuel line. The method further includes coupling a fuel lockout apparatus to the mechanical fuel valve. When the mechanical fuel valve is in the first position, the fuel lockout apparatus communicates the first fuel source to the internal combustion engine and prevents the second fuel source from coupling to the internal combustion engine,

US 11,492,985 B2

3

and actuation of the mechanical fuel valve to the second position causes the fuel lockout apparatus to permit the second fuel source to couple to the internal combustion engine, and interrupts the first fuel source communication with the internal combustion engine.

Various other features and advantages will be made apparent from the following detailed description and the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate preferred embodiments presently contemplated for carrying out the invention.

In the drawings:

FIG. 1 is a perspective view of a dual fuel generator coupled to a fuel delivery system, according to an embodiment of the invention.

FIG. 2 is a detail view of a portion of the generator of FIG. 1 about a mechanical fuel lockout switch with the switch in a first position, according to an embodiment of the invention.

FIG. 3 is a detail view similar to FIG. 2 and showing the mechanical fuel lockout switch in a second position, with an LPG supply line connected thereto, according to an embodiment of the invention.

FIG. 4A is a schematic diagram of a fuel system for the dual fuel generator of FIG. 1 showing a liquid fuel source in communication with a carburetor of the generator consistent with the first position of the switch as shown in FIG. 2, according to an embodiment of the invention.

FIG. 4B is a schematic diagram of the fuel system of FIG. 4A showing a gaseous fuel source in communication with a carburetor of the generator of FIG. 1 consistent with the second position of the switch as shown in FIG. 3, according to an embodiment of the invention.

FIG. 5 is a perspective view of a fuel delivery system for the dual fuel generator of FIG. 1, according to an embodiment of the invention.

FIG. 6 is a side view of a fuel delivery system for the dual fuel generator of FIG. 1, according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The operating environment of the invention is described with respect to a dual fuel generator. However, it will be appreciated by those skilled in the art that the invention is equally applicable for use with any dual fuel internal combustion engine. Moreover, the invention will be described with respect to a dual fuel generator configured to operate on a liquid fuel and a gaseous fuel. However, one skilled in the art will further appreciate that the invention is equally applicable for use with other fuel combinations for dual fuel generators and internal combustion engines.

Referring to FIG. 1, a dual fuel generator 20 is coupled to a fuel delivery system 22, in accordance with an embodiment of the invention. Dual fuel generator 20 includes an internal combustion engine (not shown) within housing 21 at one end 24, operatively connected to an alternator also enclosed in housing 21 at another end 26, by conventional means. Dual fuel generator 20 is configured to operate on different fuels via either a first fuel source 28 or a second fuel source 30. In an exemplary embodiment of the invention, first fuel source 28 is a liquid fuel and second fuel source 30 is a gaseous fuel. The liquid fuel may be gasoline and the gaseous fuel may be liquid petroleum gas (LPG). Each can

4

selectively operate the generator as desired and controlled by an operator. For instance, generator 20 may operate on gasoline for a first period of operation and then switch to LPG for a second period of operation. However, it is contemplated that dual fuel generator 20 is configured to operate on fuels other than gasoline and LPG (e.g., natural gas, biodiesel, etc.), and thus the scope of the invention is not meant to be limited strictly to a dual fuel arrangement where first fuel source 28 provides gasoline and second fuel source 30 provides LPG.

In one embodiment of the invention, dual fuel generator 20 includes a gasoline tank 32 or, generally, a liquid fuel tank, located inside cover 21 onboard generator 20 to provide gasoline to the engine as first fuel source 28. Gasoline tank 32 connects to a first fuel line to provide gasoline to the carburetor to run the engine, as will later be described with reference to FIGS. 4A and 4B. Generator 20 is also coupled to a pressurized fuel container 34, or a pressurized fuel source, located off board generator 20 to provide LPG to the engine as second fuel source 30. Pressurized fuel container 34 is coupled to generator 20 with an LPG supply hose 36. LPG supply hose 36 is coupled to a second fuel line within generator 20 to provide LPG to the carburetor to run the engine. Dual fuel generator 20 includes a mechanical fuel lockout switch 38 for selecting a desired fuel to be provided to the engine. The mechanical fuel lockout switch 38 is actuated to select first fuel source 28 when in a first position, as shown in FIG. 2, and alternately to select second fuel source 30 when in a second position, as shown in FIG. 3.

Referring back to FIG. 1, in an exemplary embodiment, fuel 30 from pressurized fuel container 34 is regulated using a fuel regulator system 39 for delivery to the engine. Fuel regulator system 39 includes one or more pressure regulators that reduce and control the pressure of the fuel from pressurized fuel container 34 and delivers fuel at a desired pressure for operation of the engine. The mechanical fuel regulator system 39 has an inlet 41 operatively coupled to a service valve 40 of pressurized fuel container 34 and an outlet 43 coupled to LPG supply hose 36. Fuel regulator system 39 includes a primary pressure regulator 42 coupled to pressurized fuel container 34 and a secondary pressure regulator 44. Primary pressure regulator 42 protects downstream components from high pressure of pressurized fuel container 34. Primary pressure regulator 42 receives LPG through service valve 40 of pressurized fuel container 34 and reduces the pressure of the LPG to a first stage. In one embodiment of the invention, the first stage may be delivered directly to generator 20 at a pressure required for operation of the engine.

In an exemplary embodiment of the invention, fuel regulator system 39 includes secondary pressure regulator 44 coupled to the outlet of primary pressure regulator 42 in order to use standard "off-the-shelf" components. Typically, the primary pressure regulator is mounted on the LPG tank, while the secondary pressure regulator is mounted on the component using the fuel, such as an engine or grill. Here, since generator 20 can be used as a gasoline only generator, secondary pressure regulator 44 is mounted off-board the generator to reduce size and cost of the generator. Secondary pressure regulator 44 receives LPG from primary pressure regulator 42 and further reduces the pressure of LPG to a second stage to be delivered to generator 20. In a system with two regulators, primary pressure regulator 42 regulates fuel received from pressurized fuel container 34 and reduces the pressure of the fuel to a level required for operation of secondary pressure regulator 44. Secondary pressure regulator 44 regulates fuel received from primary pressure

US 11,492,985 B2

5

regulator 42 and further reduces the pressure of the fuel to a level required for operation of generator 20. In addition, primary pressure regulator 42 may compensate for varying tank pressure as fuel is depleted while secondary pressure regulator 44 may compensate for varying demand from generator 20.

In accordance with an exemplary embodiment of the invention, fuel regulator system 39 includes both the primary and secondary regulators, or a custom single regulator, but in any case is located remotely, or off-board, from dual fuel generator 20. Fuel regulator system 39 may be directly mounted to pressurized fuel container 34 using a regulator mounting bracket 46. Regulator mounting bracket 46 has mounting locations for primary pressure regulator 42 and secondary pressure regulator 44. Regulator mounting bracket 46 also has a securing mechanism 48 to secure regulator mounting bracket 46 to pressurized fuel container 34.

In another embodiment of the invention, primary pressure regulator 42 is mounted on regulator mounting bracket 46 while secondary pressure regulator 44 could be mounted on or near generator 20. In yet another embodiment of the invention, a dual stage regulator may regulate the fuel received from pressurized fuel container 34 and deliver fuel at a pressure required for operation of generator 20. Such a dual stage regulator may regulate the fuel to the second stage within a single structure. The dual stage regulator may be mounted directly on fuel container 34.

Referring to FIG. 2, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a first position 38(a), in accordance with an embodiment of the invention. In this position, mechanical fuel lockout switch 38 provides gasoline flow from gasoline tank 32 to the engine while preventing connection of an LPG supply line to fuel inlet 59 of the second fuel line, as will later be discussed in detail with reference to FIGS. 4A and 4B. Still referring to FIG. 2, mechanical fuel lockout switch 38 provides a combination liquid fuel shutoff valve and a gaseous fuel supply lockout that prevents simultaneous delivery of fuel to the engine from gasoline tank 32 and pressurized fuel container 34, FIG. 1. As such, mechanical fuel lockout switch 38 provides a fuel selector to ensure only the selected fuel is provided to dual fuel generator 20.

Mechanical fuel lockout switch 38, FIG. 2, includes mechanical fuel valve 54 actuatable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3 to selectively control fuel flow to the dual fuel engine from first fuel source 28 through a first fuel line and second fuel source 30 through a second fuel line 36. Mechanical fuel lockout switch 38 may also include fuel lockout apparatus 58 coupled to mechanical fuel valve 54 to communicate fuel sources individually to generator 20. In one embodiment of the invention, fuel lockout apparatus 58 communicates first fuel source 28 to the engine by actuating mechanical fuel valve 54 to first position 38(a) to open the first fuel line as shown in FIG. 2, and communicates second fuel source 30 to the engine by actuating mechanical fuel valve 54 to second position 38(b) to open communication of the second fuel source 30 to the engine as shown in FIG. 3. Referring back to FIG. 2, when mechanical fuel valve 54 is in first position 38(a), fuel lockout apparatus 58 communicates first fuel source 28 to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine.

In an exemplary embodiment of the invention, mechanical fuel valve 54 controls the flow of LPG to the engine by actuating fuel lockout apparatus 58 to block or unblock fuel

6

inlet 59 for the second fuel source. Mechanical fuel valve 54 is coupled to the first fuel line, as shown in FIGS. 4A and 4B, and therefore can control the flow of gasoline to the engine by opening and closing the first fuel line. When the mechanical fuel valve 54, FIG. 2, is in the first position 38(a), gasoline flows from the gasoline tank to the engine and the fuel lockout apparatus 58 blocks the fuel inlet 59. Accordingly, fuel lockout apparatus 58 prevents LPG flow to generator 20 when the mechanical fuel valve 54 is in first position 38(a) wherein the engine is operated on gasoline.

Mechanical fuel valve 54 includes a fuel valve handle 56 to control the opening and closing of the valve. Fuel valve handle 56 is movable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3. Mechanical fuel valve 54 opens the first fuel line (to enable liquid fuel flow to the engine) when fuel valve handle 56 is in the first position, and mechanical fuel valve 54 closes the first fuel line (to prevent liquid fuel flow to the engine) when fuel valve handle 56 is in the second position. Thus, when fuel valve handle 56 is in first position 38(a) as shown in FIG. 2, mechanical fuel valve 54 opens the first fuel line and allows gasoline from gasoline tank 32 to flow to the engine.

Fuel valve handle 56 is coupled to fuel lockout apparatus 58. Fuel valve handle 56 actuates with fuel lockout apparatus 58 to prevent LPG flow to generator 20 when gasoline flow to the generator is enabled. Fuel lockout apparatus 58 is controlled by fuel valve handle 56 so that moving fuel valve handle 56 to the first position causes fuel lockout apparatus 58 to block fuel inlet 59 for LPG, and moving fuel valve handle 56 to the second position causes fuel lockout apparatus 58 to unblock fuel inlet 59 for LPG.

In an exemplary embodiment of the invention, fuel valve handle 56 rotates between the first position and the second position and fuel lockout apparatus 58 is rigidly coupled to the rotating handle. Fuel lockout apparatus 58 may include a fuel inlet cover 61, which may be a flange, coupled to fuel valve handle 56 so that fuel inlet cover 61 rotates with the handle. Fuel inlet cover 61 extends radially outward from fuel valve handle 56 and sweeps over fuel inlet 59 for LPG as fuel valve handle 56 rotates. That is, fuel inlet cover 61 rotates transversely across fuel inlet 59 and blocks access thereto. Accordingly, fuel inlet cover 61 prevents LPG flow to generator 20 when fuel valve handle 56 is in first position 38(a) to allow gasoline to run the engine.

Referring to FIG. 3, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a second position 38(b), in accordance with an embodiment of the invention. In this position, the mechanical fuel lockout switch 38 provides a disconnect to stop gasoline flow from gasoline tank 32 to the engine while allowing connection of LPG supply hose 36 to fuel inlet 59 of the second fuel line. FIG. 3 further shows LPG supply hose 36 coupling second fuel source 30 to generator 20 to deliver LPG to run the generator.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 coupled to fuel lockout apparatus 58 to prevent gasoline flow to generator 20 when LPG from the LPG service hose 36 is supplied to the engine. In one embodiment of the invention, actuation of mechanical fuel valve 54 to second position 38(b) causes fuel lockout apparatus 58 to allow communication of second fuel source 30 to the dual fuel engine, and interrupts the first fuel source 28 communication with the dual fuel engine. The position of fuel lockout apparatus 58 prevents the fuel valve handle 56 from moving to first position 38(a) (FIG. 2) while LPG supply hose 36 is connected to generator 20.

US 11,492,985 B2

7

A quick-disconnect hose coupling 50, also referred to as a quick-connect hose coupling, connects LPG supply hose 36 to generator 20 so that LPG supply hose 36 may be quickly attached and detached from generator 20. Hose coupling 50 has a first end 50a mounted on the external surface of generator 20 and coupled to supply the second fuel to the engine. Hose coupling 50 has a second end 50b coupled to the outlet of LPG supply hose 36. Hose coupling 50 has a valve that opens when the couplings are engaged and closes when the couplings are disengaged. As such, quick-disconnect hose coupling 50 automatically opens when connected to enable fuel flow from LPG supply hose 36 to the engine. Hose coupling 50 automatically disconnects fluid communication when disconnected. Accordingly, when the supply hose is detached from generator 20, the coupling 50 is automatically closed so that fuel does not escape and unwanted air does not enter the fuel system.

In one embodiment, fuel inlet cover 61 is coupled to fuel valve handle 56 so that it is spaced apart from the surface of generator 20 to provide clearance for first end 50a of the quick-disconnect hose coupling 50 that protrudes from the surface of generator 20. As shown in FIG. 2, fuel inlet cover 61 blocks off first end 50a of the quick-disconnect hose coupling when fuel valve handle 56 is rotated to first position 38(a) to enable gasoline flow so that fuel inlet cover 61 prevents connection of LPG supply hose 36 (FIG. 3) to generator 20. As shown in FIG. 3, fuel inlet cover 61 uncovers first end 50a of the quick-disconnect hose coupling 50 when fuel valve handle 56 is rotated to second position 38(b) to disable gasoline flow so that fuel inlet cover 61 permits connection of LPG supply hose 36 to generator 20.

To operate generator 20 on LPG, fuel valve handle 56 is turned to second position 38(b) to disable the flow of gasoline to the engine and to expose first end 50a of hose coupling 50 on generator 20. LPG supply hose 36 is then connected to generator 20 via hose coupling 50 to enable the flow of LPG to the engine. To operate generator 20 on gasoline, LPG supply hose 36 is disconnected from generator 20 via hose coupling 50 to disable the flow of LPG to the engine and to unblock fuel valve handle 56 from rotating to the first position. As shown in FIG. 2, fuel valve handle 56 is then turned to first position 38(a) to enable the flow of gasoline to generator 20.

Referring to FIG. 4A, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch 38 in first position 38(a) to provide communication between the first fuel source 28 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between second fuel source 30 and dual fuel carburetor 62 when the switch is in first position 38(a). In one embodiment of the invention, first fuel source 28 includes a gasoline tank 32 to provide gasoline to carburetor 62 through a first fuel line 66, and second fuel source 30 includes a propane or LPG tank 68 to provide propane or LPG to carburetor 62 through a second fuel line 70. Accordingly, first fuel line 66 may be a liquid fuel line and second fuel line 70 may be a gaseous fuel line.

Mechanical fuel lockout switch 38 includes a mechanical fuel valve 54 actuatable between first position 38(a) as shown in FIG. 4A and second position 38(b) as shown in FIG. 4B to selectively control fuel flow to the dual fuel engine from first fuel source 28 through first fuel line 66 and second fuel source 30 through second fuel line 70. Referring back to FIG. 4A, mechanical fuel valve 54 selectively controls fuel flow through first fuel line 66 by opening the line when the mechanical fuel lockout switch 38 actuates to

8

first position 38(a). Mechanical fuel valve 54 may be coupled to fuel lockout apparatus 58 that actuates with mechanical fuel valve 54 to block and unblock fuel inlet 59 of second fuel line 70. First end 50a of the quick-disconnect hose coupling is located at fuel inlet 59 and a mating end 50b of the quick-disconnect hose coupling is coupled to the propane or LPG tank 68. Actuation of mechanical fuel valve 54 to first position 38(a) causes fuel lockout apparatus 58 to block fuel inlet 59 to prevent coupling the first end 50a and second end 50b of the quick-disconnect hose coupling together, and actuation of mechanical fuel valve 54 to another position causes fuel lockout apparatus 58 to unblock fuel inlet 59 to permit attaching first end 50a and second end 50b together.

In one embodiment of the invention, a fuel cut solenoid 63 couples to carburetor 62 to regulate liquid fuel flow into a main nozzle within the carburetor. Fuel cut solenoid 63 is advantageous to control liquid fuel flow downstream of a float bowl in the carburetor and can stop fuel flow to the engine immediately after ignition shutdown. As such, fuel cut solenoid 63 prevents the engine from drawing in fuel from the float bowl while the engine shuts off. Fuel cut solenoid 63 also traps fuel in the float bowl to eliminate delay in filling the bowl when starting the engine on liquid fuel, and prevents liquid fuel flow from the float bowl to the engine when starting on gaseous fuel.

Fuel cut solenoid 63 may regulate fuel flow through multiple fuel lines in carburetor 62 that provide fuel from the float bowl to the engine. For instance, carburetor 62 may have a main fuel line and an idle fuel line that receive fuel from the float bowl. Fuel cut solenoid 63 may control fuel flow through all of the fuel lines that receive fuel from the float bowl or may regulate only some of the fuel lines. As such, fuel cut solenoid 63 may block fuel flow through the main fuel line while small amounts of fuel can flow through the idle fuel line.

Fuel cut solenoid 63 preferably operates as a normally closed valve that opens when powered by a 12 volt battery 65, although fuel cut solenoid 63 may also be operated as a normally open valve. The normally closed valve is opened for gasoline mode to allow gasoline flow to the engine and closed for LPG mode to prevent gasoline flow to the engine. Fuel cut solenoid 63 is operated by an electrical switch 67 which may be mechanically actuated and controlled by mechanical fuel lockout switch 38. As such, actuation of mechanical fuel lockout switch 38 to first position 38(a) closes electrical switch 67 to power and open fuel cut solenoid 63 as represented in FIG. 4A, and actuation of mechanical fuel lockout switch 38 to second position 38(b) opens electrical switch 67 to interrupt power and close fuel cut solenoid 63 as represented in FIG. 4B.

Referring to FIG. 4B, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch 38 in second position 38(b) to provide communication between second fuel source 30 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between first fuel source 28 and dual fuel carburetor 62 when the switch is in second position 38(b). The dual fuel engine has a first fuel line 66 to provide fuel from first fuel source 28 to carburetor 62 and a second fuel line 70 to provide fuel from second fuel source 30 to carburetor 62.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 that selectively controls fuel flow through first fuel line 66 by closing the line when mechanical fuel lockout switch 38 actuates to second position 38(b). Mechanical fuel lockout switch 38 may also include a mechanical lockout

9

apparatus 58 to block and unblock fuel inlet 59 of the second fuel line 70. Fuel inlet 59 may include first end 50a of the quick-connect hose coupling mounted on the generator and coupled to second fuel line 70. Second end 50b of the quick-connect hose coupling is coupled to the outlet of second fuel source 30, and the first end 50a mates with second end 50b to quickly attach propane or LPG tank 68 to second fuel line 70. Fuel lockout apparatus 58 may also hold mechanical fuel lockout switch 38 in second position 38(b) when the propane or LPG tank 68 is coupled to the engine via the ends 50a, 50b of the quick-connect hose coupling.

Fuel cut solenoid 63 couples to carburetor 62 to regulate liquid fuel flow through the carburetor as described with respect to FIG. 4A. FIG. 4B shows electrical switch 67 opened to interrupt power and close fuel cut solenoid 63 for LPG mode when mechanical fuel lockout switch 38 is in second position 38(b).

FIGS. 4A and 4B depict an embodiment where mechanical fuel valve 54 operates along first fuel line 66 to provide a flow path for first fuel source 28 to carburetor 62 when the valve is in first position 38(a). That is, mechanical fuel valve 54 may control a single fuel line that runs through the valve while operating fuel lockout apparatus 58 to control fuel flow through second fuel line 70. Embodiments of the invention also contemplate mechanical fuel valve 54 configured to operate along second fuel line 70 to provide a flow path for second fuel source 30 to carburetor 62 when the valve is in second position 38(b). Mechanical fuel valve 54 may be configured to control multiple fuel lines that run through the valve according to embodiments of the invention.

Referring now to FIG. 5, a perspective view of fuel delivery system 22 for dual fuel generator 20 of FIG. 1 is shown, in accordance with an embodiment of the invention. Fuel delivery system 22 includes a mounting arrangement for fuel regulator system 39. The mounting arrangement includes regulator mounting bracket 46 for mounting fuel regulator system 39. Regulator mounting bracket 46 extends around the outer periphery of collar 136 on pressurized fuel container 34. Regulator mounting bracket 46 has securing mechanism 48 to secure to collar 136. In one embodiment, securing mechanism 48 is a rigid component that extends inward from regulator mounting bracket 46 with a slot for receiving collar 136 to hold regulator mounting bracket 46 to collar 136.

Regulator mounting bracket 46 provides mounting locations for pressure regulators. In one embodiment, regulator mounting bracket 46 is made of sheet metal bent in two locations to provide a central panel 138, a first outer panel 140, and a second outer panel 142 for mounting the regulators. The panels may be angled from each other such that regulator mounting bracket 46 fits around collar 136. Primary pressure regulator 42 mounts on first outer panel 140 and secondary pressure regulator 44 mounts on second outer panel 142. The panels are sized according to their respective regulators. Accordingly, second outer panel 142 is larger than first outer panel 140 if secondary pressure regulator 44 is larger than primary pressure regulator 42. Panels 140, 142 have fasteners or openings to receive fasteners to couple respective regulators 42, 44 to the panels. Regulator mounting bracket 46 rests on top of pressurized fuel container 34 and engages the periphery of collar 136 to support fuel regulator system 39 on the container.

In one embodiment of the invention, primary pressure regulator 42 couples to two ninety degree elbows 144, 145 to reach around collar 136 in order to couple to service valve 40. The two elbows 144, 145 are joined by a hose or pipe

10

146 that leads from elbow 144 at service valve 40 to elbow 145 at the outer periphery of collar 136. The outlet of primary pressure regulator 42 couples to a hose 148 that extends to another ninety degree elbow 150 coupled to the inlet of secondary pressure regulator 44. Secondary pressure regulator 44 couples to LPG supply hose 36. Pressurized fuel container 34 may be strapped to a dolly 152.

Referring now to FIG. 6, a side view of another fuel delivery system 22 for dual fuel generator 20 of FIG. 1 is shown, in accordance with an embodiment of the invention. Fuel delivery system 22 includes a mounting arrangement for fuel regulator system 39. The mounting arrangement includes a regulator mounting structure 154 for mounting fuel regulator system 39 to pressurized fuel container 34. Regulator mounting structure 154 includes a cylinder 156 that surrounds the circumference of pressurized fuel container 34 to secure regulator mounting structure 154 radially along the circumference of pressurized fuel container 34. Cylinder 156 couples to a dome 158 to support cylinder 156 relative to the top of pressurized fuel container 34. Dome 158 has a central opening 160 through which collar 136 of pressurized fuel container 34 extends. Collar 136 of pressurized fuel container 34 extends through dome 158 so that service valve 40 is easily accessible from above regulator mounting structure 154 and so that dome 158 sits on pressurized fuel container 34 around collar 136.

Regulator mounting structure 154 supports pressure regulators around the outer circumference of cylinder 156. In some embodiments of the invention, a dual stage pressure regulator 162 functions as both a primary pressure regulator and a secondary pressure regulator in a single integral component, and dual stage pressure regulator 162 may be mounted on regulator mounting structure 154. In other embodiments in of the invention, primary pressure regulator 42 (FIG. 5) is mounted to service valve 40 while secondary pressure regulator 44 (FIG. 5) is mounted on regulator mounting structure 154. Alternatively, both primary pressure regulator 42 (FIG. 5) and secondary pressure regulator 44 (FIG. 5) may be mounted on regulator mounting structure 154.

Fuel regulator system 39 may be coupled to service valve 40 by a flexible connector called a pigtail 164. Pigtail 164 absorbs shock in the system from pressure surges and from movement of downstream components. Pigtail 164 can be looped to conserve space and therefore pressurized fuel container 34 is referred to as an LPG pig. Accordingly, regulator mounting structure 154 is referred to as a pig hat because it fits on the LPG pig. Pressurized fuel container 34 may be secured to a platform or mobile cart 64 for stability or transportation. In another embodiment, a regulator mounting device, including regulator mounting structure 154 or regulator mounting bracket 46 (FIG. 5), is secured directly to a platform or a mobile cart.

Beneficially, embodiments of the invention provide for a mechanical fuel lockout switch to ensure that two fuels are not simultaneously delivered to a dual fuel internal combustion engine. Embodiments of the invention also provide for a dual fuel generator with a remotely mounted gaseous fuel regulator system.

Therefore, according to one embodiment of the invention, a mechanical fuel lockout switch for a dual fuel engine includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel lockout switch also includes a fuel lockout apparatus coupled to the mechanical fuel

US 11,492,985 B2

11

valve. The mechanical fuel lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position, and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position.

According to another embodiment of the invention, a dual fuel generator and fuel delivery system includes a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line. The dual fuel generator and fuel delivery system also includes a fuel regulator system located off board the dual fuel generator. The fuel regulator system includes a primary pressure regulator coupled to a service valve of the pressurized fuel source and configured to regulate the fuel supplied from the pressurized fuel source to a reduced pressure. The fuel regulator system also includes a secondary pressure regulator coupled to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the dual fuel generator. The dual fuel generator and fuel delivery system further includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line.

According to yet another embodiment of the invention, a method of assembling a mechanical fuel lockout switch for an internal combustion engine includes providing an internal combustion engine configured to operate on a fuel from a first fuel source and a different fuel from a second fuel source. The method also includes coupling a mechanical fuel valve to the internal combustion engine actuatable between a first position and a second position to selectively control fuel flow to the internal combustion engine from the first fuel source through a first fuel line and the second fuel source through a second fuel line. The method further includes coupling a fuel lockout apparatus to the mechanical fuel valve. When the mechanical fuel valve is in the first position, the fuel lockout apparatus communicates the first fuel source to the internal combustion engine and prevents the second fuel source from coupling to the internal combustion engine, and actuation of the mechanical fuel valve to the second position causes the fuel lockout apparatus to permit the second fuel source to couple to the internal combustion engine, and interrupts the first fuel source communication with the internal combustion engine.

This written description uses examples to disclose the invention, including the best mode, and also to enable any person skilled in the art to practice the invention, including making and using any devices or systems and performing any incorporated methods. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

12

What is claimed is:

1. A generator and fuel delivery system comprising:
   a generator free of any pressure regulator and configured to operate on a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line;
   a fuel regulator system located off-board the generator and comprising a first stage and a second stage, the fuel regulator system configured to:
     regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a reduced pressure in the first stage; and
     regulate the reduced pressure gaseous fuel in the second stage, the reduced pressure gaseous fuel from the first stage regulated down to a desired pressure in the second stage for delivery through the gaseous fuel line to operate the generator.

2. The generator and fuel delivery system of claim 1 wherein the first and second stages comprise a dual stage regulator configured to regulate the gaseous fuel supplied from the pressurized fuel source and regulate the reduced pressure gaseous fuel.

3. The generator and fuel delivery system of claim 2 wherein the dual stage regulator is mounted directly onto the pressurized fuel source, off-board from the generator.

4. The generator and fuel delivery system of claim 1 wherein the generator comprises a dual fuel generator configured to operate on the gaseous fuel and on a liquid fuel, the liquid fuel supplied from a liquid fuel source through a liquid fuel line.

5. The generator and fuel delivery system of claim 4 further comprising a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line.

6. The generator and fuel delivery system of claim 5 further comprising a fuel lockout apparatus coupled to the mechanical fuel valve;
   wherein, when the mechanical fuel valve is in the first position, the fuel lockout apparatus communicates the liquid fuel source to the dual fuel generator and prevents the pressurized fuel source from coupling to the dual fuel generator; and
   wherein, when the mechanical fuel valve is in the second position, the fuel lockout apparatus permits the pressurized fuel source to couple to the dual fuel generator and interrupts the liquid fuel source communication with the dual fuel generator.

7. The generator and fuel delivery system of claim 1, wherein the first stage comprises a primary pressure regulator and the second stage comprises a secondary pressure regulator;
   wherein the generator and fuel delivery system further comprises a quick-connect hose coupling including:
     a first end coupled to an outlet of the secondary pressure regulator; and
     a second end coupled to an inlet of the gaseous fuel line to couple the secondary pressure regulator to the gaseous fuel line.

8. The generator and fuel delivery system of claim 7, further comprising a regulator mounting device secured to the pressurized fuel source with at least the secondary pressure regulator mounted on the regulator mounting device.

US 11,492,985 B2

| 13 | 14 |

**9**. The generator and fuel delivery system of claim **8**, wherein the primary pressure regulator is mounted on the regulator mounting device.

**10**. The generator and fuel delivery system of claim **9**, wherein the pressurized fuel source comprises a pressurized fuel container having a collar; and

wherein the regulator mounting device secures to the collar so that the primary and secondary pressure regulators are positioned adjacent each other along an outer periphery of the collar.

**11**. A generator and fuel delivery system comprising:

a generator comprising an engine configured to operate on a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line;

a fuel regulator system located off-board the generator and comprising a first stage and a second stage, the fuel regulator system configured to:

regulate the gaseous fuel supplied from the pressurized fuel source in the first stage, the gaseous fuel regulated down to a first reduced pressure in the first stage; and

regulate the gaseous fuel output from the first stage in the second stage, the first reduced pressure gaseous fuel from the first stage being regulated down to a second reduced pressure in the second stage for delivery through the gaseous fuel line to operate the generator;

wherein the fuel regulator system outputs gaseous fuel to the generator for operation of the engine at the second reduced pressure.

**12**. The generator and fuel delivery system of claim **11** wherein the first and second stages comprise a dual stage regulator configured to regulate the gaseous fuel supplied from the pressurized fuel source and regulate the reduced pressure gaseous fuel.

**13**. The generator and fuel delivery system of claim **12** wherein the dual stage regulator is mounted directly onto the pressurized fuel source, off-board from the generator.

**14**. The generator and fuel delivery system of claim **11** wherein the generator comprises a dual fuel generator configured to operate on the gaseous fuel and on a liquid fuel, the liquid fuel supplied from a liquid fuel source through a liquid fuel line.

**15**. The generator and fuel delivery system of claim **14** further comprising a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line.

**16**. A dual fuel generator and fuel delivery system comprising:

a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line;

a fuel regulator system located off board the dual fuel generator, the fuel regulator system comprising:

a primary pressure regulator coupled to a service valve of the pressurized fuel source and configured to regulate the fuel supplied from the pressurized fuel source to a first reduced pressure; and

a secondary pressure regulator coupled to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator down from the first reduced pressure to a second reduced pressure for delivery through the gaseous fuel line to operate the dual fuel generator;

wherein the fuel regulator system outputs gaseous fuel to the dual fuel generator for operation thereof at the second reduced pressure.

**17**. The dual fuel generator and fuel delivery system of claim **16** wherein the primary and secondary pressure regulators are integral components of a dual stage pressure regulator.

**18**. The dual fuel generator and fuel delivery system of claim **16**, further comprising a quick-connect hose coupling including:

a first end coupled to an outlet of the secondary pressure regulator; and

a second end coupled to an inlet of the gaseous fuel line to couple the secondary pressure regulator to the gaseous fuel line.

**19**. The dual fuel generator and fuel delivery system of claim **16**, wherein the pressurized fuel source comprises a pressurized fuel container having a collar; and

wherein a regulator mounting device secures to the collar so that the primary and secondary pressure regulators are positioned adjacent each other along an outer periphery of the collar.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 11,492,985 B2                                          Page 1 of 1
APPLICATION NO.   : 16/783455
DATED                  : November 8, 2022
INVENTOR(S)        : Sarder et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 130 days.

Signed and Sealed this
Fourteenth Day of May, 2024

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*



# EXHIBIT D



8509118

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

July 23, 2024

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *10,221,780*
ISSUE DATE: *March 5, 2019*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer



US010221780B2

(12) **United States Patent**
    Sarder et al.

(10) Patent No.:     **US 10,221,780 B2**
(45) Date of Patent:        **Mar. 5, 2019**

(54) **DUAL FUEL LOCKOUT SWITCH FOR GENERATOR ENGINE**

(71) Applicant: **Chmapion Engine Technology, LLC**, Sussex, WI (US)

(72) Inventors: **Mark J. Sarder**, Waukesha, WI (US); **Aleko D. Sotiriades**, Cedarburg, WI (US); **James J. Dehn**, Brookfield, WI (US); **Leigh Jenison**, Hartland, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.**, Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 605 days.

(21) Appl. No.: **14/738,060**

(22) Filed: **Jun. 12, 2015**

(65) **Prior Publication Data**
    US 2016/0363058 A1    Dec. 15, 2016

(51) **Int. Cl.**
    *F02D 19/06*        (2006.01)

(52) **U.S. Cl.**
    CPC ..... *F02D 19/0613* (2013.01); *F02D 19/0605* (2013.01); *F02D 19/0647* (2013.01); *F02D 19/0673* (2013.01); *Y02T 10/36* (2013.01)

(58) **Field of Classification Search**
    CPC ............. F02D 19/0613; F02D 16/0605; F02D 19/0647; Y02T 10/36
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,722,208 | A | 11/1955 | Conroy, Jr. et al. |
| 3,384,059 | A | 5/1968 | Kopa |

| | | | |
|---|---|---|---|
| 3,412,258 | A | 11/1968 | Satter |
| 3,659,574 | A | 5/1972 | Reschke et al. |
| 3,718,000 | A | 2/1973 | Walker |
| 3,783,849 | A | 1/1974 | Bramfitt |
| 3,888,223 | A | 6/1975 | Mondt |
| (Continued) | | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2060477 U | 8/1990 |
| CN | 1981121 A | 6/2007 |

OTHER PUBLICATIONS

Champion Power (Dec. & Jan. 2014). 100153 Manul. Retrieved from http://www.championpowerequipment.com/media/2400/100153_manual-english_12-4-14.pdf.*

(Continued)

*Primary Examiner* — Kevin A Lathers
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57)        **ABSTRACT**

A mechanical fuel lockout switch for a dual fuel engine includes a mechanical fuel valve actuateable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel lockout switch also includes a fuel lockout apparatus coupled to the mechanical fuel valve. The mechanical fuel lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position, and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position.

**15 Claims, 5 Drawing Sheets**



## US 10,221,780 B2
Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,335,697 A | 6/1982 | McLean | |
| 4,372,276 A | 2/1983 | Bernhardsson et al. | |
| 4,373,493 A | 2/1983 | Welsh | |
| 4,450,821 A | 5/1984 | Venning et al. | |
| 4,463,735 A * | 8/1984 | Stoltman ..................... | 123/525 |
| 4,480,595 A | 11/1984 | Hobby et al. | |
| 4,489,699 A | 12/1984 | Poehlman | |
| 4,502,453 A | 3/1985 | Kabasin et al. | |
| 4,619,240 A | 10/1986 | Bedford et al. | |
| 4,628,871 A | 12/1986 | Glass | |
| 4,708,094 A | 11/1987 | Helmich et al. | |
| 4,895,124 A | 1/1990 | Bartholomew | |
| 4,979,480 A | 12/1990 | Daikoku et al. | |
| 5,092,305 A | 3/1992 | King | |
| 5,161,496 A | 11/1992 | Matsushima et al. | |
| 5,171,487 A | 12/1992 | Hudz | |
| 5,228,423 A | 7/1993 | Oikawa et al. | |
| 5,287,839 A | 2/1994 | Kondou et al. | |
| 5,320,078 A | 6/1994 | Lorraine | |
| 5,325,835 A | 7/1994 | Kimata et al. | |
| 5,379,740 A | 1/1995 | Moore et al. | |
| 5,419,291 A | 5/1995 | Kimata et al. | |
| 5,438,968 A | 8/1995 | Johnson et al. | |
| 5,450,832 A | 9/1995 | Graf | |
| 5,611,312 A | 3/1997 | Swanson et al. | |
| 5,673,670 A | 10/1997 | Powell et al. | |
| 5,816,224 A | 10/1998 | Welsh et al. | |
| 6,082,323 A | 7/2000 | Winberg | |
| 6,213,083 B1 | 4/2001 | Winberg | |
| 6,223,730 B1 | 5/2001 | Hasegawa et al. | |
| 6,276,345 B1 | 8/2001 | Nelson et al. | |
| 6,401,685 B1 | 6/2002 | Warner | |
| 6,453,877 B1 | 9/2002 | Lucier et al. | |
| 6,591,817 B2 | 7/2003 | Deutsch | |
| 6,914,342 B1 | 7/2005 | French | |
| 7,905,469 B2 | 3/2011 | Nickels et al. | |
| 8,342,158 B2 | 1/2013 | Ulrey et al. | |
| 8,590,510 B2 | 11/2013 | Surnilla et al. | |
| 9,435,273 B2 * | 9/2016 | Sarder | |
| 2002/0134362 A1 | 9/2002 | Deutsch | |
| 2004/0139943 A1 | 7/2004 | Kern et al. | |
| 2007/0137591 A1 * | 6/2007 | Sugimoto ............... | F02B 43/00 123/41.7 |
| 2010/0258099 A1 | 10/2010 | Andersson et al. | |
| 2011/0168133 A1 * | 7/2011 | Pursifull ............ | F02M 37/0064 123/495 |
| 2011/0253102 A1 | 10/2011 | Watanabe | |
| 2013/0047964 A1 | 2/2013 | Kim | |
| 2013/0220274 A1 | 8/2013 | Deshpande et al. | |
| 2014/0202430 A1 * | 7/2014 | Monros ............... | F02D 19/0615 123/445 |
| 2014/0238340 A1 | 8/2014 | Dunn et al. | |
| 2014/0373531 A1 | 12/2014 | Wong | |
| 2015/0122230 A1 | 5/2015 | Sarder et al. | |

OTHER PUBLICATIONS

Honda EU20i LPG, Mar. 20, 2012, https://www.youtube.com/watch?v=yBpq33aJmR0.

Johnson et al., "Electronic Direct Fuel Injection (EDFI) for Small Two-Stroke Engines," SAE Technical Paper 1999-01-3312, Proceedings of the 1999 SAE Small Engine Technology Conference, Madison, WI, Sep. 28-30, 1999, pp. 1-15.

* cited by examiner



FIG. 1



FIG. 2

FIG. 3



**FIG. 4A**



**FIG. 4B**



FIG. 5



FIG. 6

US 10,221,780 B2

**1**

# DUAL FUEL LOCKOUT SWITCH FOR GENERATOR ENGINE

## BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators, and more particularly, to an apparatus and method for delivering liquid fuel and gaseous fuel to a dual fuel generator.

Electric generators are frequently driven by internal combustion engines that use gasoline as a fuel source. Gasoline is a common fuel source for generators in a variety of applications. However, alternative fuel sources also provide a desirable fuel source. For instance, alternative fuels may provide a clean burning fuel that limits hazardous emissions. Alternative fuels may also be stored for long periods of time without degradation, whereas gasoline can degrade over a period of months leading to hard starting, rough running, and also lead to gum and varnish deposit left in the fuel system. In addition, generators that operate on alternative fuels may generate electricity when gasoline is not readily available. For instance, generators are frequently used when power outages in the utility grid result from severe weather. Unfortunately, gas stations may also be closed as a result of the power outage. Such a circumstance presents just one example where it would be advantageous to operate electrical generators on alternative fuels.

Certain generators are configured to operate as "dual fuel" generators, otherwise known as bi-fuel generators. These generators are driven by an internal combustion engine that is configured to operate on a liquid fuel for a period of operation and an alternative fuel for another period of operation. The alternative fuel source may exist in a gaseous state at normal temperature and pressure and can be any one of liquefied petroleum gas, compressed natural gas, hydrogen, or the like. Liquefied petroleum gas (LPG), often referred to as propane, exists in a gaseous state at normal temperature and pressure but can be conveniently stored under pressure in a liquid state. LPG may be a desirable fuel source for internal combustion engines because it can be stored for longer periods of time and contains fewer impurities than gasoline, resulting in smoother and cleaner operation, and often resulting in a longer lasting engine.

In order to provide the liquid and gaseous fuel to the engine, the dual fuel engine may have a first fuel line for liquid fuel and a second fuel line for gaseous fuel. A liquid fuel source and a gaseous fuel source may be coupled to the respective lines to provide fuel to the engine. However, a common problem with such configurations that couple two fuel sources to a single engine is the engine can experience overly rich air-fuel ratio when both fuels are simultaneously engaged during cross-over switching between the fuel sources. Further, such simultaneous delivery of fuel from the first fuel line and the second fuel line may make the engine hard to start or lead to unstable operating conditions.

Therefore, it would be desirable to design a dual fuel generator having a liquid fuel and gaseous fuel delivery system that overcomes the aforementioned detriments without substantially increasing the overall cost of the system.

## BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a mechanical fuel lockout switch for a dual fuel engine provides for the selection of a desired fuel to operate the engine. The mechanical fuel lockout switch includes a mechanical fuel valve and a fuel lockout apparatus. The

**2**

mechanical fuel valve actuates between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The fuel lockout apparatus couples to the mechanical fuel valve ensuring individual communication of the fuel sources to the engine. The mechanical fuel lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position, and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position.

In accordance with another aspect of the invention, a dual fuel generator and fuel delivery system includes a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line. The dual fuel generator and fuel delivery system also includes a fuel regulator system located off board the dual fuel generator to control the pressure of fuel from the pressurized fuel source and deliver the fuel at a desired pressure for operation of the generator. The fuel regulator system includes a primary pressure regulator coupled to a service valve of the pressurized fuel source and configured to regulate the fuel supplied from the pressurized fuel source to a reduced pressure. The fuel regulator system also includes a secondary pressure regulator coupled to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the dual fuel generator. The dual fuel generator and fuel delivery system further includes a mechanical fuel valve actuateable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line.

In accordance with yet another aspect of the invention, a method of assembling a mechanical fuel lockout switch for an internal combustion engine includes providing an internal combustion engine configured to operate on a fuel from a first fuel source and a different fuel from a second fuel source. The method also includes coupling a mechanical fuel valve to the internal combustion engine actuateable between a first position and a second position to selectively control fuel flow to the internal combustion engine from the first fuel source through a first fuel line and the second fuel source through a second fuel line. The method further includes coupling a fuel lockout apparatus to the mechanical fuel valve. When the mechanical fuel valve is in the first position, the fuel lockout apparatus communicates the first fuel source to the internal combustion engine and prevents the second fuel source from coupling to the internal combustion engine, and actuation of the mechanical fuel valve to the second position causes the fuel lockout apparatus to permit the second fuel source to couple to the internal combustion engine, and interrupts the first fuel source communication with the internal combustion engine.

Various other features and advantages will be made apparent from the following detailed description and the drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate preferred embodiments presently contemplated for carrying out the invention.

US 10,221,780 B2

3

In the drawings:

FIG. 1 is a perspective view of a dual fuel generator coupled to a fuel delivery system, according to an embodiment of the invention.

FIG. 2 is a detail view of a portion of the generator of FIG. 1 about a mechanical fuel lockout switch with the switch in a first position, according to an embodiment of the invention.

FIG. 3 is a detail view similar to FIG. 2 and showing the mechanical fuel lockout switch in a second position, with an LPG supply line connected thereto, according to an embodiment of the invention.

FIG. 4A is a schematic diagram of a fuel system for the dual fuel generator of FIG. 1 showing a liquid fuel source in communication with a carburetor of the generator consistent with the first position of the switch as shown in FIG. 2, according to an embodiment of the invention.

FIG. 4B is a schematic diagram of the fuel system of FIG. 4A showing a gaseous fuel source in communication with a carburetor of the generator of FIG. 1 consistent with the second position of the switch as shown in FIG. 3, according to an embodiment of the invention.

FIG. 5 is a perspective view of a fuel delivery system for the dual fuel generator of FIG. 1, according to an embodiment of the invention.

FIG. 6 is a side view of a fuel delivery system for the dual fuel generator of FIG. 1, according to an embodiment of the invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The operating environment of the invention is described with respect to a dual fuel generator. However, it will be appreciated by those skilled in the art that the invention is equally applicable for use with any dual fuel internal combustion engine. Moreover, the invention will be described with respect to a dual fuel generator configured to operate on a liquid fuel and a gaseous fuel. However, one skilled in the art will further appreciate that the invention is equally applicable for use with other fuel combinations for dual fuel generators and internal combustion engines.

Referring to FIG. 1, a dual fuel generator 20 is coupled to a fuel delivery system 22, in accordance with an embodiment of the invention. Dual fuel generator 20 includes an internal combustion engine (not shown) within housing 21 at one end 24, operatively connected to an alternator also enclosed in housing 21 at another end 26, by conventional means. Dual fuel generator 20 is configured to operate on different fuels via either a first fuel source 28 or a second fuel source 30. In an exemplary embodiment of the invention, first fuel source 28 is a liquid fuel and second fuel source 30 is a gaseous fuel. The liquid fuel may be gasoline and the gaseous fuel may be liquid petroleum gas (LPG). Each can selectively operate the generator as desired and controlled by an operator. For instance, generator 20 may operate on gasoline for a first period of operation and then switch to LPG for a second period of operation. However, it is contemplated that dual fuel generator 20 is configured to operate on fuels other than gasoline and LPG (e.g., natural gas, biodiesel, etc.), and thus the scope of the invention is not meant to be limited strictly to a dual fuel arrangement where first fuel source 28 provides gasoline and second fuel source 30 provides LPG.

In one embodiment of the invention, dual fuel generator 20 includes a gasoline tank 32 or, generally, a liquid fuel tank, located inside cover 21 onboard generator 20 to

4

provide gasoline to the engine as first fuel source 28. Gasoline tank 32 connects to a first fuel line to provide gasoline to the carburetor to run the engine, as will later be described with reference to FIGS. 4A and 4B. Generator 20 is also coupled to a pressurized fuel container 34, or a pressurized fuel source, located off board generator 20 to provide LPG to the engine as second fuel source 30. Pressurized fuel container 34 is coupled to generator 20 with an LPG supply hose 36. LPG supply hose 36 is coupled to a second fuel line within generator 20 to provide LPG to the carburetor to run the engine. Dual fuel generator 20 includes a mechanical fuel lockout switch 38 for selecting a desired fuel to be provided to the engine. The mechanical fuel lockout switch 38 is actuated to select first fuel source 28 when in a first position, as shown in FIG. 2, and alternately to select second fuel source 30 when in a second position, as shown in FIG. 3.

Referring back to FIG. 1, in an exemplary embodiment, fuel 30 from pressurized fuel container 34 is regulated using a fuel regulator system 39 for delivery to the engine. Fuel regulator system 39 includes one or more pressure regulators that reduce and control the pressure of the fuel from pressurized fuel container 34 and delivers fuel at a desired pressure for operation of the engine. Fuel regulator system 39 has an inlet 41 operatively coupled to a service valve 40 of pressurized fuel container 34 and an outlet 43 coupled to LPG supply hose 36. Fuel regulator system 39 includes a primary pressure regulator 42 coupled to pressurized fuel container 34 and a secondary pressure regulator 44. Primary pressure regulator 42 protects downstream components from high pressure of pressurized fuel container 34. Primary pressure regulator 42 receives LPG through service valve 40 of pressurized fuel container 34 and reduces the pressure of the LPG to a first stage. In one embodiment of the invention, the first stage may be delivered directly to generator 20 at a pressure required for operation of the engine.

In an exemplary embodiment of the invention, fuel regulator system 39 includes secondary pressure regulator 44 coupled to the outlet of primary pressure regulator 42 in order to use standard "off-the-shelf" components. Typically, the primary pressure regulator is mounted on the LPG tank, while the secondary pressure regulator is mounted on the component using the fuel, such as an engine or grill. Here, since generator 20 can be used as a gasoline only generator, secondary pressure regulator 44 is mounted off-board the generator to reduce size and cost of the generator. Secondary pressure regulator 44 receives LPG from primary pressure regulator 42 and further reduces the pressure of LPG to a second stage to be delivered to generator 20. In a system with two regulators, primary pressure regulator 42 regulates fuel received from pressurized fuel container 34 and reduces the pressure of the fuel to a level required for operation of secondary pressure regulator 44. Secondary pressure regulator 44 regulates fuel received from primary pressure regulator 42 and further reduces the pressure of the fuel to a level required for operation of generator 20. In addition, primary pressure regulator 42 may compensate for varying tank pressure as fuel is depleted while secondary pressure regulator 44 may compensate for varying demand from generator 20.

In accordance with an exemplary embodiment of the invention, fuel regulator system 39 includes both the primary and secondary regulators, or a custom single regulator, but in any case is located remotely, or off-board, from dual fuel generator 20. Fuel regulator system 39 may be directly mounted to pressurized fuel container 34 using a regulator mounting bracket 46. Regulator mounting bracket 46 has

US 10,221,780 B2

5

mounting locations for primary pressure regulator 42 and secondary pressure regulator 44. Regulator mounting bracket 46 also has a securing mechanism 48 to secure regulator mounting bracket 46 to pressurized fuel container 34.

In another embodiment of the invention, primary pressure regulator 42 is mounted on regulator mounting bracket 46 while secondary pressure regulator 44 could be mounted on or near generator 20. In yet another embodiment of the invention, a dual stage regulator may regulate the fuel received from pressurized fuel container 34 and deliver at a pressure required for operation of generator 20. Such a dual stage regulator may regulate the fuel to the second stage within a single structure. The dual stage regulator may be mounted directly on fuel container 34.

Referring to FIG. 2, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a first position 38(a), in accordance with an embodiment of the invention. In this position, mechanical fuel lockout switch 38 provides gasoline flow from gasoline tank 32 to the engine while preventing connection of an LPG supply line to fuel inlet 59 of the second fuel line, as will later be discussed in detail with reference to FIGS. 4A and 4B. Still referring to FIG. 2, mechanical fuel lockout switch 38 provides a combination liquid fuel shutoff valve and a gaseous fuel supply lockout that prevents simultaneous delivery of fuel to the engine from gasoline tank 32 and pressurized fuel container 34, FIG. 1. As such, mechanical fuel lockout switch 38 provides a fuel selector to ensure only the selected fuel is provided to dual fuel generator 20.

Mechanical fuel lockout switch 38, FIG. 2, includes mechanical fuel valve 54 actuateable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3 to selectively control fuel flow to the dual fuel engine from first fuel source 28 through a first fuel line and second fuel source 30 through a second fuel line 36. Mechanical fuel lockout switch 38 may also include fuel lockout apparatus 58 coupled to mechanical fuel valve 54 to communicate fuel sources individually to generator 20. In one embodiment of the invention, fuel lockout apparatus 58 communicates first fuel source 28 to the engine by actuating mechanical fuel valve 54 to first position 38(a) to open the first fuel line as shown in FIG. 2, and communicates second fuel source 30 to the engine by actuating mechanical fuel valve 54 to second position 38(b) to open communication of the second fuel source 30 to the engine as shown in FIG. 3. Referring back to FIG. 2, when mechanical fuel valve 54 is in first position 38(a), fuel lockout apparatus 58 communicates first fuel source 28 to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine.

In an exemplary embodiment of the invention, mechanical fuel valve 54 controls the flow of LPG to the engine by actuating fuel lockout apparatus 58 to block or unblock fuel inlet 59 for the second fuel source. Mechanical fuel valve 54 is coupled to the first fuel line, as shown in FIGS. 4A and 4B, and therefore can control the flow of gasoline to the engine by opening and closing the first fuel line. When the mechanical fuel valve 54, FIG. 2, is in the first position 38(a), gasoline flows from the gasoline tank to the engine and the fuel lockout apparatus 58 blocks the fuel inlet 59. Accordingly, fuel lockout apparatus 58 prevents LPG flow to generator 20 when the mechanical fuel valve 54 is in first position 38(a) wherein the engine is operated on gasoline.

Mechanical fuel valve 54 includes a fuel valve handle 56 to control the opening and closing of the valve. Fuel valve handle 56 is movable between first position 38(a) as shown

6

in FIG. 2 and second position 38(b) as shown in FIG. 3. Mechanical fuel valve 54 opens the first fuel line (to enable liquid fuel flow to the engine) when fuel valve handle 56 is in the first position, and mechanical fuel valve 54 closes the first fuel line (to prevent liquid fuel flow to the engine) when fuel valve handle 56 is in the second position. Thus, when fuel valve handle 56 is in first position 38(a) as shown in FIG. 2, mechanical fuel valve 54 opens the first fuel line and allows gasoline from gasoline tank 32 to flow to the engine.

Fuel valve handle 56 is coupled to fuel lockout apparatus 58. Fuel valve handle 56 actuates with fuel lockout apparatus 58 to prevent LPG flow to generator 20 when gasoline flow to the generator is enabled. Fuel lockout apparatus 58 is controlled by fuel valve handle 56 so that moving fuel valve handle 56 to the first position causes fuel lockout apparatus 58 to block fuel inlet 59 for LPG, and moving fuel valve handle 56 to the second position causes fuel lockout apparatus 58 to unblock fuel inlet 59 for LPG.

In an exemplary embodiment of the invention, fuel valve handle 56 rotates between the first position and the second position and fuel lockout apparatus 58 is rigidly coupled to the rotating handle. Fuel lockout apparatus 58 may include a fuel inlet cover 61, which may be a flange, coupled to fuel valve handle 56 so that fuel inlet cover 61 rotates with the handle. Fuel inlet cover 61 extends radially outward from fuel valve handle 56 and sweeps over fuel inlet 59 for LPG as fuel valve handle 56 rotates. That is, fuel inlet cover 61 rotates transversely across fuel inlet 59 and blocks access thereto. Accordingly, fuel inlet cover 61 prevents LPG flow to generator 20 when fuel valve handle 56 is in first position 38(a) to allow gasoline to run the engine.

Referring to FIG. 3, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a second position 38(b), in accordance with an embodiment of the invention. In this position, the mechanical fuel lockout switch 38 provides a disconnect to stop gasoline flow from gasoline tank 32 to the engine while allowing connection of LPG supply hose 36 to fuel inlet 59 of the second fuel line. FIG. 3 further shows LPG supply hose 36 coupling second fuel source 30 to generator 20 to deliver LPG to run the generator.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 coupled to fuel lockout apparatus 58 to prevent gasoline flow to generator 20 when LPG from the LPG service hose 36 is supplied to the engine. In one embodiment of the invention, actuation of mechanical fuel valve 54 to second position 38(b) causes fuel lockout apparatus 58 to allow communication of second fuel source 30 to the dual fuel engine, and interrupts the first fuel source 28 communication with the dual fuel engine. The position of fuel lockout apparatus 58 prevents the fuel valve handle 56 from moving to first position 38(a) (FIG. 2) while LPG supply hose 36 is connected to generator 20.

A quick-disconnect hose coupling 50, also referred to as a quick-connect hose coupling, connects LPG supply hose 36 to generator 20 so that LPG supply hose 36 may be quickly attached and detached from generator 20. Hose coupling 50 has a first end 50a mounted on the external surface of generator 20 and coupled to supply the second fuel to the engine. Hose coupling 50 has a second end 50b coupled to the outlet of LPG supply hose 36. Hose coupling 50 has a valve that opens when the couplings are engaged and closes when the couplings are disengaged. As such, quick-disconnect hose coupling 50 automatically opens when connected to enable fuel flow from LPG supply hose 36 to the engine. Hose coupling 50 automatically disconnects fluid communication when disconnected. Accordingly,

US 10,221,780 B2

7

when the supply hose is detached from generator 20, the coupling 50 is automatically closed so that fuel does not escape and unwanted air does not enter the fuel system.

In one embodiment, fuel inlet cover 61 is coupled to fuel valve handle 56 so that it is spaced apart from the surface of generator 20 to provide clearance for first end 50a of the quick-disconnect hose coupling 50 that protrudes from the surface of generator 20. As shown in FIG. 2, fuel inlet cover 61 blocks off first end 50a of the quick-disconnect hose coupling when fuel valve handle 56 is rotated to first position 38(a) to enable gasoline flow so that fuel inlet cover 61 prevents connection of LPG supply hose 36 (FIG. 3) to generator 20. As shown in FIG. 3, fuel inlet cover 61 uncovers first end 50a of the quick-disconnect hose coupling 50 when fuel valve handle 56 is rotated to second position 38(b) to disable gasoline flow so that fuel inlet cover 61 permits connection of LPG supply hose 36 to generator 20.

To operate generator 20 on LPG, fuel valve handle 56 is turned to second position 38(b) to disable the flow of gasoline to the engine and to expose first end 50a of hose coupling 50 on generator 20. LPG supply hose 36 is then connected to generator 20 via hose coupling 50 to enable the flow of LPG to the engine. To operate generator 20 on gasoline, LPG supply hose 36 is disconnected from generator 20 via hose coupling 50 to disable the flow of LPG to the engine and to unblock fuel valve handle 56 from rotating to the first position. As shown in FIG. 2, fuel valve handle 56 is then turned to first position 38(a) to enable the flow of gasoline to generator 20.

Referring to FIG. 4A, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch 38 in first position 38(a) to provide communication between the first fuel source 28 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between second fuel source 30 and dual fuel carburetor 62 when the switch is in first position 38(a). In one embodiment of the invention, first fuel source 28 includes a gasoline tank 32 to provide gasoline to carburetor 62 through a first fuel line 66, and second fuel source 30 includes a propane or LPG tank 68 to provide propane or LPG to carburetor 62 through a second fuel line 70. Accordingly, first fuel line 66 may be a liquid fuel line and second fuel line 70 may be a gaseous fuel line.

Mechanical fuel lockout switch 38 includes a mechanical fuel valve 54 actuateable between first position 38(a) as shown in FIG. 4A and second position 38(b) as shown in FIG. 4B to selectively control fuel flow to the dual fuel engine from first fuel source 28 through first fuel line 66 and second fuel source 30 through second fuel line 70. Referring back to FIG. 4A, mechanical fuel valve 54 selectively controls fuel flow through first fuel line 66 by opening the line when the mechanical fuel lockout switch 38 actuates to first position 38(a). Mechanical fuel valve 54 may be coupled to fuel lockout apparatus 58 that actuates with mechanical fuel valve 54 to block and unblock fuel inlet 59 of second fuel line 70. First end 50a of the quick-disconnect hose coupling is located at fuel inlet 59 and a mating end 50b of the quick-disconnect hose coupling is coupled to the propane or LPG tank 68. Actuation of mechanical fuel valve 54 to first position 38(a) causes fuel lockout apparatus 58 to block fuel inlet 59 to prevent coupling the first end 50a and second end 50b of the quick-disconnect hose coupling together, and actuation of mechanical fuel valve 54 to another position causes fuel lockout apparatus 58 to unblock fuel inlet 59 to permit attaching first end 50a and second end 50b together.

8

In one embodiment of the invention, a fuel cut solenoid 63 couples to carburetor 62 to regulate liquid fuel flow into a main nozzle within the carburetor. Fuel cut solenoid 63 is advantageous to control liquid fuel flow downstream of a float bowl in the carburetor and can stop fuel flow to the engine immediately after ignition shutdown. As such, fuel cut solenoid 63 prevents the engine from drawing in fuel from the float bowl while the engine shuts off. Fuel cut solenoid 63 also traps fuel in the float bowl to eliminate delay in filling the bowl when starting the engine on liquid fuel, and prevents liquid fuel flow from the float bowl to the engine when starting on gaseous fuel.

Fuel cut solenoid 63 may regulate fuel flow through multiple fuel lines in carburetor 62 that provide fuel from the float bowl to the engine. For instance, carburetor 62 may have a main fuel line and an idle fuel line that receive fuel from the float bowl. Fuel cut solenoid 63 may control fuel flow through all of the fuel lines that receive from the float bowl or may regulate only some of the fuel lines. As such, fuel cut solenoid 63 may block fuel flow through the main fuel line while small amounts of fuel can flow through the idle fuel line.

Fuel cut solenoid 63 preferably operates as a normally closed valve that opens when powered by a 12 volt battery 65, although fuel cut solenoid 63 may also be operated as a normally open valve. The normally closed valve is opened for gasoline mode to allow gasoline flow to the engine and closed for LPG mode to prevent gasoline flow to the engine. Fuel cut solenoid 63 is operated by an electrical switch 67 which may be mechanically actuated and controlled by mechanical fuel lockout switch 38. As such, actuation of mechanical fuel lockout switch 38 to first position 38(a) closes electrical switch 67 to power and open fuel cut solenoid 63 as represented in FIG. 4A, and actuation of mechanical fuel lockout switch 38 to second position 38(b) opens electrical switch 67 to interrupt power and close fuel cut solenoid 63 as represented in FIG. 4B.

Referring to FIG. 4B, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch 38 in second position 38(b) to provide communication between second fuel source 30 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between first fuel source 28 and dual fuel carburetor 62 when the switch is in second position 38(b). The dual fuel engine has a first fuel line 66 to provide fuel from first fuel source 28 to carburetor 62 and a second fuel line 70 to provide fuel from second fuel source 30 to carburetor 62.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 that selectively controls fuel flow through first fuel line 66 by closing the line when mechanical fuel lockout switch 38 actuates to second position 38(b). Mechanical fuel lockout switch 38 may also include a mechanical lockout apparatus 58 to block and unblock fuel inlet 59 of the second fuel line 70. Fuel inlet 59 may include first end 50a of the quick-connect hose coupling mounted on the generator and coupled to second fuel line 70. Second end 50b of the quick-connect hose coupling is coupled to the outlet of second fuel source 30, and the first end 50a mates with second end 50b to quickly attach propane or LPG tank 68 to second fuel line 70. Fuel lockout apparatus 58 may also hold mechanical fuel lockout switch 38 in second position 38(b) when the propane or LPG tank 68 is coupled to the engine via the ends 50a, 50b of the quick-connect hose coupling.

Fuel cut solenoid 63 couples to carburetor 62 to regulate liquid fuel flow through the carburetor as described with respect to FIG. 4A. FIG. 4B shows electrical switch 67

US 10,221,780 B2

9

opened to interrupt power and close fuel cut solenoid 63 for LPG mode when mechanical fuel lockout switch 38 is in second position 38(b).

FIGS. 4A and 4B depict an embodiment where mechanical fuel valve 54 operates along first fuel line 66 to provide a flow path for first fuel source 28 to carburetor 62 when the valve is in first position 38(a). That is, mechanical fuel valve 54 may control a single fuel line that runs through the valve while operating fuel lockout apparatus 58 to control fuel flow through second fuel line 70. Embodiments of the invention also contemplate mechanical fuel valve 54 configured to operate along second fuel line 70 to provide a flow path for second fuel source 30 to carburetor 62 when the valve is in second position 38(b). Mechanical fuel valve 54 may be configured to control multiple fuel lines that run through the valve according to embodiments of the invention.

Referring now to FIG. 5, a perspective view of fuel delivery system 22 for dual fuel generator 20 of FIG. 1 is shown, in accordance with an embodiment of the invention. Fuel delivery system 22 includes a mounting arrangement for fuel regulator system 39. The mounting arrangement includes regulator mounting bracket 46 for mounting fuel regulator system 39. Regulator mounting bracket 46 extends around the outer periphery of collar 136 on pressurized fuel container 34. Regulator mounting bracket 46 has securing mechanism 48 to secure to collar 136. In one embodiment, securing mechanism 48 is a rigid component that extends inward from regulator mounting bracket 46 with a slot for receiving collar 136 to hold regulator mounting bracket 46 to collar 136.

Regulator mounting bracket 46 provides mounting locations for pressure regulators. In one embodiment, regulator mounting bracket 46 is made of sheet metal bent in two locations to provide a central panel 138, a first outer panel 140, and a second outer panel 142 for mounting the regulators. The panels may be angled from each other such that regulator mounting bracket 46 fits around collar 136. Primary pressure regulator 42 mounts on first outer panel 140 and secondary pressure regulator 44 mounts on second outer panel 142. The panels are sized according to their respective regulators. Accordingly, second outer panel 142 is larger than first outer panel 140 if secondary pressure regulator 44 is larger than primary pressure regulator 42. Panels 140, 142 have fasteners or openings to receive fasteners to couple respective regulators 42, 44 to the panels. Regulator mounting bracket 46 rests on top of pressurized fuel container 34 and engages the periphery of collar 136 to support fuel regulator system 39 on the container.

In one embodiment of the invention, primary pressure regulator 42 couples to two ninety degree elbows 144, 145 to reach around collar 136 in order to couple to service valve 40. The two elbows 144, 145 are joined by a hose or pipe 146 that leads from elbow 144 at service valve 40 to elbow 145 at the outer periphery of collar 136. The outlet of primary pressure regulator 42 couples to a hose 148 that extends to another ninety degree elbow 150 coupled to the inlet of secondary pressure regulator 44. Secondary pressure regulator 44 couples to LPG supply hose 36. Pressurized fuel container 34 may be strapped to a dolly 152.

Referring now to FIG. 6, a side view of another fuel delivery system 22 for dual fuel generator 20 of FIG. 1 is shown, in accordance with an embodiment of the invention. Fuel delivery system 22 includes a mounting arrangement for fuel regulator system 39. The mounting arrangement includes a regulator mounting structure 154 for mounting fuel regulator system 39 to pressurized fuel container 34.

10

Regulator mounting structure 154 includes a cylinder 156 that surrounds the circumference of pressurized fuel container 34 to secure regulator mounting structure 154 radially along the circumference of pressurized fuel container 34. Cylinder 156 couples to a dome 158 to support cylinder 156 relative to the top of pressurized fuel container 34. Dome 158 has a central opening 160 through which collar 136 of pressurized fuel container 34 extends. Collar 136 of pressurized fuel container 34 extends through dome 158 so that service valve 40 is easily accessible from above regulator mounting structure 154 and so that dome 158 sits on pressurized fuel container 34 around collar 136.

Regulator mounting structure 154 supports pressure regulators around the outer circumference of cylinder 156. In some embodiments of the invention, a dual stage pressure regulator 162 functions as both a primary pressure regulator and a secondary pressure regulator in a single integral component, and dual stage pressure regulator 162 may be mounted on regulator mounting structure 154. In other embodiments in of the invention, primary pressure regulator 42 (FIG. 5) is mounted to service valve 40 while secondary pressure regulator 44 (FIG. 5) is mounted on regulator mounting structure 154. Alternatively, both primary pressure regulator 42 (FIG. 5) and secondary pressure regulator 44 (FIG. 5) may be mounted on regulator mounting structure 154.

Fuel regulator system 39 may be coupled to service valve 40 by a flexible connector called a pigtail 164. Pigtail 164 absorbs shock in the system from pressure surges and from movement of downstream components. Pigtail 164 can be looped to conserve space and therefore pressurized fuel container 34 is referred to as an LPG pig. Accordingly, regulator mounting structure 154 is referred to as a pig hat because it fits on the LPG pig. Pressurized fuel container 34 may be secured to a platform or mobile cart 64 for stability or transportation. In another embodiment, a regulator mounting device, including regulator mounting structure 154 or regulator mounting bracket 46 (FIG. 5), is secured directly to a platform or a mobile cart.

Beneficially, embodiments of the invention provide for a mechanical fuel lockout switch to ensure that two fuels are not simultaneously delivered to a dual fuel internal combustion engine. Embodiments of the invention also provide for a dual fuel generator with a remotely mounted gaseous fuel regulator system.

Therefore, according to one embodiment of the invention, a mechanical fuel lockout switch for a dual fuel engine includes a mechanical fuel valve actuateable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel lockout switch also includes a fuel lockout apparatus coupled to the mechanical fuel valve. The mechanical fuel lockout switch communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position, and communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position.

According to another embodiment of the invention, a dual fuel generator and fuel delivery system includes a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line. The dual fuel generator and fuel delivery

US 10,221,780 B2

11

system also includes a fuel regulator system located off board the dual fuel generator. The fuel regulator system includes a primary pressure regulator coupled to a service valve of the pressurized fuel source and configured to regulate the fuel supplied from the pressurized fuel source to a reduced pressure. The fuel regulator system also includes a secondary pressure regulator coupled to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the dual fuel generator. The dual fuel generator and fuel delivery system further includes a mechanical fuel valve actuateable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line.

According to yet another embodiment of the invention, a method of assembling a mechanical fuel lockout switch for an internal combustion engine includes providing an internal combustion engine configured to operate on a fuel from a first fuel source and a different fuel from a second fuel source. The method also includes coupling a mechanical fuel valve to the internal combustion engine actuateable between a first position and a second position to selectively control fuel flow to the internal combustion engine from the first fuel source through a first fuel line and the second fuel source through a second fuel line. The method further includes coupling a fuel lockout apparatus to the mechanical fuel valve. When the mechanical fuel valve is in the first position, the fuel lockout apparatus communicates the first fuel source to the internal combustion engine and prevents the second fuel source from coupling to the internal combustion engine, and actuation of the mechanical fuel valve to the second position causes the fuel lockout apparatus to permit the second fuel source to couple to the internal combustion engine, and interrupts the first fuel source communication with the internal combustion engine.

This written description uses examples to disclose the invention, including the best mode, and also to enable any person skilled in the art to practice the invention, including making and using any devices or systems and performing any incorporated methods. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

What is claimed is:

1. A mechanical fuel lockout switch for a dual fuel engine comprising:
    a mechanical fuel valve actuateable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line; and
    a fuel lockout apparatus coupled to the mechanical fuel valve;
    wherein the mechanical fuel lockout switch:
        communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position, and

12

        communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position; and
    wherein the fuel lockout apparatus is configured to:
        prevent the second fuel source from coupling to the second fuel line while the mechanical fuel valve is in the first position; and
        permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position.

2. The mechanical fuel lockout switch for a dual fuel engine of claim 1, wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source communicates with the dual fuel engine.

3. The mechanical fuel lockout switch for a dual fuel engine of claim 1, wherein the fuel lockout apparatus comprises a flange rigidly coupled to the mechanical fuel valve that covers an inlet of the second fuel line while the mechanical fuel valve is in the first position and uncovers the inlet of the second fuel line while the mechanical fuel valve is in the second position.

4. The mechanical fuel lockout switch for a dual fuel engine of claim 3, wherein the mechanical fuel valve rotates between the first position and the second position and the flange rotates transversely across the inlet of the second fuel line.

5. The mechanical fuel lockout switch for a dual fuel engine of claim 3, further comprising:
    a first end of a quick-disconnect hose coupling attached to the inlet of the second fuel line; and
    a second end of the quick-disconnect hose coupling attached to the second fuel source to mate with the first end of the quick-disconnect hose coupling to couple the second fuel source to the second fuel line.

6. The mechanical fuel lockout switch for a dual fuel engine of claim 1, wherein the mechanical fuel valve and the fuel lockout apparatus operate together to ensure that fuel from the first fuel source and fuel from the second fuel source are not simultaneously delivered to the dual fuel engine.

7. The mechanical fuel lockout switch for a dual fuel engine of claim 6, wherein the first fuel source provides liquid fuel from a liquid fuel tank to the dual fuel engine and the second fuel source provides gaseous fuel from a pressurized fuel container to the dual fuel engine.

8. A method of assembling a mechanical fuel lockout switch for an internal combustion engine comprising:
    providing an internal combustion engine configured to operate on a fuel from a first fuel source and a different fuel from a second fuel source;
    coupling a mechanical fuel valve to the internal combustion engine actuateable between a first position and a second position to selectively control fuel flow to the internal combustion engine from the first fuel source through a first fuel line and the second fuel source through a second fuel line; and
    coupling a fuel lockout apparatus to the mechanical fuel valve;
    wherein when the mechanical fuel valve is in the first position, the fuel lockout apparatus communicates the first fuel source to the internal combustion engine and prevents the second fuel source from coupling to the internal combustion engine, and actuation of the mechanical fuel valve to the second position causes the fuel lockout apparatus to permit the second fuel source

US 10,221,780 B2

13

14

to couple to the internal combustion engine, and interrupts the first fuel source communication with the internal combustion engine; and

wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source is coupled to the internal combustion engine.

9. The method of claim 8, wherein the fuel lockout apparatus is further configured to:

prevent coupling of the second fuel source to the second fuel line while the mechanical fuel valve is in the first position; and

permit coupling of the second fuel source to the second fuel line while the mechanical fuel valve is in the second position.

10. The method of claim 8, wherein the fuel lockout apparatus comprises a fuel inlet cover configured to actuate in unison with the mechanical fuel valve to cover a fuel inlet on the internal combustion engine for the second fuel source when the mechanical fuel valve is in the first position and uncover the fuel inlet when the mechanical fuel valve is in the second position.

11. The method of claim 8, further comprising coupling a fuel regulator system to the second fuel source to reduce fuel pressure therefrom and deliver fuel to the second fuel line at a pressure required for operation of the internal combustion engine.

12. The method of claim 11, further comprising mounting the fuel regulator system to the second fuel source located off-board the internal combustion engine.

13. The method of claim 11, further comprising:

coupling one end of a quick-disconnect hose coupling to an inlet on the internal combustion engine for the second fuel source; and

coupling a mating end of the quick-disconnect hose coupling to an outlet of the fuel regulator system.

14. The method of claim 8, further comprising providing gasoline in a liquid fuel tank as the first fuel source and LPG in a pressurized fuel container as the second fuel source.

15. A mechanical fuel lockout switch for a dual fuel engine comprising:

a mechanical fuel valve actuateable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line; and

a fuel lockout apparatus coupled to the mechanical fuel valve;

wherein the mechanical fuel lockout switch:

communicates the first fuel source to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine when the mechanical fuel valve is in the first position, and

communicates the second fuel source to the dual fuel engine and interrupts the first fuel source communication with the dual fuel engine when in the second position; and

wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source communicates with the dual fuel engine.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 10,221,780 B2                                          Page 1 of 1
APPLICATION NO.   : 14/738060
DATED             : March 5, 2019
INVENTOR(S)       : Sarder et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Item (71) Applicant: delete "Chmapion" and substitute therefore -- Champion --.

Signed and Sealed this
Eleventh Day of June, 2024

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*



# EXHIBIT E



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 23, 2024

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,905,895*
ISSUE DATE: *February 20, 2024*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer



US011905895B2

(12) **United States Patent**     (10) **Patent No.:**    **US 11,905,895 B2**
Sarder et al.                      (45) **Date of Patent:**    *Feb. 20, 2024

(54) **DUAL FUEL LOCKOUT SWITCH FOR GENERATOR ENGINE**

(71) Applicant: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

(72) Inventors: **Mark J. Sarder**, Waukesha, WI (US); **Aleko D. Sotiriades**, Cedarburg, WI (US); **James J. Dehn**, Brookfield, WI (US); **Leigh Jenison**, Hartland, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/183,734**

(22) Filed: **Mar. 14, 2023**

(65) **Prior Publication Data**

US 2023/0235707 A1    Jul. 27, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/937,046, filed on Sep. 30, 2022, now Pat. No. 11,840,970, which is a continuation of application No. 16/783,455, filed on Feb. 6, 2020, now Pat. No. 11,492,985, which is a continuation of application No. 16/191,503, filed on Nov. 15, 2018, now Pat. No. 11,530,654, which is a continuation of application No. 14/738,060, filed on Jun. 12, 2015, now Pat. No. 10,221,780.

(51) **Int. Cl.**
*F02D 19/06*     (2006.01)

(52) **U.S. Cl.**
CPC ..... *F02D 19/0613* (2013.01); *F02D 19/0605* (2013.01); *F02D 19/0647* (2013.01); *F02D 19/0673* (2013.01); *Y02T 10/30* (2013.01)

(58) **Field of Classification Search**
CPC ............. F02D 19/0673; F02D 19/0647; F02D 19/0605; F02D 19/0613
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2007/0137591 A1*  6/2007  Sugimoto .............. F02M 21/06
                                            123/527
2011/0168133 A1*  7/2011  Pursifull ............ F02D 19/0605
                                            123/495

* cited by examiner

*Primary Examiner* — Kevin A Lathers
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57) **ABSTRACT**

A mechanical fuel lockout switch for a dual fuel engine includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel lockout switch may also include a fuel lockout apparatus coupled to the mechanical fuel valve. The mechanical fuel valve may be configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position, and prevent communication between the first fuel source and the dual fuel engine while in the second position.

**21 Claims, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6

US 11,905,895 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# DUAL FUEL LOCKOUT SWITCH FOR GENERATOR ENGINE

## CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation of, and claims priority to, U.S. patent application Ser. No. 17/937,046, filed on Sep. 30, 2022, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 16/783,455, filed on Feb. 6, 2020, now U.S. Pat. No. 11,492,985, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 16/191,503, filed on Nov. 15, 2018, now U.S. Pat. No. 11,530,654, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 14/738,060, filed on Jun. 12, 2015, now U.S. Pat. No. 10,221,780, the disclosures of which are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators, and more particularly, to an apparatus and method for delivering liquid fuel and gaseous fuel to a dual fuel generator.

Electric generators are frequently driven by internal combustion engines that use gasoline as a fuel source. Gasoline is a common fuel source for generators in a variety of applications. However, alternative fuel sources also provide a desirable fuel source. For instance, alternative fuels may provide a clean burning fuel that limits hazardous emissions. Alternative fuels may also be stored for long periods of time without degradation, whereas gasoline can degrade over a period of months leading to hard starting, rough running, and also lead to gum and varnish deposit left in the fuel system. In addition, generators that operate on alternative fuels may generate electricity when gasoline is not readily available. For instance, generators are frequently used when power outages in the utility grid result from severe weather. Unfortunately, gas stations may also be closed as a result of the power outage. Such a circumstance presents just one example where it would be advantageous to operate electrical generators on alternative fuels.

Certain generators are configured to operate as "dual fuel" generators, otherwise known as bi-fuel generators. These generators are driven by an internal combustion engine that is configured to operate on a liquid fuel for a period of operation and an alternative fuel for another period of operation. The alternative fuel source may exist in a gaseous state at normal temperature and pressure and can be any one of liquefied petroleum gas, compressed natural gas, hydrogen, or the like. Liquefied petroleum gas (LPG), often referred to as propane, exists in a gaseous state at normal temperature and pressure but can be conveniently stored under pressure in a liquid state. LPG may be a desirable fuel source for internal combustion engines because it can be stored for longer periods of time and contains fewer impurities than gasoline, resulting in smoother and cleaner operation, and often resulting in a longer lasting engine.

In order to provide the liquid and gaseous fuel to the engine, the dual fuel engine may have a first fuel line for liquid fuel and a second fuel line for gaseous fuel. A liquid fuel source and a gaseous fuel source may be coupled to the respective lines to provide fuel to the engine. However, a common problem with such configurations that couple two fuel sources to a single engine is the engine can experience overly rich air-fuel ratio when both fuels are simultaneously engaged during cross-over switching between the fuel sources. Further, such simultaneous delivery of fuel from the first fuel line and the second fuel line may make the engine hard to start or lead to unstable operating conditions.

Therefore, it would be desirable to design a dual fuel generator having a liquid fuel and gaseous fuel delivery system that overcomes the aforementioned detriments without substantially increasing the overall cost of the system.

## BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a mechanical fuel lockout switch for a dual fuel engine includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel valve may be configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position, and prevent communication between the first fuel source and the dual fuel engine while in the second position. The mechanical fuel lockout switch may also include a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent the second fuel source from coupling to the second fuel line while the mechanical fuel valve is in the first position, and permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position.

In accordance with another aspect of the invention, a mechanical fuel lockout switch for a dual fuel engine includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel valve may be configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while the first position, and prevent communication between the first fuel source and the dual fuel engine while in the second position. The mechanical fuel lockout switch may also include a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent actuation of the mechanical fuel valve to the first position when the second fuel source is in communication with the dual fuel engine.

In accordance with yet another aspect of the invention, a dual fuel generator and fuel delivery system includes a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, and a fuel regulator system located off board the dual fuel generator. The fuel regulator system may include a primary pressure regulator couplable to a service valve of the pressurized fuel source and configured to regulate the gaseous fuel supplied from the pressurized fuel source to a reduced pressure, and a secondary pressure regulator couplable to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the dual fuel generator. The dual fuel generator and fuel delivery system may also include a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel

US 11,905,895 B2

3

source through the gaseous fuel line, the mechanical fuel valve configured to open and close the liquid fuel line to selectively control fuel flow from the liquid fuel source to the dual fuel generator. A fuel lockout apparatus may couple to the mechanical fuel valve configured to prevent the pressurized fuel source from coupling to the gaseous fuel line while the liquid fuel line is open, and permit the pressurized fuel source to couple to the gaseous fuel line while the liquid fuel line is closed by the mechanical fuel valve.

Various other features and advantages will be made apparent from the following detailed description and the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate preferred embodiments presently contemplated for carrying out the invention.

In the drawings:

FIG. **1** is a perspective view of a dual fuel generator coupled to a fuel delivery system, according to an embodiment of the invention.

FIG. **2** is a detail view of a portion of the generator of FIG. **1** about a mechanical fuel lockout switch with the switch in a first position, according to an embodiment of the invention.

FIG. **3** is a detail view similar to FIG. **2** and showing the mechanical fuel lockout switch in a second position, with an LPG supply line connected thereto, according to an embodiment of the invention.

FIG. **4A** is a schematic diagram of a fuel system for the dual fuel generator of FIG. **1** showing a liquid fuel source in communication with a carburetor of the generator consistent with the first position of the switch as shown in FIG. **2**, according to an embodiment of the invention.

FIG. **4B** is a schematic diagram of the fuel system of FIG. **4A** showing a gaseous fuel source in communication with a carburetor of the generator of FIG. **1** consistent with the second position of the switch as shown in FIG. **3**, according to an embodiment of the invention.

FIG. **5** is a perspective view of a fuel delivery system for the dual fuel generator of FIG. **1**, according to an embodiment of the invention.

FIG. **6** is a side view of a fuel delivery system for the dual fuel generator of FIG. **1**, according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The operating environment of the invention is described with respect to a dual fuel generator. However, it will be appreciated by those skilled in the art that the invention is equally applicable for use with any dual fuel internal combustion engine. Moreover, the invention will be described with respect to a dual fuel generator configured to operate on a liquid fuel and a gaseous fuel. However, one skilled in the art will further appreciate that the invention is equally applicable for use with other fuel combinations for dual fuel generators and internal combustion engines.

Referring to FIG. **1**, a dual fuel generator **20** is coupled to a fuel delivery system **22**, in accordance with an embodiment of the invention. Dual fuel generator **20** includes an internal combustion engine (not shown) within housing **21** at one end **24**, operatively connected to an alternator also enclosed in housing **21** at another end **26**, by conventional means. Dual fuel generator **20** is configured to operate on

4

different fuels via either a first fuel source **28** or a second fuel source **30**. In an exemplary embodiment of the invention, first fuel source **28** is a liquid fuel and second fuel source **30** is a gaseous fuel. The liquid fuel may be gasoline and the gaseous fuel may be liquid petroleum gas (LPG). Each can selectively operate the generator as desired and controlled by an operator. For instance, generator **20** may operate on gasoline for a first period of operation and then switch to LPG for a second period of operation. However, it is contemplated that dual fuel generator **20** is configured to operate on fuels other than gasoline and LPG (e.g., natural gas, biodiesel, etc.), and thus the scope of the invention is not meant to be limited strictly to a dual fuel arrangement where first fuel source **28** provides gasoline and second fuel source **30** provides LPG.

In one embodiment of the invention, dual fuel generator **20** includes a gasoline tank **32** or, generally, a liquid fuel tank, located inside cover **21** onboard generator **20** to provide gasoline to the engine as first fuel source **28**. Gasoline tank **32** connects to a first fuel line to provide gasoline to the carburetor to run the engine, as will later be described with reference to FIGS. **4A** and **4B**. Generator **20** is also coupled to a pressurized fuel container **34**, or a pressurized fuel source, located off board generator **20** to provide LPG to the engine as second fuel source **30**. Pressurized fuel container **34** is coupled to generator **20** with an LPG supply hose **36**. LPG supply hose **36** is coupled to a second fuel line within generator **20** to provide LPG to the carburetor to run the engine. Dual fuel generator **20** includes a mechanical fuel lockout switch **38** for selecting a desired fuel to be provided to the engine. The mechanical fuel lockout switch **38** is actuated to select first fuel source **28** when in a first position, as shown in FIG. **2**, and alternately to select second fuel source **30** when in a second position, as shown in FIG. **3**.

Referring back to FIG. **1**, in an exemplary embodiment, fuel **30** from pressurized fuel container **34** is regulated using a fuel regulator system **39** for delivery to the engine. Fuel regulator system **39** includes one or more pressure regulators that reduce and control the pressure of the fuel from pressurized fuel container **34** and delivers fuel at a desired pressure for operation of the engine. Fuel regulator system **39** has an inlet **41** operatively coupled to a service valve **40** of pressurized fuel container **34** and an outlet **43** coupled to LPG supply hose **36**. Fuel regulator system **39** includes a primary pressure regulator **42** coupled to pressurized fuel container **34** and a secondary pressure regulator **44**. Primary pressure regulator **42** protects downstream components from high pressure of pressurized fuel container **34**. Primary pressure regulator **42** receives LPG through service valve **40** of pressurized fuel container **34** and reduces the pressure of the LPG to a first stage. In one embodiment of the invention, the first stage may be delivered directly to generator **20** at a pressure required for operation of the engine.

In an exemplary embodiment of the invention, fuel regulator system **39** includes secondary pressure regulator **44** coupled to the outlet of primary pressure regulator **42** in order to use standard "off-the-shelf" components. Typically, the primary pressure regulator is mounted on the LPG tank, while the secondary pressure regulator is mounted on the component using the fuel, such as an engine or grill. Here, since generator **20** can be used as a gasoline only generator, secondary pressure regulator **44** is mounted off-board the generator to reduce size and cost of the generator. Secondary pressure regulator **44** receives LPG from primary pressure regulator **42** and further reduces the pressure of LPG to a second stage to be delivered to generator **20**. In a system

US 11,905,895 B2

5

with two regulators, primary pressure regulator 42 regulates fuel received from pressurized fuel container 34 and reduces the pressure of the fuel to a level required for operation of secondary pressure regulator 44. Secondary pressure regulator 44 regulates fuel received from primary pressure regulator 42 and further reduces the pressure of the fuel to a level required for operation of generator 20. In addition, primary pressure regulator 42 may compensate for varying tank pressure as fuel is depleted while secondary pressure regulator 44 may compensate for varying demand from generator 20.

In accordance with an exemplary embodiment of the invention, fuel regulator system 39 includes both the primary and secondary regulators, or a custom single regulator, but in any case is located remotely, or off-board, from dual fuel generator 20. Fuel regulator system 39 may be directly mounted to pressurized fuel container 34 using a regulator mounting bracket 46. Regulator mounting bracket 46 has mounting locations for primary pressure regulator 42 and secondary pressure regulator 44. Regulator mounting bracket 46 also has a securing mechanism 48 to secure regulator mounting bracket 46 to pressurized fuel container 34.

In another embodiment of the invention, primary pressure regulator 42 is mounted on regulator mounting bracket 46 while secondary pressure regulator 44 could be mounted on or near generator 20. In yet another embodiment of the invention, a dual stage regulator may regulate the fuel received from pressurized fuel container 34 and deliver fuel at a pressure required for operation of generator 20. Such a dual stage regulator may regulate the fuel to the second stage within a single structure. The dual stage regulator may be mounted directly on fuel container 34.

Referring to FIG. 2, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a first position 38(a), in accordance with an embodiment of the invention. In this position, mechanical fuel lockout switch 38 provides gasoline flow from gasoline tank 32 to the engine while preventing connection of an LPG supply line to fuel inlet 59 of the second fuel line, as will later be discussed in detail with reference to FIGS. 4A and 4B. Still referring to FIG. 2, mechanical fuel lockout switch 38 provides a combination liquid fuel shutoff valve and a gaseous fuel supply lockout that prevents simultaneous delivery of fuel to the engine from gasoline tank 32 and pressurized fuel container 34, FIG. 1. As such, mechanical fuel lockout switch 38 provides a fuel selector to ensure only the selected fuel is provided to dual fuel generator 20.

Mechanical fuel lockout switch 38, FIG. 2, includes mechanical fuel valve 54 actuatable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3 to selectively control fuel flow to the dual fuel engine from first fuel source 28 through a first fuel line and second fuel source 30 through a second fuel line 36. Mechanical fuel lockout switch 38 may also include fuel lockout apparatus 58 coupled to mechanical fuel valve 54 to communicate fuel sources individually to generator 20. In one embodiment of the invention, fuel lockout apparatus 58 communicates first fuel source 28 to the engine by actuating mechanical fuel valve 54 to first position 38(a) to open the first fuel line as shown in FIG. 2, and communicates second fuel source 30 to the engine by actuating mechanical fuel valve 54 to second position 38(b) to open communication of the second fuel source 30 to the engine as shown in FIG. 3. Referring back to FIG. 2, when mechanical fuel valve 54 is in first position 38(a), fuel lockout apparatus 58 communi-

6

cates first fuel source 28 to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine.

In an exemplary embodiment of the invention, mechanical fuel valve 54 controls the flow of LPG to the engine by actuating fuel lockout apparatus 58 to block or unblock fuel inlet 59 for the second fuel source. Mechanical fuel valve 54 is coupled to the first fuel line, as shown in FIGS. 4A and 4B, and therefore can control the flow of gasoline to the engine by opening and closing the first fuel line. When the mechanical fuel valve 54, FIG. 2, is in the first position 38(a), gasoline flows from the gasoline tank to the engine and the fuel lockout apparatus 58 blocks the fuel inlet 59. Accordingly, fuel lockout apparatus 58 prevents LPG flow to generator 20 when the mechanical fuel valve 54 is in first position 38(a) wherein the engine is operated on gasoline.

Mechanical fuel valve 54 includes a fuel valve handle 56 to control the opening and closing of the valve. Fuel valve handle 56 is movable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3. Mechanical fuel valve 54 opens the first fuel line (to enable liquid fuel flow to the engine) when fuel valve handle 56 is in the first position, and mechanical fuel valve 54 closes the first fuel line (to prevent liquid fuel flow to the engine) when fuel valve handle 56 is in the second position. Thus, when fuel valve handle 56 is in first position 38(a) as shown in FIG. 2, mechanical fuel valve 54 opens the first fuel line and allows gasoline flow from gasoline tank 32 to flow to the engine.

Fuel valve handle 56 is coupled to fuel lockout apparatus 58. Fuel valve handle 56 actuates with fuel lockout apparatus 58 to prevent LPG flow to generator 20 when gasoline flow to the generator is enabled. Fuel lockout apparatus 58 is controlled by fuel valve handle 56 so that moving fuel valve handle 56 to the first position causes fuel lockout apparatus 58 to block fuel inlet 59 for LPG, and moving fuel valve handle 56 to the second position causes fuel lockout apparatus 58 to unblock fuel inlet 59 for LPG.

In an exemplary embodiment of the invention, fuel valve handle 56 rotates between the first position and the second position and fuel lockout apparatus 58 is rigidly coupled to the rotating handle. Fuel lockout apparatus 58 may include a fuel inlet cover 61, which may be a flange, coupled to fuel valve handle 56 so that fuel inlet cover 61 rotates with the handle. Fuel inlet cover 61 extends radially outward from fuel valve handle 56 and sweeps over fuel inlet 59 for LPG as fuel valve handle 56 rotates. That is, fuel inlet cover 61 rotates transversely across fuel inlet 59 and blocks access thereto. Accordingly, fuel inlet cover 61 prevents LPG flow to generator 20 when fuel valve handle 56 is in first position 38(a) to allow gasoline to run the engine.

Referring to FIG. 3, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a second position 38(b), in accordance with an embodiment of the invention. In this position, the mechanical fuel lockout switch 38 provides gasoline flow from gasoline tank 32 to the engine while allowing connection of LPG supply hose 36 to fuel inlet 59 of the second fuel line. FIG. 3 further shows LPG supply hose 36 coupling second fuel source 30 to generator 20 to deliver LPG to run the generator.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 coupled to fuel lockout apparatus 58 to prevent gasoline flow to generator 20 when LPG from the LPG service hose 36 is supplied to the engine. In one embodiment of the invention, actuation of mechanical fuel valve 54 to second position 38(b) causes fuel lockout apparatus 58 to allow communication of second fuel source 30 to the dual

US 11,905,895 B2

7

fuel engine, and interrupts the first fuel source 28 communication with the dual fuel engine. The position of fuel lockout apparatus 58 prevents the fuel valve handle 56 from moving to first position 38(a) (FIG. 2) while LPG supply hose 36 is connected to generator 20.

A quick-disconnect hose coupling 50, also referred to as a quick-connect hose coupling, connects LPG supply hose 36 to generator 20 so that LPG supply hose 36 may be quickly attached and detached from generator 20. Hose coupling 50 has a first end 50a mounted on the external surface of generator 20 and coupled to supply the second fuel to the engine. Hose coupling 50 has a second end 50b coupled to the outlet of LPG supply hose 36. Hose coupling 50 has a valve that opens when the couplings are engaged and closes when the couplings are disengaged. As such, quick-disconnect hose coupling 50 automatically opens when connected to enable fuel flow from LPG supply hose 36 to the engine. Hose coupling 50 automatically disconnects fluid communication when disconnected. Accordingly, when the supply hose is detached from generator 20, the coupling 50 is automatically closed so that fuel does not escape and unwanted air does not enter the fuel system.

In one embodiment, fuel inlet cover 61 is coupled to fuel valve handle 56 so that it is spaced apart from the surface of generator 20 to provide clearance for first end 50a of the quick-disconnect hose coupling 50 that protrudes from the surface of generator 20. As shown in FIG. 2, fuel inlet cover 61 blocks off first end 50a of the quick-disconnect hose coupling when fuel valve handle 56 is rotated to first position 38(a) to enable gasoline flow so that fuel inlet cover 61 prevents connection of LPG supply hose 36 (FIG. 3) to generator 20. As shown in FIG. 3, fuel inlet cover 61 uncovers first end 50a of the quick-disconnect hose coupling 50 when fuel valve handle 56 is rotated to second position 38(b) to disable gasoline flow so that fuel inlet cover 61 permits connection of LPG supply hose 36 to generator 20.

To operate generator 20 on LPG, fuel valve handle 56 is turned to second position 38(b) to disable the flow of gasoline to the engine and to expose first end 50a of hose coupling 50 on generator 20. LPG supply hose 36 is then connected to generator 20 via hose coupling 50 to enable the flow of LPG to the engine. To operate generator 20 on gasoline, LPG supply hose 36 is disconnected from generator 20 via hose coupling 50 to disable the flow of LPG to the engine and to unblock fuel valve handle 56 from rotating to the first position. As shown in FIG. 2, fuel valve handle 56 is then turned to first position 38(a) to enable the flow of gasoline to generator 20.

Referring to FIG. 4A, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch 38 in first position 38(a) to provide communication between the first fuel source 28 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between second fuel source 30 and dual fuel carburetor 62 when the switch is in first position 38(a). In one embodiment of the invention, first fuel source 28 includes a gasoline tank 32 to provide gasoline to carburetor 62 through a first fuel line 66, and second fuel source 30 includes a propane or LPG tank 68 to provide propane or LPG to carburetor 62 through a second fuel line 70. Accordingly, first fuel line 66 may be a liquid fuel line and second fuel line 70 may be a gaseous fuel line.

Mechanical fuel lockout switch 38 includes a mechanical fuel valve 54 actuatable between first position 38(a) as shown in FIG. 4A and second position 38(b) as shown in FIG. 4B to selectively control fuel flow to the dual fuel

8

engine from first fuel source 28 through first fuel line 66 and second fuel source 30 through second fuel line 70. Referring back to FIG. 4A, mechanical fuel valve 54 selectively controls fuel flow through first fuel line 66 by opening the line when the mechanical fuel lockout switch 38 actuates to first position 38(a). Mechanical fuel valve 54 may be coupled to fuel lockout apparatus 58 that actuates with mechanical fuel valve 54 to block and unblock fuel inlet 59 of second fuel line 70. First end 50a of the quick-disconnect hose coupling is located at fuel inlet 59 and a mating end 50b of the quick-disconnect hose coupling is coupled to the propane or LPG tank 68. Actuation of mechanical fuel valve 54 to first position 38(a) causes fuel lockout apparatus 58 to block fuel inlet 59 to prevent coupling the first end 50a and second end 50b of the quick-disconnect hose coupling together, and actuation of mechanical fuel valve 54 to another position causes fuel lockout apparatus 58 to unblock fuel inlet 59 to permit attaching first end 50a and second end 50b together.

In one embodiment of the invention, a fuel cut solenoid 63 couples to carburetor 62 to regulate liquid fuel flow into a main nozzle within the carburetor. Fuel cut solenoid 63 is advantageous to control liquid fuel flow downstream of a float bowl in the carburetor and can stop fuel flow to the engine immediately after ignition shutdown. As such, fuel cut solenoid 63 prevents the engine from drawing in fuel from the float bowl while the engine shuts off. Fuel cut solenoid 63 also traps fuel in the float bowl to eliminate delay in filling the bowl when starting the engine on liquid fuel, and prevents liquid fuel from the float bowl to the engine when starting on gaseous fuel.

Fuel cut solenoid 63 may regulate fuel flow through multiple fuel lines in carburetor 62 that provide fuel from the float bowl to the engine. For instance, carburetor 62 may have a main fuel line and an idle fuel line that receive fuel from the float bowl. Fuel cut solenoid 63 may control fuel flow through all of the fuel lines that receive fuel from the float bowl or may regulate only some of the fuel lines. As such, fuel cut solenoid 63 may block fuel flow through the main fuel line while small amounts of fuel can flow through the idle fuel line.

Fuel cut solenoid 63 preferably operates as a normally closed valve that opens when powered by a 12 volt battery 65, although fuel cut solenoid 63 may also be operated as a normally open valve. The normally closed valve is opened for gasoline mode to allow gasoline flow to the engine and closed for LPG mode to prevent gasoline flow to the engine. Fuel cut solenoid 63 is operated by an electrical switch 67 which may be mechanically actuated and controlled by mechanical fuel lockout switch 38. As such, actuation of mechanical fuel lockout switch 38 to first position 38(a) closes electrical switch 67 to power and open fuel cut solenoid 63 as represented in FIG. 4A, and actuation of mechanical fuel lockout switch 38 to second position 38(b) opens electrical switch 67 to interrupt power and close fuel cut solenoid 63 as represented in FIG. 4B.

Referring to FIG. 4B, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch 38 in second position 38(b) to provide communication between second fuel source 30 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between first fuel source 28 and dual fuel carburetor 62 when the switch is in second position 38(b). The dual fuel engine has a first fuel line 66 to provide fuel from first fuel source 28 to carburetor 62 and a second fuel line 70 to provide fuel from second fuel source 30 to carburetor 62.

US 11,905,895 B2

9

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 that selectively controls fuel flow through first fuel line 66 by closing the line when mechanical fuel lockout switch 38 actuates to second position 38(b). Mechanical fuel lockout switch 38 may also include a mechanical lockout apparatus 58 to block and unblock fuel inlet 59 of the second fuel line 70. Fuel inlet 59 may include first end 50a of the quick-connect hose coupling mounted on the generator and coupled to second fuel line 70. Second end 50b of the quick-connect hose coupling is coupled to the outlet of second fuel source 30, and the first end 50a mates with second end 50b to quickly attach propane or LPG tank 68 to second fuel line 70. Fuel lockout apparatus 58 may also hold mechanical fuel lockout switch 38 in second position 38(b) when the propane or LPG tank 68 is coupled to the engine via the ends 50a, 50b of the quick-connect hose coupling.

Fuel cut solenoid 63 couples to carburetor 62 to regulate liquid fuel flow through the carburetor as described with respect to FIG. 4A. FIG. 4B shows electrical switch 67 opened to interrupt power and close fuel cut solenoid 63 for LPG mode when mechanical fuel lockout switch 38 is in second position 38(b).

FIGS. 4A and 4B depict an embodiment where mechanical fuel valve 54 operates along first fuel line 66 to provide a flow path for first fuel source 28 to carburetor 62 when the valve is in first position 38(a). That is, mechanical fuel valve 54 may control a single fuel line that runs through the valve while operating fuel lockout apparatus 58 to control fuel flow through second fuel line 70. Embodiments of the invention also contemplate mechanical fuel valve 54 configured to operate along second fuel line 70 to provide a flow path for second fuel source 30 to carburetor 62 when the valve is in second position 38(b). Mechanical fuel valve 54 may be configured to control multiple fuel lines that run through the valve according to embodiments of the invention.

Referring now to FIG. 5, a perspective view of fuel delivery system 22 for dual fuel generator 20 of FIG. 1 is shown, in accordance with an embodiment of the invention. Fuel delivery system 22 includes a mounting arrangement for fuel regulator system 39. The mounting arrangement includes regulator mounting bracket 46 for mounting fuel regulator system 39. Regulator mounting bracket 46 extends around the outer periphery of collar 136 on pressurized fuel container 34. Regulator mounting bracket 46 has securing mechanism 48 to secure to collar 136. In one embodiment, securing mechanism 48 is a rigid component that extends inward from regulator mounting bracket 46 with a slot for receiving collar 136 to hold regulator mounting bracket 46 to collar 136.

Regulator mounting bracket 46 provides mounting locations for pressure regulators. In one embodiment, regulator mounting bracket 46 is made of sheet metal bent in two locations to provide a central panel 138, a first outer panel 140, and a second outer panel 142 for mounting the regulators. The panels may be angled from each other such that regulator mounting bracket 46 fits around collar 136. Primary pressure regulator 42 mounts on first outer panel 140 and secondary pressure regulator 44 mounts on second outer panel 142. The panels are sized according to their respective regulators. Accordingly, second outer panel 142 is larger than first outer panel 140 if secondary pressure regulator 44 is larger than primary pressure regulator 42. Panels 140, 142 have fasteners or openings to receive fasteners to couple respective regulators 42, 44 to the panels. Regulator mounting bracket 46 rests on top of pressurized fuel container 34

10

and engages the periphery of collar 136 to support fuel regulator system 39 on the container.

In one embodiment of the invention, primary pressure regulator 42 couples to two ninety degree elbows 144, 145 to reach around collar 136 in order to couple to service valve 40. The two elbows 144, 145 are joined by a hose or pipe 146 that leads from elbow 144 at service valve 40 to elbow 145 at the outer periphery of collar 136. The outlet of primary pressure regulator 42 couples to a hose 148 that extends to another ninety degree elbow 150 coupled to the inlet of secondary pressure regulator 44. Secondary pressure regulator 44 couples to LPG supply hose 36. Pressurized fuel container 34 may be strapped to a dolly 152.

Referring now to FIG. 6, a side view of another fuel delivery system 22 for dual fuel generator 20 of FIG. 1 is shown, in accordance with an embodiment of the invention. Fuel delivery system 22 includes a mounting arrangement for fuel regulator system 39. The mounting arrangement includes a regulator mounting structure 154 for mounting fuel regulator system 39 to pressurized fuel container 34. Regulator mounting structure 154 includes a cylinder 156 that surrounds the circumference of pressurized fuel container 34 to secure regulator mounting structure 154 radially along the circumference of pressurized fuel container 34. Cylinder 156 couples to a dome 158 to support cylinder 156 relative to the top of pressurized fuel container 34. Dome 158 has a central opening 160 through which collar 136 of pressurized fuel container 34 extends. Collar 136 of pressurized fuel container 34 extends through dome 158 so that service valve 40 is easily accessible from above regulator mounting structure 154 and so that dome 158 sits on pressurized fuel container 34 around collar 136.

Regulator mounting structure 154 supports pressure regulators around the outer circumference of cylinder 156. In some embodiments of the invention, a dual stage pressure regulator 162 functions as both a primary pressure regulator and a secondary pressure regulator in a single integral component, and dual stage pressure regulator 162 may be mounted on regulator mounting structure 154. In other embodiments of the invention, primary pressure regulator 42 (FIG. 5) is mounted to service valve 40 while secondary pressure regulator 44 (FIG. 5) is mounted on regulator mounting structure 154. Alternatively, both primary pressure regulator 42 (FIG. 5) and secondary pressure regulator 44 (FIG. 5) may be mounted on regulator mounting structure 154.

Fuel regulator system 39 may be coupled to service valve 40 by a flexible connector called a pigtail 164. Pigtail 164 absorbs shock in the system from pressure surges and from movement of downstream components. Pigtail 164 can be looped to conserve space and therefore pressurized fuel container 34 is referred to as an LPG pig. Accordingly, regulator mounting structure 154 is referred to as a pig hat because it fits on the LPG pig. Pressurized fuel container 34 may be secured to a platform or mobile cart 64 for stability or transportation. In another embodiment, a regulator mounting device, including regulator mounting structure 154 or regulator mounting bracket 46 (FIG. 5), is secured directly to a platform or a mobile cart.

Beneficially, embodiments of the invention provide for a mechanical fuel lockout switch to ensure that two fuels are not simultaneously delivered to a dual fuel internal combustion engine. Embodiments of the invention also provide for a dual fuel generator with a remotely mounted gaseous fuel regulator system.

Therefore, according to one embodiment of the invention, a mechanical fuel lockout switch for a dual fuel engine

US 11,905,895 B2

11

12

includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel valve may be configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position, and prevent communication between the first fuel source and the dual fuel engine while in the second position. The mechanical fuel lockout switch may also include a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent the second fuel source from coupling to the second fuel line while the mechanical fuel valve is in the first position, and permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position.

According to another embodiment of the invention, a mechanical fuel lockout switch for a dual fuel engine includes a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line. The mechanical fuel valve may be configured to allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while the first position, and prevent communication between the first fuel source and the dual fuel engine while in the second position. The mechanical fuel lockout switch may also include a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent actuation of the mechanical fuel valve to the first position when the second fuel source is in communication with the dual fuel engine.

According to yet another embodiment of the invention, a dual fuel generator and fuel delivery system includes a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line, and a fuel regulator system located off board the dual fuel generator. The fuel regulator system may include a primary pressure regulator couplable to a service valve of the pressurized fuel source and configured to regulate the gaseous fuel supplied from the pressurized fuel source to a reduced pressure, and a secondary pressure regulator couplable to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the dual fuel generator. The dual fuel generator and fuel delivery system may also include a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line, the mechanical fuel valve configured to open and close the liquid fuel line to selectively control fuel flow from the liquid fuel source to the dual fuel generator. A fuel lockout apparatus may couple to the mechanical fuel valve configured to prevent the pressurized fuel source from coupling to the gaseous fuel line while the liquid fuel line is open, and permit the pressurized fuel source to couple to the gaseous fuel line while the liquid fuel line is closed by the mechanical fuel valve.

This written description uses examples to disclose the invention, including the best mode, and also to enable any person skilled in the art to practice the invention, including

making and using any devices or systems and performing any incorporated methods. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

What is claimed is:

1. A mechanical fuel lockout switch for a dual fuel engine comprising:
a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line, the mechanical fuel valve configured to:
allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while in the first position, and
prevent communication between the first fuel source and the dual fuel engine while in the second position; and
a fuel lockout apparatus coupled to the mechanical fuel valve and configured to:
prevent the second fuel source from coupling to the second fuel line while the mechanical fuel valve is in the first position, and
permit the second fuel source to couple to the second fuel line while the mechanical fuel valve is in the second position.

2. The mechanical fuel lockout switch of claim 1 wherein the fuel lockout apparatus prevents actuation of the mechanical fuel valve to the first position when the second fuel source is in communication with the dual fuel engine.

3. The mechanical fuel lockout switch of claim 1 wherein the fuel lockout apparatus comprises a flange rigidly coupled to the mechanical fuel valve and configured to:
cover an inlet of the second fuel line while the mechanical fuel valve is in the first position, and
uncover the inlet of the second fuel line while the mechanical fuel valve is in the second position.

4. The mechanical fuel lockout switch of claim 3 wherein the mechanical fuel valve is configured to rotate between the first position and the second position and the flange is configured to rotate transversely across the inlet of the second fuel line.

5. The mechanical fuel lockout switch of claim 3 further comprising:
a first end of a quick-disconnect hose coupling attached to the inlet of the second fuel line; and
a second end of the quick-disconnect hose coupling configured to mate with the first end of the quick-disconnect hose coupling to couple the second fuel source to the second fuel line.

6. The mechanical fuel lockout switch of claim 1 wherein the mechanical fuel valve and the fuel lockout apparatus operate together to ensure that fuel from the first fuel source and fuel from the second fuel source are not simultaneously delivered to the dual fuel engine.

7. The mechanical fuel lockout switch of claim 6 wherein the mechanical fuel valve is configured to:
provide liquid fuel from a liquid fuel tank of the first fuel source to the dual fuel engine while in the first position, and

US 11,905,895 B2

13

provide gaseous fuel from a pressurized fuel container of the second fuel source to the dual fuel engine while in the second position.

**8.** A mechanical fuel lockout switch for a dual fuel engine comprising:

a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel engine from a first fuel source through a first fuel line and a second fuel source through a second fuel line, the mechanical fuel valve configured to:

allow communication between the first fuel source and the dual fuel engine and prevent communication between the second fuel source and the dual fuel engine while the first position, and

prevent communication between the first fuel source and the dual fuel engine while in the second position; and

a fuel lockout apparatus coupled to the mechanical fuel valve and configured to prevent actuation of the mechanical fuel valve to the first position when the second fuel source is in communication with the dual fuel engine.

**9.** The mechanical fuel lockout switch of claim **8** wherein the fuel lockout apparatus comprises a flange rigidly coupled to the mechanical fuel valve and configured to:

cover an inlet of the second fuel line while the mechanical fuel valve is in the first position, and

uncover the inlet of the second fuel line while the mechanical fuel valve is in the second position.

**10.** The mechanical fuel lockout switch of claim **9** wherein the mechanical fuel valve is configured to rotate between the first position and the second position and the flange is configured to rotate transversely across the inlet of the second fuel line.

**11.** The mechanical fuel lockout switch of claim **9** further comprising:

a first end of a quick-disconnect hose coupling attached to the inlet of the second fuel line; and

a second end of the quick-disconnect hose coupling configured to mate with the first end of the quick-disconnect hose coupling to couple the second fuel source to the second fuel line.

**12.** The mechanical fuel lockout switch of claim **8** wherein the mechanical fuel valve and the fuel lockout apparatus operate together to ensure that fuel from the first fuel source and fuel from the second fuel source are not simultaneously delivered to the dual fuel engine.

**13.** The mechanical fuel lockout switch of claim **12** wherein the mechanical fuel valve is configured to:

provide liquid fuel from a liquid fuel tank of the first fuel source to the dual fuel engine while in the first position, and

provide gaseous fuel from a pressurized fuel container of the second fuel source to the dual fuel engine while in the second position.

**14.** A dual fuel generator and fuel delivery system comprising:

a dual fuel generator configured to operate on a liquid fuel supplied from a liquid fuel source through a liquid fuel line and a gaseous fuel supplied from a pressurized fuel source through a gaseous fuel line;

a fuel regulator system located off board the dual fuel generator, the fuel regulator system comprising:

a primary pressure regulator couplable to a service valve of the pressurized fuel source and configured

14

to regulate the gaseous fuel supplied from the pressurized fuel source to a reduced pressure, and

a secondary pressure regulator couplable to the primary pressure regulator and configured to regulate the gaseous fuel supplied from the primary pressure regulator to a desired pressure for delivery through the gaseous fuel line to operate the dual fuel generator;

a mechanical fuel valve actuatable between a first position and a second position to selectively control fuel flow to the dual fuel generator from the liquid fuel source through the liquid fuel line and the pressurized fuel source through the gaseous fuel line, the mechanical fuel valve configured to open and close the liquid fuel line to selectively control fuel flow from the liquid fuel source to the dual fuel generator; and

a fuel lockout apparatus coupled to the mechanical fuel valve and configured to:

prevent the pressurized fuel source from coupling to the gaseous fuel line while the liquid fuel line is open, and

permit the pressurized fuel source to couple to the gaseous fuel line while the liquid fuel line is closed by the mechanical fuel valve.

**15.** The dual fuel generator and fuel delivery system of claim **14** wherein the fuel lockout apparatus is further configured to prevent the mechanical fuel valve from opening the liquid fuel line while the fuel regulator system is coupled to the gaseous fuel line.

**16.** The dual fuel generator and fuel delivery system of claim **14** wherein the fuel lockout apparatus comprises a fuel inlet cover that actuates with the mechanical fuel valve to cover an inlet of the gaseous fuel line while the liquid fuel line is open and to uncover the inlet of the gaseous fuel line when the liquid fuel line is closed.

**17.** The dual fuel generator and fuel delivery system of claim **14** further comprising:

a first end of a quick-connect hose coupling coupled to an outlet of the secondary pressure regulator; and

a second end of the quick-connect hose coupling coupled to an inlet of the gaseous fuel line and configured to mate with the first end of the quick-connect hose coupling to couple the secondary pressure regulator to the gaseous fuel line.

**18.** The dual fuel generator and fuel delivery system of claim **14** further comprising a regulator mounting device fixed to the pressurized fuel source; and

at least the secondary pressure regulator is mounted on the regulator mounting device.

**19.** The dual fuel generator and fuel delivery system of claim **18** wherein the primary pressure regulator is mounted on the regulator mounting device.

**20.** The dual fuel generator and fuel delivery system of claim **19** wherein the regulator mounting device is configured to attach onto a collar of a pressurized fuel container of the pressurized fuel source so that the primary and secondary pressure regulators are positioned adjacent each other along an outer periphery of the collar.

**21.** The dual fuel generator and fuel delivery system of claim **14** wherein:

the fuel regulator system comprises a dual stage pressure regulator; and

the primary and secondary pressure regulators are integral components of the dual stage pressure regulator.

\* \* \* \* \*



# EXHIBIT F



8509118

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 24, 2024

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *10,697,398*
ISSUE DATE: *June 30, 2020*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Pam Grant
Certifying Officer



US010697398B2

(12) **United States Patent**

Collie et al.

(10) Patent No.: **US 10,697,398 B2**

(45) Date of Patent: **Jun. 30, 2020**

(54) **BATTERYLESS DUAL FUEL ENGINE WITH LIQUID FUEL CUT-OFF**

(71) Applicant: **Champion Engine Technology, LLC**, Sussex, WI (US)

(72) Inventors: **Kendall J. Collie**, Anaheim Hills, CA (US); **Mark J. Sarder**, Waukesha, WI (US); **Aleko D. Sotiriades**, Cedarburg, WI (US); **James J. Dehn**, Brookfield, WI (US); **Leigh Jenison**, Hartland, WI (US); **Hiroaki Sato**, Brookfield, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.**, Santa Fe Springs, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 147 days.

(21) Appl. No.: **14/925,441**

(22) Filed: **Oct. 28, 2015**

(65) **Prior Publication Data**

US 2016/0363099 A1      Dec. 15, 2016

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/738,060, filed on Jun. 12, 2015.

(51) **Int. Cl.**
**F02M 17/38**      (2006.01)
**F02M 13/08**      (2006.01)

(52) **U.S. Cl.**
CPC ............. **F02M 17/38** (2013.01); **F02B 43/00** (2013.01); **F02B 63/04** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .. F02D 19/0647; F02D 19/0613; F02D 29/06; F02D 41/0025; F02D 11/02;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,722,208 A    11/1955    Conroy, Jr. et al.
3,384,059 A    5/1968    Copa
(Continued)

FOREIGN PATENT DOCUMENTS

CN    2060477 U    8/1990
CN    1981121 A    6/2007

OTHER PUBLICATIONS

Honda EU20i LPG, Mar. 20, 2012, https://www.youtube.com/watch?v=yBpq33aJmR0.
(Continued)

*Primary Examiner* — Long T Tran

(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57) **ABSTRACT**

A dual fuel engine includes an engine operable on a gaseous fuel and a liquid fuel and a switch to change operation of the engine between gaseous fuel and liquid fuel. The dual fuel engine also includes a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source. A liquid fuel cut-off attaches to the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel.

**64 Claims, 12 Drawing Sheets**



## US 10,697,398 B2
Page 2

(51) **Int. Cl.**

| | |
|---|---|
| ***F02B 43/00*** | (2006.01) |
| ***F02D 19/06*** | (2006.01) |
| ***F02M 43/00*** | (2006.01) |
| ***F02M 17/10*** | (2006.01) |
| ***F02M 21/02*** | (2006.01) |
| ***F02B 63/04*** | (2006.01) |
| F02D 41/06 | (2006.01) |
| F02M 21/04 | (2006.01) |
| F02D 41/00 | (2006.01) |
| F02M 19/08 | (2006.01) |
| F02N 3/02 | (2006.01) |

(52) **U.S. Cl.**
CPC ......... ***F02D 19/0613*** (2013.01); ***F02M 13/08*** (2013.01); ***F02M 17/10*** (2013.01); ***F02M 21/0212*** (2013.01); ***F02M 43/00*** (2013.01); *F02D 41/0025* (2013.01); *F02D 41/062* (2013.01); *F02M 19/08* (2013.01); *F02M 21/047* (2013.01); *F02N 3/02* (2013.01); *Y02T 10/32* (2013.01); *Y02T 10/36* (2013.01)

(58) **Field of Classification Search**
CPC .. F02D 19/0642; F02D 35/0053; F02B 63/04; F02B 43/00; F02B 63/044; F02M 13/08; F02M 19/08; F02M 21/047; F02N 3/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,412,258 A | * | 11/1968 | Satter ...................... H02P 9/42 |
| | | | 290/40 R |
| 3,659,574 A | * | 5/1972 | Reschke ................. F02M 13/08 |
| | | | 123/525 |
| 3,718,000 A | * | 2/1973 | Walker ..................... F02B 11/02 |
| | | | 60/285 |
| 3,783,849 A | * | 1/1974 | Bramfitt ................. F02M 13/06 |
| | | | 123/576 |
| 3,888,223 A | | 6/1975 | Mondt |
| 4,335,697 A | | 6/1982 | McLean |
| 4,372,276 A | | 2/1983 | Bernhardsson et al. |
| 4,373,493 A | | 2/1983 | Nelsh |
| 4,393,848 A | * | 7/1983 | Poehlman ............... F02B 69/04 |
| | | | 123/525 |
| 4,450,821 A | | 5/1984 | Venning et al. |
| 4,463,735 A | | 8/1984 | Stoltman |
| 4,480,595 A | | 11/1984 | Hobby et al. |
| 4,489,699 A | * | 12/1984 | Poehlman ............... F02B 69/04 |
| | | | 123/525 |
| 4,502,453 A | | 3/1985 | Kabasin et al. |
| 4,619,240 A | | 10/1986 | Bedford et al. |
| 4,628,871 A | | 12/1986 | Glass |
| 4,708,094 A | | 11/1987 | Helmich et al. |
| 4,895,124 A | | 1/1990 | Bartholomew |
| 4,979,480 A | | 12/1990 | Daikoku et al. |

| | | | |
|---|---|---|---|
| 5,092,305 A | | 3/1992 | King |
| 5,161,496 A | | 11/1992 | Matsushima et al. |
| 5,171,487 A | | 12/1992 | Hudz |
| 5,228,423 A | | 7/1993 | Oikawa et al. |
| 5,287,839 A | | 2/1994 | Kondou et al. |
| 5,320,078 A | | 6/1994 | Lorraine |
| 5,325,835 A | | 7/1994 | Kimata et al. |
| 5,379,740 A | | 1/1995 | Moore et al. |
| 5,419,291 A | | 5/1995 | Kimata et al. |
| 5,438,968 A | | 8/1995 | Johnson et al. |
| 5,450,832 A | | 9/1995 | Graf |
| 5,611,312 A | * | 3/1997 | Swanson .................. F02M 1/02 |
| | | | 123/179.18 |
| 5,673,670 A | | 10/1997 | Powell et al. |
| 5,809,979 A | * | 9/1998 | Tsuda ...................... F02M 13/08 |
| | | | 123/525 |
| 5,816,224 A | | 10/1998 | Welsh et al. |
| 6,082,323 A | | 7/2000 | Winberg |
| 6,213,083 B1 | | 4/2001 | Winberg |
| 6,223,730 B1 | | 5/2001 | Hasegawa et al. |
| 6,276,345 B1 | | 8/2001 | Nelson et al. |
| 6,401,685 B1 | | 6/2002 | Warner |
| 6,453,877 B1 | | 9/2002 | Lucier et al. |
| 6,591,817 B2 | * | 7/2003 | Deutsch .............. F02D 19/0647 |
| | | | 123/525 |
| 6,914,342 B1 | | 7/2005 | French |
| 7,905,469 B2 | | 3/2011 | Nickels et al. |
| 8,342,158 B2 | | 1/2013 | Ulrey et al. |
| 8,590,510 B2 | | 11/2013 | Surnilla et al. |
| 9,435,273 B2 | | 9/2016 | Sarder et al. |
| 2002/0134362 A1 | * | 9/2002 | Deutsch .............. F02D 19/0647 |
| | | | 123/575 |
| 2004/0139943 A1 | | 7/2004 | Kern et al. |
| 2007/0137591 A1 | * | 6/2007 | Sugimoto ............... F02B 63/04 |
| | | | 123/41.7 |
| 2010/0258099 A1 | * | 10/2010 | Andersson ........... F02D 31/006 |
| | | | 123/676 |
| 2011/0168133 A1 | | 7/2011 | Pursifull et al. |
| 2011/0253102 A1 | * | 10/2011 | Watanabe ............ F02D 41/064 |
| | | | 123/438 |
| 2013/0047964 A1 | | 2/2013 | Kim |
| 2013/0220274 A1 | | 8/2013 | Deshpande et al. |
| 2014/0202430 A1 | | 7/2014 | Monros |
| 2014/0238340 A1 | | 8/2014 | Dunn et al. |
| 2014/0373531 A1 | | 12/2014 | Wong |
| 2015/0122230 A1 | * | 5/2015 | Sarder ................. F02D 19/0613 |
| | | | 123/525 |

OTHER PUBLICATIONS

Johnson et al., "Electronic Direct Fuel Injection (EDFI) for Small Two-Stroke Engines," SAE Technical Paper 1999-01-3312, Proceedings of the 1999 SAE Small Engine Technology Conference, Madison, WI, Sep. 28-30, 1999, pp. 1-15.
Champion Power (Dec. & Jan. 2014) 100153 Manual, Retrieved from http://www.championpowerequipment.com/media/2400/100153_manual-english_12-4-14.pdf.

* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6



FIG. 7A

FIG. 7B

U.S. Patent        Jun. 30, 2020        Sheet 7 of 12        US 10,697,398 B2



FIG. 8



FIG. 9

FIG. 10



FIG. 11



FIG. 12



FIG. 13

U.S. Patent    Jun. 30, 2020    Sheet 12 of 12    US 10,697,398 B2



FIG. 14

US 10,697,398 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**BATTERYLESS DUAL FUEL ENGINE WITH LIQUID FUEL CUT-OFF**

CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation-in-part of, and claims priority to, U.S. patent application Ser. No. 14/738,060, filed Jun. 12, 2015, the disclosure of which is incorporated herein by reference in its entirety.

BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators, and more particularly, to an apparatus and method for delivering liquid fuel or gaseous fuel to a dual fuel generator.

Electric generators are frequently driven by internal combustion engines that use gasoline as a fuel source. Gasoline is a common fuel source for generators in a variety of applications. However, alternative fuel sources also provide a desirable fuel source. For instance, alternative fuels may provide a clean burning fuel that limits hazardous emissions. Alternative fuels may also be stored for long periods of time without degradation, whereas gasoline can degrade over a period of months leading to hard starting, rough running, and also lead to gum and varnish deposit left in the fuel system. In addition, generators that operate on alternative fuels may generate electricity when gasoline is not readily available. For instance, generators are frequently used when power outages in the utility grid result from severe weather. Unfortunately, gas stations may also be closed as a result of the power outage. Such a circumstance presents just one example where it would be advantageous to operate electrical generators on alternative fuels.

Certain generators are configured to operate as "dual fuel" generators, otherwise known as bi-fuel generators. These generators are driven by an internal combustion engine that is configured to operate on a liquid fuel for a period of operation and an alternative fuel for another period of operation. The alternative fuel source is generally a gaseous fuel that may exist in a gaseous state at normal temperature and pressure and can be any one of liquefied petroleum gas, compressed natural gas, hydrogen, or the like. Liquefied petroleum gas (LPG), often referred to as propane, exists in a gaseous state at normal temperature and pressure but can be conveniently stored under pressure in a liquid state. LPG may be a desirable fuel source for internal combustion engines because it can be stored for longer periods of time and contains fewer impurities than gasoline, resulting in smoother and cleaner operation, and often resulting in a longer lasting engine.

In order to provide the liquid and gaseous fuel to the engine, the dual fuel engine may have a first fuel line for liquid fuel and a second fuel line for gaseous fuel. A liquid fuel source and a gaseous fuel source may be coupled to the respective lines to provide fuel to the engine. However, a common problem with such configurations that couple two fuel sources to a single engine is the engine can experience overly rich air-fuel ratio when both fuels are simultaneously engaged during cross-over switching between the fuel sources. Such simultaneous delivery of fuel from the first fuel line and the second fuel line may make the engine hard to start or lead to unstable operating conditions. Further, a float bowl in the carburetor that must first fill or empty prior to changeover causes delay in cross-over switching between the fuel sources.

Therefore, it would be desirable to design a dual fuel generator having a liquid fuel and gaseous fuel delivery system that overcomes the aforementioned detriments without substantially increasing the overall cost of the system.

BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a dual fuel engine includes an engine operable on a gaseous fuel and a liquid fuel. A carburetor attaches to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source. The dual fuel engine also includes a switch to change operation of the engine between gaseous fuel and liquid fuel, and a liquid fuel cut-off attaches to the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel.

In accordance with another aspect of the invention, a batteryless dual fuel generator includes a housing containing a pull start engine coupled to drive an alternator. The engine is operable on a gaseous fuel and a liquid fuel and includes a carburetor attached to an intake of the engine. The carburetor has a throat to mix fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The generator may also include a switch to select engine operation on either the liquid fuel or the gaseous fuel and a fuel shutoff attached to the carburetor to close the fuel passage upon selection of engine operation to gaseous fuel.

In accordance with yet another aspect of the invention, a carburetor having a fuel shutoff includes a carburetor with a float bowl, a throat, and a fuel passage to provide fuel from the float bowl to the throat. A fuel shutoff couples to the carburetor which may have a first end in the carburetor that actuates to close the fuel passage and a second end external to the carburetor to actuate the first end. The fuel shutoff may operate within the carburetor such that the fuel shutoff actuates free from linear motion when opening and closing the fuel passage.

In accordance with yet another aspect of the invention, a method of assembling a dual fuel engine includes providing an engine operable on a gaseous fuel and a liquid fuel and attaching a carburetor to an intake of the engine to supply the fuels to the engine. The carburetor includes a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The fuels may be supplied to the carburetor by a gaseous fuel source coupled to the throat and a liquid fuel source coupled to the float bowl. The method also includes coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel, and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel.

Various other features and advantages will be made apparent from the following detailed description and the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate preferred embodiments presently contemplated for carrying out the invention.

In the drawings:

FIG. 1 is a perspective view of a dual fuel generator coupled to a fuel delivery system, according to an embodiment of the invention.

FIG. 2 is a detail view of a portion of the generator of FIG. 1 about a mechanical fuel lockout switch with the switch in a first position, according to an embodiment of the invention.

US 10,697,398 B2

3

FIG. **3** is a detail view similar to FIG. **2** and showing the mechanical fuel lockout switch in a second position, with an LPG supply line connected thereto, according to an embodiment of the invention.

FIG. **4A** is a schematic diagram of a fuel system for the dual fuel generator of FIG. **1** showing a liquid fuel source in communication with a carburetor of the generator consistent with the first position of the switch as shown in FIG. **2**, according to an electro-mechanical embodiment of the invention.

FIG. **4B** is a schematic diagram of the fuel system of FIG. **4A** showing a gaseous fuel source in communication with a carburetor of the generator of FIG. **1** consistent with the second position of the switch as shown in FIG. **3**, according to an electro-mechanical embodiment of the invention.

FIG. **5** is a perspective view of a dual fuel carburetor having a manual fuel shutoff system and coupled to a first fuel line and a second fuel line, according to a mechanical embodiment of the invention.

FIG. **6** is cross-sectional view of the carburetor of FIG. **5** taken along line **6-6** of FIG. **5** through a fuel passage that provides fuel from a float bowl to a throat of the carburetor, according to an embodiment of the invention.

FIG. **7A** is a partial sectional view of the float bowl of FIG. **6** with a manual fuel shutoff system in an open position, according to an embodiment of the invention.

FIG. **7B** is a detailed partial sectional view of the float bowl with a manual fuel shutoff of FIG. **7A** taken along line **7B-7B** of FIG. **7A**, according to an embodiment of the invention.

FIG. **8** is a partial sectional view similar to FIG. **7A** and showing the manual fuel shutoff system in a closed position, according to an embodiment of the invention.

FIG. **9** is a perspective view of a shaft for the manual fuel shutoff system of FIG. **5**, according to an embodiment of the invention.

FIG. **10** is a side view of a valve member for the manual fuel shutoff system of FIG. **5**, according to an embodiment of the invention.

FIG. **11** is a perspective view of the carburetor of FIG. **5** with the manual fuel shutoff system exploded from a float bowl of the carburetor.

FIG. **12** is a flow chart showing steps in fabricating a manual fuel shutoff system for a carburetor, according to an embodiment of the invention.

FIG. **13** is a magnetic fuel shutoff system for a carburetor, according to a magnetic-mechanical embodiment of the invention.

FIG. **14** is a wiring diagram of a microcontroller receiving input signals and operating engine components, according to an embodiment of the invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The operating environment of the invention is described with respect to a dual fuel generator. However, it will be appreciated by those skilled in the art that the invention is equally applicable for use with any dual fuel internal combustion engine. Moreover, the invention will be described with respect to a dual fuel generator configured to operate on a liquid fuel and a gaseous fuel. However, one skilled in the art will further appreciate that the invention is equally applicable for use with other fuel combinations for dual fuel generators and internal combustion engines.

Referring to FIG. **1**, a dual fuel generator **20** is coupled to a fuel delivery system **22**, in accordance with an embodi-

4

ment of the invention. Dual fuel generator **20** includes an internal combustion engine (not shown) within housing **21** at one end **24**, operatively connected to an alternator also enclosed in housing **21** at another end **26**, by conventional means. Dual fuel generator **20** is configured to operate on different fuels via either a first fuel source **28** or a second fuel source **30**. In an exemplary embodiment of the invention, first fuel source **28** is a liquid fuel and second fuel source **30** is a gaseous fuel. The liquid fuel may be gasoline and the gaseous fuel may be liquid petroleum gas (LPG). Each can selectively operate the generator as desired and controlled by an operator. For instance, generator **20** may operate on gasoline for a first period of operation and then switch to LPG for a second period of operation. However, it is contemplated that dual fuel generator **20** is configured to operate on fuels other than gasoline and LPG (e.g., natural gas, biodiesel, etc.), and thus the scope of the invention is not meant to be limited strictly to a dual fuel arrangement where first fuel source **28** provides gasoline and second fuel source **30** provides LPG.

In one embodiment of the invention, dual fuel generator **20** includes a gasoline tank **32** or, generally, a liquid fuel tank, located inside cover **21** onboard generator **20** to provide gasoline to the engine as first fuel source **28**. Gasoline tank **32** connects to a first fuel line to provide gasoline to the carburetor to run the engine, as will later be described with reference to FIGS. **4A** and **4B**. Generator **20** is also coupled to a pressurized fuel container **34**, or a pressurized fuel source, located off board generator **20** to provide LPG to the engine as second fuel source **30**. Pressurized fuel container **34** is coupled to generator **20** with an LPG supply hose **36**. LPG supply hose **36** is coupled to a second fuel line within generator **20** to provide LPG to the carburetor to run the engine. Dual fuel generator **20** includes a mechanical fuel lockout switch **38** for selecting a desired fuel to be provided to the engine. The mechanical fuel lockout switch **38** is actuated to select first fuel source **28** when in a first position, as shown in FIG. **2**, and alternately to select second fuel source **30** when in a second position, as shown in FIG. **3**.

Referring back to FIG. **1**, in an exemplary embodiment, fuel **30** from pressurized fuel container **34** is regulated using a fuel regulator system **39** for delivery to the engine. Fuel regulator system **39** includes one or more pressure regulators that reduce and control the pressure of the fuel from pressurized fuel container **34** and delivers fuel at a desired pressure for operation of the engine. Fuel regulator system **39** has an inlet **41** operatively coupled to a service valve **40** of pressurized fuel container **34** and an outlet **43** coupled to LPG supply hose **36**. Fuel regulator system **39** includes a primary pressure regulator **42** coupled to pressurized fuel container **34** and a secondary pressure regulator **44**. Primary pressure regulator **42** protects downstream components from high pressure of pressurized fuel container **34**. Primary pressure regulator **42** receives LPG through service valve **40** of pressurized fuel container **34** and reduces the pressure of the LPG to a first stage. In one embodiment of the invention, the first stage may be delivered directly to generator **20** at a pressure required for operation of the engine.

In an exemplary embodiment of the invention, fuel regulator system **39** includes secondary pressure regulator **44** coupled to the outlet of primary pressure regulator **42** in order to use standard "off-the-shelf" components. Typically, the primary pressure regulator is mounted on the LPG tank, while the secondary pressure regulator is mounted on the component using the fuel, such as an engine or grill. Here, since generator **20** can be used as a gasoline only generator,

US 10,697,398 B2

5

secondary pressure regulator 44 is mounted off-board the generator to reduce size and cost of the generator. Secondary pressure regulator 44 receives LPG from primary pressure regulator 42 and further reduces the pressure of LPG to a second stage to be delivered to generator 20. In a system with two regulators, primary pressure regulator 42 regulates fuel received from pressurized fuel container 34 and reduces the pressure of the fuel to a level required for operation of secondary pressure regulator 44. Secondary pressure regulator 44 regulates fuel received from primary pressure regulator 42 and further reduces the pressure of the fuel to a level required for operation of generator 20. In addition, primary pressure regulator 42 may compensate for varying tank pressure as fuel is depleted while secondary pressure regulator 44 may compensate for varying demand from generator 20.

In accordance with an exemplary embodiment of the invention, fuel regulator system 39 includes both the primary and secondary regulators, or a custom single regulator, but in any case is located remotely, or off-board, from dual fuel generator 20. Fuel regulator system 39 may be directly mounted to pressurized fuel container 34 using a regulator mounting bracket 46. Regulator mounting bracket 46 has mounting locations for primary pressure regulator 42 and secondary pressure regulator 44. Regulator mounting bracket 46 also has a securing mechanism 48 to secure regulator mounting bracket 46 to pressurized fuel container 34.

In another embodiment of the invention, primary pressure regulator 42 is mounted on regulator mounting bracket 46 while secondary pressure regulator 44 could be mounted on or near generator 20. In yet another embodiment of the invention, a dual stage regulator may regulate the fuel received from pressurized fuel container 34 and deliver fuel at a pressure required for operation of generator 20. Such a dual stage regulator may regulate the fuel to the second stage within a single structure. The dual stage regulator may be mounted directly on fuel container 34.

Referring to FIG. 2, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a first position 38(a), in accordance with an embodiment of the invention. In this position, mechanical fuel lockout switch 38 provides gasoline flow from gasoline tank 32 to the engine while preventing connection of an LPG supply line to fuel inlet 59 of the second fuel line, as will later be discussed in detail with reference to FIGS. 4A and 4B. Still referring to FIG. 2, mechanical fuel lockout switch 38 provides a combination liquid fuel shutoff valve and a gaseous fuel supply lockout that prevents simultaneous delivery of fuel to the engine from gasoline tank 32 and pressurized fuel container 34, FIG. 1. As such, mechanical fuel lockout switch 38 provides a fuel selector to ensure only the selected fuel is provided to dual fuel generator 20.

Mechanical fuel lockout switch 38, FIG. 2, includes mechanical fuel valve actuateable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3 to selectively control fuel flow to the dual fuel engine from first fuel source 28 through a first fuel line and second fuel source 30 through a second fuel line 36. Mechanical fuel lockout switch 38 may also include fuel lockout apparatus 58 coupled to mechanical fuel valve 54 to communicate fuel sources individually to generator 20. In one embodiment of the invention, fuel lockout apparatus 58 communicates first fuel source 28 to the engine by actuating mechanical fuel valve 54 to first position 38(a) to open the first fuel line as shown in FIG. 2, and communicates second fuel source 30 to the engine by actuating mechanical fuel

6

valve 54 to second position 38(b) to open communication of the second fuel source 30 to the engine as shown in FIG. 3. Referring back to FIG. 2, when mechanical fuel valve 54 is in first position 38(a), fuel lockout apparatus 58 communicates first fuel source 28 to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine.

In an exemplary embodiment of the invention, mechanical fuel valve 54 controls the flow of LPG to the engine by actuating fuel lockout apparatus 58 to block or unblock fuel inlet 59 for the second fuel source. Mechanical fuel valve 54 is coupled to the first fuel line as a liquid fuel valve, as shown in FIGS. 4A and 4B, and therefore can control the flow of gasoline to the engine by opening and closing the first fuel line. When the mechanical fuel valve 54, FIG. 2, is in the first position 38(a), gasoline flows from the gasoline tank to the engine and the fuel lockout apparatus 58 blocks the fuel inlet 59. Accordingly, fuel lockout apparatus 58 prevents LPG flow to generator 20 when the mechanical fuel valve 54 is in first position 38(a) wherein the engine is operated on gasoline.

Mechanical fuel valve 54 includes a fuel valve handle 56 to control the opening and closing of the valve. Fuel valve handle 56 is movable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3. Mechanical fuel valve 54 opens the first fuel line (to enable liquid fuel flow to the engine) when fuel valve handle 56 is in the first position, and mechanical fuel valve 54 closes the first fuel line (to prevent liquid fuel flow to the engine) when fuel valve handle 56 is in the second position. Thus, when fuel valve handle 56 is in first position 38(a) as shown in FIG. 2, mechanical fuel valve 54 opens the first fuel line and allows gasoline from gasoline tank 32 to flow to the engine.

Fuel valve handle 56 is coupled to fuel lockout apparatus 58. Fuel valve handle 56 actuates with fuel lockout apparatus 58 to prevent LPG flow to generator 20 when gasoline flow to the generator is enabled. Fuel lockout apparatus 58 is controlled by fuel valve handle 56 so that moving fuel valve handle 56 to the first position causes fuel lockout apparatus 58 to block fuel inlet 59 for LPG, and moving fuel valve handle 56 to the second position causes fuel lockout apparatus 58 to unblock fuel inlet 59 for LPG.

In an exemplary embodiment of the invention, fuel valve handle 56 rotates between the first position and the second position and fuel lockout apparatus 58 is rigidly coupled to the rotating handle. Fuel lockout apparatus 58 may include a fuel inlet cover 61, which may be a flange, coupled to fuel valve handle 56 so that fuel inlet cover 61 rotates with the handle. Fuel inlet cover 61 extends radially outward from fuel valve handle 56 and sweeps over fuel inlet 59 for LPG as fuel valve handle 56 rotates. That is, fuel inlet cover 61 rotates transversely across fuel inlet 59 and blocks access thereto. Accordingly, fuel inlet cover 61 prevents LPG flow to generator 20 when fuel valve handle 56 is in first position 38(a) to allow gasoline to run the engine.

Referring to FIG. 3, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a second position 38(b), in accordance with an embodiment of the invention. In this position, mechanical fuel lockout switch 38 provides a disconnect to stop gasoline flow from gasoline tank 32 to the engine while allowing connection of LPG supply hose 36 to fuel inlet 59 of the second fuel line. FIG. 3 further shows LPG supply hose 36 coupling second fuel source 30 to generator 20 to deliver LPG to run the generator.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 coupled to fuel lockout apparatus 58 to prevent

US 10,697,398 B2

7

gasoline flow to generator 20 when LPG from the LPG supply hose 36 is supplied to the engine. In one embodiment of the invention, actuation of mechanical fuel valve 54 to second position 38(b) causes fuel lockout apparatus 58 to allow communication of second fuel source 30 to the dual fuel engine, and interrupts the first fuel source 28 communication with the dual fuel engine. The position of fuel lockout apparatus 58 prevents the fuel valve handle 56 from moving to first position 38(a) (FIG. 2) while LPG supply hose 36 is connected to generator 20.

A quick-disconnect hose coupling 50, also referred to as a quick-connect hose coupling, connects LPG supply hose 36 to generator 20 so that LPG supply hose 36 may be quickly attached and detached from generator 20. Hose coupling 50 has a first end 50a mounted on the external surface of generator 20 and coupled to supply the second fuel to the engine. Hose coupling 50 has a second end 50b coupled to the outlet of fuel supply hose 36. Each end 50a, 50b has a gaseous fuel valve that opens when the couplings are engaged and closes when the couplings are disengaged. As such, quick-disconnect hose coupling 50 automatically opens when connected to enable fuel flow from LPG supply hose 36 to the engine. Hose coupling 50 automatically disconnects fluid communication when disconnected. Accordingly, when the supply hose is detached from generator 20, the coupling 50 is automatically closed so that fuel does not escape and unwanted air does not enter the fuel system.

In one embodiment, fuel inlet cover 61 is coupled to fuel valve handle 56 so that it is spaced apart from the surface of generator 20 to provide clearance for first end 50a of the quick-disconnect hose coupling 50 that protrudes from the surface of generator 20. As shown in FIG. 2, fuel inlet cover 61 blocks off first end 50a of the quick-disconnect hose coupling when fuel valve handle 56 is rotated to first position 38(a) to enable gasoline flow so that fuel inlet cover 61 prevents connection of LPG supply hose 36 (FIG. 3) to generator 20. As shown in FIG. 3, fuel inlet cover 61 uncovers first end 50a of the quick-disconnect hose coupling 50 when fuel valve handle 56 is rotated to second position 38(b) to disable gasoline flow so that fuel inlet cover 61 permits connection of LPG supply hose 36 to generator 20.

To operate generator 20 on LPG, fuel valve handle 56 is turned to second position 38(b) to disable the flow of gasoline to the engine and to expose first end 50a of hose coupling 50 on generator 20. LPG supply hose 36 is then connected to generator 20 via hose coupling 50 to enable the flow of LPG to the engine. To operate generator 20 on gasoline, LPG supply hose 36 is disconnected from generator 20 via hose coupling 50 to disable the flow of LPG to the engine and to unblock fuel valve handle 56 from rotating to the first position. As shown in FIG. 2, fuel valve handle 56 is then turned to first position 38(a) to enable the flow of gasoline to generator 20.

Referring to FIG. 4A, a schematic diagram of a fuel system for a dual fuel engine 60 shows mechanical fuel lockout switch 38 in first position 38(a) to provide communication between the first fuel source 28 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between second fuel source 30 and dual fuel carburetor 62 when the switch is in first position 38(a). In one embodiment of the invention, first fuel source 28 includes a gasoline tank 32 to provide gasoline to carburetor 62 through a first fuel line 66, and second fuel source 30 can include a propane or LPG tank 68 to provide propane or LPG to carburetor 62

8

through a second fuel line 70. Accordingly, first fuel line 66 may be a liquid fuel line and second fuel line 70 may be a gaseous fuel line.

Mechanical fuel lockout switch 38 changes the fuel source for engine 60 between liquid fuel and gaseous fuel. Mechanical fuel lockout switch 38 includes a mechanical fuel valve 54 actuateable between first position 38(a) as shown in FIG. 4A and second position 38(b) as shown in FIG. 4B to selectively control fuel flow to the dual fuel engine 60 from first fuel source 28 through first fuel line 66 and second fuel source 30 through second fuel line 70. Referring back to FIG. 4A, mechanical fuel valve 54 selectively controls fuel flow through first fuel line 66 by opening the line when the mechanical fuel lockout switch 38 actuates to first position 38(a). Mechanical fuel valve 54 may be coupled to fuel lockout apparatus 58 that actuates with mechanical fuel valve 54 to block and unblock fuel inlet 59 of second fuel line 70. First end 50a of the quick-disconnect hose coupling is located at fuel inlet 59 and a mating end 50b of the quick-disconnect hose coupling is coupled to the propane or LPG tank 68. Actuation of mechanical fuel valve 54 to first position 38(a) causes fuel lockout apparatus 58 to block fuel inlet 59 to prevent coupling the first end 50a and second end 50b of the quick-disconnect hose coupling together, and actuation of mechanical fuel valve 54 to another position causes fuel lockout apparatus 58 to unblock fuel inlet 59 to permit attaching first end 50a and second end 50b together.

A liquid fuel cut-off 72 couples to carburetor 62 to regulate liquid fuel flow through the carburetor. Liquid fuel cut-off 72 can stop liquid fuel flow to engine 60 to prevent an overly rich air-fuel ratio when operating engine 60 on gaseous fuel. Liquid fuel cut-off 72 may attach to carburetor 62 to interrupt liquid fuel upon actuation of mechanical fuel lockout switch 38 from liquid fuel to gaseous fuel. As such, liquid fuel cut-off 72 can prevent engine flooding by stopping liquid fuel flow when starting on gaseous fuel. Liquid fuel cut-off 72 is manually operated in some embodiments of the invention and electrically operated in other embodiments of the invention.

In one embodiment of the invention, liquid fuel cut-off 72 comprises a fuel cut solenoid 74, also referred to as a carburetor cutoff solenoid, that operates within carburetor 62 as a solenoid valve to control liquid fuel flow to engine 60. Fuel cut solenoid 74 actuates between an open position to provide liquid fuel to engine 60 and a closed position to stop liquid fuel to the engine. Fuel cut solenoid 74 can operate as a normally open solenoid valve so that power is not required to open the solenoid during liquid fuel operation. As such, fuel cut solenoid 74 is powered and moved to a closed position to stop liquid fuel flow to engine 60 during gaseous fuel operation. Alternatively, fuel cut solenoid 74 may be operated as a normally closed valve that is powered to open for liquid fuel operation.

Fuel cut solenoid 74 is preferably powered by a magneto 76, alternator, engine flywheel with a charge winding, or other electrical power generator having a charge winding or coil 78. Charging coil 78 allows operation of fuel cut solenoid 74 in a batteryless engine. In a batteryless dual fuel generator, the charging coil 78 may be integral to an alternator driven by the batteryless engine. Engine 60 may be a pull-start engine having a recoil starter 80. During engine startup, recoil starter 80 cranks the engine with a manual pull by a user that causes magneto 76 to supply electrical power to fuel cut solenoid 74. While fuel cut solenoid 74 in a normally open mode does not require any initial electrical power for starting engine 60 on liquid fuel,

US 10,697,398 B2

9

10

charging coil **78** powers the solenoid to stop liquid fuel flow during startup on gaseous fuel. Alternatively, charging coil **78** can power a fuel cut solenoid **74** operating in a normally closed mode to open and provide liquid fuel to engine **60** during startup on liquid fuel.

Charging coil **78** has an output voltage generally proportional to engine speed and therefore charge coil **78** will produce a range of voltages over the range of engine operating speeds. For example, if charging coil **78** produces 12 VAC at 3600 rpm, it may only produce 1 VAC at 300 rpm which would be insufficient voltage during startup to power a solenoid that requires 12 volts. An alternator typically used to power 12 volt accessories, such as a battery, at engine speeds will need increased output voltage to provide sufficient voltage for operation of fuel cut solenoid **74** at low recoil start speeds. In addition, the output voltage of a charging coil may vary if the alternator or magneto **76** also powers accessories. Accordingly, the output voltage of a charging coil should be verified by running engine **60** through the full range of operating speeds before increasing the output voltage.

Additional turns can be added to a charging coil in the alternator or magneto **76** to increase the output voltage and provide sufficient voltage to activate fuel cut solenoid **74** at manual start speeds. Typical alternators or magnetos may have limited room within stator laminations for additional turns, but low current requirements of fuel cut solenoid **74** allows substitution of smaller gage wire. Alternatively, solenoid windings on fuel cut solenoid **74** can be modified to operate at lower voltages for recoil starting. However, adding coil turns to a charge winding provides an inexpensive modification and allows use of standard 12 volt solenoids.

To protect electrical systems, a voltage regulator **82** couples to charging coil **78** to provide a fixed output voltage for a varying input voltage. If charge winding **78** is wound to supply 12 VAC at 300 rpm, it could supply 144 VAC at 3600 rpm. Applying 144 volts could quickly destroy a solenoid designed to operate at 12 volts. Accordingly, voltage regulator **82** may comprise a switching power supply circuit **84** that regulates a rectified DC power output from magneto **76** and provides a fixed voltage to fuel cut solenoid **74**. Switching circuits are very efficient, dissipate very little power, and can be made small and inexpensive. Switching power supply circuit **84** allows for low rpm, recoil starter electrical power generation with charge coil **78** voltage control over engine speed range.

In the embodiment shown in FIGS. **4A** and **4B**, fuel cut solenoid **74** is operated by an electro-mechanical switch **86**. Electro-mechanical switch **86** connects one fuel source to carburetor **62** and is connected to magneto **76** for a power source. Electro-mechanical switch **86** may comprise an electrical switch **88** that provides electrical connection between fuel cut solenoid **74** and magneto **76**. Electro-mechanical switch **86** may also comprise mechanical fuel lockout switch **38**, and electrical switch **88** can be mechanically actuated and controlled by mechanical fuel lockout switch **38**. Fuel cut solenoid **74** connects to open and close a fuel path to pull-start engine **60** in response to reception of electrical power from electro-mechanical switch **86**.

Fuel cut solenoid **74** can operate as a normally open valve that closes when powered by alternator or magneto **76**. The normally open valve is activated to close and prevent gasoline flow to engine **60** for LPG mode, and deactivated to open and allow gasoline flow to engine **60** for gasoline mode. As such, actuation of mechanical fuel lockout switch **38** to first position **38**(a) opens electrical switch **88** to

interrupt power and open fuel cut solenoid **74** as represented in FIG. **4A**, and actuation of mechanical fuel lockout switch **38** to second position **38**(b) closes electrical switch **88** to power and close fuel cut solenoid **74** as represented in FIG. **4B**. Alternatively, fuel cut solenoid **74** can operate as a normally closed valve where actuation of mechanical fuel lockout switch **38** to first position **38**(a) closes electrical switch **88** to power and open fuel cut solenoid **74**, and actuation of mechanical fuel lockout switch **38** to second position **38**(b) opens electrical switch **88** to interrupt power and close fuel cut solenoid **74**.

In an alternative embodiment of the invention, a microcontroller **89** operates fuel cut solenoid **74** so that fuel cut solenoid **74** opens to operate engine **60** on gasoline and is closed when the engine operates on LPG. While engine **60** is running, charging coil **78** provides power available to microcontroller **89** for operation of fuel cut solenoid **74**. Fuel cut solenoid **74** may operate in a normally open mode to allow gasoline flow to engine **60** without power from microcontroller **89**, and microcontroller **89** may operate fuel cut solenoid **74** to operate as an after-fire solenoid when shutting down engine **60** from gasoline operation. That is, microcontroller **89** powers fuel cut solenoid **74** to a closed position preventing fuel being drawn into engine **60** and muffler during engine shutdown from operation on gasoline. When engine **60** runs on LPG, microcontroller **89** switches on power to close fuel cut solenoid **74** to prevent engine **60** from drawing in gasoline from the float bowl of carburetor **62** and first fuel line **66**. Microcontroller **89** may also operate fuel cut solenoid **74** configured to be normally closed. Implementation of microcontroller **89** is further described with respect to FIG. **14**.

Referring to FIG. **4B**, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch **38** in second position **38**(b) to provide communication between second fuel source **30** and dual fuel carburetor **62**, according to an embodiment of the invention. Mechanical fuel lockout switch **38** prevents communication between first fuel source **28** and dual fuel carburetor **62** when the switch is in second position **38**(b). The dual fuel engine has a first fuel line **66** to provide fuel from first fuel source **28** to carburetor **62** and a second fuel line **70** to provide fuel from second fuel source **30** to carburetor **62**.

Mechanical fuel lockout switch **38** includes mechanical fuel valve **54** that selectively controls fuel flow through first fuel line **66** by closing the line when mechanical fuel lockout switch **38** actuates to second position **38**(b). Mechanical fuel lockout switch **38** may also include a mechanical lockout apparatus **58** to block and unblock fuel inlet **59** of the second fuel line **70**. Fuel inlet **59** may include first end **50**a of the quick-connect hose coupling mounted on the generator and coupled to second fuel line **70**. Second end **50**b of the quick-connect hose coupling is coupled to the outlet of second fuel source **30**, and the first end **50**a mates with second end **50**b to quickly attach propane or LPG tank **68** to second fuel line **70**. Fuel lockout apparatus **58** may also hold mechanical fuel lockout switch **38** in second position **38**(b) when the propane or LPG tank **68** is coupled to the engine via the ends **50**a, **50**b of the quick-connect hose coupling.

Liquid fuel cut-off **72** couples to carburetor **62** to regulate liquid fuel flow through the carburetor as described with respect to FIG. **4A**. Liquid fuel cut-off **72** may comprise a fuel cut solenoid **74** powered by magneto **76**. Engine **60** has recoil starter **80** that cranks the engine and drives magneto **76** to power fuel cut solenoid **74** when starting the engine. Voltage regulator **82** reduces the voltage delivered to fuel cut solenoid **74** at higher engine operating speeds. Fuel cut

US 10,697,398 B2

11                                                              12

solenoid **74** is activated by electro-mechanical switch **86** providing electrical connection to magneto **76** via electrical switch **88**. Electrical switch **88** can be manually actuated and controlled by mechanical fuel lockout switch **38**. FIG. 4B shows electrical switch **88** closed to power a normally open configured fuel cut solenoid **74** to a closed position for LPG mode when mechanical fuel lockout switch **38** is in second position **38**(*b*).

FIG. **4A** and FIG. **4B** depict an embodiment where mechanical fuel valve **54** operates along first fuel line **66** to provide a flow path for first fuel source **28** to carburetor **62** when the valve is in first position **38**(*a*). That is, mechanical fuel valve **54** may control a single fuel line that runs through the valve while operating fuel lockout apparatus **58** to control fuel flow through second fuel line **70**. Embodiments of the invention also contemplate mechanical fuel valve **54** configured to operate along second fuel line **70** to provide a flow path for second fuel source **30** to carburetor **62** when the valve is in second position **38**(*b*). Mechanical fuel valve **54** may be configured to control multiple fuel lines that run through the valve according to embodiments of the invention. In another embodiment of the invention, a manual fuel petcock is coupled along second fuel line **70** to provide an independent shut-off from second fuel source **30** to the engine.

Referring to FIG. **5**, a dual fuel carburetor having a manual fuel shutoff system is shown, in accordance with a mechanical embodiment of the invention. Carburetor **62** attaches to an intake **90** of the engine to mix air and fuel and connect to a liquid fuel source and a gaseous fuel source. Carburetor **62** has a mixing passage or throat **92** having an inlet **94** for air and an outlet **96** for an air-fuel mixture. A venturi **98** is located in throat **92** with a choke valve **100** located upstream from the venturi and a throttle valve **102** located downstream from the venturi. Carburetor **62** has a float bowl **104** that provides fuel through a fuel passage into a narrow portion of venturi **98**. Float bowl **104** has a liquid fuel inlet **106** to receive liquid fuel from first fuel source **28**. Throat **92** has a gaseous fuel inlet **108** to receive gaseous fuel from second fuel source **30**. Dual fuel carburetor **62** mixes air with fuel from first fuel source **28** and second fuel source **30** and provides the respective air-fuel mixtures for operation of the dual fuel generator.

Liquid fuel cut-off **72** couples to carburetor **62** to control liquid fuel flow downstream of float bowl **104** in the carburetor. Liquid fuel cut-off **72** can close off float bowl **104** to stop liquid fuel flow to the engine and prevent an overly rich air-fuel ratio during gaseous fuel operation. As such, liquid fuel cut-off **72** prevents engine flooding when starting on gaseous fuel. Liquid fuel cut-off **72** also traps fuel in float bowl **104** to eliminate delay in filling the bowl when starting the engine on liquid fuel, and can stop liquid fuel flow to the engine immediately after ignition shutdown. As such, liquid fuel cut-off **72** reduces emissions and prevents afterfire by stopping the engine from continuing to draw in fuel from float bowl **104** during shutdown.

In the embodiment of FIG. **5**, liquid fuel cut-off **72** comprises a manually operated fuel shutoff **110** coupled to carburetor **62** to control liquid fuel flow downstream of float bowl **104**. Manual fuel shutoff **110** can be cable actuated for use on engines without battery power, for instance engines with recoil starters. Manual fuel shutoff **110** actuates between a first position to allow gasoline flow to the engine, as shown in FIG. **7A**, and a second position to prevent gasoline flow to the engine, as shown in FIG. **8**. Referring back to FIG. **5**, manual fuel shutoff **110** may comprise a shaft **112** extending into carburetor **62** that actuates between the

first position and second position. A manually operated control system **114** couples to shaft **112** external to carburetor **62** to control manual fuel shutoff **110**.

A bracket **116** couples to the outer surface of carburetor **62** to support manual control system **114**. Bracket **116** mounts to a boss **118** extending outwards from float bowl **104**. Boss **118** has a flat vertical surface with a pair of tapped holes for mounting bracket **116** to float bowl **104**. Screws **120, 122** extend through respective holes in bracket **116** and into the tapped holes to mount the bracket to carburetor **62**. Manual fuel shutoff **110** extends out of carburetor **62** and through an opening **124** in bracket **116**. Bracket **116** has a first stopping tab **126** and a second stopping tab **128** extending away from float bowl **104** to hold manual fuel shutoff **110** in a respective open or closed position. A fuel drain screw **130** extends into an opening in carburetor **62** adjacent bracket **116**.

Bracket **116** has a lower arm **132** extending downward and to the air inlet side of carburetor **62**. Lower arm **132** has a bottom portion **134** bent outward from carburetor **62** to couple to a control system spring **136**. Bottom portion **134** has a hole **138** for control system spring **136** adjacent a positioning groove **140** for the spring. Control system spring **136** is held in position by groove **140** as it hooks through hole **138**. Bracket **116** also has an upper arm **142** extending first outward from carburetor **62** and then vertically and to the outlet side of the carburetor. Upper arm **142** has a cable clamp **144** for holding a Bowden cable **146**. Cable clamp **144** has a flat midsection and two curved ends contacting bracket **116** to hold the midsection slightly apart from the bracket. Cable clamp **144** is coupled to bracket **116** by a bolt **148** extending through a hole in the midsection and through upper arm **142** of the bracket.

A lever **150** couples to shaft **112** to actuate manual fuel shutoff **110**. A cap **152** holds lever **150** on shaft **112**. Alternatively, lever **150** may be coupled to the shaft **112** by welding or staking. Lever **150** has a first lever arm **154** to contact and hold lever **150** against first and second stopping tabs **126, 128** of the bracket. Lever **150** has a second lever arm **156** to actuate shaft **112**. First lever arm **154** is in plane with an opening in the lever for shaft **112** and second lever arm **156** extends first outward from carburetor **62** and then parallel to first lever arm **154**. Second lever arm **156** extends outward from carburetor **62** to provide clearance between bracket **116** and the second lever arm for control system spring **136** and screw **122**. Second lever arm **156** has two holes **158, 160** for coupling control system spring **136** and Bowden cable **146** to lever **150**.

Manual fuel shutoff **110** operates as a valve within carburetor **62** to selectively interrupt liquid fuel flow to the engine. Control system spring **136** preferably pulls on lever **150** to hold manual fuel shutoff **110** in an open valve position, and Bowden cable **146** pulls lever **150** against control system spring **136** to rotate manual fuel shutoff **110** to a closed valve position. As such, control system spring **136** holds manual fuel shutoff **110** open for gasoline mode until Bowden cable **146** is pulled to close the valve for LPG mode. Alternatively, control system spring **136** can hold manual fuel shutoff **110** in a closed valve position until Bowden cable **146** is pulled to open the valve. Therefore, actuation of the Bowden cable **146** acts as a switch to assist in changeover between the dual fuels. Manual fuel shutoff **110** may rotate 90 degrees between the open and closed positions with stopping tabs **126, 128** positioned about bracket **116** accordingly. Lever **150** can be positioned on shaft **112** so that second lever arm **156** is pulled upward by a generally vertical Bowden cable **146**. Second lever arm **156** may actuate between a position 45 degrees below

US 10,697,398 B2

13

horizontal for an open valve and a position 45 degrees above horizontal for a closed valve. When holding the valve open, control system spring 136 may be oriented at a right angle to second lever arm 156 for increased leverage.

Referring to FIG. 6, a cross-sectional view of the carburetor taken generally about line 6-6 of FIG. 5 is shown, in accordance with an embodiment of the invention. Carburetor 62 includes a throat 92 to mix gaseous fuel with air and liquid fuel with air. Throat 92 includes a gaseous fuel inlet port 162 in communication with gaseous fuel inlet 108 coupled to a second fuel line 70. Carburetor 62 also includes float bowl 104 and a fuel passage 164 to provide a liquid fuel path from float bowl 104 through a main nozzle 166 into venturi 98. Float bowl 104 has a liquid fuel inlet port 168 and a float valve 170 to regulate liquid fuel flow through liquid fuel inlet port 168. Liquid fuel inlet port 168 is in communication with the liquid fuel inlet 106 coupled to first fuel line 66.

Manual fuel shutoff 110 couples to carburetor 62 to regulate liquid fuel flow downstream of float bowl 104. Manual fuel shutoff 110 attaches to carburetor 62 to close fuel passage 164 upon selection of engine operation to gaseous fuel. Manual fuel shutoff 110 may have a first end 172 positioned in carburetor 62 adjacent an inlet port 174 to fuel passage 164, and the first end 172 actuates to close fuel passage 164. That is, first end 172 actuates between a first position to permit fuel flow into fuel passage 164, as shown in FIG. 7A, and a second position to prevent fuel flow into fuel passage 164, as shown in FIG. 8.

Referring back to FIG. 6, manual fuel shutoff 110 has a second end 176 positioned external to carburetor 62 that is manually actuated to operate manual fuel shutoff 110. Manual fuel shutoff 110 may have a rotating shaft 112 that extends through an opening 178 in carburetor 62. A blocking member or valve tip 180 couples to shaft 112 in carburetor 62 to create a valve-shaft assembly 179. Valve tip 180 rotates parallel to inlet 174 of fuel passage 164 between a blocking position and non-blocking position to selectively block fuel flow into fuel passage 164. Lever 150 couples to shaft 112 external to carburetor 62 and actuates to rotate shaft 112 and valve tip 180.

Shaft 112 may be horizontal or substantially horizontal to allow valve tip 180 to be positioned directly in float bowl 104 adjacent inlet port 174 of fuel passage 164. That is, manual fuel shutoff 110 may be coupled to carburetor 62 such that second end 176 is horizontal from first end 172. Inlet 174 of fuel passage 164 can face horizontal or substantially horizontal to accommodate valve tip 180 in float bowl 104. As such, fuel passage 164 may have a horizontal component that receives fuel from float bowl 104 leading to a vertical component to provide fuel to venturi 98. The interior surface of the float bowl 104 may also have a recess or cavity 182 to provide room for valve member 180 in the bowl.

Opening 178 in carburetor 62 has a plug 184 to hold shaft 112 and prevent fuel flow out of the carburetor. Shaft 112 extends through a hole 186 in plug 184 and hole 186 is positioned to align valve tip 180 with fuel passage 164. Plug 184 has a larger outer diameter 188 toward the external side of carburetor 62 and a smaller outer diameter 190 toward the internal side. Larger outer diameter 188 and smaller outer diameter 190 mate with corresponding diameters of opening 178. Plug 184 has a counterbore 192 to hole 186 on the external side of the plug. A compression spring 194 is positioned around shaft 112 in float bowl 104 to push valve

14

tip 180 against plug 184. Compression spring 194 holds valve tip 180 against inlet 174 of fuel passage 164 in order to seal the fuel passage.

A primary o-ring 196 and a secondary o-ring 198 are positioned around shaft 112 to provide a respective first and second fuel seal between the shaft and plug 184 and to seal first end 172 of manual fuel shutoff 110 in carburetor 62. Primary o-ring 196 may be positioned in an o-ring groove 200 in shaft 112 and secondary o-ring 198 may be positioned in counterbore 192 of plug 184. A bracket 116 or other support member mounts over counterbore 192 and around shaft 112 to hold secondary o-ring 198 in counterbore 192. Bracket 116 has an opening 124 large enough for shaft 112 but small enough to hold secondary o-ring 198 in counterbore 192. Manual fuel shutoff 110 actuates in a rotative motion free from linear motion in part to ensure fuel will not leak through primary o-ring 196 or secondary o-ring 198. Compared to a sliding valve, a rotating valve, such as manual fuel shutoff 110, reduces the likelihood that fuel will leak from carburetor 62.

Liquid fuel cut-off 72 may regulate fuel flow through multiple fuel passages in carburetor 62 that provide fuel from float bowl 104 to the engine. For instance, carburetor 62 may have a main fuel circuit 202 and an idle fuel circuit 204. Main fuel circuit 202 provides fuel through main nozzle 166 into a narrow portion of venturi 98. Idle fuel circuit 204 provides fuel to throat 92 downstream from the throttle valve. Liquid fuel cut-off 72 may regulate fuel flow through some or all of the fuel circuits that provide fuel from float bowl 104 to the engine. FIG. 6 shows an embodiment where idle fuel circuit 204 branches off from main fuel circuit 202 and liquid fuel cut-off 72 actuates to block fuel flow into both main fuel circuit 202 and idle fuel circuit 204. In other embodiments, liquid fuel cut-off 72 closes main fuel circuit 202 while small amounts of liquid fuel pass through idle fuel circuit 204. Fuel passing through idle fuel circuit 204 may not negatively affect engine performance during LPG operation but will eventually drain the gasoline tank.

Referring to FIG. 7A, a partial sectional view of a float bowl shows a manual fuel shutoff system in an open position for gasoline mode, in accordance with an embodiment of the invention. The partial sectional view is taken through a portion of float bowl 104 along fuel passage 164 while showing another portion of float bowl 104 in front of fuel passage 164 and coupled to manual fuel shutoff 110. Inlet 174 to fuel passage 164 is in a boss 206 extending outward from a central region of float bowl 104. Boss 206 has an oval top with sides that extend to the floor of float bowl 104. Inlet 174 to fuel passage 164 extends through boss 206 and has a substantially flat perimeter edge 208 around inlet port 174 on the surface of the boss. Manual fuel shutoff 110 presses against substantially flat perimeter edge 208 surrounding fuel passage 164 to block fuel flow into fuel passage 164.

Manual fuel shutoff 110 may have a rotating shaft 112 extending through an aperture 178 in float bowl 104. Shaft 112 has a first end 210 coupled to valve tip 180 and located in float bowl 104 that is held against inlet port 174 to fuel passage 164. Shaft 112 rotates valve tip 180 against inlet port 174 between a first position 180(a) allowing fuel flow through the inlet port 174, as shown in FIG. 7A, and a second position 180(b) blocking fuel flow through the inlet port 174, as shown in FIG. 8. That is, valve tip 180 uncovers the inlet 174 of fuel passage 164 to permit fuel flow into the inlet 174 when rotated to first position 180(a), FIG. 7A, and covers inlet 174 of fuel passage 164 to prevent fuel flow into inlet 174 when rotated to second position 180(b), FIG. 8.

US 10,697,398 B2

15

Referring back to FIG. 7A, the manual fuel shutoff system further includes bracket 116 to support shaft 112 in float bowl 104 and provide mounting locations for manually operated control system 114. Bracket 116 also has a pair of stopping tabs 126, 128 to hold the manual fuel shutoff 110 in an open or closed position. Shaft 112 extends through bracket 116 and lever 150 couples to a second end 212 of shaft 112 located outside of float bowl 104. Control system spring 136 couples lever 150 to bracket 116 to hold lever 150 against stopping tab 126 and hold manual fuel shutoff 110 in the open position for gasoline mode. Bowden cable 146 couples to lever 150 to pull against control system spring 136 and rotate manual fuel shutoff 110 to the closed position for LPG mode. As such, second end 176 of manual fuel shutoff 110 is positioned external to float bowl 104 and coupled to manually operated control system 114 to operate manual fuel shutoff 110.

Referring to FIG. 7B, a detailed partial sectional view of the float bowl of FIG. 7A taken along line 7B-7B shows a manual fuel shutoff in an open position for gasoline mode, in accordance with an embodiment of the invention. Float bowl 104 includes boss 206 through which fuel passage 164 extends and having a substantially flat perimeter edge 208 surrounding inlet 174 to fuel passage 164. Substantially flat perimeter edge 208 preferably has a flat finished surface for improved sealing against valve tip 180. Valve tip 180 maintains planar contact with substantially flat perimeter edge 208 while rotating between an open position permitting fuel flow into inlet 174 and a closed position blocking fuel flow into inlet 174. As such, valve tip 180 rotates parallel to inlet 174 of fuel passage 164 between the open or first position 180(a) and closed or second position 180(b), FIG. 8.

Referring again to FIG. 7B, valve tip 180 may comprise an oval or stadium 214 having a flat surface 216 that contacts perimeter edge 208 around inlet 174 of fuel passage 164. Valve tip 180 may have a recessed portion or cutout 218 in the flat surface 216 to provide a flow passage through the valve tip. Fuel flows through the cutout 218 into the inlet 174 of fuel passage 164 when cutout 218 is aligned with inlet 174. That is, cutout 218 in valve tip 180 aligns with inlet port 174 when valve tip 180 is rotated to the open position such that fuel can pass from float bowl 104 through cutout 218 into fuel passage 164. Cutout 218 in valve tip 180 is strategically positioned in a narrow portion of stadium 214 so a long portion of stadium 214 can be rotated to cover and block inlet 174. Valve tip 180 may comprise one of many shapes including a stadium, an oval, a disk, a rectangle, an irregular shape, among others.

Referring to FIG. 8, a partial sectional view of a float bowl shows a manual fuel shutoff system in a closed position for LPG mode, in accordance with an embodiment of the invention. Valve tip 180 pushes against inlet 174 to fuel passage 164 to seal the inlet when in second position 180(b). Valve tip 180 may have a stadium shape 214 with a cutout 218 in the narrow portion of the stadium to provide a flow passage. Valve tip 180 blocks fuel flow into fuel passage 164 when the cutout 218 in valve tip 180 is rotated away from inlet 174 of fuel passage 164. Cutout 218 may face downward when in the closed position and horizontal when in the open position. Lever 150 couples to shaft 112 outside of float bowl 104 and is actuated by Bowden cable 146 to operate manual fuel shutoff 110.

Bowden cable 146 may be coupled to mechanical fuel lockout switch 38, FIG. 1, to automatically open and close manual fuel shutoff 110 upon selection of a corresponding fuel source. Mechanical fuel lockout switch 38 may have a

16

lever arm inside of the generator housing for actuating Bowden cable 146, FIG. 8. Alternatively, Bowden cable 146 may have a push-pull knob located on an external surface of the generator housing to independently actuate manual fuel shutoff 110. In either case, manual fuel shutoff 110 can attach to the carburetor to close fuel passage 164 downstream from float bowl 104 upon actuation of the mechanical fuel lockout switch 38, FIG. 1, from liquid fuel to gaseous fuel.

Referring to FIG. 9, a perspective view of a shaft for the manual fuel shutoff system of FIGS. 5-8 is shown, in accordance with an embodiment of the invention. Shaft 112 has two "D" shaped ends each located at a respective first end 210 and second end 212 of the shaft. Shaft 112 also has a first diameter 220 and a larger second diameter 222 each extending radially from shaft 112 outward beyond the two "D" shaped ends. First diameter 220 and second diameter 222 are separated by o-ring groove 200 with first diameter 220 toward first end 210 of shaft 112 and second diameter 222 toward second end 212 of shaft 112. First diameter 220 also has a groove 224 for a retaining ring. Lever 150, FIG. 8, has a "D" shaped opening to fit on the second end 212 of shaft 112 and held against the second diameter 222.

Referring to FIG. 10, a side view of a valve member for the manual fuel shutoff system of FIG. 5-8 is shown, in accordance with an embodiment of the invention. Valve tip 180 has a flat surface 216 to seal and rotate against a mating surface in the carburetor. Valve tip 180 is preferably made from polyoxymethylene (POM) or other thermoplastic material to provide a surface suitable for sealing. Valve tip 180 may be shaped as a stadium 214 with a short direction 226 and a long direction 228 extending from a center of rotation 230. The long direction 228 rotates over inlet 174, FIG. 8, to selectively block fuel passage 164. As such, valve tip 180 may rotate less than 360 degrees between the open and closed positions, and valve tip 180 rotates substantially 90 degrees between the positions in an exemplary embodiment of the invention.

Referring back to FIG. 10, cutout 218 may be located along a straight side of stadium 214 to create a flow passage through valve tip 180. Cutout 218 may have a depth less than the thickness of stadium 214 or may extend through the thickness of the stadium. Cutout 218 may be a half circle with tangent side components extending perpendicular to a straight edge of stadium 214, through a side of valve tip 180. Cutout 218 may extend into valve tip 180 short of the center of stadium 214 and positioned slightly offset along the length of the stadium from the stadium center.

Valve tip 180 may have a "D" shaped opening 232 to press onto shaft 112 of FIG. 9, defining center of rotation 230, FIG. 10. Center of rotation 230 may be equal distance from straight edges of stadium 214 and positioned between cutout 218 and a rounded end of the stadium that is the closest rounded end to the cutout. Cutout 218 is askew from center of rotation 230 along the length of stadium 214 in part to cover more distance when rotated away from inlet port 174, FIG. 8. In addition, valve tip 180 is positioned off center on shaft 112 to increase the length of long direction 228 from center of rotation 230 that is rotated to cover inlet port 174.

Referring to FIG. 11, a perspective view of the carburetor of FIG. 5 with the manual fuel shutoff system exploded from a float bowl of the carburetor is shown, in accordance with an embodiment of the invention. Carburetor 62 has a throat 92, a float bowl 104, and a fuel passage 164 from float bowl 104 to an outlet port 234 in throat 92. Manual fuel shutoff 110 includes shaft 112 having first end 210 to be positioned

US 10,697,398 B2

17

in float bowl **104** and a second end **212** to be positioned external to float bowl **104**. A primary o-ring **196** installs on shaft **112** and positioned in an o-ring groove **200** in shaft **112**. A retaining ring **236** installs on shaft **112** in a groove **224** toward first end **210** from o-ring groove **200**. Compression spring **194** installs on shaft **112** followed by valve tip **180** pressed onto first end **210** of shaft **112** creating a valve-shaft assembly **179**. Orientation of valve tip **180** is controlled by a "D" shaped hole **232** in valve tip **180** mating with a "D" shaped end of shaft **112**.

Plug **184** installs on shaft **112** pushing compression spring **194** against valve tip **180**. Primary o-ring **196** seals between shaft **112** and plug **184**. Valve-shaft assembly **179** inserts through opening **178** in float bowl **104** and plug **184** presses into the opening. Plug **184** anchors in opening **178** so that compression spring **194** holds valve tip **180** against fuel passage **164**. Secondary o-ring **198** installs around shaft **112** to seal between the shaft and plug **184**. Secondary o-ring **198** may be positioned in a counterbore **192** in plug **184**. Bracket **116** couples to float bowl **104** and holds secondary o-ring **198** positioned in counterbore **192**. Bracket **116** may be 2.0 mm thick and stamped from Q235 grade steel. A pair of screws **120, 122** each having a spring lock washer **238, 240** extend through a respective hole **242, 244** in bracket **116** to mount bracket **116** to carburetor **62**. Screws **120, 122** may be M5 screws. A spacer **246** installs on shaft **112** and against bracket **116**.

Lever **150** couples to shaft **112** and held apart from bracket **116** by spacer **246**. Shaft **112** has a "D" shape at second end **212** that is inserted into a corresponding "D" shaped opening **248** in lever **150**. The orientation of lever **150** is controlled by "D" shape hole **248** in lever **150** mating with a "D" shape end of shaft **112**. Lever **150** may be 1.5 mm thick and stamped from Q235 grade steel. Cap **152** presses onto shaft **112** to hold lever **150** on shaft **112**. Control system spring **136** attaches to lever **150** and bracket **116** to hold manual fuel shutoff **110** open. Cable clamp **144** couples to bracket **116** by bolt **148**. Cable clamp **144** has a tab **250** at one or both ends that fits into a corresponding slot or recess **252** in bracket **116**. Cable clamp **144** also has a midsection with a notch **254** to pinch and hold Bowden cable **146** to bracket **116**. Bowden cable **146** is held by cable clamp **144** and attaches to lever **150** to actuate manual fuel shutoff **110** to the closed position. Fuel drain screw **130** and drain screw spring **256** insert into carburetor **62**. In one embodiment, drain screw spring **256** is the same type of spring used for compression spring **194**.

Referring to FIG. **12**, and with continued reference back to FIG. **11**, a method of fabricating a manual fuel shutoff system for a carburetor is shown, in accordance with an embodiment of the invention. Process **300** begins by providing carburetor **62** at STEP **302**. Process **300** continues with making a valve-shaft assembly **179** at STEP **304**, with valve tip **180** pressed onto shaft **112**. Also in STEP **304**, a compression spring **194** is stalled on shaft **112** and primary o-ring **196** is installed around shaft **112**. Process **300** continues by installing plug **184** on valve-shaft assembly **179** at STEP **306**. Next, valve-shaft assembly **179** is inserted through opening **178** in float bowl **104** and plug **184** is pressed into the opening at STEP **308**. Process **300** continues at STEP **310** by installing secondary o-ring **198** in a groove on plug **184**. Next, bracket **116** is coupled to float bowl **104** of carburetor **62** in STEP **312**. Process **300** continues at STEP **314** by installing lever **150** on shaft **112**. Next, cap **152** is pressed onto shaft **112** to hold lever **150** to shaft **112** in STEP **316**. In STEP **318**, control system spring **136** is

18

installed on lever **150** and bracket **116**. Also, in STEP **318**, Bowden cable **146** is attached to lever **150** to actuate shaft **112**.

Referring to FIG. **13**, a magnetic fuel shutoff system for a carburetor is shown, in accordance with an embodiment of the invention. Magnetic fuel shutoff system **320** couples to the carburetor to provide a magnetically actuated liquid fuel cut-off for the internal combustion engine. Magnetic fuel shutoff system **320** controls liquid fuel flow through a fuel passage leading from the float bowl to the throat in the carburetor. Magnetic fuel shutoff system **320** can be manually actuated between an open position to allow gasoline flow to the engine for gasoline operation and a closed position to prevent gasoline flow to the engine for LPG operation.

Magnetic fuel shutoff system **320** includes a housing at least partially enclosing the liquid fuel cut-off. That is, magnetic fuel shutoff system **320** has a first section **322** housing magnetic fuel shutoff **324** and a second section **326** housing a manually actuated magnet **328** to operate the magnetic fuel shutoff. First section **322** has a forward wall **330** and a back wall **332** with the forward wall facing internal to the carburetor. Forward wall **330** has a flange **334** around an outer perimeter for coupling to the carburetor. Forward wall **330** also has an opening **336** through which a plunger **342** of the magnetic fuel shutoff **324** extends into the carburetor. A lip **338** extends forward from forward wall **330** around opening **336** and an o-ring **340** is installed around lip **338**. Flange **334** may be mounted to a plug in an opening of the carburetor with magnetic fuel shutoff **324** entering the carburetor through a hole in the plug.

First section **322** provides a sealing member enclosing plunger **342** of magnetic fuel shutoff **324** to the carburetor and holding fuel in the carburetor. The plunger **342** extends through opening **336** in forward wall **330** with a pointed end that is selectively inserted into a fuel supply path in the carburetor to block fuel flow downstream from the float bowl. Magnetic fuel shutoff **324** has a back plate **344** coupled to plunger **342** in first section **322**. Plunger **342** extends perpendicular from a forward face of back plate **344**. A spring **346** pushes a back face of back plate **344** against back wall **332** to push plunger **342** through opening **336** in forward wall **330** to block the fuel supply path in the carburetor. Accordingly, the first section **322** holds the spring **346** against the plunger **342**. Magnetic fuel shutoff **324** is guided through its actuation by back plate **344** sliding through first section **322** and plunger **342** through opening **336** in forward wall **330**.

Second section **326** couples to first section **322** and is located behind back wall **332**. Second section **326** encloses an actuating magnet **328** to selectively pull magnetic fuel shutoff **324** against spring **346**. Second section **326** preferably guides actuating magnet **328** along a path perpendicular to that of magnetic fuel shutoff **324**. As such, the magnetic force to pull magnetic fuel shutoff **324** to an open valve position is the strongest when actuating magnet **328** is aligned with the path of magnetic fuel shutoff **324**. Actuating magnet **328** pulls magnetic fuel shutoff **324** against spring **346** when actuating magnet **328** approaches magnetic fuel shutoff **324** and releases magnetic fuel shutoff **324** while traveling away from magnetic fuel shutoff **324**. Actuating magnet **328** may comprise a rare-earth or other permanent magnet.

In an exemplary embodiment of the invention, magnetic fuel shutoff **324** actuates horizontally between an open position to permit fuel flow into a fuel passage in the carburetor and a closed positioned to prevent fuel flow into

US 10,697,398 B2

19

the fuel passage. Actuating magnet **328** preferably follows a vertical path and a spring **348** couples to a top of second section **326** pushing downward on actuating magnet **328**. Bowden cable **146** couples to the top of second section **326** and to actuating magnet **328** to pull the magnet vertically against spring **348** and operate magnetic fuel shutoff system **320**.

Referring now to FIG. **14**, a wiring diagram of a microcontroller **89** receiving input signals and operating engine components is shown, according to an embodiment of the invention. Microcontroller **89** closes fuel cut solenoid **74** when the engine operates on LPG and opens the fuel cut solenoid to operate the engine on gasoline. For LPG mode, microcontroller **89** switches on power to fuel cut solenoid **74** to close the solenoid preventing the engine from drawing in gasoline from the float bowl of the carburetor. During shutdown from gasoline operation, microcontroller **89** can also power fuel cut solenoid **74** to a closed position preventing additional gasoline being drawn into the engine. While microcontroller **89** can operate fuel cut solenoid **74** operating in a normally open configuration, microcontroller **89** can also operate a fuel cut solenoid operating in a normally closed configuration.

Microcontroller **89** may include a module **350** to connect fuel cut solenoid **74**, charging coil **78**, switches and a ground terminal. Module **350** has a first connection **352**(*a*) to couple fuel cut solenoid **74** and a second connection **352**(*b*) to couple charging coil **78** to power the fuel cut solenoid. Fuel cut solenoid **74** may be coupled to a fuel switch **354** and a combination switch **356** that are also connected to module **350** via a third connection **352**(*c*). Fuel switch **354** changes operation of the engine between LPG and gasoline, and combination switch **356** can operate to kill the engine. A ground terminal **358** connects to module **350** via a fourth connection **352**(*d*) in order to ground fuel cut solenoid **74** via fuel switch **354** or combination switch **356**.

In LPG mode, fuel switch **354** connects a first contact **360**(*a*) to a second contact **360**(*b*), instead of third contact **360**(*c*), to complete an electrical circuit for fuel cut solenoid **74** by connecting the fuel cut solenoid to ground terminal **358**. A fuel cut solenoid **74** operating in a normally open configuration is therefore powered and closed to prevent gasoline flow from the fuel bowl of the carburetor to the engine. Fuel switch **354** also connects a fourth contact **360**(*d*) to fifth contact **360**(*e*), instead of sixth contact **360**(*f*), to prevent combination switch **356** from grounding magneto **76** thereby maintaining power to spark plug **362**.

In gasoline mode, fuel switch **354** connects first contact **360**(*a*) to third contact **360**(*c*) to interrupt an electrical circuit for fuel cut solenoid **74** by disconnecting the fuel cut solenoid from ground terminal **358**. A fuel cut solenoid **74** operating in a normally open configuration is therefore unpowered and opened to allow gasoline flow from the fuel bowl of the carburetor to the engine. Fuel switch **354** also connects fourth contact **360**(*d*) to sixth contact **360**(*f*) to allow combination switch **356** to ground magneto **76** upon shutdown thereby interrupting power to spark plug **362**.

Combination switch **356** can actuate fuel cut solenoid **74** upon engine shutdown from gasoline operation to prevent after-fire. That is, combination switch **356** connects a first point **364**(*a*) to a second point **364**(*b*) to kill the engine by connecting magneto **76** to ground terminal **358**. At the same time, combination switch **356** connects a third point **364**(*c*) to a fourth point **364**(*d*) completing an electrical circuit for fuel cut solenoid **74** by connecting the solenoid to ground terminal **358**. Fuel cut solenoid **74** is then powered and

20

closed to prevent continued gasoline flow to the engine after combination switch **356** stops power supply to spark plug **362**.

In one embodiment of the invention, combination switch **356** can operate as a kill switch only for gasoline operation. That is, combination switch **356** can be decoupled from magneto **76** by fuel switch **354** so that combination switch **356** cannot be actuated to shut down the engine during LPG operation. In another embodiment of the invention, combination switch **356** can operate as a kill switch for both gasoline operation and LPG operation. During LPG operation, combination switch **356** may actuate fuel switch **354** with actuation of combination switch **356** to ground magneto **76** and kill the engine. That is, combination switch **356** connects first point **364**(*a*) to second point **364**(*b*) and also actuates fuel switch **354** to connect fourth contact **360**(*d*) to sixth contact **360**(*f*) so that magneto **76** is coupled to ground terminal **358** killing the engine. At the same time, combination switch **356** connects third point **364**(*c*) to fourth point **364**(*d*) so that fuel cut solenoid **74** maintains connection to ground terminal **358** to remain closed even though fuel switch **354** interrupts connection between first contact **360** (*a*) and second contact **360**(*b*).

Microcontroller **89** may also include a Voltage Frequency and Low Oil Shutdown (VFO) module **366**. VFO module **366** can measure parameters of an alternator driven by an engine in a generator. VFO module **366** monitors alternator voltage and frequency by receiving an input signal **368** from the alternator. Input signal **368** is 120 VAC and 60 Hz from the alternator as a monitoring point for VFO module **366**. VFO module **366** allows the engine to run if alternator parameters are within preset limits and shuts down the engine if the parameters are outside the limits. VFO module **366** can also monitor oil volume within the engine by receiving an input signal from an oil level switch **370** shown in the wiring diagram engine block **372**. VFO module **366** may allow the engine to operate only if the oil volume is greater than a preset lower limit and can shutdown the engine by initiating connection between the ignition coil or magneto **76** and ground terminal **358**.

Beneficially, embodiments of the invention provide for a fuel lockout switch to ensure that two fuels are not simultaneously delivered to a dual fuel internal combustion engine and to efficiently convert operation of the engine between the fuel sources. Embodiments of the invention also provide for a dual fuel generator with a remotely mounted gaseous fuel regulator system. Embodiments of the invention also provide for a batteryless dual fuel internal combustion engine having a liquid fuel cut-off coupled to a carburetor to selectively interrupt liquid fuel.

Therefore, according to one embodiment of the invention, a dual fuel engine includes an engine operable on a gaseous fuel and a liquid fuel and a switch to change operation of the engine between gaseous fuel and liquid fuel. The dual fuel engine also includes a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source. A liquid fuel cut-off attaches to the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel.

According to another embodiment of the invention, a batteryless dual fuel generator includes a housing containing a pull start engine coupled to drive an alternator, the engine operable on a gaseous fuel and a liquid fuel. A carburetor attaches to an intake of the engine and includes a throat to mix fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The generator

US 10,697,398 B2

21  22

also includes a fuel shutoff attached to the carburetor to close the fuel passage upon selection of engine operation to gaseous fuel.

According to yet another embodiment of the invention, a carburetor having a fuel shutoff includes a carburetor with a float bowl, a throat, and a fuel passage to provide fuel from the float bowl to the throat. The carburetor further includes a fuel shutoff coupled to the carburetor having a first end in the carburetor that actuates to close the fuel passage and a second end external to the carburetor to actuate the first end, and the fuel shutoff can actuate free from linear motion.

According to yet another embodiment of the invention, a method of assembling a dual fuel engine includes providing an engine operable on a gaseous fuel and a liquid fuel. The method also includes attaching a carburetor to an intake of the engine, the carburetor includes a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The method also includes coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel.

This written description uses examples to disclose the invention, including the best mode, and also to enable any person skilled in the art to practice the invention, including making and using any devices or systems and performing any incorporated methods. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

What is claimed is:

1. A dual fuel engine comprising:
an engine operable on a gaseous fuel and a liquid fuel;
a switch to change operation of the engine between gaseous fuel and liquid fuel;
a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source;
a liquid fuel valve positioned along a liquid fuel line coupling the liquid fuel source to the carburetor;
a gaseous fuel valve positioned along a gaseous fuel line coupling the gaseous fuel source to the carburetor; and
a liquid fuel cut-off incorporated into the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel.

2. The dual fuel engine of claim 1, wherein the engine is a pull start, batteryless engine.

3. The dual fuel engine of claim 1, wherein the gaseous fuel is LPG and the liquid fuel is gasoline.

4. The dual fuel engine of claim 1, wherein the engine is a pull-start engine having an electrical power generator to supply electrical power.

5. The dual fuel engine of claim 4, wherein the switch is an electro-mechanical switch connecting one fuel source to the carburetor and connected to the electrical power generator; and
wherein the liquid fuel cut-off is a solenoid connected to open and close a fuel path to the pull-start engine in response to reception of electrical power from the switch.

6. The dual fuel engine of claim 4, wherein the liquid fuel cut-off is a solenoid valve that operates within the carburetor

to control liquid fuel flow to the engine and is powered by the electrical power generator.

7. The dual fuel engine of claim 6, wherein the switch selectively powers the solenoid valve by controlling electrical connection between the solenoid valve and the electrical power generator.

8. The dual fuel engine of claim 6, wherein the solenoid valve is normally open to provide liquid fuel to the engine when the solenoid valve is unpowered.

9. The dual fuel engine of claim 8, wherein a pull-starter drives the electrical power generator to power and close the solenoid valve while starting the engine on gaseous fuel.

10. The dual fuel engine of claim 6, wherein the electrical power generator comprises a magneto or an alternator coupled to a voltage regulator to provide a regulated voltage to the solenoid valve.

11. The dual fuel engine of claim 6, wherein the solenoid valve is open to provide liquid fuel to the engine when the solenoid valve is powered.

12. The dual fuel engine of claim 11, wherein a pull-starter drives the electrical power generator to power and open the solenoid valve while starting the engine on liquid fuel.

13. The dual fuel engine of claim 6 further comprising a microcontroller to close the solenoid valve when the engine operates on gaseous fuel and open the solenoid valve to operate the engine on liquid fuel.

14. The dual fuel engine of claim 13, wherein the microcontroller closes the solenoid valve during engine shutdown from operation on liquid fuel.

15. The dual fuel engine of claim 1, wherein the liquid fuel cut-off is manually actuated to interrupt liquid fuel.

16. The dual fuel engine of claim 1, wherein the liquid fuel cut-off actuates to interrupt liquid fuel free from linear motion.

17. The dual fuel engine of claim 1, wherein the liquid fuel cut-off comprises:
a rotating shaft extending through an aperture in the carburetor;
a fuel seal around the shaft to seal the aperture; and
a blocking member coupled to the shaft in the carburetor that rotates between a blocking and a non-blocking position to selectively block a liquid fuel path to the engine.

18. The dual fuel engine of claim 17 further comprising:
a lever coupled to the shaft outside the carburetor;
a spring coupled to the lever to hold the blocking member in either the blocking or non-blocking position; and
a cable coupled to the lever to pull against the spring and rotate the blocking member to the other of the blocking or non-blocking positions.

19. The dual fuel engine of claim 1, wherein the liquid fuel cut-off is magnetically actuated to selectively interrupt liquid fuel.

20. The dual fuel engine of claim 1 further comprising:
a spring pushing the liquid fuel cut-off to interrupt liquid fuel; and
an actuating magnet coupled to the carburetor to selectively pull the liquid fuel cut-off against the spring away from a position interrupting liquid fuel.

21. The dual fuel engine of claim 20 further comprising a housing at least partially enclosing the liquid fuel cutoff, the housing including:
a first section enclosing a plunger of the liquid fuel cut-off to the carburetor and holding the spring against the plunger; and

US 10,697,398 B2

23

a second section coupled to the first section and enclosing the actuating magnet.

**22**. The dual fuel engine of claim **1**, wherein the liquid fuel cut-off is physically attached to an outer surface of the carburetor.

**23**. A batteryless dual fuel generator comprising:

a housing containing a pull start engine coupled to drive an alternator, the engine operable on a gaseous fuel and a liquid fuel;

a carburetor attached to an intake of the engine comprising:

a throat to mix fuel with air,

a float bowl, and

a fuel passage extending from the float bowl to the throat to provide liquid fuel; and

a fuel shutoff attached to the carburetor to close the fuel passage upon selection of engine operation to gaseous fuel.

**24**. The batteryless dual fuel generator of claim **23**, wherein the fuel shutoff actuates to close the fuel passage free from linear motion.

**25**. The batteryless dual fuel generator of claim **23**, wherein the fuel shutoff comprises:

a rotating shaft extending through an opening in the carburetor; and

a valve member coupled to the shaft in the carburetor that rotates to control fuel flow into the fuel passage.

**26**. The batteryless dual fuel generator of claim **25**, wherein the valve member is positioned in the float bowl and the shaft extends substantially horizontal through the opening.

**27**. The batteryless dual fuel generator of claim **25**, wherein the valve member has a flow passage that aligns with the fuel passage to control fuel flow into the fuel passage.

**28**. The batteryless dual fuel generator of claim **25** further comprising:

a compression spring on the shaft in the carburetor pushing the valve member to close the fuel passage; and

a plug in the opening surrounding the shaft to hold the compression spring against the valve member.

**29**. The batteryless dual fuel generator of claim **28** further comprising:

a lever coupled to the shaft outside the carburetor; and

a cable coupled to the lever to actuate the valve member to open and close the fuel passage.

**30**. The batteryless dual fuel generator of claim **28** further comprising one or more fuel seals within the plug to seal around the shaft.

**31**. The batteryless dual fuel generator of claim **23**, wherein the fuel shutoff is magnetically actuated to selectively close the fuel passage, controlled by a manually actuated magnet coupled to the carburetor.

**32**. The batteryless dual fuel generator of claim **23** further comprising:

a spring pushing the fuel shutoff to close the fuel passage; and

an actuating magnet coupled to the carburetor to selectively pull the fuel shutoff against the spring to open the fuel passage.

**33**. The batteryless dual fuel generator of claim **32** further comprising a housing at least partially enclosing the fuel shutoff, the housing including:

a first section enclosing a plunger of the fuel shutoff to the carburetor and holding the spring against the plunger; and

24

a second section coupled to the first section and enclosing the actuating magnet.

**34**. The batteryless dual fuel generator of claim **23**, wherein the fuel shutoff is a carburetor cutoff solenoid; and wherein the generator further comprises:

a charge winding to generate electrical power to operate the carburetor cutoff solenoid, and

a switch to selectively power the carburetor cutoff solenoid by controlling electrical connection between the carburetor cutoff solenoid and the charge winding.

**35**. The batteryless dual fuel generator of claim **34**, wherein the carburetor cutoff solenoid is normally open to provide liquid fuel to the engine when the carburetor cutoff solenoid is unpowered.

**36**. The batteryless dual fuel generator of claim **35**, wherein a pull-starter drives the engine operating the charge winding to power and close the carburetor cutoff solenoid while starting the engine on gaseous fuel.

**37**. The batteryless dual fuel generator of claim **34**, wherein the switch is an electro-mechanical switch connected to the charge winding and connecting at least one fuel source to the carburetor to selectively control fuel flow from the at least one fuel source to the carburetor.

**38**. The batteryless dual fuel generator of claim **34**, wherein the charge winding is coupled to a voltage regulator to provide a regulated voltage to the carburetor cutoff solenoid.

**39**. The batteryless dual fuel generator of claim **34**, wherein the carburetor cutoff solenoid is open to provide liquid fuel to the engine when the carburetor cutoff solenoid is powered.

**40**. The batteryless dual fuel generator of claim **39**, wherein a pull-starter drives the engine operating the charge winding to power and open the carburetor cutoff solenoid while starting the engine on liquid fuel.

**41**. The batteryless dual fuel generator of claim **34**, wherein the switch is a microcontroller configured to close the carburetor cutoff solenoid when the engine operates on gaseous fuel and to open the carburetor cutoff solenoid to operate the engine on liquid fuel.

**42**. The batteryless dual fuel generator of claim **41**, wherein the microcontroller closes the carburetor cutoff solenoid during engine shutdown from operation on liquid fuel.

**43**. A carburetor having a fuel shutoff comprising:

a carburetor comprising:

a float bowl,

a throat, and

a fuel passage extending from the float bowl to the throat; and

a fuel shutoff coupled to the carburetor having a first end in the carburetor that actuates to close the fuel passage and a second end external to the carburetor to actuate the first end; and

wherein the fuel shutoff actuates free from linear motion.

**44**. The carburetor having a fuel shutoff of claim **43**, wherein the fuel shutoff is a manually actuated fuel shutoff.

**45**. The carburetor having a fuel shutoff of claim **43**, wherein the fuel shutoff comprises a shaft extending into the carburetor through an aperture in the float bowl and coupled to a valve tip in the float bowl that rotates to open and close the fuel passage.

**46**. The carburetor having a fuel shutoff of claim **45**, wherein the valve tip rotates parallel to an inlet of the fuel passage between a first position permitting fuel flow into the inlet and a second position blocking fuel flow into the inlet.

US 10,697,398 B2

25

**47**. The carburetor having a fuel shutoff of claim **45**, wherein the fuel passage has an inlet with a substantially flat perimeter edge and the valve tip maintains planar contact with the perimeter edge while rotating to open and close the fuel passage.

**48**. The carburetor having a fuel shutoff of claim **47**, wherein the shaft is substantially horizontal and the inlet of the fuel passage faces substantially horizontal.

**49**. The carburetor having a fuel shutoff of claim **47** further comprising:

a plug in the aperture around the shaft; and

a compression spring around the shaft in the float bowl pushing against the plug to hold the valve tip against the perimeter edge of the inlet.

**50**. The carburetor having a fuel shutoff of claim **49** further comprising a first fuel seal between the shaft and plug, the first fuel seal comprising a primary o-ring in an o-ring groove in the shaft.

**51**. The carburetor having a fuel shutoff of claim **50** further comprising:

a second fuel seal between the shaft and plug, the second fuel seal comprising a secondary o-ring in a counterbore in the plug; and

a support member mounted over the counterbore around the shaft to hold the secondary o-ring in the counterbore.

**52**. The carburetor having a fuel shutoff of claim **45** further comprising:

a lever coupled to the shaft outside of the carburetor;

a spring coupled to the lever to hold the fuel shutoff opening the fuel passage; and

a cable coupled to the lever to move the lever against the spring and rotate the fuel shutoff to close the fuel passage.

**53**. The carburetor having a fuel shutoff of claim **45**, wherein the valve tip comprises thermoplastic.

**54**. The carburetor having a fuel shutoff of claim **45**, wherein the valve tip comprises one of an oval and stadium shape.

**55**. The carburetor having a fuel shutoff of claim **45**, wherein the valve tip has a cutout that aligns with the fuel passage to open the fuel passage.

**56**. The carburetor having a fuel shutoff of claim **43**, wherein the fuel shutoff extends through an opening into the float bowl such that the first end actuates in the float bowl to close the fuel passage.

**57**. A method of assembling a dual fuel engine comprising:

providing an engine operable on a gaseous fuel and a liquid fuel;

26

attaching a carburetor to an intake of the engine, the carburetor comprising:

a throat to mix gaseous fuel with air and liquid fuel with air,

a float bowl, and

a fuel passage extending from the float bowl to the throat to provide liquid fuel;

coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel; and

attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel.

**58**. The method of claim **57** further comprising coupling a manually operated control operatively to the liquid fuel cut-off.

**59**. The method of claim **57**, wherein attaching the liquid fuel cut-off to the carburetor comprises:

providing a shaft having a valve tip located at an end of the shaft;

installing a compression spring on the shaft;

installing a plug on the shaft so that the compression spring is positioned between the plug and the valve tip; and

anchoring the plug in an aperture in the carburetor so that the compression spring holds the valve tip to an inlet of the fuel passage.

**60**. The method of claim **59**, wherein providing the shaft having a valve tip located at an end of the shaft comprises pressing the valve tip onto the shaft.

**61**. The method of claim **59** further comprising positioning at least one fuel seal on the shaft to seal between the shaft and plug.

**62**. The method of claim **59**, wherein the shaft rotates the valve tip between a first position allowing fuel flow into the fuel passage and a second position blocking fuel flow into the fuel passage.

**63**. The method of claim **62**, wherein the valve tip comprises an oval or stadium shape with a cutout in the oval or stadium shape that aligns with the fuel passage when the valve tip is rotated to the first position such that fuel can pass through the cutout into the fuel passage.

**64**. The method of claim **62** further comprising:

coupling a lever to the shaft;

attaching a control spring to the lever to actuate the shaft to one of the first position and second position; and

attaching a cable to the lever to actuate the shaft to the other of the first position and second position.

*    *    *    *    *

# EXHIBIT G



8509119

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 23, 2024

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,143,145*
ISSUE DATE: *October 12, 2021*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



Miguel Tarver
Certifying Officer



US011143145B2

(12) **United States Patent**
  Collie et al.

(10) Patent No.: **US 11,143,145 B2**
(45) Date of Patent:        **Oct. 12, 2021**

(54) **BATTERYLESS DUAL FUEL ENGINE WITH LIQUID FUEL CUT-OFF**

(71) Applicant: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

(72) Inventors: **Kendall J. Collie**, Anaheim Hills, CA (US); **Mark J. Sarder**, Waukesha, WI (US); **Aleko D. Sotiriades**, Cedarburg, WI (US); **James J. Dehn**, Brookfield, WI (US); **Leigh A. Jenison**, Hartland, WI (US); **Hiroaki Sato**, Brookfield, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/946,438**

(22) Filed: **Jun. 22, 2020**

(65) **Prior Publication Data**
  US 2020/0318578 A1    Oct. 8, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 14/925,441, filed on Oct. 28, 2015, now Pat. No. 10,697,398, which is a (Continued)

(51) **Int. Cl.**
  **F02M 43/00**        (2006.01)
  **F02D 19/00**        (2006.01)
  (Continued)

(52) **U.S. Cl.**
  CPC ............. **F02M 17/38** (2013.01); **F02B 43/00** (2013.01); **F02B 63/04** (2013.01); (Continued)

(58) **Field of Classification Search**
  CPC ........ F02M 13/08; F02M 57/06; F02M 43/00; F02M 19/06; F02M 7/10; F02M 21/0215; (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,398,437 A    4/1946  McGill et al.
3,911,956 A   10/1975  LeBreton et al.
        (Continued)

FOREIGN PATENT DOCUMENTS

CN        2401704 Y    10/2000
DE    102006008524 A1    8/2006
        (Continued)

OTHER PUBLICATIONS

Multi-Power Ltd., MODELMP5500DF 13 HP Generator Owner's Manual, Jul. 2006, pp. 1-38.
        (Continued)

*Primary Examiner* — Long T Tran
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57)        **ABSTRACT**

A dual fuel engine includes an engine operable on a gaseous fuel and a liquid fuel and a switch to change operation of the engine between gaseous fuel and liquid fuel. The dual fuel engine also includes a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source. A liquid fuel cut-off attaches to the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel.

**19 Claims, 12 Drawing Sheets**



**US 11,143,145 B2**

Page 2

### Related U.S. Application Data

continuation-in-part of application No. 14/738,060, filed on Jun. 12, 2015, now Pat. No. 10,221,781.

(51) **Int. Cl.**

| | |
|---|---|
| *F02D 41/00* | (2006.01) |
| *F02M 17/38* | (2006.01) |
| *F02M 13/08* | (2006.01) |
| *F02D 19/06* | (2006.01) |
| *F02B 43/00* | (2006.01) |
| *F02M 17/10* | (2006.01) |
| *F02M 21/02* | (2006.01) |
| *F02B 63/04* | (2006.01) |
| *F02D 41/06* | (2006.01) |
| *F02M 21/04* | (2006.01) |
| *F02M 19/08* | (2006.01) |
| *F02N 3/02* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *F02D 19/0613* (2013.01); *F02M 13/08* (2013.01); *F02M 17/10* (2013.01); *F02M 21/0212* (2013.01); *F02M 43/00* (2013.01); *F02D 41/0025* (2013.01); *F02D 41/062* (2013.01); *F02M 19/08* (2013.01); *F02M 21/047* (2013.01); *F02N 3/02* (2013.01); *Y02T 10/30* (2013.01)

(58) **Field of Classification Search**
CPC ......... F02M 35/10196; F02D 19/0647; F02D 19/0613; F02D 29/06; F02D 41/0025
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,287,908 A | 9/1981 | Storgard | |
| 4,323,046 A | 4/1982 | Barber | |
| 4,364,370 A | 12/1982 | Smith et al. | |
| 4,375,795 A | 3/1983 | Billingsley | |
| 4,416,244 A | 11/1983 | McDonald | |
| 4,471,805 A | 9/1984 | Solie et al. | |
| 4,492,207 A | 1/1985 | Hallberg | |
| 4,750,514 A | 6/1988 | Omori et al. | |
| 4,788,960 A | 12/1988 | Oshizawa | |
| 5,555,873 A | 9/1996 | Nolen | |
| 5,682,845 A * | 11/1997 | Woody | F02B 33/04 123/73 A |
| 5,934,320 A | 8/1999 | O'Reilly et al. | |
| 6,543,395 B2 | 4/2003 | Green | |
| 6,591,817 B2 | 7/2003 | Deutsch | |
| 7,591,257 B2 | 9/2009 | Bayer et al. | |
| 7,802,562 B2 | 9/2010 | Lippa et al. | |
| 7,905,469 B2 | 3/2011 | Nickels et al. | |
| 7,954,479 B2 | 6/2011 | Kojima et al. | |
| 8,042,569 B2 | 10/2011 | Morris | |
| 8,616,159 B1 * | 12/2013 | Hawkins | F02B 63/047 123/2 |
| 8,757,139 B2 | 6/2014 | Deng | |
| 8,944,027 B2 | 2/2015 | Montgomery | |
| 9,175,601 B2 | 11/2015 | Markoski | |
| 9,523,497 B2 | 12/2016 | Deng | |
| 2007/0137591 A1 | 6/2007 | Sugimoto et al. | |
| 2007/0215223 A1 | 9/2007 | Morris | |
| 2009/0320789 A1 * | 12/2009 | Lund | F02D 19/0644 123/299 |
| 2015/0034025 A1 * | 2/2015 | Markoski | F02N 3/02 123/2 |
| 2015/0308356 A1 * | 10/2015 | Taniguchi | F02M 21/0236 123/495 |
| 2017/0009670 A1 * | 1/2017 | Sorge | F02D 19/0615 |
| 2017/0130676 A1 * | 5/2017 | Markoski | F02D 11/02 |
| 2018/0080392 A1 * | 3/2018 | Janscha | F02B 69/04 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1826377 A2 | 8/2007 |
| FR | 2220679 A1 | 10/1974 |
| FR | 2510660 A1 | 2/1983 |
| GB | 189800 A | 10/1923 |
| GB | 532903 A | 2/1941 |
| JP | H0466743 A | 3/1992 |
| WO | 1999001659 A1 | 1/1999 |
| WO | 2007048633 A1 | 5/2007 |

#### OTHER PUBLICATIONS

Winco Inc., Home Power Tri-Fuel Portable Generators Owners Manual, Nov. 21, 2017, pp. 1-16.
Winco Inc., HPS9000VE/E and HPS9000VE-03/A Generator Installation and Operators Manual, Aug. 9, 2013, pp. 1-16.
Winco Inc., Dyna ME5000VA Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
Winco Inc., Dyna DL9000E, DL5000H, and D3000 Portable Generators Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
PowerLand Industrial Tools, Powerland Tri Fuel Generator Owner's Manual, Dec. 24, 2015, pp. 1-41.
Winco Inc., HPS6000HE/I Bi-Fuel Generator Installation and Operators Manual, Mar. 8, 2010, pp. 1-20.
Yamaha EF2000iS Tri Fuel Conversion: Overview & Installation Tips, Jan. 3, 2014, https://www.youtube.com/watch?v=caZawwDaRQg.

\* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4A



FIG. 4B



FIG. 5



FIG. 6



FIG. 7A

FIG. 7B



FIG. 8



FIG. 9

FIG. 10



FIG. 11



300

| PROVIDE CARBURETOR | 302 |

| FORM VALVE–SHAFT ASSEMBLY WITH COMPRESSION SPRING AND PRIMARY O–RING | 304 |

| INSTALL PLUG ON SHAFT | 306 |

| INSERT VALVE–SHAFT ASSEMBLY AND PLUG INTO CARBURETOR | 308 |

| INSTALL SECONDARY O–RING IN PLUG | 310 |

| COUPLE BRACKET TO CARBURETOR | 312 |

| INSTALL LEVER ON SHAFT | 314 |

| PRESS CAP ON SHAFT | 316 |

| INSTALL RETURN SPRING AND BOWDEN CABLE | 318 |

FIG. 12



FIG. 13

U.S. Patent    Oct. 12, 2021    Sheet 12 of 12    US 11,143,145 B2



FIG. 14

US 11,143,145 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**BATTERYLESS DUAL FUEL ENGINE WITH LIQUID FUEL CUT-OFF**

CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation of, and claims priority to U.S. patent application Ser. No. 14/925,441, filed Oct. 28, 2015, which is a continuation-in-part of, and claims priority to, U.S. patent application Ser. No. 14/738,060, filed Jun. 12, 2015, now Issued U.S. Pat. No. 10,221,780, issued Mar. 5, 2019, the disclosures of which are incorporated herein by reference in their entirety.

BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators, and more particularly, to an apparatus and method for delivering liquid fuel or gaseous fuel to a dual fuel generator.

Electric generators are frequently driven by internal combustion engines that use gasoline as a fuel source. Gasoline is a common fuel source for generators in a variety of applications. However, alternative fuel sources also provide a desirable fuel source. For instance, alternative fuels may provide a clean burning fuel that limits hazardous emissions. Alternative fuels may also be stored for long periods of time without degradation, whereas gasoline can degrade over a period of months leading to hard starting, rough running, and also lead to gum and varnish deposit left in the fuel system. In addition, generators that operate on alternative fuels may generate electricity when gasoline is not readily available. For instance, generators are frequently used when power outages in the utility grid result from severe weather. Unfortunately, gas stations may also be closed as a result of the power outage. Such a circumstance presents just one example where it would be advantageous to operate electrical generators on alternative fuels.

Certain generators are configured to operate as "dual fuel" generators, otherwise known as bi-fuel generators. These generators are driven by an internal combustion engine that is configured to operate on a liquid fuel for a period of operation and an alternative fuel for another period of operation. The alternative fuel source is generally a gaseous fuel that may exist in a gaseous state at normal temperature and pressure and can be any one of liquefied petroleum gas, compressed natural gas, hydrogen, or the like. Liquefied petroleum gas (LPG), often referred to as propane, exists in a gaseous state at normal temperature and pressure but can be conveniently stored under pressure in a liquid state. LPG may be a desirable fuel source for internal combustion engines because it can be stored for longer periods of time and contains fewer impurities than gasoline, resulting in smoother and cleaner operation, and often resulting in a longer lasting engine.

In order to provide the liquid and gaseous fuel to the engine, the dual fuel engine may have a first fuel line for liquid fuel and a second fuel line for gaseous fuel. A liquid fuel source and a gaseous fuel source may be coupled to the respective lines to provide fuel to the engine. However, a common problem with such configurations that couple two fuel sources to a single engine is the engine can experience overly rich air-fuel ratio when both fuels are simultaneously engaged during cross-over switching between the fuel sources. Such simultaneous delivery of fuel from the first fuel line and the second fuel line may make the engine hard to start or lead to unstable operating conditions. Further, a float bowl in the carburetor that must first fill or empty prior to changeover causes delay in cross-over switching between the fuel sources.

Therefore, it would be desirable to design a dual fuel generator having a liquid fuel and gaseous fuel delivery system that overcomes the aforementioned detriments without substantially increasing the overall cost of the system.

BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a dual fuel engine includes an engine operable on a gaseous fuel and a liquid fuel. A carburetor attaches to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source. The dual fuel engine also includes a switch to change operation of the engine between gaseous fuel and liquid fuel, and a liquid fuel cut-off attaches to the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel.

In accordance with another aspect of the invention, a batteryless dual fuel generator includes a housing containing a pull start engine coupled to drive an alternator. The engine is operable on a gaseous fuel and a liquid fuel and includes a carburetor attached to an intake of the engine. The carburetor has a throat to mix fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The generator may also include a switch to select engine operation on either the liquid fuel or the gaseous fuel and a fuel shutoff attached to the carburetor to close the fuel passage upon selection of engine operation to gaseous fuel.

In accordance with yet another aspect of the invention, a carburetor having a fuel shutoff includes a carburetor with a float bowl, a throat, and a fuel passage to provide fuel from the float bowl to the throat. A fuel shutoff couples to the carburetor which may have a first end in the carburetor that actuates to close the fuel passage and a second end external to the carburetor to actuate the first end. The fuel shutoff may operate within the carburetor such that the fuel shutoff actuates free from linear motion when opening and closing the fuel passage.

In accordance with yet another aspect of the invention, a method of assembling a dual fuel engine includes providing an engine operable on a gaseous fuel and a liquid fuel and attaching a carburetor to an intake of the engine to supply the fuels to the engine. The carburetor includes a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The fuels may be supplied to the carburetor by a gaseous fuel source coupled to the throat and a liquid fuel source coupled to the float bowl. The method also includes coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel, and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel.

Various other features and advantages will be made apparent from the following detailed description and the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate preferred embodiments presently contemplated for carrying out the invention.

In the drawings:

FIG. **1** is a perspective view of a dual fuel generator coupled to a fuel delivery system, according to an embodiment of the invention.

US 11,143,145 B2

3

FIG. **2** is a detail view of a portion of the generator of FIG. **1** about a mechanical fuel lockout switch with the switch in a first position, according to an embodiment of the invention.

FIG. **3** is a detail view similar to FIG. **2** and showing the mechanical fuel lockout switch in a second position, with an LPG supply line connected thereto, according to an embodiment of the invention.

FIG. **4A** is a schematic diagram of a fuel system for the dual fuel generator of FIG. **1** showing a liquid fuel source in communication with a carburetor of the generator consistent with the first position of the switch as shown in FIG. **2**, according to an electro-mechanical embodiment of the invention.

FIG. **4B** is a schematic diagram of the fuel system of FIG. **4A** showing a gaseous fuel source in communication with a carburetor of the generator of FIG. **1** consistent with the second position of the switch as shown in FIG. **3**, according to an electro-mechanical embodiment of the invention.

FIG. **5** is a perspective view of a dual fuel carburetor having a manual fuel shutoff system and coupled to a first fuel line and a second fuel line, according to a mechanical embodiment of the invention.

FIG. **6** is cross-sectional view of the carburetor of FIG. **5** taken along line **6-6** of FIG. **5** through a fuel passage that provides fuel from a float bowl to a throat of the carburetor, according to an embodiment of the invention.

FIG. **7A** is a partial sectional view of the float bowl of FIG. **6** with a manual fuel shutoff system in an open position, according to an embodiment of the invention.

FIG. **7B** is a detailed partial sectional view of the float bowl with a manual fuel shutoff of FIG. **7A** taken along line **7B-7B** of FIG. **7A**, according to an embodiment of the invention.

FIG. **8** is a partial sectional view similar to FIG. **7A** and showing the manual fuel shutoff system in a closed position, according to an embodiment of the invention.

FIG. **9** is a perspective view of a shaft for the manual fuel shutoff system of FIG. **5**, according to an embodiment of the invention.

FIG. **10** is a side view of a valve member for the manual fuel shutoff system of FIG. **5**, according to an embodiment of the invention.

FIG. **11** is a perspective view of the carburetor of FIG. **5** with the manual fuel shutoff system exploded from a float bowl of the carburetor.

FIG. **12** is a flow chart showing steps in fabricating a manual fuel shutoff system for a carburetor, according to an embodiment of the invention.

FIG. **13** is a magnetic fuel shutoff system for a carburetor, according to a magnetic-mechanical embodiment of the invention.

FIG. **14** is a wiring diagram of a microcontroller receiving input signals and operating engine components, according to an embodiment of the invention.

## DETAILED DESCRIPTION OF THE
## PREFERRED EMBODIMENT

The operating environment of the invention is described with respect to a dual fuel generator. However, it will be appreciated by those skilled in the art that the invention is equally applicable for use with any dual fuel internal combustion engine. Moreover, the invention will be described with respect to a dual fuel generator configured to operate on a liquid fuel and a gaseous fuel. However, one skilled in the art will further appreciate that the invention is equally

4

applicable for use with other fuel combinations for dual fuel generators and internal combustion engines.

Referring to FIG. **1**, a dual fuel generator **20** is coupled to a fuel delivery system **22**, in accordance with an embodiment of the invention. Dual fuel generator **20** includes an internal combustion engine (not shown) within housing **21** at one end **24**, operatively connected to an alternator also enclosed in housing **21** at another end **26**, by conventional means. Dual fuel generator **20** is configured to operate on different fuels via either a first fuel source **28** or a second fuel source **30**. In an exemplary embodiment of the invention, first fuel source **28** is a liquid fuel and second fuel source **30** is a gaseous fuel. The liquid fuel may be gasoline and the gaseous fuel may be liquid petroleum gas (LPG). Each can selectively operate the generator as desired and controlled by an operator. For instance, generator **20** may operate on gasoline for a first period of operation and then switch to LPG for a second period of operation. However, it is contemplated that dual fuel generator **20** is configured to operate on fuels other than gasoline and LPG (e.g., natural gas, biodiesel, etc.), and thus the scope of the invention is not meant to be limited strictly to a dual fuel arrangement where first fuel source **28** provides gasoline and second fuel source **30** provides LPG.

In one embodiment of the invention, dual fuel generator **20** includes a gasoline tank **32** or, generally, a liquid fuel tank, located inside cover **21** onboard generator **20** to provide gasoline to the engine as first fuel source **28**. Gasoline tank **32** connects to a first fuel line to provide gasoline to the carburetor to run the engine, as will later be described with reference to FIGS. **4A** and **4B**. Generator **20** is also coupled to a pressurized fuel container **34**, or a pressurized fuel source, located off board generator **20** to provide LPG to the engine as second fuel source **30**. Pressurized fuel container **34** is coupled to generator **20** with an LPG supply hose **36**. LPG supply hose **36** is coupled to a second fuel line within generator **20** to provide LPG to the carburetor to run the engine. Dual fuel generator **20** includes a mechanical fuel lockout switch **38** for selecting a desired fuel to be provided to the engine. The mechanical fuel lockout switch **38** is actuated to select first fuel source **28** when in a first position, as shown in FIG. **2**, and alternately to select second fuel source **30** when in a second position, as shown in FIG. **3**.

Referring back to FIG. **1**, in an exemplary embodiment, fuel **30** from pressurized fuel container **34** is regulated using a fuel regulator system **39** for delivery to the engine. Fuel regulator system **39** includes one or more pressure regulators that reduce and control the pressure of the fuel from pressurized fuel container **34** and delivers fuel at a desired pressure for operation of the engine. Fuel regulator system **39** has an inlet **41** operatively coupled to a service valve **40** of pressurized fuel container **34** and an outlet **43** coupled to LPG supply hose **36**. Fuel regulator system **39** includes a primary pressure regulator **42** coupled to pressurized fuel container **34** and a secondary pressure regulator **44**. Primary pressure regulator **42** protects downstream components from high pressure of pressurized fuel container **34**. Primary pressure regulator **42** receives LPG through service valve **40** of pressurized fuel container **34** and reduces the pressure of the LPG to a first stage. In one embodiment of the invention, the first stage may be delivered directly to generator **20** at a pressure required for operation of the engine.

In an exemplary embodiment of the invention, fuel regulator system **39** includes secondary pressure regulator **44** coupled to the outlet of primary pressure regulator **42** in order to use standard "off-the-shelf" components. Typically,

US 11,143,145 B2

5

the primary pressure regulator is mounted on the LPG tank, while the secondary pressure regulator is mounted on the component using the fuel, such as an engine or grill. Here, since generator 20 can be used as a gasoline only generator, secondary pressure regulator 44 is mounted off-board the generator to reduce size and cost of the generator. Secondary pressure regulator 44 receives LPG from primary pressure regulator 42 and further reduces the pressure of LPG to a second stage to be delivered to generator 20. In a system with two regulators, primary pressure regulator 42 regulates fuel received from pressurized fuel container 34 and reduces the pressure of the fuel to a level required for operation of secondary pressure regulator 44. Secondary pressure regulator 44 regulates fuel received from primary pressure regulator 42 and further reduces the pressure of the fuel to a level required for operation of generator 20. In addition, primary pressure regulator 42 may compensate for varying tank pressure as fuel is depleted while secondary pressure regulator 44 may compensate for varying demand from generator 20.

In accordance with an exemplary embodiment of the invention, fuel regulator system 39 includes both the primary and secondary regulators, or a custom single regulator, but in any case is located remotely, or off-board, from dual fuel generator 20. Fuel regulator system 39 may be directly mounted to pressurized fuel container 34 using a regulator mounting bracket 46. Regulator mounting bracket 46 has mounting locations for primary pressure regulator 42 and secondary pressure regulator 44. Regulator mounting bracket 46 also has a securing mechanism 48 to secure regulator mounting bracket 46 to pressurized fuel container 34.

In another embodiment of the invention, primary pressure regulator 42 is mounted on regulator mounting bracket 46 while secondary pressure regulator 44 could be mounted on or near generator 20. In yet another embodiment of the invention, a dual stage regulator may regulate the fuel received from pressurized fuel container 34 and deliver fuel at a pressure required for operation of generator 20. Such a dual stage regulator may regulate the fuel to the second stage within a single structure. The dual stage regulator may be mounted directly on fuel container 34.

Referring to FIG. 2, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a first position 38(a), in accordance with an embodiment of the invention. In this position, mechanical fuel lockout switch 38 provides gasoline flow from gasoline tank 32 to the engine while preventing connection of an LPG supply line to fuel inlet 59 of the second fuel line, as will later be discussed in detail with reference to FIGS. 4A and 4B. Still referring to FIG. 2, mechanical fuel lockout switch 38 provides a combination liquid fuel shutoff valve and a gaseous fuel supply lockout that prevents simultaneous delivery of fuel to the engine from gasoline tank 32 and pressurized fuel container 34, FIG. 1. As such, mechanical fuel lockout switch 38 provides a fuel selector to ensure only the selected fuel is provided to dual fuel generator 20.

Mechanical fuel lockout switch 38, FIG. 2, includes mechanical fuel valve 54 actuateable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3 to selectively control fuel flow to the dual fuel engine from first fuel source 28 through a first fuel line and second fuel source 30 through a second fuel line 36. Mechanical fuel lockout switch 38 may also include fuel lockout apparatus 58 coupled to mechanical fuel valve 54 to communicate fuel sources individually to generator 20. In one embodiment of the invention, fuel lockout apparatus 58

6

communicates first fuel source 28 to the engine by actuating mechanical fuel valve 54 to first position 38(a) to open the first fuel line as shown in FIG. 2, and communicates second fuel source 30 to the engine by actuating mechanical fuel valve 54 to second position 38(b) to open communication of the second fuel source 30 to the engine as shown in FIG. 3. Referring back to FIG. 2, when mechanical fuel valve 54 is in first position 38(a), fuel lockout apparatus 58 communicates first fuel source 28 to the dual fuel engine and prevents communication between the second fuel source and the dual fuel engine.

In an exemplary embodiment of the invention, mechanical fuel valve 54 controls the flow of LPG to the engine by actuating fuel lockout apparatus 58 to block or unblock fuel inlet 59 for the second fuel source. Mechanical fuel valve 54 is coupled to the first fuel line as a liquid fuel valve, as shown in FIGS. 4A and 4B, and therefore can control the flow of gasoline to the engine by opening and closing the first fuel line. When the mechanical fuel valve 54, FIG. 2, is in the first position 38(a), gasoline flows from the gasoline tank to the engine and the fuel lockout apparatus 58 blocks the fuel inlet 59. Accordingly, fuel lockout apparatus 58 prevents LPG flow to generator 20 when the mechanical fuel valve 54 is in first position 38(a) wherein the engine is operated on gasoline.

Mechanical fuel valve 54 includes a fuel valve handle 56 to control the opening and closing of the valve. Fuel valve handle 56 is movable between first position 38(a) as shown in FIG. 2 and second position 38(b) as shown in FIG. 3. Mechanical fuel valve 54 opens the first fuel line (to enable liquid fuel flow to the engine) when fuel valve handle 56 is in the first position, and mechanical fuel valve 54 closes the first fuel line (to prevent liquid fuel flow to the engine) when fuel valve handle 56 is in the second position. Thus, when fuel valve handle 56 is in first position 38(a) as shown in FIG. 2, mechanical fuel valve 54 opens the first fuel line and allows gasoline from gasoline tank 32 to flow to the engine.

Fuel valve handle 56 is coupled to fuel lockout apparatus 58. Fuel valve handle 56 actuates with fuel lockout apparatus 58 to prevent LPG flow to generator 20 when gasoline flow to the generator is enabled. Fuel lockout apparatus 58 is controlled by fuel valve handle 56 so that moving fuel valve handle 56 to the first position causes fuel lockout apparatus 58 to block fuel inlet 59 for LPG, and moving fuel valve handle 56 to the second position causes fuel lockout apparatus 58 to unblock fuel inlet 59 for LPG.

In an exemplary embodiment of the invention, fuel valve handle 56 rotates between the first position and the second position and fuel lockout apparatus 58 is rigidly coupled to the rotating handle. Fuel lockout apparatus 58 may include a fuel inlet cover 61, which may be a flange, coupled to fuel valve handle 56 so that fuel inlet cover 61 rotates with the handle. Fuel inlet cover 61 extends radially outward from fuel valve handle 56 and sweeps over fuel inlet 59 for LPG as fuel valve handle 56 rotates. That is, fuel inlet cover 61 rotates transversely across fuel inlet 59 and blocks access thereto. Accordingly, fuel inlet cover 61 prevents LPG flow to generator 20 when fuel valve handle 56 is in first position 38(a) to allow gasoline to run the engine.

Referring to FIG. 3, a detail view of a portion of generator 20 of FIG. 1 depicts mechanical fuel lockout switch 38 in a second position 38(b), in accordance with an embodiment of the invention. In this position, mechanical fuel lockout switch 38 provides a disconnect to stop gasoline flow from gasoline tank 32 to the engine while allowing connection of LPG supply hose 36 to fuel inlet 59 of the second fuel line.

US 11,143,145 B2

FIG. 3 further shows LPG supply hose 36 coupling second fuel source 30 to generator 20 to deliver LPG to run the generator.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 coupled to fuel lockout apparatus 58 to prevent gasoline flow to generator 20 when LPG from the LPG supply hose 36 is supplied to the engine. In one embodiment of the invention, actuation of mechanical fuel valve 54 to second position 38(b) causes fuel lockout apparatus 58 to allow communication of second fuel source 30 to the dual fuel engine, and interrupts the first fuel source 28 communication with the dual fuel engine. The position of fuel lockout apparatus 58 prevents the fuel valve handle 56 from moving to first position 38(a) (FIG. 2) while LPG supply hose 36 is connected to generator 20.

A quick-disconnect hose coupling 50, also referred to as a quick-connect hose coupling, connects LPG supply hose 36 to generator 20 so that LPG supply hose 36 may be quickly attached and detached from generator 20. Hose coupling 50 has a first end 50a mounted on the external surface of generator 20 and coupled to supply the second fuel to the engine. Hose coupling 50 has a second end 50b coupled to the outlet of LPG supply hose 36. Each end 50a, 50b has a gaseous fuel valve that opens when the couplings are engaged and closes when the couplings are disengaged. As such, quick-disconnect hose coupling 50 automatically opens when connected to enable fuel flow from LPG supply hose 36 to the engine. Hose coupling 50 automatically disconnects fluid communication when disconnected. Accordingly, when the supply hose is detached from generator 20, the coupling 50 is automatically closed so that fuel does not escape and unwanted air does not enter the fuel system.

In one embodiment, fuel inlet cover 61 is coupled to fuel valve handle 56 so that it is spaced apart from the surface of generator 20 to provide clearance for first end 50a of the quick-disconnect hose coupling 50 that protrudes from the surface of generator 20. As shown in FIG. 2, fuel inlet cover 61 blocks off first end 50a of the quick-disconnect hose coupling when fuel valve handle 56 is rotated to first position 38(a) to enable gasoline flow so that fuel inlet cover 61 prevents connection of LPG supply hose 36 (FIG. 3) to generator 20. As shown in FIG. 3, fuel inlet cover 61 uncovers first end 50a of the quick-disconnect hose coupling 50 when fuel valve handle 56 is rotated to second position 38(b) to disable gasoline flow so that fuel inlet cover 61 permits connection of LPG supply hose 36 to generator 20.

To operate generator 20 on LPG, fuel valve handle 56 is turned to second position 38(b) to disable the flow of gasoline to the engine and to expose first end 50a of hose coupling 50 on generator 20. LPG supply hose 36 is then connected to generator 20 via hose coupling 50 to enable the flow of LPG to the engine. To operate generator 20 on gasoline, LPG supply hose 36 is disconnected from generator 20 via hose coupling 50 to disable the flow of LPG to the engine and to unblock fuel valve handle 56 from rotating to the first position. As shown in FIG. 2, fuel valve handle 56 is then turned to first position 38(a) to enable the flow of gasoline to generator 20.

Referring to FIG. 4A, a schematic diagram of a fuel system for a dual fuel engine 60 shows mechanical fuel lockout switch 38 in first position 38(a) to provide communication between the first fuel source 28 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between second fuel source 30 and dual fuel carburetor 62 when the switch is in first position 38(a). In one embodiment

of the invention, first fuel source 28 includes a gasoline tank 32 to provide gasoline to carburetor 62 through a first fuel line 66, and second fuel source 30 can include a propane or LPG tank 68 to provide propane or LPG to carburetor 62 through a second fuel line 70. Accordingly, first fuel line 66 may be a liquid fuel line and second fuel line 70 may be a gaseous fuel line.

Mechanical fuel lockout switch 38 changes the fuel source for engine 60 between liquid fuel and gaseous fuel. Mechanical fuel lockout switch 38 includes a mechanical fuel valve 54 actuateable between first position 38(a) as shown in FIG. 4A and second position 38(b) as shown in FIG. 4B to selectively control fuel flow to the dual fuel engine 60 from first fuel source 28 through first fuel line 66 and second fuel source 30 through second fuel line 70. Referring back to FIG. 4A, mechanical fuel valve 54 selectively controls fuel flow through first fuel line 66 by opening the line when the mechanical fuel lockout switch 38 actuates to first position 38(a). Mechanical fuel valve 54 may be coupled to fuel lockout apparatus 58 that actuates with mechanical fuel valve 54 to block and unblock fuel inlet 59 of second fuel line 70. First end 50a of the quick-disconnect hose coupling is located at fuel inlet 59 and a mating end 50b of the quick-disconnect hose coupling is coupled to the propane or LPG tank 68. Actuation of mechanical fuel valve 54 to first position 38(a) causes fuel lockout apparatus 58 to block fuel inlet 59 to prevent coupling the first end 50a and second end 50b of the quick-disconnect hose coupling together, and actuation of mechanical fuel valve 54 to another position causes fuel lockout apparatus 58 to unblock fuel inlet 59 to permit attaching first end 50a and second end 50b together.

A liquid fuel cut-off 72 couples to carburetor 62 to regulate liquid fuel flow through the carburetor. Liquid fuel cut-off 72 can stop liquid fuel flow to engine 60 to prevent an overly rich air-fuel ratio when operating engine 60 on gaseous fuel. Liquid fuel cut-off 72 may attach to carburetor 62 to interrupt liquid fuel upon actuation of mechanical fuel lockout switch 38 from liquid fuel to gaseous fuel. As such, liquid fuel cut-off 72 can prevent engine flooding by stopping liquid fuel flow when starting on gaseous fuel. Liquid fuel cut-off 72 is manually operated in some embodiments of the invention and electrically operated in other embodiments of the invention.

In one embodiment of the invention, liquid fuel cut-off 72 comprises a fuel cut solenoid 74, also referred to as a carburetor cutoff solenoid, that operates within carburetor 62 as a solenoid valve to control liquid fuel flow to engine 60. Fuel cut solenoid 74 actuates between an open position to provide liquid fuel to engine 60 and a closed position to stop liquid fuel to the engine. Fuel cut solenoid 74 can operate as a normally open solenoid valve so that power is not required to open the solenoid during liquid fuel operation. As such, fuel cut solenoid 74 is powered and moved to a closed position to stop liquid fuel flow to engine 60 during gaseous fuel operation. Alternatively, fuel cut solenoid 74 may be operated as a normally closed valve that is powered to open for liquid fuel operation.

Fuel cut solenoid 74 is preferably powered by a magneto 76, alternator, engine flywheel with a charge winding, or other electrical power generator having a charge winding or coil 78. Charging coil 78 allows operation of fuel cut solenoid 74 in a batteryless dual fuel generator. In a batteryless dual fuel generator, the charging coil 78 may be integral to an alternator driven by the batteryless engine. Engine 60 may be a pull-start engine having a recoil starter 80. During engine startup, recoil starter 80 cranks the engine with a

US 11,143,145 B2

9                                                           10

manual pull by a user that causes magneto 76 to supply electrical power to fuel cut solenoid 74. While a fuel cut solenoid 74 in a normally open mode does not require any initial electrical power for starting engine 60 on liquid fuel, charging coil 78 powers the solenoid to stop liquid fuel flow during startup on gaseous fuel. Alternatively, charging coil 78 can power a fuel cut solenoid 74 operating in a normally closed mode to open and provide liquid fuel to engine 60 during startup on liquid fuel.

Charging coil 78 has an output voltage generally proportional to engine speed and therefore charge coil 78 will produce a range of voltages over the range of engine operating speeds. For example, if charging coil 78 produces 12 VAC at 3600 rpm, it may only produce 1 VAC at 300 rpm which would be insufficient voltage during startup to power a solenoid that requires 12 volts. An alternator typically used to power 12 volt accessories, such as a battery, at engine speeds will need increased output voltage to provide sufficient voltage for activation of fuel cut solenoid 74 at low recoil start speeds. In addition, the output voltage of a charging coil may vary if the alternator or magneto 76 also powers accessories. Accordingly, the output voltage of a charging coil should be verified by running engine 60 through the full range of operating speeds before increasing the output voltage.

Additional turns can be added to a charging coil in the alternator or magneto 76 to increase the output voltage and provide sufficient voltage to activate fuel cut solenoid 74 at manual start speeds. Typical alternators or magnetos may have limited room within stator laminations for additional turns, but low current requirements of fuel cut solenoid 74 allows substitution of smaller gage wire. Alternatively, solenoid windings on fuel cut solenoid 74 can be modified to operate at lower voltages for recoil starting. However, adding coil turns to a charge winding provides an inexpensive modification and allows use of standard 12 volt solenoids.

To protect electrical systems, a voltage regulator 82 couples to charging coil 78 to provide a fixed output voltage for a varying input voltage. If charge winding 78 is wound to supply 12 VAC at 300 rpm, it could supply 144 VAC at 3600 rpm. Applying 144 volts could quickly destroy a solenoid designed to operate at 12 volts. Accordingly, voltage regulator 82 may comprise a switching power supply circuit 84 that regulates a rectified DC power output from magneto 76 and provides a fixed voltage to fuel cut solenoid 74. Switching circuits are very efficient, dissipate very little power, and can be made small and inexpensive. Switching power supply circuit 84 allows for low rpm, recoil starter electrical power generation with charge coil 78 voltage control over engine speed range.

In the embodiment shown in FIGS. 4A and 4B, fuel cut solenoid 74 is operated by an electro-mechanical switch 86. Electro-mechanical switch 86 connects one fuel source to carburetor 62 and is connected to magneto 76 for a power source. Electro-mechanical switch 86 may comprise an electrical switch 88 that provides electrical connection between fuel cut solenoid 74 and magneto 76. Electro-mechanical switch 86 may also comprise mechanical fuel lockout switch 38, and electrical switch 88 can be mechanically actuated and controlled by mechanical fuel lockout switch 38. Fuel cut solenoid 74 connects to open and close a fuel path to pull-start engine 60 in response to reception of electrical power from electro-mechanical switch 86.

Fuel cut solenoid 74 can operate as a normally open valve that closes when powered by alternator or magneto 76. The normally open valve is activated to close and prevent gasoline flow to engine 60 for LPG mode, and deactivated to open and allow gasoline flow to engine 60 for gasoline mode. As such, actuation of mechanical fuel lockout switch 38 to first position 38(a) opens electrical switch 88 to interrupt power and open fuel cut solenoid 74 as represented in FIG. 4A, and actuation of mechanical fuel lockout switch 38 to second position 38(b) closes electrical switch 88 to power and close fuel cut solenoid 74 as represented in FIG. 4B. Alternatively, fuel cut solenoid 74 can operate as a normally closed valve where actuation of mechanical fuel lockout switch 38 to first position 38(a) closes electrical switch 88 to power and open fuel cut solenoid 74, and actuation of mechanical fuel lockout switch 38 to second position 38(b) opens electrical switch 88 to interrupt power and close fuel cut solenoid 74.

In an alternative embodiment of the invention, a microcontroller 89 operates fuel cut solenoid 74 so that fuel cut solenoid 74 opens to operate engine 60 on gasoline and is closed when the engine operates on LPG. While engine 60 is running, charging coil 78 provides power available to microcontroller 89 for operation of fuel cut solenoid 74. Fuel cut solenoid 74 may operate in a normally open mode to allow gasoline flow to engine 60 without power from microcontroller 89, and microcontroller 89 may operate fuel cut solenoid 74 to operate as an after-fire solenoid when shutting down engine 60 from gasoline operation. That is, microcontroller 89 powers fuel cut solenoid 74 to a closed position preventing fuel being drawn into engine 60 and muffler during engine shutdown from operation on gasoline. When engine 60 runs on LPG, microcontroller 89 switches on power to close fuel cut solenoid 74 to prevent engine 60 from drawing in gasoline from the float bowl of carburetor 62 and first fuel line 66. Microcontroller 89 may also operate fuel cut solenoid 74 configured to be normally closed. Implementation of microcontroller 89 is further described with respect to FIG. 14.

Referring to FIG. 4B, a schematic diagram of a fuel system for a dual fuel engine shows mechanical fuel lockout switch 38 in second position 38(b) to provide communication between second fuel source 30 and dual fuel carburetor 62, according to an embodiment of the invention. Mechanical fuel lockout switch 38 prevents communication between first fuel source 28 and dual fuel carburetor 62 when the switch is in second position 38(b). The dual fuel system has a first fuel line 66 to provide fuel from first fuel source 28 to carburetor 62 and a second fuel line 70 to provide fuel from second fuel source 30 to carburetor 62.

Mechanical fuel lockout switch 38 includes mechanical fuel valve 54 that selectively controls fuel flow through first fuel line 66 by closing the line when mechanical fuel lockout switch 38 actuates to second position 38(b). Mechanical fuel lockout switch 38 may also include a mechanical lockout apparatus 58 to block and unblock fuel inlet 59 of the second fuel line 70. Fuel inlet 59 may include first end 50a of the quick-connect hose coupling mounted on the generator and coupled to second fuel line 70. Second end 50b of the quick-connect hose coupling is coupled to the outlet of second fuel source 30, and the first end 50a mates with second end 50b to quickly attach propane or LPG tank 68 to second fuel line 70. Fuel lockout apparatus 58 may also hold mechanical fuel lockout switch 38 in second position 38(b) when the propane or LPG tank 68 is coupled to the engine via the ends 50a, 50b of the quick-connect hose coupling.

Liquid fuel cut-off 72 couples to carburetor 62 to regulate liquid fuel flow through the carburetor as described with respect to FIG. 4A. Liquid fuel cut-off 72 may comprise a fuel cut solenoid 74 powered by magneto 76. Engine 60 has

US 11,143,145 B2

11

recoil starter **80** that cranks the engine and drives magneto **76** to power fuel cut solenoid **74** when starting the engine. Voltage regulator **82** reduces the voltage delivered to fuel cut solenoid **74** at higher engine operating speeds. Fuel cut solenoid **74** is activated by electro-mechanical switch **86** providing electrical connection to magneto **76** via electrical switch **88**. Electrical switch **88** can be manually actuated and controlled by mechanical fuel lockout switch **38**. FIG. 4B shows electrical switch **88** closed to power a normally open configured fuel cut solenoid **74** to a closed position for LPG mode when mechanical fuel lockout switch **38** is in second position **38**(b).

FIG. 4A and FIG. 4B depict an embodiment where mechanical fuel valve **54** operates along first fuel line **66** to provide a flow path for first fuel source **28** to carburetor **62** when the valve is in first position **38**(a). That is, mechanical fuel valve **54** may control a single fuel line that runs through the valve while operating fuel lockout apparatus **58** to control fuel flow through second fuel line **70**. Embodiments of the invention also contemplate mechanical fuel valve **54** configured to operate along second fuel line **70** to provide a flow path for second fuel source **30** to carburetor **62** when the valve is in second position **38**(b). Mechanical fuel valve **54** may be configured to control multiple fuel lines that run through the valve according to embodiments of the invention. In another embodiment of the invention, a manual fuel petcock is coupled along second fuel line **70** to provide an independent shut-off from second fuel source **30** to the engine.

Referring to FIG. 5, a dual fuel carburetor having a manual fuel shutoff system is shown, in accordance with a mechanical embodiment of the invention. Carburetor **62** attaches to an intake **90** of the engine to mix air and fuel and connect to a liquid fuel source and a gaseous fuel source. Carburetor **62** has a mixing passage or throat **92** having an inlet **94** for air and an outlet **96** for an air-fuel mixture. A venturi **98** is located in throat **92** with a choke valve **100** located upstream from the venturi and a throttle valve **102** located downstream from the venturi. Carburetor **62** has a float bowl **104** that provides fuel through a fuel passage into a narrow portion of venturi **98**. Float bowl **104** has a liquid fuel inlet **106** to receive liquid fuel from first fuel source **28**. Throat **92** has a gaseous fuel inlet **108** to receive gaseous fuel from second fuel source **30**. Dual fuel carburetor **62** mixes air with fuel from first fuel source **28** and second fuel source **30** and provides the respective air-fuel mixtures for operation of the dual fuel generator.

Liquid fuel cut-off **72** couples to carburetor **62** to control liquid fuel flow downstream of float bowl **104** in the carburetor. Liquid fuel cut-off **72** can close off float bowl **104** to stop liquid fuel flow to the engine and prevent an overly rich air-fuel ratio during gaseous fuel operation. As such, liquid fuel cut-off **72** prevents engine flooding when starting on gaseous fuel. Liquid fuel cut-off **72** also traps fuel in float bowl **104** to eliminate delay in filling the bowl when starting the engine on liquid fuel, and can stop liquid fuel flow to the engine immediately after ignition shutdown. As such, liquid fuel cut-off **72** reduces emissions and prevents afterfire by stopping the engine from continuing to draw in fuel from float bowl **104** during shutdown.

In the embodiment of FIG. **5**, liquid fuel cut-off **72** comprises a manually operated fuel shutoff **110** coupled to carburetor **62** to control liquid fuel flow downstream of float bowl **104**. Manual fuel shutoff **110** can be cable actuated for use on engines without battery power, for instance engines with recoil starters. Manual fuel shutoff **110** actuates between a first position to allow gasoline flow to the engine,

12

as shown in FIG. 7A, and a second position to prevent gasoline flow to the engine, as shown in FIG. 8. Referring back to FIG. 5, manual fuel shutoff **110** may comprise a shaft **112** extending into carburetor **62** that actuates between the first position and second position. A manually operated control system **114** couples to shaft **112** to control manual fuel shutoff **110** external to carburetor **62**.

A bracket **116** couples to the outer surface of carburetor **62** to support manual control system **114**. Bracket **116** mounts to a boss **118** extending outwards from float bowl **104**. Boss **118** has a flat vertical surface with a pair of tapped holes for mounting bracket **116** to float bowl **104**. Screws **120, 122** extend through respective holes in bracket **116** and into the tapped holes to mount the bracket to carburetor **62**. Manual fuel shutoff **110** extends out of carburetor **62** and through an opening **124** in bracket **116**. Bracket **116** has a first stopping tab **126** and a second stopping tab **128** extending away from float bowl **104** to hold manual fuel shutoff **110** in a respective open or closed position. A fuel drain screw **130** extends into an opening in carburetor **62** adjacent bracket **116**.

Bracket **116** has a lower arm **132** extending downward and to the air inlet side of carburetor **62**. Lower arm **132** has a bottom portion **134** bent outward from carburetor **62** to couple to a control system spring **136**. Bottom portion **134** has a hole **138** for control system spring **136** adjacent a positioning groove **140** for the spring. Control system spring **136** is held in position by groove **140** as it hooks through hole **138**. Bracket **116** also has an upper arm **142** extending first outward from carburetor **62** and then vertically and to the outlet side of the carburetor. Upper arm **142** has a cable clamp **144** for holding a Bowden cable **146**. Cable clamp **144** has a flat midsection and two curved ends contacting bracket **116** to hold the midsection slightly apart from the bracket. Cable clamp **144** is coupled to bracket **116** by a bolt **148** extending through a hole in the midsection and through upper arm **142** of the bracket.

A lever **150** couples to shaft **112** to actuate manual fuel shutoff **110**. A cap **152** holds lever **150** on shaft **112**. Alternatively, lever **150** may be coupled to the shaft **112** by welding or staking. Lever **150** has a first lever arm **154** to contact and hold lever **150** against first and second stopping tabs **126, 128** of the bracket. Lever **150** has a second lever arm **156** to actuate shaft **112**. First lever arm **154** is in plane with an opening in the lever for shaft **112** and second lever arm **156** extends first outward from carburetor **62** and then parallel to first lever arm **154**. Second lever arm **156** extends outward from carburetor **62** to provide clearance between bracket **116** and the second lever arm for control system spring **136** and screw **122**. Second lever arm **156** has two holes **158, 160** for coupling control system spring **136** and Bowden cable **146** to lever **150**.

Manual fuel shutoff **110** operates as a valve within carburetor **62** to selectively interrupt liquid fuel flow to the engine. Control system spring **136** preferably pulls on lever **150** to hold manual fuel shutoff **110** in an open valve position, and Bowden cable **146** pulls lever **150** against control system spring **136** to rotate manual fuel shutoff **110** to a closed valve position. As such, control system spring **136** holds manual fuel shutoff **110** open for gasoline mode until Bowden cable **146** is pulled to close the valve for LPG mode. Alternatively, control system spring **136** can hold manual fuel shutoff **110** in a closed valve position until Bowden cable **146** is pulled to open the valve. Therefore, actuation of the Bowden cable **146** acts as a switch to assist in changeover between the dual fuels. Manual fuel shutoff **110** may rotate 90 degrees between the open and closed positions with stopping tabs **126, 128** positioned about

US 11,143,145 B2

13

bracket 116 accordingly. Lever 150 can be positioned on shaft 112 so that second lever arm 156 is pulled upward by a generally vertical Bowden cable 146. Second lever arm 156 may actuate between a position 45 degrees below horizontal for an open valve and a position 45 degrees above horizontal for a closed valve. When holding the valve open, control system spring 136 may be oriented at a right angle to second lever arm 156 for increased leverage.

Referring to FIG. 6, a cross-sectional view of the carburetor taken generally about line 6-6 of FIG. 5 is shown, in accordance with an embodiment of the invention. Carburetor 62 includes a throat 92 to mix gaseous fuel with air and liquid fuel with air. Throat 92 includes a gaseous fuel inlet port 162 in communication with gaseous fuel inlet 108 coupled to a second fuel line 70. Carburetor 62 also includes float bowl 104 and a fuel passage 164 to provide a liquid fuel path from float bowl 104 through a main nozzle 166 into venturi 98. Float bowl 104 has a liquid fuel inlet port 168 and a float valve 170 to regulate liquid fuel flow through liquid fuel inlet port 168. Liquid fuel inlet port 168 is in communication with the liquid fuel inlet 106 coupled to first fuel line 66.

Manual fuel shutoff 110 couples to carburetor 62 to regulate liquid fuel flow downstream of float bowl 104. Manual fuel shutoff 110 attaches to carburetor 62 to close fuel passage 164 upon selection of engine operation to gaseous fuel. Manual fuel shutoff 110 may have a first end 172 positioned in carburetor 62 adjacent an inlet port 174 to fuel passage 164, and the first end 172 actuates to close fuel passage 164. That is, first end 172 actuates between a first position to permit fuel flow into fuel passage 164, as shown in FIG. 7A, and a second position to prevent fuel flow into fuel passage 164, as shown in FIG. 8.

Referring back to FIG. 6, manual fuel shutoff 110 has a second end 176 positioned external to carburetor 62 that is manually actuated to operate manual fuel shutoff 110. Manual fuel shutoff 110 may have a rotating shaft 112 that extends through an opening 178 in carburetor 62. A blocking member or valve tip 180 couples to shaft 112 in carburetor 62 to create a valve-shaft assembly 179. Valve tip 180 rotates parallel to inlet 174 of fuel passage 164 between a blocking position and non-blocking position to selectively block fuel flow into fuel passage 164. Lever 150 couples to shaft 112 external to carburetor 62 and actuates to rotate shaft 112 and valve tip 180.

Shaft 112 may be horizontal or substantially horizontal to allow valve tip 180 to be positioned directly in float bowl 104 adjacent inlet port 174 of fuel passage 164. That is, manual fuel shutoff 110 may be coupled to carburetor 62 such that second end 176 is horizontal from first end 172. Inlet 174 of fuel passage 164 can face horizontal or substantially horizontal to accommodate valve tip 180 in float bowl 104. As such, fuel passage 164 may have a horizontal component that receives fuel from float bowl 104 leading to a vertical component to provide fuel to venturi 98. The interior surface of the float bowl 104 may also have a recess or cavity 182 to provide room for valve member 180 in the bowl.

Opening 178 in carburetor 62 has a plug 184 to hold shaft 112 and prevent fuel flow out of the carburetor. Shaft 112 extends through a hole 186 in plug 184 and hole 186 is positioned to align valve tip 180 with fuel passage 164. Plug 184 has a larger outer diameter 188 toward the external side of carburetor 62 and a smaller outer diameter 190 toward the internal side. Larger outer diameter 188 and smaller outer diameter 190 mate with corresponding diameters of opening 178. Plug 184 has a counterbore 192 to hole 186 on the

14

external side of the plug. A compression spring 194 is positioned around shaft 112 in float bowl 104 to push valve tip 180 against plug 184. Compression spring 194 holds valve tip 180 against inlet 174 of fuel passage 164 in order to seal the fuel passage.

A primary o-ring 196 and a secondary o-ring 198 are positioned around shaft 112 to provide a respective first and second fuel seal between the shaft and plug 184 and to seal first end 172 of manual fuel shutoff 110 in carburetor 62. Primary o-ring 196 may be positioned in an o-ring groove 200 in shaft 112 and secondary o-ring 198 may be positioned in counterbore 192 of plug 184. A bracket 116 or other support member mounts over counterbore 192 and around shaft 112 to hold secondary o-ring 198 in counterbore 192. Bracket 116 has an opening 124 large enough for shaft 112 but small enough to hold secondary o-ring 198 in counterbore 192. Manual fuel shutoff 110 actuates in a rotative motion free from linear motion in part to ensure fuel will not leak through primary o-ring 196 or secondary o-ring 198. Compared to a sliding valve, a rotating valve, such as manual fuel shutoff 110, reduces the likelihood that fuel will leak from carburetor 62.

Liquid fuel cut-off 72 may regulate fuel flow through multiple fuel passages in carburetor 62 that provide fuel from float bowl 104 to the engine. For instance, carburetor 62 may have a main fuel circuit 202 and an idle fuel circuit 204. Main fuel circuit 202 provides fuel through main nozzle 166 into a narrow portion of venturi 98. Idle fuel circuit 204 provides fuel to throat 92 downstream from the throttle valve. Liquid fuel cut-off 72 may regulate fuel flow through some or all of the fuel circuits that provide fuel from float bowl 104 to the engine. FIG. 6 shows an embodiment where idle fuel circuit 204 branches off from main fuel circuit 202 and liquid fuel cut-off 72 actuates to block fuel flow into both main fuel circuit 202 and idle fuel circuit 204. In other embodiments, liquid fuel cut-off 72 closes main fuel circuit 202 while small amounts of liquid fuel pass through idle fuel circuit 204. Fuel passing through idle fuel circuit 204 may not negatively affect engine performance during LPG operation but will eventually drain the gasoline tank.

Referring to FIG. 7A, a partial sectional view of a float bowl shows a manual fuel shutoff system in an open position for gasoline mode, in accordance with an embodiment of the invention. The partial sectional view is taken through a portion of float bowl 104 along fuel passage 164 while showing another portion of float bowl 104 in front of fuel passage 164 and coupled to manual fuel shutoff 110. Inlet 174 to fuel passage 164 is in a boss 206 extending outward from a central region of float bowl 104. Boss 206 has an oval top with sides that extend to the floor of float bowl 104. Inlet 174 to fuel passage 164 extends through boss 206 and has a substantially flat perimeter edge 208 around inlet port 174 on the surface of the boss. Manual fuel shutoff 110 presses against substantially flat perimeter edge 208 surrounding fuel passage 164 to block fuel flow into fuel passage 164.

Manual fuel shutoff 110 may have a rotating shaft 112 extending through an aperture 178 in float bowl 104. Shaft 112 has a first end 210 coupled to valve tip 180 and located in float bowl 104 that is held against inlet port 174 to fuel passage 164. Shaft 112 rotates valve tip 180 against inlet port 174 between a first position 180(a) allowing fuel flow through the inlet port 174, as shown in FIG. 7A, and a second position 180(b) blocking fuel flow through the inlet port 174, as shown in FIG. 8. That is, valve tip 180 uncovers the inlet 174 of fuel passage 164 to permit fuel flow into the inlet 174 when rotated to first position 180(a), FIG. 7A, and

US 11,143,145 B2

15

covers inlet 174 of fuel passage 164 to prevent fuel flow into inlet 174 when rotated to second position 180(b), FIG. 8.

Referring back to FIG. 7A, the manual fuel shutoff system further includes bracket 116 to support shaft 112 in float bowl 104 and provide mounting locations for manually operated control system 114. Bracket 116 also has a pair of stopping tabs 126, 128 to hold the manual fuel shutoff 110 in an open or closed position. Shaft 112 extends through bracket 116 and lever 150 couples to a second end 212 of shaft 112 located outside of float bowl 104. Control system spring 136 couples lever 150 to bracket 116 to hold lever 150 against stopping tab 126 and hold manual fuel shutoff 110 in the open position for gasoline mode. Bowden cable 146 couples to lever 150 to pull against control system spring 136 and rotate manual fuel shutoff 110 to the closed position for LPG mode. As such, second end 176 of manual fuel shutoff 110 is positioned external to float bowl 104 and coupled to manually operated control system 114 to operate manual fuel shutoff 110.

Referring to FIG. 7B, a detailed partial sectional view of the float bowl of FIG. 7A taken along line 7B-7B shows a manual fuel shutoff in an open position for gasoline mode, in accordance with an embodiment of the invention. Float bowl 104 includes boss 206 through which fuel passage 164 extends and having a substantially flat perimeter edge 208 surrounding inlet 174 to fuel passage 164. Substantially flat perimeter edge 208 preferably has a flat finished surface for improved sealing against valve tip 180. Valve tip 180 maintains planar contact with substantially flat perimeter edge 208 while rotating between an open position permitting fuel flow into inlet 174 and a closed position blocking fuel flow into inlet 174. As such, valve tip 180 rotates parallel to inlet 174 of fuel passage 164 between the open or first position 180(a) and closed or second position 180(b), FIG. 8.

Referring again to FIG. 7B, valve tip 180 may comprise an oval or stadium 214 having a flat surface 216 that contacts perimeter edge 208 around inlet 174 of fuel passage 164. Valve tip 180 may have a recessed portion or cutout 218 in the flat surface 216 to provide a flow passage through the valve tip. Fuel flows through the cutout 218 into the inlet 174 of fuel passage 164 when cutout 218 is aligned with inlet 174. That is, cutout 218 in valve tip 180 aligns with inlet port 174 when valve tip 180 is rotated to the open position such that fuel can pass from float bowl 104 through cutout 218 into fuel passage 164. Cutout 218 in valve tip 180 is strategically positioned in a narrow portion of stadium 214 so a long portion of stadium 214 can be rotated to cover and block inlet 174. Valve tip 180 may comprise one of many shapes including a stadium, an oval, a disk, a rectangle, an irregular shape, among others.

Referring to FIG. 8, a partial sectional view of a float bowl shows a manual fuel shutoff system in a closed position for LPG mode, in accordance with an embodiment of the invention. Valve tip 180 pushes against inlet 174 to fuel passage 164 to seal the inlet when in second position 180(b). Valve tip 180 may have a stadium shape 214 with a cutout 218 in the narrow portion of the stadium to provide a flow passage. Valve tip 180 blocks fuel flow into fuel passage 164 when the cutout 218 in valve tip 180 is rotated away from inlet 174 of fuel passage 164. Cutout 218 may face downward when in the closed position and horizontal when in the open position. Lever 150 couples to shaft 112 outside of float bowl 104 and is actuated by Bowden cable 146 to operate manual fuel shutoff 110.

Bowden cable 146 may be coupled to mechanical fuel lockout switch 38, FIG. 1, to automatically open and close

16

manual fuel shutoff 110 upon selection of a corresponding fuel source. Mechanical fuel lockout switch 38 may have a lever arm inside of the generator housing for actuating Bowden cable 146, FIG. 8. Alternatively, Bowden cable 146 may have a push-pull knob located on an external surface of the generator housing to independently actuate manual fuel shutoff 110. In either case, manual fuel shutoff 110 can attach to the carburetor to close fuel passage 164 downstream from float bowl 104 upon actuation of the mechanical fuel lockout switch 38, FIG. 1, from liquid fuel to gaseous fuel.

Referring to FIG. 9, a perspective view of a shaft for the manual fuel shutoff system of FIGS. 5-8 is shown, in accordance with an embodiment of the invention. Shaft 112 has two "D" shaped ends each located at a respective first end 210 and second end 212 of the shaft. Shaft 112 also has a first diameter 220 and a larger second diameter 222 each extending radially from shaft 112 outward beyond the two "D" shaped ends. First diameter 220 and second diameter 222 are separated by o-ring groove 200 with first diameter 220 toward first end 210 of shaft 112 and second diameter 222 toward second end 212 of shaft 112. First diameter 220 also has a groove 224 for a retaining ring. Lever 150, FIG. 8, has a "D" shaped opening to fit on the second end 212 of shaft 112 and held against the second diameter 222.

Referring to FIG. 10, a side view of a valve member for the manual fuel shutoff system of FIG. 5-8 is shown, in accordance with an embodiment of the invention. Valve tip 180 has a flat surface 216 to seal and rotate against a mating surface in the carburetor. Valve tip 180 is preferably made from polyoxymethylene (POM) or other thermoplastic material to provide a surface suitable for sealing. Valve tip 180 may be shaped as a stadium 214 with a short direction 226 and a long direction 228 extending from a center of rotation 230. The long direction 228 rotates over inlet 174, FIG. 8, to selectively block fuel passage 164. As such, valve tip 180 may rotate less than 360 degrees between the open and closed positions, and valve tip 180 rotates substantially 90 degrees between the positions in an exemplary embodiment of the invention.

Referring back to FIG. 10, cutout 218 may be located along a straight side of stadium 214 to create a flow passage through valve tip 180. Cutout 218 may have a depth less than the thickness of stadium 214 or may extend through the thickness of the stadium. Cutout 218 may be a half circle with tangent side components extending perpendicular to a straight edge of stadium 214, through a side of valve tip 180. Cutout 218 may extend into valve tip 180 short of the center of stadium 214 and positioned slightly offset along the length of the stadium from the stadium center.

Valve tip 180 may have a "D" shaped opening 232 to press onto shaft 112 of FIG. 9, defining center of rotation 230, FIG. 10. Center of rotation 230 may be equal distance from straight edges of stadium 214 and positioned between cutout 218 and a rounded end of the stadium that is the closest rounded end to the cutout. Cutout 218 is askew from center of rotation 230 along the length of stadium 214 in part to cover more distance when rotated away from inlet port 174, FIG. 8. In addition, valve tip 180 is positioned off center on shaft 112 to increase the length of long direction 228 from center of rotation 230 that is rotated to cover inlet port 174.

Referring to FIG. 11, a perspective view of the carburetor of FIG. 5 with the manual fuel shutoff system exploded from a float bowl of the carburetor is shown, in accordance with an embodiment of the invention. Carburetor 62 has a throat 92, a float bowl 104, and a fuel passage 164 from float bowl

US 11,143,145 B2

104 to an outlet port 234 in throat 92. Manual fuel shutoff 110 includes shaft 112 having first end 210 to be positioned in float bowl 104 and a second end 212 to be positioned external to float bowl 104. A primary o-ring 196 installs on shaft 112 and positioned in an o-ring groove 200 in shaft 112. A retaining ring 236 installs on shaft 112 in a groove 224 toward first end 210 from o-ring groove 200. Compression spring 194 installs on shaft 112 followed by valve tip 180 pressed onto first end 210 of shaft 112 creating a valve-shaft assembly 179. Orientation of valve tip 180 is controlled by a "D" shaped hole 232 in valve tip 180 mating with a "D" shaped end of shaft 112.

Plug 184 installs on shaft 112 pushing compression spring 194 against valve tip 180. Primary o-ring 196 seals between shaft 112 and plug 184. Valve-shaft assembly 179 inserts through opening 178 in float bowl 104 and plug 184 presses into the opening. Plug 184 anchors in opening 178 so that compression spring 194 holds valve tip 180 against fuel passage 164. Secondary o-ring 198 installs around shaft 112 to seal between the shaft and plug 184. Secondary o-ring 198 may be positioned in a counterbore 192 in plug 184. Bracket 116 couples to float bowl 104 and holds secondary o-ring 198 positioned in counterbore 192. Bracket 116 may be 2.0 mm thick and stamped from Q235 grade steel. A pair of screws 120, 122 each having a spring lock washer 238, 240 extend through a respective hole 242, 244 in bracket 116 to mount bracket 116 to carburetor 62. Screws 120, 122 may be M5 screws. A spacer 246 installs on shaft 112 and against bracket 116.

Lever 150 couples to shaft 112 and held apart from bracket 116 by spacer 246. Shaft 112 has a "D" shape at second end 212 that is inserted into a corresponding "D" shaped opening 248 in lever 150. The orientation of lever 150 is controlled by "D" shape hole 248 in lever 150 mating with a "D" shape end of shaft 112. Lever 150 may be 1.5 mm thick and stamped from Q235 grade steel. Cap 152 presses onto shaft 112 to hold lever 150 on shaft 112. Control system spring 136 attaches to lever 150 and bracket 116 to hold manual fuel shutoff 110 open. Cable clamp 144 couples to bracket 116 by bolt 148. Cable clamp 144 has a tab 250 at one or both ends that fits into a corresponding slot or recess 252 in bracket 116. Cable clamp 144 also has a midsection with a notch 254 to pinch and hold Bowden cable 146 to bracket 116. Bowden cable 146 is held by cable clamp 144 and attaches to lever 150 to actuate manual fuel shutoff 110 to the closed position. Fuel drain screw 130 and drain screw spring 256 insert into carburetor 62. In one embodiment, drain screw spring 256 is the same type of spring used for compression spring 194.

Referring to FIG. 12, and with continued reference back to FIG. 11, a method of fabricating a manual fuel shutoff system for a carburetor is shown, in accordance with an embodiment of the invention. Process 300 begins by providing carburetor 62 at STEP 302. Process 300 continues with making a valve-shaft assembly 179 at STEP 304, with valve tip 180 pressed onto shaft 112. Also in STEP 304, a compression spring 194 is stalled on shaft 112 and primary o-ring 196 is installed around shaft 112. Process 300 continues by installing plug 184 on valve-shaft assembly 179 at STEP 306. Next, valve-shaft assembly 179 is inserted through opening 178 in float bowl 104 and plug 184 is pressed into the opening at STEP 308. Process 300 continues at STEP 310 by installing secondary o-ring 198 in a groove on plug 184. Next, bracket 116 is coupled to float bowl 104 of carburetor 62 in STEP 312. Process 300 continues at STEP 314 by installing lever 150 on shaft 112. Next, cap 152 is pressed onto shaft 112 to hold lever 150 to shaft 112 in

STEP 316. In STEP 318, control system spring 136 is installed on lever 150 and bracket 116. Also, in STEP 318, Bowden cable 146 is attached to lever 150 to actuate shaft 112.

Referring to FIG. 13, a magnetic fuel shutoff system for a carburetor is shown, in accordance with an embodiment of the invention. Magnetic fuel shutoff system 320 couples to the carburetor to provide a magnetically actuated liquid fuel cut-off for the internal combustion engine. Magnetic fuel shutoff system 320 controls liquid fuel flow through a fuel passage leading from the float bowl to the throat in the carburetor. Magnetic fuel shutoff system 320 can be manually actuated between an open position to allow gasoline flow to the engine for gasoline operation and a closed position to prevent gasoline flow to the engine for LPG operation.

Magnetic fuel shutoff system 320 includes a housing at least partially enclosing the liquid fuel cut-off. That is, magnetic fuel shutoff system 320 has a first section 322 housing magnetic fuel shutoff 324 and a second section 326 housing a manually actuated magnet 328 to operate the magnetic fuel shutoff. First section 322 has a forward wall 330 and a back wall 332 with the forward wall facing internal to the carburetor. Forward wall 330 has a flange 334 around an outer perimeter for coupling to the carburetor. Forward wall 330 also has an opening 336 through which a plunger 342 of the magnetic fuel shutoff 324 extends into the carburetor. A lip 338 extends forward from forward wall 330 around opening 336 and an o-ring 340 is installed around lip 338. Flange 334 may be mounted to a plug in an opening of the carburetor with magnetic fuel shutoff 324 entering the carburetor through a hole in the plug.

First section 322 provides a sealing member enclosing plunger 342 of magnetic fuel shutoff 324 to the carburetor and holding fuel in the carburetor. The plunger 342 extends through opening 336 in forward wall 330 with a pointed end that is selectively inserted into a fuel supply path in the carburetor to block fuel flow downstream from the float bowl. Magnetic fuel shutoff 324 has a back plate 344 coupled to plunger 342 in first section 322. Plunger 342 extends perpendicular from a forward face of back plate 344. A spring 346 pushes a back face of back plate 344 against back wall 332 to push plunger 342 through opening 336 in forward wall 330 to block the fuel supply path in the carburetor. Accordingly, the first section 322 holds the spring 346 against the plunger 342. Magnetic fuel shutoff 324 is guided through its actuation by back plate 344 sliding through first section 322 and plunger 342 through opening 336 in forward wall 330.

Second section 326 couples to first section 322 and is located behind back wall 332. Second section 326 encloses an actuating magnet 328 to selectively pull magnetic fuel shutoff 324 against spring 346. Second section 326 preferably guides actuating magnet 328 along a path perpendicular to that of magnetic fuel shutoff 324. As such, the magnetic force to pull magnetic fuel shutoff 324 to an open valve position is the strongest when actuating magnet 328 is aligned with the path of magnetic fuel shutoff 324. Actuating magnet 328 pulls magnetic fuel shutoff 324 against spring 346 when actuating magnet 328 approaches magnetic fuel shutoff 324 and releases magnetic fuel shutoff 324 while traveling away from magnetic fuel shutoff 324. Actuating magnet 328 may comprise a rare-earth or other permanent magnet.

In an exemplary embodiment of the invention, magnetic fuel shutoff 324 actuates horizontally between an open position to permit fuel flow into a fuel passage in the

US 11,143,145 B2

19                                                                            20

carburetor and a closed positioned to prevent fuel flow into the fuel passage. Actuating magnet **328** preferably follows a vertical path and a spring **348** couples to a top of second section **326** pushing downward on actuating magnet **328**. Bowden cable **146** couples to the top of second section **326** and to actuating magnet **328** to pull the magnet vertically against spring **348** and operate magnetic fuel shutoff system **320**.

Referring now to FIG. **14**, a wiring diagram of a microcontroller **89** receiving input signals and operating engine components is shown, according to an embodiment of the invention. Microcontroller **89** closes fuel cut solenoid **74** when the engine operates on LPG and opens the fuel cut solenoid to operate the engine on gasoline. For LPG mode, microcontroller **89** switches on power to fuel cut solenoid **74** to close the solenoid preventing the engine from drawing in gasoline from the float bowl of the carburetor. During shutdown from gasoline operation, microcontroller **89** can also power fuel cut solenoid **74** to a closed position preventing additional gasoline being drawn into the engine. While microcontroller **89** can operate fuel cut solenoid **74** operating in a normally open configuration, microcontroller **89** can also operate a fuel cut solenoid operating in a normally closed configuration.

Microcontroller **89** may include a module **350** to connect fuel cut solenoid **74**, charging coil **78**, switches and a ground terminal. Module **350** has a first connection **352**(*a*) to couple fuel cut solenoid **74** and a second connection **352**(*b*) to couple charging coil **78** to power the fuel cut solenoid. Fuel cut solenoid **74** may be coupled to a fuel switch **354** and a combination switch **356** that are also connected to module **350** via a third connection **352**(*c*). Fuel switch **354** changes operation of the engine between LPG and gasoline, and combination switch **356** can operate to kill the engine. A ground terminal **358** connects to module **350** via a fourth connection **352**(*d*) in order to ground fuel cut solenoid **74** via fuel switch **354** or combination switch **356**.

In LPG mode, fuel switch **354** connects a first contact **360**(*a*) to a second contact **360**(*b*), instead of third contact **360**(*c*), to complete an electrical circuit for fuel cut solenoid **74** by connecting the fuel cut solenoid to ground terminal **358**. A fuel cut solenoid **74** operating in a normally open configuration is therefore powered and closed to prevent gasoline flow from the float bowl of the carburetor to the engine. Fuel switch **354** also connects a fourth contact **360**(*d*) to a fifth contact **360**(*e*), instead of sixth contact **360**(*f*), to prevent combination switch **356** from grounding magneto **76** thereby maintaining power to spark plug **362**.

In gasoline mode, fuel switch **354** connects first contact **360**(*a*) to third contact **360**(*c*) to interrupt an electrical circuit for fuel cut solenoid **74** by disconnecting the fuel cut solenoid from ground terminal **358**. A fuel cut solenoid **74** operating in a normally open configuration is therefore unpowered and opened to allow gasoline flow from the fuel bowl of the carburetor to the engine. Fuel switch **354** also connects fourth contact **360**(*d*) to sixth contact **360**(*f*) to allow combination switch **356** to ground magneto **76** upon shutdown thereby interrupting power to spark plug **362**.

Combination switch **356** can actuate fuel cut solenoid **74** upon engine shutdown from gasoline operation to prevent after-fire. That is, combination switch **356** connects a first point **364**(*a*) to a second point **364**(*b*) to kill the engine by connecting magneto **76** to ground terminal **358**. At the same time, combination switch **356** connects a third point **364**(*c*) to a fourth point **364**(*d*) completing an electrical circuit for fuel cut solenoid **74** by connecting the solenoid to ground terminal **358**. Fuel switch **74** is then powered and

closed to prevent continued gasoline flow to the engine after combination switch **356** stops power supply to spark plug **362**.

In one embodiment of the invention, combination switch **356** can operate as a kill switch only for gasoline operation. That is, combination switch **356** can be decoupled from magneto **76** by fuel switch **354** so that combination switch **356** cannot be actuated to shut down the engine during LPG operation. In another embodiment of the invention, combination switch **356** can operate as a kill switch for both gasoline operation and LPG operation. During LPG operation, combination switch **356** may actuate fuel switch **354** with actuation of combination switch **356** to ground magneto **76** and kill the engine. That is, combination switch **356** connects first point **364**(*a*) to second point **364**(*b*) and also actuates fuel switch **354** to connect fourth contact **360**(*d*) to sixth contact **360**(*f*) so that magneto **76** is coupled to ground terminal **358** killing the engine. At the same time, combination switch **356** connects third point **364**(*c*) to fourth point **364**(*d*) so that fuel cut solenoid **74** maintains connection to ground terminal **358** to remain closed even though fuel switch **354** interrupts connection between first contact **360** (*a*) and second contact **360**(*b*).

Microcontroller **89** may also include a Voltage Frequency and Low Oil Shutdown (VFO) module **366**. VFO module **366** can measure parameters of an alternator driven by an engine in a generator. VFO module **366** monitors alternator voltage and frequency by receiving an input signal **368** from the alternator. Input signal **368** is 120 VAC and 60 Hz from the alternator as a monitoring point for VFO module **366**. VFO module **366** allows the engine to run if alternator parameters are within preset limits and shuts down the engine if the parameters are outside the limits. VFO module **366** can also monitor oil volume within the engine by receiving an input signal from an oil level switch **370** shown in the wiring diagram engine block **372**. VFO module **366** may allow the engine to operate only if the oil volume is greater than a preset lower limit and can shutdown the engine by initiating connection between the ignition coil or magneto **76** and ground terminal **358**.

Beneficially, embodiments of the invention provide for a fuel lockout switch to ensure that two fuels are not simultaneously delivered to a dual fuel internal combustion engine and to efficiently convert operation of the engine between the fuel sources. Embodiments of the invention also provide for a dual fuel generator with a remotely mounted gaseous fuel regulator system. Embodiments of the invention also provide for a batteryless dual fuel internal combustion engine having a liquid fuel cut-off coupled to a carburetor to selectively interrupt liquid fuel.

Therefore, according to one embodiment of the invention, a dual fuel engine includes an engine operable on a gaseous fuel and a liquid fuel and a switch to change operation of the engine between gaseous fuel and liquid fuel. The dual fuel engine also includes a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source. A liquid fuel cut-off attaches to the carburetor to interrupt liquid fuel upon actuation of the switch from liquid fuel to gaseous fuel.

According to another embodiment of the invention, a batteryless dual fuel generator includes a housing containing a pull start engine coupled to drive an alternator, the engine operable on a gaseous fuel and a liquid fuel. A carburetor attaches to an intake of the engine and includes a throat to mix fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The generator

US 11,143,145 B2

**21**

also includes a fuel shutoff attached to the carburetor to close the fuel passage upon selection of engine operation to gaseous fuel.

According to yet another embodiment of the invention, a carburetor having a fuel shutoff includes a carburetor with a float bowl, a throat, and a fuel passage to provide fuel from the float bowl to the throat. The carburetor further includes a fuel shutoff coupled to the carburetor having a first end in the carburetor that actuates to close the fuel passage and a second end external to the carburetor to actuate the first end, and the fuel shutoff can actuate free from linear motion.

According to yet another embodiment of the invention, a method of assembling a dual fuel engine includes providing an engine operable on a gaseous fuel and a liquid fuel. The method also includes attaching a carburetor to an intake of the engine, the carburetor includes a throat to mix gaseous fuel with air and liquid fuel with air, a float bowl, and a fuel passage to provide liquid fuel from the float bowl to the throat. The method also includes coupling a switch to the engine to change operation of the engine between gaseous fuel and liquid fuel and attaching a liquid fuel cut-off to the carburetor to close the fuel passage upon actuation of the switch from liquid fuel to gaseous fuel.

This written description uses examples to disclose the invention, including the best mode, and also to enable any person skilled in the art to practice the invention, including making and using any devices or systems and performing any incorporated methods. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

What is claimed is:

1. A dual fuel generator comprising:
an engine operable on a gaseous fuel and a liquid fuel;
an electrical power generator driven by the engine and comprising a charging coil;
a switch to change operation of the engine between gaseous fuel and liquid fuel;
a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source;
a liquid fuel cut-off solenoid to interrupt liquid fuel flow to the engine upon actuation of the switch from liquid fuel to gaseous fuel; and
a voltage regulator coupled to the charging coil to receive power therefrom and that operates to provide a regulated voltage to the liquid fuel cut-off solenoid.

2. The dual fuel generator of claim 1 further comprising:
a liquid fuel valve along a liquid fuel line coupling the liquid fuel source to the carburetor; and
a gaseous fuel valve along a gaseous fuel line coupling the gaseous fuel source to the carburetor.

3. The dual fuel generator of claim 2, wherein each of the liquid fuel valve and the gaseous fuel valve comprises a mechanical valve.

4. The dual fuel generator of claim 2, wherein the liquid fuel cut-off solenoid is attached to the carburetor.

5. The dual fuel generator of claim 1, wherein the gaseous fuel is LPG and the liquid fuel is gasoline.

6. The dual fuel generator of claim 1, wherein the switch is an electro-mechanical switch connecting one fuel source to the carburetor and connected to the electrical power generator, and wherein the liquid fuel cut-off solenoid is

**22**

connected to open and close a fuel path to the engine in response to reception of electrical power from the switch.

7. The dual fuel generator of claim 6, wherein the switch selectively powers the solenoid valve by controlling electrical connection between the solenoid valve and the electrical power generator.

8. The dual fuel generator of claim 1, wherein the liquid fuel cut-off solenoid is normally open to provide liquid fuel to the engine when the liquid fuel cut-off solenoid is unpowered.

9. The dual fuel generator of claim 8, wherein the dual fuel generator is a batteryless dual fuel generator and the engine is a pull-start engine, the batteryless dual fuel generator further comprising a pull-starter that drives the electrical power generator to power and close the liquid fuel cut-off solenoid while starting the engine on gaseous fuel.

10. The dual fuel generator of claim 1, wherein the electrical power generator comprises a magneto or an alternator.

11. A dual fuel generator comprising:
an engine operable on a gaseous fuel and a liquid fuel;
a carburetor attached to an intake of the engine to mix air and fuel and connect to a gaseous fuel source and a liquid fuel source; and
a manually actuated fuel shutoff coupled to the carburetor, the manually actuated fuel shutoff comprising:
a first end in the carburetor that actuates to selectively allow or block a flow of fuel through the carburetor; and
and a second end external to the carburetor to actuate the first end.

12. The dual fuel generator of claim 11, wherein the engine is a pull start, batteryless engine.

13. The dual fuel generator of claim 11, wherein the gaseous fuel is LPG and the liquid fuel is gasoline.

14. The dual fuel generator of claim 11 wherein the manually actuated fuel shutoff comprises a rotating mechanical valve.

15. The dual fuel generator of claim 14 wherein the carburetor comprises:
a float bowl;
a throat; and
a fuel passage to provide fuel from the float bowl to the throat;
wherein the manually actuated fuel shutoff comprises a shaft extending into the carburetor through an aperture in the float bowl, the shaft being coupled to a valve tip in the float bowl that rotates to open and close the fuel passage.

16. The dual fuel generator of claim 15 wherein the valve tip rotates parallel to an inlet of the fuel passage between a first position permitting fuel flow into the inlet and a second position blocking fuel flow into the inlet.

17. The dual fuel generator of claim 15, wherein the fuel passage has an inlet with a substantially flat perimeter edge and the valve tip maintains planar contact with the perimeter edge while rotating to open and close the fuel passage.

18. The dual fuel generator of claim 17 further comprising:
a plug in the aperture around the shaft; and
a compression spring around the shaft in the float bowl pushing against the plug to hold the valve tip against the perimeter edge of the inlet.

19. The dual fuel generator of claim 15 further comprising:
a lever coupled to the shaft outside of the carburetor;

US 11,143,145 B2

23

24

a spring coupled to the lever to hold the fuel shutoff
  opening the fuel passage; and

a cable coupled to the lever to move the lever against the
  spring and rotate the fuel shutoff to close the fuel
  passage.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 11,143,145 B2
APPLICATION NO.     : 16/946438
DATED               : October 12, 2021
INVENTOR(S)         : Collie et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Page 2 item (63) Related U.S. Application Data: delete "10,221,781" and substitute therefore --10,221,780--.

Signed and Sealed this
Twenty-eighth Day of December, 2021

Drew Hirshfeld
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*



# EXHIBIT H



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**

**July 23, 2024**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *10,598,101*
ISSUE DATE: *March 24, 2020*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**Rodney Glover**
**Certifying Officer**



US010598101B2

(12) **United States Patent**
Sarder et al.

(10) Patent No.: **US 10,598,101 B2**
(45) **Date of Patent:** **Mar. 24, 2020**

(54) **DUAL FUEL SELECTOR SWITCH**

(71) Applicant: **Champion Engine Technology, LLC,** Sussex, WI (US)

(72) Inventors: **Mark J. Sarder,** Waukesha, WI (US); **Leigh Jenison,** Hartland, WI (US); **Ian Schmit,** Cedarburg, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 584 days.

(21) Appl. No.: **15/015,205**

(22) Filed: **Feb. 4, 2016**

(65) **Prior Publication Data**

US 2016/0146122 A1    May 26, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 14/069,747, filed on Nov. 1, 2013, now Pat. No. 9,435,273.

(51) **Int. Cl.**
| | |
|---|---|
| *F02D 19/06* | (2006.01) |
| *F02M 13/08* | (2006.01) |
| *F02D 29/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ..... *F02D 19/0676* (2013.01); *F02D 19/0613* (2013.01); *F02D 19/0647* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. F02D 19/0676; F02D 19/0613; F02D 19/0647; F02D 29/06; F02D 19/0681;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,722,208 A | | 11/1955 | Conroy, Jr. et al. |
| 3,384,059 A | | 5/1968 | Kopa |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2060477 U | 8/1990 |
| CN | 1981121 A | 6/2007 |

OTHER PUBLICATIONS

Honda EU20i LPG, Mar. 20, 2012, https://www.youtube.com/watch?v=yBpq33aJmR0.

(Continued)

*Primary Examiner* — Syed O Hasan
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57) **ABSTRACT**

A fuel selector for use with a dual fuel generator includes a selector plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. A selector switch coupled to the selector plate is linearly translatable from a first position to a second position, so as to enable positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

**19 Claims, 6 Drawing Sheets**



**US 10,598,101 B2**

Page 2

(52) **U.S. Cl.**
CPC ............. *F02D 29/06* (2013.01); *F02M 13/08*
(2013.01); *Y02T 10/36* (2013.01); *Y10T*
*137/0318* (2015.04); *Y10T 137/0491*
(2015.04); *Y10T 137/87684* (2015.04)

(58) **Field of Classification Search**
CPC ........... F02M 21/0293; F02M 21/0236; F02M
21/0233; F02M 13/08; F02M 21/21;
F02B 53/00; F02B 63/00; H02K 1/22
USPC .................. 123/525, 2, 3; 290/1 A; 137/383
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,412,258 A | 11/1968 | Satter | |
| 3,659,574 A | 5/1972 | Reschke et al. | |
| 3,718,000 A | 2/1973 | Walker | |
| 3,783,849 A | 1/1974 | Bramfitt | |
| 3,888,223 A | 6/1975 | Mondt | |
| 4,335,697 A | 6/1982 | McLean | |
| 4,372,276 A | 2/1983 | Bernhardsson et al. | |
| 4,373,493 A | 2/1983 | Welsh | |
| 4,393,848 A | 7/1983 | Poehlman | |
| 4,450,821 A | 5/1984 | Venning et al. | |
| 4,463,735 A | 8/1984 | Stoltman | |
| 4,480,595 A | 11/1984 | Hobby et al. | |
| 4,489,699 A * | 12/1984 | Poehlman ............. F02B 69/04 | |
| | | | 123/525 |
| 4,502,453 A | 3/1985 | Kabasin et al. | |
| 4,619,240 A | 10/1986 | Bedford et al. | |
| 4,628,871 A | 12/1986 | Glass | |
| 4,708,094 A | 11/1987 | Helmich et al. | |
| 4,895,124 A | 1/1990 | Bartholomew | |
| 4,979,480 A | 12/1990 | Daikoku et al. | |
| 5,092,305 A | 3/1992 | King | |
| 5,161,496 A | 11/1992 | Matsushima et al. | |
| 5,171,487 A | 12/1992 | Hudz | |
| 5,228,423 A | 7/1993 | Oikawa et al. | |
| 5,287,839 A | 2/1994 | Kondou et al. | |
| 5,320,078 A | 6/1994 | Lorraine | |
| 5,325,835 A | 7/1994 | Kimata et al. | |
| 5,379,740 A | 1/1995 | Moore et al. | |
| 5,419,291 A | 5/1995 | Kimata et al. | |
| 5,438,968 A | 8/1995 | Johnson et al. | |
| 5,450,832 A | 9/1995 | Graf | |
| 5,611,312 A | 3/1997 | Swanson et al. | |

| | | | |
|---|---|---|---|
| 5,673,670 A | 10/1997 | Powell et al. | |
| 5,809,979 A | 9/1998 | Tsuda et al. | |
| 5,816,224 A | 10/1998 | Welsh et al. | |
| 6,082,323 A | 7/2000 | Winberg | |
| 6,213,083 B1 | 4/2001 | Winberg | |
| 6,223,730 B1 | 5/2001 | Hasegawa et al. | |
| 6,276,345 B1 | 8/2001 | Nelson et al. | |
| 6,401,685 B1 | 6/2002 | Warner | |
| 6,453,877 B1 | 9/2002 | Lucier et al. | |
| 6,591,817 B2 | 7/2003 | Deutsch | |
| 6,914,342 B1 | 7/2005 | French | |
| 7,905,469 B2 | 3/2011 | Nickels et al. | |
| 8,342,158 B2 | 1/2013 | Ulrey et al. | |
| 8,590,510 B2 | 11/2013 | Surnilla et al. | |
| 9,435,273 B2 | 9/2016 | Sarder et al. | |
| 2002/0125115 A1 * | 9/2002 | Burkholder ............. F02B 63/04 | |
| | | | 200/51.11 |
| 2002/0134362 A1 | 9/2002 | Deutsch | |
| 2004/0139943 A1 | 7/2004 | Kern et al. | |
| 2004/0240141 A1 * | 12/2004 | Stolt ...................... H01H 47/18 | |
| | | | 361/160 |
| 2006/0169238 A1 * | 8/2006 | Mazuka .................. F02B 63/04 | |
| | | | 123/179.18 |
| 2007/0137591 A1 * | 6/2007 | Sugimoto ............. F02B 43/00 | |
| | | | 123/41.7 |
| 2010/0258099 A1 | 10/2010 | Andersson et al. | |
| 2011/0168133 A1 | 7/2011 | Pursifull et al. | |
| 2011/0253102 A1 | 10/2011 | Watanabe | |
| 2013/0047964 A1 | 2/2013 | Kim | |
| 2013/0098349 A1 | 4/2013 | Deng | |
| 2013/0122439 A1 | 5/2013 | Deng | |
| 2013/0220274 A1 | 8/2013 | Deshpande et al. | |
| 2014/0202430 A1 | 7/2014 | Monros | |
| 2014/0238340 A1 | 8/2014 | Dunn et al. | |
| 2014/0373531 A1 | 12/2014 | Wong | |
| 2015/0122230 A1 | 5/2015 | Sarder et al. | |

OTHER PUBLICATIONS

Johnson et al., "Electronic Direct Fuel Injection (EDFI) for Small
Two-Stroke Engines," SAE Technical Paper 1999-01-3312, Pro-
ceedings of the 1999 SAE Small Engine Technology Conference,
Madison, WI, Sep. 28-30, 1999, pp. 1-15.
Champion Power (Dec. 2014, & Jan.) 100153 Manual, Retrieved
from http://www.championpowerequipment.com/media/2400/100153_
manual-english_12-4-14.pdf.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

US 10,598,101 B2

**1**

## DUAL FUEL SELECTOR SWITCH

### CROSS-REFERENCE TO RELATED APPLICATION

The present invention is a continuation of and claims the benefit of U.S. Ser. No. 14/069,747, filed on Nov. 1, 2013, the disclosure of which is incorporated herein by reference in its entirety.

### BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators and, more particularly, to a selector switch for use on a dual fuel generator that is configured to ensure that only one type of fuel may be in use at a given time in the generator.

Engine-driven, electrical generators are used in a wide variety of applications. Typically, an electrical generator utilizes a single driving engine directly coupled to a generator or alternator through a common shaft. Upon activation of the generator, a fuel and air mixture is provided to the combustion chambers of corresponding cylinders of the engine. The fuel mixture in each combustion chamber is ignited causing an explosion within the cylinders. The explosive forces within the combustion chambers in the cylinders cause linear motion of the pistons within their corresponding cylinders. The linear motion of the pistons is converted into rotational motion by a crankshaft that, in turn, drives the alternator. As is conventional, the driven alternator generates electrical power.

Certain generators are defined as "dual fuel" generators that include an engine having the ability to be fueled with either of two fuels, such as either gasoline or liquefied petroleum gas (LPG), for example. These "dual fuel" engines may selectively operate on gasoline or LPG as desired and controlled by an operator, such as being operated on LPG/gasoline for a first period of operation and selectively switching over to the other of LPG/gasoline for another period of operation, with such a switching of fuels being controlled as desired by an operator. Typical dual fuel generators utilize separate valves for each fuel type, such as an LPG valve and a gasoline valve, to control flow of the respective fuels to the engine. While the existence of two separate valves allows one fuel type to have its valve "on" while the other has its valve "off," there is nothing to prevent both valves from being "on" at the same time. As such, it is possible for both valves to be in the "on" position, which can lead to a potentially unsafe condition resulting from the mixture of the fuels.

Therefore, it would be desirable to provide a dual fuel generator with a selector switch that would prohibit the mixing of two differing types of fuels. It would be further desirable for such a selector switch to inhibit positioning/actuation of the valves in such a manner that the valve for a first fuel source is prevented from being "on" when the valve for a second fuel source is "on", and vice versa.

### BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a fuel selector for use with a dual fuel generator includes a selector plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actu-

**2**

atable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. The fuel selector also includes a selector switch coupled to the selector plate so as to be linearly translatable from a first position to a second position, wherein translation of the selector switch between the first and second positions enables positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

In accordance with another aspect of the invention, a method of controlling fuel flow in a dual fuel generator includes providing a first fuel valve assembly to control fuel flow from a first fuel source to an internal combustion engine of the dual fuel generator, the first fuel valve assembly including a first fuel valve handle movable between an ON position and an OFF position to control fuel flow from the first fuel source to the internal combustion engine. The method also includes providing a second fuel valve assembly to control fuel flow from a second fuel source to the internal combustion engine of the dual fuel generator, the second fuel valve assembly including a second fuel valve handle movable between an ON position and an OFF position to control fuel flow from the second fuel source to the internal combustion engine. The method further includes providing a fuel selector switch adjacent the first fuel valve assembly and the second fuel valve assembly such that the fuel selector switch is translatable to a first position and a section position, wherein the fuel selector switch is translatable between the first position and the section position to selectively inhibit actuation of the first fuel valve handle and the second fuel valve handle, so as to prevent a simultaneous flow of fuels from the first and second fuel sources to the internal combustion engine.

In accordance with yet another aspect of the invention, a dual fuel generator includes a first fuel source, a second fuel source, and an internal combustion engine coupled to the first fuel source and the second fuel source to selectively receive fuel therefrom. The dual fuel generator also includes a fuel selector configured to control a flow of fuel from the first and second fuel sources to the internal combustion engine, with the fuel selector comprising a first fuel valve assembly including a first fuel valve and a first fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the first fuel valve, a second fuel valve assembly including a second fuel valve and a second fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the second fuel valve, a selector plate having the first fuel valve assembly and the second fuel valve assembly coupled to a front side thereof, and a selector switch slideably coupled to the selector plate so as to be movable from a first position to a second position. Positioning of the selector switch in the first position causes the selector switch to cover the second fuel valve handle so as to prevent the second fuel valve handle from moving to the open position and positioning of the selector switch in the second position causes the selector switch to cover the first fuel valve handle so as to prevent the first fuel valve handle from moving to the open position.

These and other advantages and features will be more readily understood from the following detailed description of preferred embodiments of the invention that is provided in connection with the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate embodiments presently contemplated for carrying out the invention.

US 10,598,101 B2

3

4

In the drawings:

FIG. **1** is a perspective view of a dual fuel generator, according to an embodiment of the invention.

FIG. **2** is a partial view of the dual fuel generator of FIG. **1**, according to an embodiment of the invention

FIG. **3** is a front perspective view of a fuel selector for use with the dual fuel generator of FIG. **1**, according to an embodiment of the invention.

FIG. **4** is a front perspective view of a selector switch for use with the fuel selector of FIG. **3**, according to an embodiment of the invention.

FIG. **5** is a front perspective view of the fuel selector of FIG. **3** with the selector switch in a first position, according to an embodiment of the invention.

FIG. **6** is a front perspective view of the fuel selector of FIG. **3** with the selector switch in a second position, according to an embodiment of the invention.

DETAILED DESCRIPTION

Referring first to FIGS. **1** and **2**, a dual fuel generator **10** is illustrated, according to an embodiment of the invention—with a perspective view of the generator **10** being shown in FIG. **1** and a more detailed partial view of the generator **10** being shown in FIG. **2** to further illustrate features thereof. Dual fuel generator **10** includes an internal combustible engine **12** operatively connected to an alternator **14** in a conventional manner. The engine **12** includes pistons (not shown) that are slideably received within corresponding cylinders (not shown) thereof, with each cylinder further including an intake valve for admitting a fuel-air mixture and an exhaust valve for venting exhaust gases following combustion. The fuel-air mixture is provided by a carburetor **16** that includes a movable throttle, with a position of the throttle regulating the amount of fuel and air admitted into the cylinders and thus the speed and power developed by the engine **12** when the air-fuel mixture is ignited to generate reciprocal movement of the pistons. The reciprocal movement of the pistons of engine **12** is translated to rotational movement by a crankshaft (not shown) that, in turn, drives the alternator **14**, so as to generate an electrical output power from the generator **10**.

As the generator **10** is a dual fuel generator, the engine **12** is designed to use different fuels from either a first fuel source **18** or a second fuel source **20**. In an exemplary embodiment of the invention, first fuel source **18** supplies a liquefied petroleum gas (LPG) to the engine **12** and second fuel source **20** supplies gasoline to the engine **12**, with the generator **10** selectively operating on LPG or gasoline as desired and controlled by an operator, such as for example operating on LPG for a first period of operation and then switching over to gasoline for another period of operation. However, it is contemplated that the first fuel source **18** and/or second fuel source **20** may be other types of fuel sources (e.g., natural gas, biodiesel, etc.), according to additional embodiments of the invention—and thus the scope of the invention is not meant to be limited strictly to a gasoline-LPG dual fuel embodiment.

For selectively controlling the flow of gasoline and LPG to the engine **12**, dual fuel generator **10** includes a fuel selector **22** constructed to provide for selection of a desired fuel source **18**, **20** for supplying fuel to engine **12**. The fuel selector **22** not only provides for selection of a desired fuel source **18**, **20** for supplying fuel to engine **12**, but also selectively restricts the selection of a fuel source so as to enable the use of only one fuel at a time. As a result, fuel from first fuel source **18** cannot flow to engine **12** while fuel from second fuel source **20** is flowing to engine **12**, and vice versa.

The fuel selector **22** of generator **10** is shown in greater detail in FIGS. **3**-**6** according to an embodiment of the invention. In general, the fuel selector **22** includes a first valve assembly **24**, a second valve assembly **26**, a selector plate **28**, a selector switch **30**, and a carburetor solenoid switch **32**. These elements of the fuel selector **22** collectively function to provide for selective control of a fuel flow (of gasoline or LPG) to the engine **12**, with the fuel selector **22** enabling selection of a desired fuel source **18**, **20** to provide a fuel flow therefrom while also inhibiting the selection of the other fuel source **18**, **20** so as to prevent a fuel flow therefrom, thereby enabling only a single fuel to flow to the engine **12** at one time.

Referring first to FIG. **3**, a front view of fuel selector **22** is shown with selector switch **30** removed therefrom, so as to best illustrate the construction of the first valve assembly **24** and the second valve assembly **26**. The first valve assembly **24** and the second valve assembly **26** are attached, respectively, to first fuel source **18** and second fuel source **20** to selectively control a flow of fuel from the fuel sources to the engine **12**. First valve assembly **24** includes a first fuel valve handle **34** that is operatively connected to a first fuel valve **36** to control an opening and closing of the first fuel valve. Similarly, second valve assembly **26** includes a second fuel valve handle **38** that is operatively connected to a second fuel valve **40** to control an opening and closing of the second fuel valve.

Each of the first valve assembly **24** and the second valve assembly **26** are movable between an ON position and an OFF position to control opening and closing of their respective fuel valve. More specifically, first and second fuel valve handles **34**, **38** are movable between an ON position and an OFF position, with the fuel valves **36**, **40** being open (to enable fuel flow to the engine **12**) when their respective fuel valve handle **34**, **38** is in the ON position and being closed (to prevent fuel flow to the engine **12**) when their respective fuel valve handle **34**, **38** is in the OFF position. Thus, when first fuel valve handle **34** is in an ON position, first fuel valve **36** is open and allows the fuel from first fuel source **18** to flow to the engine **12**, and when second fuel valve handle **38** is in an ON position, second fuel valve **40** is open and allows the fuel from second fuel source **20** to flow to the engine **12**.

In the preferred embodiments of the invention, first valve assembly **24** and second valve assembly **26** are located adjacent to each other on the same horizontal plane or parallel horizontal planes. In such an embodiment, first valve assembly **24** is in the ON position when first fuel valve handle **34** is moved to a vertical orientation/position and first valve assembly **24** is in an OFF position when first fuel valve handle **34** is moved to a horizontal orientation/position. Similarly, second valve assembly **26** is in the ON position when second fuel valve handle **38** is moved to a vertical orientation/position second valve assembly **26** is in an OFF position when second fuel valve handle **38** is moved to a horizontal orientation/position. It is recognized, however, that an alternative embodiment of the invention may have first valve assembly **24** and second valve assembly **26** located adjacent to each other on the same vertical plane or parallel vertical planes. One having ordinary skill in the art would recognize that in such an alternative embodiment of the invention, first and second valve assemblies **24**, **26** would be in the ON position when their respective fuel valve handles **34**, **38** are horizontal, and would be in the OFF position when their respective fuel valve handles **34**, **38** are vertical.

US 10,598,101 B2

5

As shown in FIG. 3, first valve assembly 24 and second valve assembly 26 are positioned adjacent to the selector plate 28 of fuel selector 22. The selector plate 28 may be integrally formed as part of a larger outer frame assembly of generator 10 or may be an insert attachable to such a frame assembly. Openings 42 are formed in selector plate 28 so as to accommodate positioning of the first valve assembly 24 and second valve assembly 26—with the openings 42 enabling positioning of first and second fuel valve handles 34, 38 in front of selector plate 28, such that they may be actuated by an operator of the generator 10 in order to open/close their respective valves 36, 40. Selector plate 28 also includes slots or grooves 44 formed therein that are positioned both above and below the first and second fuel valve handles 34, 38, with the slots 44 extending generally in a lengthwise fashion along a length of the selector plate 28. Each of the slots 44 is configured to receive a protrusion or flange formed on selector switch 30, such that the selector switch 30 can be slideably coupled to the selector plate 28—with the selector switch 30 being translatable in a linear fashion by way of its mating with the slots 44.

Detailed views of the selector switch 30 and of its mating with the selector plate 28 are shown in FIGS. 4-6. Referring first to FIG. 4, the general structure of selector switch 30 is shown according to an exemplary embodiment. Protrusions or flanges 46 are formed on each of top and bottom surfaces of the selector switch 30 that are configured to mate with the corresponding slots 44 formed in selector plate 28 (FIG. 3). The protrusions 46 may be flexible so as to accommodate coupling of the selector switch 30 to the selector plate 28. A front surface 48 of selector switch 30 includes finger-hold depressions 50 formed therein that accommodate the fingers of an operator, with the finger-holds providing a convenient feature by which the operator can operate (i.e., slide) the selector switch 30. A back surface 52 of the selector switch 30 includes a groove or channel 54 formed therein having a width and depth sufficient to receive the first and second fuel valve handles 34, 38 therein when in their horizontal position (i.e., the OFF position). The groove 54 is further sized and configured such that the first and second fuel valve handles 34, 38 will not fit therein when in their vertical position (i.e., the ON position).

Positioning of the selector switch 30 relative to the selector plate 28 and first and second valve assemblies 24, 26 is shown in FIGS. 5 and 6. As shown therein, positioning of the first valve assembly 24 and second valve assembly 26 adjacent selector plate 28—and on the same horizontal plane—provides for selective positioning of the selector switch 30 relative to the fuel valve handles 34, 38 in what are generally referred to hereafter as a first position and a second position 56, 58. The selector switch 30 is translatable in a horizontal motion—via a sliding motion within slots 44 of the selector plate 28—from the first position 56 (FIG. 5) to the second position 58 (FIG. 6) to selectively restrict actuation of the first and second fuel valve handles 34, 38. As the groove 54 formed in selector switch 30 is configured such that the first and second fuel valve handles 34, 38 will not fit therein when in their vertical position (i.e., the ON position), it is recognized that in order to translate the selector switch 30 back and forth between the first and second positions 56, 58, both of the fuel valve handles 34, 38 must be in their horizontal OFF position.

In FIG. 5, selector switch 30 is illustrated in the first position 56. When selector switch 30 is in first position 56, selector switch 30 covers second fuel valve handle 38, and groove 54 formed on the back surface 52 of the fuel selector switch 30 locks second fuel valve handle 38 in an OFF

6

position, so as to prohibit the second valve assembly 26 from moving to the ON position. Further, when selector switch 30 is in first position 56, first valve assembly 24 is able to move freely between the ON position and the OFF position, with the first fuel valve handle 34 being actuatable by the operator. In one embodiment of the invention, when first valve assembly 24 is in the ON position, first fuel valve handle 34 is in a vertical position and prevents selector switch 30 from moving horizontally from first position 56 to second position 58.

In operation, when selector switch 30 is moved from second position 58 into first position 56, second fuel valve handle 38 slides into the groove 54 formed in selector switch 30. As a result, when selector switch 30 is in first position 56, second fuel valve handle 38 is unable to move, as it is locked in place by groove 54, and second valve assembly 26 is locked in the OFF position, with movement from the OFF position to the ON position being prohibited.

IN FIG. 6, selector switch 30 is illustrated in the second position 58. When selector switch 30 is in second position 58, selector switch 30 covers first fuel valve handle 34, and groove 54 formed on the back surface 52 of the fuel selector switch 30 locks first fuel valve handle 34 in an OFF position, so as to prohibit first valve assembly 24 from moving to the ON position. In addition, when selector switch 30 is in second position 58, second valve assembly 26 is able to freely move between the ON position and the OFF position, with the second fuel valve handle 38 being actuatable by the operator. In one embodiment of the invention, when second valve assembly 26 is in the ON position, second fuel valve handle 38 is in a vertical position and prevents selector switch 30 from moving horizontally from second position 58 to first position 56.

In operation, when selector switch 30 is moved from first position 56 into second position 58, first fuel valve handle 34 slides into groove 54 formed in selector switch 30. Therefore, when selector switch 30 is in second position 58, first fuel valve handle 34 is unable to move, as it is locked in place by groove 54, and first valve assembly 24 is locked in the OFF position, with movement from the OFF position to the ON position being prohibited.

Referring still now to FIG. 6, according to an exemplary embodiment of the invention, the fuel selector 22 of generator 10 further comprises a carburetor solenoid switch 32 that is positioned within an opening 60 formed in selector plate 28 so as to extend therethrough and is further positioned adjacent second valve assembly 26 (i.e., second fuel valve handle 38. As solenoid switch 32 is located adjacent to the second valve assembly 26—which is in turn connected to the gasoline fuel source 20—selector switch 30 covers and triggers solenoid switch 32 when slid from the second position 58 to the first position 56—by depressing the solenoid switch 32 as it comes in contact therewith. When solenoid switch 32 is triggered, a carburetor shutoff solenoid operatively connected to the solenoid switch 32 is activated and shuts off the flow of gasoline to the carburetor 16 (FIG. 2). In the preferred embodiment of the invention, solenoid switch 32 is a depressible switch, but it is contemplated that solenoid switch 32 may be another type of switch that can be activated via interaction with selector switch 30 or via interaction with either valve handle 34, 38, so as to activate the carburetor shutoff solenoid.

Beneficially, the design of the fuel selector 22 and of the selector switch 30 described herein prevents differing fuels from two separate fuel sources from flowing to the engine of a dual fuel generator at the same time. The interaction of the selector switch 30 with the first and second fuel valve

US 10,598,101 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

assemblies **24, 26**—with the selector switch **30** sliding back and forth to selectively cover/engage first and second fuel valve assemblies **24, 26**—prohibits both valve assemblies from being in the "ON" position at the same time. The selector switch **30** is thus a foolproof device that prevents the mixing of fuels so as to provide additional safety to the usage of dual fuel generators.

Therefore, according to one embodiment of the invention, a fuel selector for use with a dual fuel generator includes a selector plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. The fuel selector also includes a selector switch coupled to the selector plate so as to be linearly translatable from a first position to a second position, wherein translation of the selector switch between the first and second positions enables positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

According to another embodiment of the invention, a method of controlling fuel flow in a dual fuel generator includes providing a first fuel valve assembly to control fuel flow from a first fuel source to an internal combustion engine of the dual fuel generator, the first fuel valve assembly including a first fuel valve handle movable between an ON position and an OFF position to control fuel flow from the first fuel source to the internal combustion engine. The method also includes providing a second fuel valve assembly to control fuel flow from a second fuel source to the internal combustion engine of the dual fuel generator, the second fuel valve assembly including a second fuel valve handle movable between an ON position and an OFF position to control fuel flow from the second fuel source to the internal combustion engine. The method further includes providing a fuel selector switch adjacent the first fuel valve assembly and the second fuel valve assembly such that the fuel selector switch is translatable to a first position and a section position, wherein the fuel selector switch is translatable between the first position and the section position to selectively inhibit actuation of the first fuel valve handle and the second fuel valve handle, so as to prevent a simultaneous flow of fuels from the first and second fuel sources to the internal combustion engine.

According to yet another embodiment of the invention, a dual fuel generator includes a first fuel source, a second fuel source, and an internal combustion engine coupled to the first fuel source and the second fuel source to selectively receive fuel therefrom. The dual fuel generator also includes a fuel selector configured to control a flow of fuel from the first and second fuel sources to the internal combustion engine, with the fuel selector comprising a first fuel valve assembly including a first fuel valve and a first fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the first fuel valve, a second fuel valve assembly including a second fuel valve and a second fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the second fuel valve, a selector plate having the first fuel valve assembly and the second fuel valve assembly coupled to a front side thereof, and a selector switch slideably coupled to the selector plate so as to be

movable from a first position to a second position. Positioning of the selector switch in the first position causes the selector switch to cover the second fuel valve handle so as to prevent the second fuel valve handle from moving to the open position and positioning of the selector switch in the second position causes the selector switch to cover the first fuel valve handle so as to prevent the first fuel valve handle from moving to the open position.

While the invention has been described in connection with only a limited number of embodiments, it should be readily understood that the invention is not limited to such disclosed embodiments. Rather, the invention can be modified to incorporate any number of variations, alterations, substitutions or equivalent arrangements not heretofore described, but which are commensurate with the spirit and scope of the invention. Additionally, while various embodiments of the invention have been described, it is to be understood that aspects of the invention may include only some of the described embodiments. Accordingly, the invention is not to be seen as limited by the foregoing description, but is only limited by the scope of the appended claims.

What is claimed is:

**1.** A fuel selector for use with a dual fuel generator, the fuel selector comprising:

a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and

a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow;

wherein the valve assembly comprises:

a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and

wherein the first fuel valve and the second fuel valve are mechanical valves.

**2.** The fuel selector of claim **1** wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions.

**3.** The fuel selector of claim **2** further comprising:

a first valve handle coupled to the first fuel valve and actuatable between an ON position and an OFF position to selectively open and close the first fuel valve, respectively;

a second valve handle coupled to the second fuel valve and actuatable between an ON position and an OFF position to selectively open and close the second fuel valve, respectively;

wherein the selector switch is positioned relative to the first and second valve handles so as to provide for only one of the first and second valve handles to be in the ON position at a given time.

**4.** The fuel selector of claim **3** further comprising a selector plate positioned adjacent the first and second valve handles, wherein the selector switch is coupled to the selector plate so as to be movable from a first position to a second position, with movement of the selector switch between the first and second positions enabling positioning of only one of the first valve handle and the second valve handle in the ON position at a given time.

US 10,598,101 B2

**9**

5. The fuel selector of claim **4** wherein, when the selector switch is in the first position, the first valve handle is actuatable between the ON position and the OFF position and the second valve handle is prohibited from being in the ON position; and

wherein, when the selector switch is in the second position, the first valve handle is prohibited from being in the ON position and the second valve handle is actuatable between the ON position and the OFF position.

6. The fuel selector of claim **4** further comprising a carburetor solenoid switch coupled to the selector plate adjacent and extending out of a front surface thereof, the carburetor solenoid switch comprising a depressible switch configured to activate an associated solenoid when depressed.

7. The fuel selector of claim **6** wherein when the selector switch is in the first position so as to prohibit the second valve handle from being in the ON position, the selector switch depresses the carburetor solenoid switch, so as to activate the carburetor solenoid and stop the flow of the gasoline fuel source.

8. The fuel selector of claim **1** wherein the first fuel valve is attached to a liquefied petroleum gas (LPG) fuel source and wherein the second fuel valve is attached to a gasoline source.

9. The fuel selector of claim **1** wherein the mechanical valve of each of the first fuel valve and the second fuel valve is a non-solenoid valve.

10. A fuel selector for use with a dual fuel generator, the fuel selector comprising:

a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and

at least one valve handle positioned on and operably connected to the valve assembly to actuate the valve assembly to enable one of the first fuel flow and the second fuel flow to the engine;

wherein the valve assembly comprises:

a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and

wherein the at least one valve handle is mechanically coupled to the first fuel valve and the second fuel valve to selectively open and close the first fuel valve and the second fuel valve responsive to actuation thereof.

11. The fuel selector of claim **10** wherein the at least one valve handle enables only one of the first fuel flow and the second fuel flow to the engine at a given time.

12. The fuel selector of claim **10** wherein the at least one valve handle comprises:

a first valve handle coupled to the first fuel valve and actuatable between an ON position and an OFF position to selectively open and close the first fuel valve, respectively;

a second valve handle coupled to the second fuel valve and actuatable between an ON position and an OFF position to selectively open and close the second fuel valve, respectively.

13. The fuel selector of claim **12** further comprising a selector switch positioned relative to the first and second

**10**

valve handles so as to provide for only one of the first and second valve handles to be in the ON position at a given time.

14. The fuel selector of claim **13** further comprising a selector plate positioned adjacent the first and second valve handles, wherein the selector switch is coupled to the selector plate so as to be movable from a first position to a second position, with movement of the selector switch between the first and second positions enabling positioning of only one of the first valve handle and the second valve handle in the ON position at a given time.

15. The fuel selector of claim **14** wherein, when the selector switch is in the first position, the first valve handle is actuatable between the ON position and the OFF position and the second valve handle is prohibited from being in the ON position; and

wherein, when the selector switch is in the second position, the first valve handle is prohibited from being in the ON position and the second valve handle is actuatable between the ON position and the OFF position.

16. The fuel selector of claim **10** wherein the first fuel source comprises liquefied petroleum gas (LPG) and the second fuel source comprises gasoline.

17. A fuel selector of a dual fuel generator comprising: a selector switch having a first fuel mode and a second fuel mode; a solenoid switch having open and closed positions; and a fuel solenoid having open and closed positions; wherein, when the selector switch is in the first fuel mode, the solenoid switch and the fuel solenoid are in the closed positions and when the selector switch is in the second fuel mode, the solenoid switch and the fuel solenoid are in the open positions, wherein the selector switch triggers the solenoid switch when changed from the second fuel mode to the first fuel mode, so as to cause the solenoid switch and the fuel solenoid to operate in the closed positions, and a valve assembly positioned on or adjacent the selector switch and fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and wherein positioning of the selector switch in the first fuel mode and the second fuel mode enables a selection of one of the first fuel flow and the second fuel flow.

18. A fuel selector for use with a dual fuel generator, the fuel selector comprising: a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow; wherein the valve assembly comprises: two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source; and two fuel outputs supplying fuel from only one of the first fuel source or the second fuel source, wherein the valve assembly comprises a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine.

19. The fuel selector of claim **18**, wherein the first fuel valve and the second fuel valve are non-solenoid, mechanical valves.

* * * * *

# EXHIBIT I



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 24, 2024

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,306,667*
ISSUE DATE: *April 19, 2022*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

**US 11,306,667 B2**

Page 2

**Related U.S. Application Data**

continuation of application No. 14/069,747, filed on Nov. 1, 2013, now Pat. No. 9,435,273.

(52) **U.S. Cl.**
CPC .............. *F02D 29/06* (2013.01); *F02M 13/08* (2013.01); *Y02T 10/30* (2013.01); *Y10T 137/0318* (2015.04); *Y10T 137/0491* (2015.04); *Y10T 137/87684* (2015.04)

(58) **Field of Classification Search**
CPC ........... F02M 21/0293; F02M 21/0236; F02M 13/08; F02B 53/00; F02B 63/00; H02K 1/22

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,911,956 A | 10/1975 | LeBreton et al. | |
| 4,287,908 A | 9/1981 | Storgard | |
| 4,323,046 A | 4/1982 | Barber | |
| 4,364,370 A | 12/1982 | Smith et al. | |
| 4,375,795 A | 3/1983 | Billingsley | |
| 4,416,244 A | 11/1983 | McDonald | |
| 4,471,805 A | 9/1984 | Solie et al. | |
| 4,489,699 A * | 12/1984 | Poehlman | F02B 69/04 |
| | | | 48/180.1 |
| 4,492,207 A | 1/1985 | Hallberg | |
| 4,750,514 A | 6/1988 | Omori et al. | |
| 4,788,960 A | 12/1988 | Oshizawa | |
| 5,555,873 A | 9/1996 | Nolen | |
| 5,934,320 A | 8/1999 | O'Reilly et al. | |
| 6,543,395 B2 | 4/2003 | Green | |
| 6,591,817 B2 | 7/2003 | Deutsch | |
| 7,591,257 B2 | 9/2009 | Bayer et al. | |
| 7,802,562 B2 | 9/2010 | Lippa et al. | |
| 7,905,469 B2 | 3/2011 | Nickels et al. | |
| 7,954,479 B2 | 6/2011 | Kojima et al. | |
| 8,042,569 B2 | 10/2011 | Morris | |
| 8,757,139 B2 | 6/2014 | Deng | |
| 8,944,027 B2 | 2/2015 | Montgomery | |
| 9,175,601 B2 | 11/2015 | Markoski | |
| 9,523,497 B2 | 12/2016 | Deng | |
| 2002/0125115 A1 * | 9/2002 | Burkholder | H01R 13/465 |
| | | | 200/51.11 |
| 2004/0240141 A1 * | 12/2004 | Stolt | H01H 47/18 |
| | | | 361/160 |
| 2004/0246118 A1 * | 12/2004 | Tharman | F01M 11/12 |
| | | | 340/450 |
| 2006/0169238 A1 * | 8/2006 | Mazuka | F02B 63/04 |
| | | | 290/1 A |
| 2007/0137591 A1 * | 6/2007 | Sugimoto | F02M 21/06 |
| | | | 123/527 |
| 2007/0215223 A1 | 9/2007 | Morris | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1826377 A2 | 8/2007 |
| FR | 2220679 A1 | 10/1974 |
| FR | 2510660 A1 | 2/1983 |
| GB | 189800 A | 10/1923 |
| GB | 532903 A | 2/1941 |
| JP | H0466743 A | 3/1992 |
| WO | 1999001659 A1 | 1/1999 |
| WO | 2007048633 A1 | 5/2007 |

OTHER PUBLICATIONS

Winco Inc., Home Power Tri-Fuel Portable Generators Owners Manual, Nov. 21, 2017, pp. 1-16.
Winco Inc., HPS9000VE/E and HPS9000VE-03/A Generator Installation and Operators Manual, Aug. 9, 2013, pp. 1-16.
Winco Inc., Dyna ME5000VA Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
Winco Inc., Dyna DL9000E, DL5000H, and D3000 Portable Generators Installation, Operation, and Maintenance Instructions, Nov. 21, 2017, pp. 1-12.
PowerLand Industrial Tools, Powerland Tri Fuel Generator Owner's Manual, Dec. 24, 2015, pp. 1-41.
Winco Inc., HPS6000HE/I Bi-Fuel Generator Installation and Operators Manual, Mar. 8, 2010, pp. 1-20.

* cited by examiner



FIG. 1



FIG. 3



FIG. 4



FIG. 5



FIG. 6

US 11,306,667 B2

1

# DUAL FUEL SELECTOR SWITCH

## CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation of, and claims priority to, U.S. patent application Ser. No. 15/015,205, filed on Feb. 4, 2016, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 14/069,747, filed on Nov. 1, 2013, now U.S. Pat. No. 9,435,273, issued Sep. 6, 2016, the disclosures of which are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators and, more particularly, to a selector switch for use on a dual fuel generator that is configured to ensure that only one type of fuel may be in use at a given time in the generator.

Engine-driven, electrical generators are used in a wide variety of applications. Typically, an electrical generator utilizes a single driving engine directly coupled to a generator or alternator through a common shaft. Upon activation of the generator, a fuel and air mixture is provided to the combustion chambers of corresponding cylinders of the engine. The fuel mixture in each combustion chamber is ignited causing an explosion within the cylinders. The explosive forces within the combustion chambers in the cylinders cause linear motion of the pistons within their corresponding cylinders. The linear motion of the pistons is converted into rotational motion by a crankshaft that, in turn, drives the alternator. As is conventional, the driven alternator generates electrical power.

Certain generators are defined as "dual fuel" generators that include an engine having the ability to be fueled with either of two fuels, such as either gasoline or liquefied petroleum gas (LPG), for example. These "dual fuel" engines may selectively operate on gasoline or LPG as desired and controlled by an operator, such as being operated on LPG/gasoline for a first period of operation and selectively switching over to the other of LPG/gasoline for another period of operation, with such a switching of fuels being controlled as desired by an operator. Typical dual fuel generators utilize separate valves for each fuel type, such as an LPG valve and a gasoline valve, to control flow of the respective fuels to the engine. While the existence of two separate valves allows one fuel type to have its valve "on" while the other has its valve "off," there is nothing to prevent both valves from being "on" at the same time. As such, it is possible for both valves to be in the "on" position, which can lead to a potentially unsafe condition resulting from the mixture of the fuels.

Therefore, it would be desirable to provide a dual fuel generator with a selector switch that would prohibit the mixing of two differing types of fuels. It would further be desirable for such a selector switch to inhibit positioning/actuation of the valves in such a manner that the valve for a first fuel source is prevented from being "on" when the valve for a second fuel source is "on," and vice versa.

## BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a fuel selector for use with a dual fuel generator includes a selector plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an

2

OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. The fuel selector also includes a selector switch coupled to the selector plate so as to be linearly translatable from a first position to a second position, wherein translation of the selector switch between the first and second positions enables positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

In accordance with another aspect of the invention, a method of controlling fuel flow in a dual fuel generator includes providing a first fuel valve assembly to control fuel flow from a first fuel source to an internal combustion engine of the dual fuel generator, the first fuel valve assembly including a first fuel valve handle movable between an ON position and an OFF position to control fuel flow from the first fuel source to the internal combustion engine. The method also includes providing a second fuel valve assembly to control fuel flow from a second fuel source to the internal combustion engine of the dual fuel generator, the second fuel valve assembly including a second fuel valve handle movable between an ON position and an OFF position to control fuel flow from the second fuel source to the internal combustion engine. The method further includes providing a fuel selector switch adjacent the first fuel valve assembly and the second fuel valve assembly such that the fuel selector switch is translatable to a first position and a section position, wherein the fuel selector switch is translatable between the first position and the section position to selectively inhibit actuation of the first fuel valve handle and the second fuel valve handle, so as to prevent a simultaneous flow of fuels from the first and second fuel sources to the internal combustion engine.

In accordance with yet another aspect of the invention, a dual fuel generator includes a first fuel source, a second fuel source, and an internal combustion engine coupled to the first fuel source and the second fuel source to selectively receive fuel therefrom. The dual fuel generator also includes a fuel selector configured to control a flow of fuel from the first and second fuel sources to the internal combustion engine, with the fuel selector comprising a first fuel valve assembly including a first fuel valve and a first fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the first fuel valve, a second fuel valve assembly including a second fuel valve and a second fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the second fuel valve, a selector plate having the first fuel valve assembly and the second fuel valve assembly coupled to a front side thereof, and a selector switch slideably coupled to the selector plate so as to be movable from a first position to a second position. Positioning of the selector switch in the first position causes the selector switch to cover the second fuel valve handle so as to prevent the second fuel valve handle from moving to the open position and positioning of the selector switch in the second position causes the selector switch to cover the first fuel valve handle so as to prevent the first fuel valve handle from moving to the open position.

These and other advantages and features will be more readily understood from the following detailed description

US 11,306,667 B2

3

of preferred embodiments of the invention that is provided in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate embodiments presently contemplated for carrying out the invention.

In the drawings:

FIG. 1 is a perspective view of a dual fuel generator, according to an embodiment of the invention.

FIG. 2 is a partial view of the dual fuel generator of FIG. 1, according to an embodiment of the invention

FIG. 3 is a front perspective view of a fuel selector for use with the dual fuel generator of FIG. 1, according to an embodiment of the invention.

FIG. 4 is a front perspective view of a selector switch for use with the fuel selector of FIG. 3, according to an embodiment of the invention.

FIG. 5 is a front perspective view of the fuel selector of FIG. 3 with the selector switch in a first position, according to an embodiment of the invention.

FIG. 6 is a front perspective view of the fuel selector of FIG. 3 with the selector switch in a second position, according to an embodiment of the invention.

DETAILED DESCRIPTION

Referring first to FIGS. 1 and 2, a dual fuel generator 10 is illustrated, according to an embodiment of the invention—with a perspective view of the generator 10 being shown in FIG. 1 and a more detailed partial view of the generator 10 being shown in FIG. 2 to further illustrate features thereof. Dual fuel generator 10 includes an internal combustible engine 12 operatively connected to an alternator 14 in a conventional manner. The engine 12 includes pistons (not shown) that are slideably received within corresponding cylinders (not shown) thereof, with each cylinder further including an intake valve for admitting a fuel-air mixture and an exhaust valve for venting exhaust gases following combustion. The fuel-air mixture is provided by a carburetor 16 that includes a movable throttle, with a position of the throttle regulating the amount of fuel and air admitted into the cylinders and thus the speed and power developed by the engine 12 when the air-fuel mixture is ignited to generate reciprocal movement of the pistons. The reciprocal movement of the pistons of engine 12 is translated to rotational movement by a crankshaft (not shown) that, in turn, drives the alternator 14, so as to generate an electrical output power from the generator 10.

As the generator 10 is a dual fuel generator, the engine 12 is designed to use different fuels from either a first fuel source 18 or a second fuel source 20. In an exemplary embodiment of the invention, first fuel source 18 supplies a liquefied petroleum gas (LPG) to the engine 12 and second fuel source 20 supplies gasoline to the engine 12, with the generator 10 selectively operating on LPG or gasoline as desired and controlled by an operator, such as for example operating on LPG for a first period of operation and then switching over to gasoline for another period of operation. However, it is contemplated that the first fuel source 18 and/or second fuel source 20 may be other types of fuel sources (e.g., natural gas, biodiesel, etc.), according to additional embodiments of the invention—and thus the scope of the invention is not meant to be limited strictly to a gasoline-LPG dual fuel embodiment.

For selectively controlling the flow of gasoline and LPG to the engine 12, dual fuel generator 10 includes a fuel

4

selector 22 constructed to provide for selection of a desired fuel source 18, 20 for supplying fuel to engine 12. The fuel selector 22 not only provides for selection of a desired fuel source 18, 20 for supplying fuel to engine 12, but also selectively restricts the selection of a fuel source so as to enable the use of only one fuel at a time. As a result, fuel from first fuel source 18 cannot flow to engine 12 while fuel from second fuel source 20 is flowing to engine 12, and vice versa.

The fuel selector 22 of generator 10 is shown in greater detail in FIGS. 3-6 according to an embodiment of the invention. In general, the fuel selector 22 includes a first valve assembly 24, a second valve assembly 26, a selector plate 28, a selector switch 30, and a carburetor solenoid switch 32. These elements of the fuel selector 22 collectively function to provide for selective control of a fuel flow (of gasoline or LPG) to the engine 12, with the fuel selector 22 enabling selection of a desired fuel source 18, 20 to provide a fuel flow therefrom while also inhibiting the selection of the other fuel source 18, 20 so as to prevent a fuel flow therefrom, thereby enabling only a single fuel to flow to the engine 12 at one time.

Referring first to FIG. 3, a front view of fuel selector 22 is shown with selector switch 30 removed therefrom, so as to best illustrate the construction of the first valve assembly 24 and the second valve assembly 26. The first valve assembly 24 and the second valve assembly 26 are attached, respectively, to first fuel source 18 and second fuel source 20 to selectively control a flow of fuel from the fuel sources to the engine 12. First valve assembly 24 includes a first fuel valve handle 34 that is operatively connected to a first fuel valve 36 to control an opening and closing of the first fuel valve. Similarly, second valve assembly 26 includes a second fuel valve handle 38 that is operatively connected to a second fuel valve 40 to control an opening and closing of the second fuel valve.

Each of the first valve assembly 24 and the second valve assembly 26 are movable between an ON position and an OFF position to control opening and closing of their respective fuel valve. More specifically, first and second fuel handles 34, 38 are movable between an ON position and an OFF position, with the fuel valves 36, 40 being open (to enable fuel flow to the engine 12) when their respective fuel valve handle 34, 38 is in the ON position and being closed (to prevent fuel flow to the engine 12) when their respective fuel valve handle 34, 38 is in the OFF position. Thus, when first fuel valve handle 34 is in an ON position, first fuel valve 36 is open and allows the fuel from first fuel source 18 to flow to the engine 12, and when second fuel valve handle 38 is in an ON position, second fuel valve 40 is open and allows the fuel from second fuel source 20 to flow to the engine 12.

In the preferred embodiments of the invention, first valve assembly 24 and second valve assembly 26 are located adjacent to each other on the same horizontal plane or parallel horizontal planes. In such an embodiment, first valve assembly 24 is in the ON position when first fuel valve handle 34 is moved to a vertical orientation/position and first valve assembly 24 is in an OFF position when first fuel valve handle 34 is moved to a horizontal orientation/position. Similarly, second valve assembly 26 is in the ON position when second fuel valve handle 38 is moved to a vertical orientation/position second valve assembly 26 is in an OFF position when second fuel valve handle 38 is moved to a horizontal orientation/position. It is recognized, however, that an alternative embodiment of the invention may have first valve assembly 24 and second valve assembly 26 located adjacent to each other on the same vertical plane or

US 11,306,667 B2

5

parallel vertical planes. One having ordinary skill in the art would recognize that in such an alternative embodiment of the invention, first and second valve assemblies 24 would be in the ON position when their respective fuel valve handles 34, 38 are horizontal, and would be in the OFF position when their respective fuel valve handles 34, 38 are vertical.

As shown in FIG. 3, first valve assembly 24 and second valve assembly 26 are positioned adjacent to the selector plate 28 of fuel selector 22. The selector plate 28 may be integrally formed as part of a larger outer frame assembly of generator 10 or may be an insert attachable to such a frame assembly. Openings 42 are formed in selector plate 28 so as to accommodate positioning of the first valve assembly 24 and second valve assembly 26—with the openings 42 enabling positioning of first and second fuel valve handles 34, 38 in front of selector plate 28, such that they may be actuated by an operator of the generator 10 in order to open/close their respective valves 36, 40. Selector plate 28 also includes slots or grooves 44 formed therein that are positioned both above and below the first and second fuel valve handles 34, 38, with the slots 44 extending generally in a lengthwise fashion along a length of the selector plate 28. Each of the slots 44 is configured to receive a protrusion or flange formed on selector switch 30, such that the selector switch 30 can be slideably coupled to the selector plate 28—with the selector switch 30 being translatable in a linear fashion by way of its mating with the slots 44.

Detailed views of the selector switch 30 and of its mating with the selector plate 28 are shown in FIGS. 4-6. Referring first to FIG. 4, the general structure of selector switch 30 is shown according to an exemplary embodiment. Protrusions or flanges 46 are formed on each of top and bottom surfaces of the selector switch 30 that are configured to mate with the corresponding slots 44 formed in selector plate 28 (FIG. 3). The protrusions 46 may be flexible so as to accommodate coupling of the selector switch 30 to the selector plate 28. A front surface 48 of selector switch 30 includes finger-hold depressions 50 formed therein that accommodate the fingers of an operator, with the finger-holds providing a convenient feature by which the operator can operate (i.e., slide) the selector switch 30. A back surface 52 of the selector switch 30 includes a groove or channel 54 formed therein having a width and depth sufficient to receive the first and second fuel valve handles 34, 38 therein when in their horizontal position (i.e., the OFF position). The groove 54 is further sized and configured such that the first and second fuel valve handles 34, 38 will not fit therein when in their vertical position (i.e., the ON position).

Positioning of the selector switch 30 relative to the selector plate 28 and first and second valve assemblies 24, 26 is shown in FIGS. 5 and 6. As shown therein, positioning of the first valve assembly 24 and second valve assembly 26 adjacent selector plate 28—and on the same horizontal plane—provides for selective positioning of the selector switch 30 relative to the fuel valve handles 34, 38 in what are generally referred to hereafter as a first position and a second position 56, 58. The selector switch 30 is translatable in a horizontal motion—via a sliding motion within slots 44 of the selector plate 28—from the first position 56 (FIG. 5) to the second position 58 (FIG. 6) to selectively restrict actuation of the first and second fuel valve handles 34, 38. As the groove 54 formed in selector switch 30 is configured such that the first and second fuel valve handles 34, 38 will not fit therein when in their vertical position (i.e., the ON position), it is recognized that in order to translate the selector switch 30 back and forth between the first and

6

second positions 56, 58, both of the fuel valve handles 34, 38 must be in their horizontal OFF position.

In FIG. 5, selector switch 30 is illustrated in the first position 56. When selector switch 30 is in first position 56, selector switch 30 covers second fuel valve handle 38, and groove 54 formed on the back surface 52 of the fuel selector switch 30 locks second fuel valve handle 38 in an OFF position, so as to prohibit the second valve assembly 26 from moving to the ON position. Further, when selector switch 30 is in first position 56, first valve assembly 24 is able to move freely between the ON position and the OFF position, with the first fuel valve handle 34 being actuatable by the operator. In one embodiment of the invention, when first valve assembly 24 is in the ON position, first fuel valve handle 34 is in a vertical position and prevents selector switch 30 from moving horizontally from first position 56 to second position 58.

In operation, when selector switch 30 is moved from second position 58 into first position 56, second fuel valve handle 38 slides into the groove 54 formed in selector switch 30. As a result, when selector switch 30 is in first position 56, second fuel valve handle 38 is unable to move, as it is locked in place by groove 54, and second valve assembly 26 is locked in the OFF position, with movement from the OFF position to the ON position being prohibited.

IN FIG. 6, selector switch 30 is illustrated in the second position 58. When selector switch 30 is in second position 58, selector switch 30 covers first fuel valve handle 34, and groove 54 formed on the back surface 52 of the fuel selector switch 30 locks first fuel valve handle 34 in an OFF position, so as to prohibit the first valve assembly 24 from moving to the ON position. In addition, when selector switch 30 is in second position 58, second valve assembly 26 is able to freely move between the ON position and the OFF position, with the second fuel valve handle 38 being actuatable by the operator. In one embodiment of the invention, when second valve assembly 26 is in the ON position, second fuel valve handle 38 is in a vertical position and prevents selector switch 30 from moving horizontally from second position 58 to first position 56.

In operation, when selector switch 30 is moved from first position 56 into second position 58, first fuel valve handle 34 slides into groove 54 formed in selector switch 30. Therefore, when selector switch 30 is in second position 58, first fuel valve handle 34 is unable to move, as it is locked in place by groove 54, and first valve assembly 24 is locked in the OFF position, with movement from the OFF position to the ON position being prohibited.

Referring still now to FIG. 6, according to an exemplary embodiment of the invention, the fuel selector 22 of generator 10 further comprises a carburetor solenoid switch 32 that is positioned within an opening 60 formed in selector plate 28 so as to extend therethrough and is further positioned adjacent second valve assembly 26 (i.e., second fuel valve handle 38. As solenoid switch 32 is located adjacent to the second valve assembly 26—which is in turn connected to the gasoline fuel source 20—selector switch 30 covers and triggers solenoid switch 32 when slid from the second position 58 to the first position 56—by depressing the solenoid switch 32 as it comes in contact therewith. When solenoid switch 32 is triggered, a carburetor shutoff solenoid operatively connected to the solenoid switch 32 is activated and shuts off the flow of gasoline to the carburetor 16 (FIG. 2). In the preferred embodiment of the invention, solenoid switch 32 is a depressible switch, but it is contemplated that solenoid switch 32 may be another type of switch that can be activated via interaction with selector switch 30

US 11,306,667 B2

7

8

or via interaction with either valve handle 34, 38, so as to activate the carburetor shutoff solenoid.

Beneficially, the design of the fuel selector 22 and of the selector switch 30 described herein prevents differing fuels from two separate fuel sources from flowing to the engine of a dual fuel generator at the same time. The interaction of the selector switch 30 with the first and second fuel valve assemblies 24, 26—with the selector switch 30 sliding back and forth to selectively cover/engage first and second fuel valve assemblies 24, 26—prohibits both valve assemblies from being in the "ON" position at the same time. The selector switch 30 is thus a foolproof device that prevents the mixing of fuels so as to provide additional safety to the usage of dual fuel generators.

Therefore, according to one embodiment of the invention, a fuel selector for use with a dual fuel generator includes a selector plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. The fuel selector also includes a selector switch coupled to the selector plate so as to be linearly translatable from a first position to a second position, wherein translation of the selector switch between the first and second positions enables positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

According to another embodiment of the invention, a method of controlling fuel flow in a dual fuel generator includes providing a first fuel valve assembly to control fuel flow from a first fuel source to an internal combustion engine of the dual fuel generator, the first fuel valve assembly including a first fuel valve handle movable between an ON position and an OFF position to control fuel flow from the first fuel source to the internal combustion engine. The method also includes providing a second fuel valve assembly to control fuel flow from a second fuel source to the internal combustion engine of the dual fuel generator, the second fuel valve assembly including a second fuel valve handle movable between an ON position and an OFF position to control fuel flow from the second fuel source to the internal combustion engine. The method further includes providing a fuel selector switch adjacent the first fuel valve assembly and the second fuel valve assembly such that the fuel selector switch is translatable to a first position and a section position, wherein the fuel selector switch is translatable between the first position and the section position to selectively inhibit actuation of the first fuel valve handle and the second fuel valve handle, so as to prevent a simultaneous flow of fuels from the first and second fuel sources to the internal combustion engine.

According to yet another embodiment of the invention, a dual fuel generator includes a first fuel source, a second fuel source, and an internal combustion engine coupled to the first fuel source and the second fuel source to selectively receive fuel therefrom. The dual fuel generator also includes a fuel selector configured to control a flow of fuel from the first and second fuel sources to the internal combustion engine, with the fuel selector comprising a first fuel valve assembly including a first fuel valve and a first fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the first fuel valve, a second fuel valve assembly including a second fuel valve and a second fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the second fuel valve, a selector plate having the first fuel valve assembly and the second fuel valve assembly coupled to a front side thereof, and a selector switch slideably coupled to the selector plate so as to be movable from a first position to a second position. Positioning of the selector switch in the first position causes the selector switch to cover the second fuel valve handle so as to prevent the second fuel valve handle from moving to the open position and positioning of the selector switch in the second position causes the selector switch to cover the first fuel valve handle so as to prevent the first fuel valve handle from moving to the open position.

While the invention has been described in connection with only a limited number of embodiments, it should be readily understood that the invention is not limited to such disclosed embodiments. Rather, the invention can be modified to incorporate any number of variations, alterations, substitutions or equivalent arrangements not heretofore described, but which are commensurate with the spirit and scope of the invention. Additionally, while various embodiments of the invention have been described, it is to be understood that aspects of the invention may include only some of the described embodiments. Accordingly, the invention is not to be seen as limited by the foregoing description, but is only limited by the scope of the appended claims.

What is claimed is:

1. A fuel selector for use with a dual fuel generator, the fuel selector comprising:

a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and

a selector switch positioned on the valve assembly to allow a user to manually select one of the first fuel flow and the second fuel flow;

wherein the valve assembly comprises:

two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source; and

two fuel outputs for selectively supplying fuel to the engine from the first fuel source or the second fuel source.

2. The fuel selector of claim 1 wherein the two fuel outputs selectively supply fuel to the engine from only one of the first fuel source or the second fuel source, responsive to selection of the first fuel flow or the second fuel flow via the selector switch, and a corresponding operation of the valve assembly.

3. The fuel selector of claim 1 wherein the valve assembly comprises:

a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine.

4. The fuel selector of claim 3 wherein the first fuel valve and the second fuel valve are non-solenoid, mechanical valves.

5. The fuel selector of claim 3 wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions.

US 11,306,667 B2

9

10

**6**. The fuel selector of claim **1** further comprising a carburetor solenoid switch configured to activate an associated carburetor solenoid when actuated.

**7**. The fuel selector of claim **6** wherein, when the selector switch is in a first position, the selector switch actuates the carburetor solenoid switch, so as to activate the carburetor solenoid and stop the second fuel flow to the engine.

**8**. The fuel selector of claim **7** wherein, when the selector switch is in a second position, the carburetor solenoid allows the second fuel flow to the engine.

**9**. The fuel selector of claim **1** wherein the first fuel source is a liquefied petroleum gas (LPG) fuel source and wherein the second fuel source is a gasoline source.

**10**. A fuel selector of a dual fuel generator comprising: a selector switch having a first fuel mode and a second fuel mode; a fuel solenoid having open and closed positions; and a solenoid switch having open and closed positions to activate and deactivate the fuel solenoid; wherein, when the selector switch is in the first fuel mode, the solenoid switch and the fuel solenoid are in the closed positions and, when the selector switch is in the second fuel mode, the solenoid switch and the fuel solenoid are in the open positions; and further comprising: a valve assembly fluidly connected to each of a first fuel source and a second fuel source, the valve assembly being operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator; and wherein positioning of the selector switch in the first fuel mode and the second fuel mode enables a selection of one of the first fuel flow and the second fuel flow.

**11**. The fuel selector of claim **10** wherein the selector switch triggers the solenoid switch when changed from the second fuel mode to the first fuel mode, so as to cause the solenoid switch and the fuel solenoid to operate in the closed positions.

**12**. The fuel selector of claim **10** wherein the valve assembly is positioned on or adjacent the selector switch.

**13**. The fuel selector of claim **10** wherein the valve assembly comprises: two fuel inputs, with a first fuel input connected to the first fuel source and a second fuel input connected to the second fuel source; and two fuel outputs for selectively supplying fuel to the engine from the first fuel source or the second fuel source.

**14**. The fuel selector of claim **13** wherein the two fuel outputs selectively supply fuel to the engine from only one of the first fuel source or the second fuel source, responsive to selection of the first fuel flow or the second fuel flow via the selector switch and a corresponding operation of the valve assembly.

**15**. The fuel selector of claim **13** wherein the valve assembly comprises:

a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine.

**16**. The fuel selector of claim **10** wherein the first fuel source is a liquefied petroleum gas (LPG) fuel source and wherein the second fuel source is a gasoline source.

**17**. The fuel selector of claim **10** wherein the fuel solenoid is a carburetor shutoff solenoid.

**18**. The fuel selector of claim **10** wherein positioning the selector switch in the first fuel mode enables the selection of the first fuel source to the generator, and positioning the selector switch in the second fuel mode enables the selection of the second fuel source to the generator.

* * * * *



# EXHIBIT J



8509118

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 23, 2024

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,905,896*
ISSUE DATE: *February 20, 2024*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Sylvia Holley
Certifying Officer



US011905896B2

(12) **United States Patent**     (10) **Patent No.:**     **US 11,905,896 B2**
Sarder et al.                      (45) **Date of Patent:**        *Feb. 20, 2024

(54) **DUAL FUEL SELECTOR SWITCH**

(71) Applicant: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

(72) Inventors: **Mark J. Sarder,** Waukesha, WI (US); **Leigh Jenison,** Hartland, WI (US); **Ian Schmit,** Cedarburg, WI (US)

(73) Assignee: **Champion Power Equipment, Inc.,** Santa Fe Springs, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/330,807**

(22) Filed: **Jun. 7, 2023**

(65) **Prior Publication Data**

US 2023/0313747 A1      Oct. 5, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/651,245, filed on Feb. 16, 2022, now Pat. No. 11,761,390, which is a (Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *F02D 19/06* | (2006.01) |
| *F02M 13/08* | (2006.01) |
| *F02D 29/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ..... *F02D 19/0676* (2013.01); *F02D 19/0613* (2013.01); *F02D 19/0647* (2013.01); (Continued)

(58) **Field of Classification Search**
CPC ............ F02D 19/0676; F02D 19/0613; F02D 19/1647; F02D 29/06; F02D 19/0681; F02M 21/0293; F02M 21/0236; F02M 13/08; F02B 53/00; F02B 63/00; H02K 1/22
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,696,333 A | * | 10/1972 | Mott | .................. F02N 11/0803 340/425.5 |
| 4,297,742 A | * | 10/1981 | Heitzman | .............. F02D 17/04 361/194 |

(Continued)

*Primary Examiner* — Syed O Hasan
(74) *Attorney, Agent, or Firm* — Ziolkowski Patent Solutions Group, SC

(57) **ABSTRACT**

A fuel selector for use with a dual fuel generator includes a selector plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. A selector switch coupled to the selector plate is linearly translatable from a first position to a second position, so as to enable positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

**38 Claims, 6 Drawing Sheets**



US 11,905,896 B2

Page 2

### Related U.S. Application Data

continuation of application No. 16/789,722, filed on Feb. 13, 2020, now Pat. No. 11,306,667, which is a continuation of application No. 15/015,205, filed on Feb. 4, 2016, now Pat. No. 10,598,101, which is a continuation of application No. 14/069,747, filed on Nov. 1, 2013, now Pat. No. 9,435,273.

(52) **U.S. Cl.**
CPC ............. *F02D 29/06* (2013.01); *F02M 13/08* (2013.01); *Y02T 10/30* (2013.01); *Y10T 137/0318* (2015.04); *Y10T 137/0491* (2015.04); *Y10T 137/87684* (2015.04)

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,489,699 A * | 12/1984 | Poehlman | ................ | F02B 69/04 |
| | | | | 48/180.1 |
| 2002/0125115 A1 * | 9/2002 | Burkholder | .......... | H01R 13/447 |
| | | | | 200/51.11 |
| 2004/0240141 A1 * | 12/2004 | Stolt | ...................... | H01H 47/18 |
| | | | | 361/160 |
| 2004/0246118 A1 * | 12/2004 | Tharman | ................ | F01M 11/12 |
| | | | | 340/450 |
| 2006/0169238 A1 * | 8/2006 | Mazuka | ................... | F02B 63/04 |
| | | | | 290/1 A |
| 2007/0137591 A1 * | 6/2007 | Sugimoto | ............... | F02M 21/06 |
| | | | | 123/527 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

US 11,905,896 B2

**1**

## DUAL FUEL SELECTOR SWITCH

### CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation of, and claims priority to, U.S. Ser. No. 17/651,245, filed on Feb. 16, 2022, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 16/789,722, filed on Feb. 13, 2020, now U.S. Pat. No. 11,306,667, issued Apr. 19, 2022, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 15/015,205, filed on Feb. 4, 2016, now U.S. Pat. No. 10,598,101, issued Mar. 24, 2020, which is a continuation of, and claims priority to, U.S. patent application Ser. No. 14/069,747, filed on Nov. 1, 2013, now U.S. Pat. No. 9,435,273, issued Sep. 6, 2016, the disclosures of which are incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

Embodiments of the invention relate generally to dual fuel generators and, more particularly, to a selector switch for use on a dual fuel generator that is configured to ensure that only one type of fuel may be in use at a given time in the generator.

Engine-driven, electrical generators are used in a wide variety of applications. Typically, an electrical generator utilizes a single driving engine directly coupled to a generator or alternator through a common shaft. Upon activation of the generator, a fuel and air mixture is provided to the combustion chambers of corresponding cylinders of the engine. The fuel mixture in each combustion chamber is ignited causing an explosion within the cylinders. The explosive forces within the combustion chambers in the cylinders cause linear motion of the pistons within their corresponding cylinders. The linear motion of the pistons is converted into rotational motion by a crankshaft that, in turn, drives the alternator. As is conventional, the driven alternator generates electrical power.

Certain generators are defined as "dual fuel" generators that include an engine having the ability to be fueled with either of two fuels, such as either gasoline or liquefied petroleum gas (LPG), for example. These "dual fuel" engines may selectively operate on gasoline or LPG as desired and controlled by an operator, such as being operated on LPG/gasoline for a first period of operation and selectively switching over to the other of LPG/gasoline for another period of operation, with such a switching of fuels being controlled as desired by an operator. Typical dual fuel generators utilize separate valves for each fuel type, such as an LPG valve and a gasoline valve, to control flow of the respective fuels to the engine. While the existence of two separate valves allows one fuel type to have its valve "on" while the other has its valve "off," there is nothing to prevent both valves from being "on" at the same time. As such, it is possible for both valves to be in the "on" position, which can lead to a potentially unsafe condition resulting from the mixture of the fuels.

Therefore, it would be desirable to provide a dual fuel generator with a selector switch that would prohibit the mixing of two differing types of fuels. It would further be desirable for such a selector switch to inhibit positioning/actuation of the valves in such a manner that the valve for a first fuel source is prevented from being "on" when the valve for a second fuel source is "on," and vice versa.

### BRIEF DESCRIPTION OF THE INVENTION

In accordance with one aspect of the invention, a fuel selector for use with a dual fuel generator includes a selector

**2**

plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. The fuel selector also includes a selector switch coupled to the selector plate so as to be linearly translatable from a first position to a second position, wherein translation of the selector switch between the first and second positions enables positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

In accordance with another aspect of the invention, a method of controlling fuel flow in a dual fuel generator includes providing a first fuel valve assembly to control fuel flow from a first fuel source to an internal combustion engine of the dual fuel generator, the first fuel valve assembly including a first fuel valve handle movable between an ON position and an OFF position to control fuel flow from the first fuel source to the internal combustion engine. The method also includes providing a second fuel valve assembly to control fuel flow from a second fuel source to the internal combustion engine of the dual fuel generator, the second fuel valve assembly including a second fuel valve handle movable between an ON position and an OFF position to control fuel flow from the second fuel source to the internal combustion engine. The method further includes providing a fuel selector switch adjacent the first fuel valve assembly and the second fuel valve assembly such that the fuel selector switch is translatable to a first position and a second position, wherein the fuel selector switch is translatable between the first position and the second position to selectively inhibit actuation of the first fuel valve handle and the second fuel valve handle, so as to prevent a simultaneous flow of fuels from the first and second fuel sources to the internal combustion engine.

In accordance with yet another aspect of the invention, a dual fuel generator includes a first fuel source, a second fuel source, and an internal combustion engine coupled to the first fuel source and the second fuel source to selectively receive fuel therefrom. The dual fuel generator also includes a fuel selector configured to control a flow of fuel from the first and second fuel sources to the internal combustion engine, with the fuel selector comprising a first fuel valve assembly including a first fuel valve and a first fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the first fuel valve, a second fuel valve assembly including a second fuel valve and a second fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the second fuel valve, a selector plate having the first fuel valve assembly and the second fuel valve assembly coupled to a front side thereof, and a selector switch slideably coupled to the selector plate so as to be movable from a first position to a second position. Positioning of the selector switch in the first position causes the selector switch to cover the second fuel valve handle so as to prevent the second fuel valve handle from moving to the open position and positioning of the selector switch in the second position causes the selector switch to cover the first fuel valve handle so as to prevent the first fuel valve handle from moving to the open position.

US 11,905,896 B2

3

These and other advantages and features will be more readily understood from the following detailed description of preferred embodiments of the invention that is provided in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The drawings illustrate embodiments presently contemplated for carrying out the invention.

In the drawings:

FIG. 1 is a perspective view of a dual fuel generator, according to an embodiment of the invention.

FIG. 2 is a partial view of the dual fuel generator of FIG. 1, according to an embodiment of the invention.

FIG. 3 is a front perspective view of a fuel selector for use with the dual fuel generator of FIG. 1, according to an embodiment of the invention.

FIG. 4 is a front perspective view of a selector switch for use with the fuel selector of FIG. 3, according to an embodiment of the invention.

FIG. 5 is a front perspective view of the fuel selector of FIG. 3 with the selector switch in a first position, according to an embodiment of the invention.

FIG. 6 is a front perspective view of the fuel selector of FIG. 3 with the selector switch in a second position, according to an embodiment of the invention.

DETAILED DESCRIPTION

Referring first to FIGS. 1 and 2, a dual fuel generator 10 is illustrated, according to an embodiment of the invention—with a perspective view of the generator 10 being shown in FIG. 1 and a more detailed partial view of the generator 10 being shown in FIG. 2 to further illustrate features thereof. Dual fuel generator 10 includes an internal combustible engine 12 operatively connected to an alternator 14 in a conventional manner. The engine 12 includes pistons (not shown) that are slideably received within corresponding cylinders (not shown) thereof, with each cylinder further including an intake valve for admitting a fuel-air mixture and an exhaust valve for venting exhaust gases following combustion. The fuel-air mixture is provided by a carburetor 16 that includes a movable throttle, with a position of the throttle regulating the amount of fuel and air admitted into the cylinders and thus the speed and power developed by the engine 12 when the air-fuel mixture is ignited to generate reciprocal movement of the pistons. The reciprocal movement of the pistons of engine 12 is translated to rotational movement by a crankshaft (not shown) that, in turn, drives the alternator 14, so as to generate an electrical output power from the generator 10.

As the generator 10 is a dual fuel generator, the engine 12 is designed to use different fuels from either a first fuel source 18 or a second fuel source 20. In an exemplary embodiment of the invention, first fuel source 18 supplies a liquefied petroleum gas (LPG) to the engine 12 and second fuel source 20 supplies gasoline to the engine 12, with the generator 10 selectively operating on LPG or gasoline as desired and controlled by an operator, such as for example operating on LPG for a first period of operation and then switching over to gasoline for another period of operation. However, it is contemplated that the first fuel source 18 and/or second fuel source 20 may be other types of fuel sources (e.g., natural gas, biodiesel, etc.), according to additional embodiments of the invention—and thus the scope of the invention is not meant to be limited strictly to a gasoline-LPG dual fuel embodiment.

4

For selectively controlling the flow of gasoline and LPG to the engine 12, dual fuel generator 10 includes a fuel selector 22 constructed to provide for selection of a desired fuel source 18, 20 for supplying fuel to engine 12. The fuel selector 22 not only provides for selection of a desired fuel source 18, 20 for supplying fuel to engine 12, but also selectively restricts the selection of a fuel source so as to enable the use of only one fuel at a time. As a result, fuel from first fuel source 18 cannot flow to engine 12 while fuel from second fuel source 20 is flowing to engine 12, and vice versa.

The fuel selector 22 of generator 10 is shown in greater detail in FIGS. 3-6 according to an embodiment of the invention. In general, the fuel selector 22 includes a first valve assembly 24, a second valve assembly 26, a selector plate 28, a selector switch 30, and a carburetor solenoid switch 32. These elements of the fuel selector 22 collectively function to provide for selective control of a fuel flow (of gasoline or LPG) to the engine 12, with the fuel selector 22 enabling selection of a desired fuel source 18, 20 to provide a fuel flow therefrom while also inhibiting the selection of the other fuel source 18, 20 so as to prevent a fuel flow therefrom, thereby enabling only a single fuel to flow to the engine 12 at one time.

Referring first to FIG. 3, a front view of fuel selector 22 is shown with selector switch 30 removed therefrom, so as to best illustrate the construction of the first valve assembly 24 and the second valve assembly 26. The first valve assembly 24 and the second valve assembly 26 are attached, respectively, to first fuel source 18 and second fuel source 20 to selectively control a flow of fuel from the fuel sources to the engine 12. First valve assembly 24 includes a first fuel valve handle 34 that is operatively connected to a first fuel valve 36 to control an opening and closing of the first fuel valve. Similarly, second valve assembly 26 includes a second fuel valve handle 38 that is operatively connected to a second fuel valve 40 to control an opening and closing of the second fuel valve.

Each of the first valve assembly 24 and the second valve assembly 26 are movable between an ON position and an OFF position to control opening and closing of their respective fuel valves. More specifically, first and second fuel valve handles 34, 38 are movable between an ON position and an OFF position, with the fuel valves 36, 40 being open (to enable fuel flow to the engine 12) when their respective valve handle 34, 38 is in the ON position and being closed (to prevent fuel flow to the engine 12) when their respective fuel valve handle 34, 38 is in the OFF position. Thus, when first fuel valve handle 34 is in an ON position, first fuel valve 36 is open and allows the fuel from first fuel source 18 to flow to the engine 12, and when second fuel valve handle 38 is in an ON position, second fuel valve 40 is open and allows the fuel from second fuel source 20 to flow to the engine 12.

In the preferred embodiments of the invention, first valve assembly 24 and second valve assembly 26 are located adjacent to each other on the same horizontal plane or parallel horizontal planes. In such an embodiment, first valve assembly 24 is in the ON position when first fuel valve handle 34 is moved to a vertical orientation/position and first valve assembly 24 is in an OFF position when first fuel valve handle 34 is moved to a horizontal orientation/position. Similarly, second valve assembly 26 is in the ON position when second fuel valve handle 38 is moved to a vertical orientation/position second valve assembly 26 is in an OFF position when second fuel valve handle 38 is moved to a horizontal orientation/position. It is recognized, however, that an alternative embodiment of the invention may have

US 11,905,896 B2

5

first valve assembly 24 and second valve assembly 26 located adjacent to each other on the same vertical plane or parallel vertical planes. One having ordinary skill in the art would recognize that in such an alternative embodiment of the invention, first and second valve assemblies 24 would be in the ON position when their respective fuel valve handles 34, 38 are horizontal, and would be in the OFF position when their respective fuel valve handles 34, 38 are vertical.

As shown in FIG. 3, first valve assembly 24 and second valve assembly 26 are positioned adjacent to the selector plate 28 of fuel selector 22. The selector plate 28 may be integrally formed as part of a larger outer frame assembly of generator 10 or may be an insert attachable to such a frame assembly. Openings 42 are formed in selector plate 28 so as to accommodate positioning of the first valve assembly 24 and second valve assembly 26—with the openings 42 enabling positioning of first and second fuel valve handles 34, 38 in front of selector plate 28, such that they may be actuated by an operator of the generator 10 in order to open/close their respective valves 36, 40. Selector plate 28 also includes slots or grooves 44 formed therein that are positioned both above and below the first and second fuel valve handles 34, 38, with the slots 44 extending generally in a lengthwise fashion along a length of the selector plate 28. Each of the slots 44 is configured to receive a protrusion or flange formed on selector switch 30, such that the selector switch 30 can be slideably coupled to the selector plate 28—with the selector switch 30 being translatable in a linear fashion by way of its mating with the slots 44.

Detailed views of the selector switch 30 and of its mating with the selector plate 28 are shown in FIGS. 4-6. Referring first to FIG. 4, the general structure of selector switch 30 is shown according to an exemplary embodiment. Protrusions or flanges 46 are formed on each of top and bottom surfaces of the selector switch 30 that are configured to mate with the corresponding slots 44 formed in selector plate 28 (FIG. 3). The protrusions 46 may be flexible so as to accommodate coupling of the selector switch 30 to the selector plate 28. A front surface 48 of selector switch 30 includes finger-hold depressions 50 formed therein that accommodate the fingers of an operator, with the finger-holds providing a convenient feature by which the operator can operate (i.e., slide) the selector switch 30. A back surface 52 of the selector switch 30 includes a groove or channel 54 formed therein having a width and depth sufficient to receive the first and second fuel valve handles 34, 38 therein when in their horizontal position (i.e., the OFF position). The groove 54 is further sized and configured such that the first and second fuel valve handles 34, 38 will not fit therein when in their vertical position (i.e., the ON position).

Positioning of the selector switch 30 relative to the selector plate 28 and first and second valve assemblies 24, 26 is shown in FIGS. 5 and 6. As shown therein, positioning of the first valve assembly 24 and second valve assembly 26 adjacent selector plate 28—and on the same horizontal plane—provides for selective positioning of the selector switch 30 relative to the fuel valve handles 34, 38 in what are generally referred to hereafter as a first position and a second position 56, 58. The selector switch 30 is translatable in a horizontal motion—via a sliding motion within slots 44 of the selector plate 28—from the first position 56 (FIG. 5) to the second position 58 (FIG. 6) to selectively restrict actuation of the first and second fuel valve handles 34, 38. As the groove 54 formed in selector switch 30 is configured such that the first and second fuel valve handles 34, 38 will not fit therein when in their vertical position (i.e., the ON position), it is recognized that in order to translate the

6

selector switch 30 back and forth between the first and second positions 56, 58, both of the fuel valve handles 34, 38 must be in their horizontal OFF position.

In FIG. 5, selector switch 30 is illustrated in the first position 56. When selector switch 30 is in first position 56, selector switch 30 covers second fuel valve handle 38, and groove 54 formed on the back surface 52 of the fuel selector switch 30 locks second fuel valve handle 38 in an OFF position, so as to prohibit the second valve assembly 26 from moving to the ON position. Further, when selector switch 30 is in first position 56, first valve assembly 24 is able to move freely between the ON position and the OFF position, with the first fuel valve handle 34 being actuatable by the operator. In one embodiment of the invention, when first valve assembly 24 is in the ON position, first fuel valve handle 34 is in a vertical position and prevents selector switch 30 from moving horizontally from first position 56 to second position 58.

In operation, when selector switch 30 is moved from second position 58 into first position 56, second fuel valve handle 38 slides into the groove 54 formed in selector switch 30. As a result, when selector switch 30 is in first position 56, second fuel valve handle 38 is unable to move, as it is locked in place by groove 54, and second valve assembly 26 is locked in the OFF position, with movement from the OFF position to the ON position being prohibited.

In FIG. 6, selector switch 30 is illustrated in the second position 58. When selector switch 30 is in second position 58, selector switch 30 covers first fuel valve handle 34, and groove 54 formed on the back surface 52 of the fuel selector switch 30 locks first fuel valve handle 34 in an OFF position, so as to prohibit the first valve assembly 24 from moving to the ON position. In addition, when selector switch 30 is in second position 58, second valve assembly 26 is able to freely move between the ON position and the OFF position, with the second fuel valve handle 38 being actuatable by the operator. In one embodiment of the invention, when second valve assembly 26 is in the ON position, second fuel valve handle 38 is in a vertical position and prevents selector switch 30 from moving horizontally from second position 58 to first position 56.

In operation, when selector switch 30 is moved from first position 56 into second position 58, first fuel valve handle 34 slides into groove 54 formed in selector switch 30. Therefore, when selector switch 30 is in second position 58, first fuel valve handle 34 is unable to move, as it is locked in place by groove 54, and first valve assembly 24 is locked in the OFF position, with movement from the OFF position to the ON position being prohibited.

Referring still now to FIG. 6, according to an exemplary embodiment of the invention, the fuel selector 22 of generator 10 further comprises a carburetor solenoid switch 32 that is positioned within an opening 60 formed in selector plate 28 so as to extend therethrough and is further positioned adjacent second valve assembly 26 (i.e., second fuel valve handle 38. As solenoid switch 32 is located adjacent to the second valve assembly 26—which is in turn connected to the gasoline fuel source 20—selector switch 30 covers and triggers solenoid switch 32 when slid from the second position 58 to the first position 56—by depressing the solenoid switch 32 as it comes in contact therewith. When solenoid switch 32 is triggered, a carburetor shutoff solenoid operatively connected to the solenoid switch 32 is activated and shuts off the flow of gasoline to the carburetor 16 (FIG. 2). In the preferred embodiment of the invention, solenoid switch 32 is a depressible switch, but it is contemplated that solenoid switch 32 may be another type of switch

US 11,905,896 B2

7

that can be activated via interaction with selector switch **30** or via interaction with either valve handle **34**, **38**, so as to activate the carburetor shutoff solenoid.

Beneficially, the design of the fuel selector **22** and of the selector switch **30** described herein prevents differing fuels from two separate fuel sources from flowing to the engine of a dual fuel generator at the same time. The interaction of the selector switch **30** with the first and second fuel valve assemblies **24**, **26**— with the selector switch **30** sliding back and forth to selectively cover/engage first and second fuel valve assemblies **24**, **26**—prohibits both valve assemblies from being in the "ON" position at the same time. The selector switch **30** is thus a foolproof device that prevents the mixing of fuels so as to provide additional safety to the usage of dual fuel generators.

Therefore, according to one embodiment of the invention, a fuel selector for use with a dual fuel generator includes a selector plate, a first fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a first fuel flow to an engine of the dual fuel generator, and a second fuel valve assembly positioned adjacent the selector plate and actuatable between an ON position and an OFF position to selectively control a second fuel flow to the engine of the dual fuel generator. The fuel selector also includes a selector switch coupled to the selector plate so as to be linearly translatable from a first position to a second position, wherein translation of the selector switch between the first and second positions enables positioning of only one of the first fuel valve assembly and the second fuel valve assembly in the ON position at a given time, such that the first and second fuel valve assemblies cannot be in the ON position concurrently.

According to another embodiment of the invention, a method of controlling fuel flow in a dual fuel generator includes providing a first fuel valve assembly to control fuel flow from a first fuel source to an internal combustion engine of the dual fuel generator, the first fuel valve assembly including a first fuel valve handle movable between an ON position and an OFF position to control fuel flow from the first fuel source to the internal combustion engine. The method also includes providing a second fuel valve assembly to control fuel flow from a second fuel source to the internal combustion engine of the dual fuel generator, the second fuel valve assembly including a second fuel valve handle movable between an ON position and an OFF position to control fuel flow from the second fuel source to the internal combustion engine. The method further includes providing a fuel selector switch adjacent the first fuel valve assembly and the second fuel valve assembly such that the fuel selector switch is translatable to a first position and a second position, wherein the fuel selector switch is translatable between the first position and the second position to selectively inhibit actuation of the first fuel valve handle and the second fuel valve handle, so as to prevent a simultaneous flow of fuels from the first and second fuel sources to the internal combustion engine.

According to yet another embodiment of the invention, a dual fuel generator includes a first fuel source, a second fuel source, and an internal combustion engine coupled to the first fuel source and the second fuel source to selectively receive fuel therefrom. The dual fuel generator also includes a fuel selector configured to control a flow of fuel from the first and second fuel sources to the internal combustion engine, with the fuel selector comprising a first fuel valve assembly including a first fuel valve and a first fuel valve handle that is actuatable between an open position and a

8

closed position to selectively open and close the first fuel valve, a second fuel valve assembly including a second fuel valve and a second fuel valve handle that is actuatable between an open position and a closed position to selectively open and close the second fuel valve, a selector plate having the first fuel valve assembly and the second fuel valve assembly coupled to a front side thereof, and a selector switch slideably coupled to the selector plate so as to be movable from a first position to a second position. Positioning of the selector switch in the first position causes the selector switch to cover the second fuel valve handle so as to prevent the second fuel valve handle from moving to the open position and positioning of the selector switch in the second position causes the selector switch to cover the first fuel valve handle so as to prevent the first fuel valve handle from moving to the open position.

While the invention has been described in connection with only a limited number of embodiments, it should be readily understood that the invention is not limited to such disclosed embodiments. Rather, the invention can be modified to incorporate any number of variations, alterations, substitutions or equivalent arrangements not heretofore described, but which are commensurate with the spirit and scope of the invention. Additionally, while various embodiments of the invention have been described, it is to be understood that aspects of the invention may include only some of the described embodiments. Accordingly, the invention is not to be seen as limited by the foregoing description, but is only limited by the scope of the appended claims.

What is claimed is:

1. A dual fuel generator comprising:
an internal combustion engine coupleable to a first fuel source and a second fuel source to selectively receive fuel therefrom; and
a fuel selector configured to control a flow of fuel to the internal combustion engine, the fuel selector comprising:
a selector plate;
a first fuel valve assembly positioned adjacent to the selector plate and including a first fuel valve and a first fuel valve handle, the first fuel valve handle being actuatable between an ON position and an OFF position to selectively open and close the first fuel valve;
a second fuel valve assembly positioned adjacent to the selector plate and including a second fuel valve and a second fuel valve handle, the second fuel valve handle being actuatable between an ON position and an OFF position to selectively open and close the second fuel valve;
a selector switch slidably coupled to the selector plate so as to be movable between:
a first position in which the selector switch covers the second fuel valve handle so as to prevent actuation of the second valve handle to the ON position; and
a second position in which the selector switch covers the first valve handle so as to prevent actuation of the first valve handle to the ON position; and
a carburetor fuel shutoff solenoid that is activated when the selector switch is in the first position.

2. The dual fuel generator of claim **1** wherein:
the first fuel valve assembly is configured to couple to a liquefied petroleum gas (LPG) fuel source; and
the second fuel valve assembly is configured to couple to a gasoline source.

US 11,905,896 B2

9

**3**. The dual fuel generator of claim **1** wherein:

the selector plate comprises first and second openings;

the first valve assembly extends through the first opening of the selector plate; and

the second valve assembly extends through the second opening of the selector plate.

**4**. The dual fuel generator of claim **1** wherein the selector switch comprises:

a front side;

a back side; and

a groove located on the back side and configured to:

prohibit actuation of the first fuel valve handle to the ON position when the selector switch is in the second position; and

prohibit actuation of the second fuel valve handle to the ON position when the selector switch is in the first position.

**5**. The dual fuel generator of claim **4** wherein the groove is configured to prevent movement of the selector switch from the first position to the second position and from the second position to the first position unless the first and second fuel valve handles are both in the OFF position.

**6**. The dual fuel generator of claim **1** wherein the first and second valve handles are in the ON position when positioned vertically and in the OFF position when positioned horizontally.

**7**. A fuel selector for use with a dual fuel generator, the fuel selector comprising:

a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising:

a first mechanical fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second mechanical fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and

a selector switch movable with respect to the valve assembly to allow a user to manually select the first fuel flow or the second fuel flow.

**8**. The fuel selector of claim **7** wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions.

**9**. The fuel selector of claim **8** further comprising:

a first valve handle coupled to the first fuel valve and actuatable between an ON position and an OFF position to selectively actuate the first fuel valve between the open position and the closed position, respectively; and

a second valve handle coupled to the second fuel valve and actuatable between an ON position and an OFF position to selectively actuate the second fuel valve between the open position and the closed position, respectively;

wherein the selector switch is positioned relative to the first and second valve handles so as to provide for only one of the first and second valve handles to be in the ON position at a given time.

**10**. The fuel selector of claim **9** further comprising a selector plate positioned adjacent to the first and second valve handles;

wherein the selector switch is coupled to the selector plate so as to be movable between a first position and a second position, with movement of the selector switch

10

between the first and second positions enabling positioning of only one of the first and second valve handles in the ON position at a given time.

**11**. The fuel selector of claim **10** wherein:

when the selector switch is in the first position, the first valve handle is actuatable between the ON position and the OFF position, and the second valve handle is prohibited from being in the ON position; and

when the selector switch is in the second position, the first valve handle is prohibited from being in the ON position, and the second valve handle is actuatable between the ON position and the OFF position.

**12**. The fuel selector of claim **10** further comprising a carburetor solenoid switch extending through an opening in a front surface of the selector plate and comprising a depressible switch configured to activate an associated solenoid when depressed.

**13**. The fuel selector of claim **12** wherein, when the selector switch is in the first position and prohibiting the second valve handle from being in the ON position, the selector switch depresses the carburetor solenoid switch so as to activate the carburetor solenoid and prohibit the second fuel flow to the engine.

**14**. The fuel selector of claim **7** wherein:

the first fuel valve is couplable to a liquefied petroleum gas (LPG) fuel source; and

the second fuel valve is couplable to a gasoline source.

**15**. A fuel selector for use with a dual fuel generator, the fuel selector comprising:

a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising:

a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine; and

at least one valve handle mechanically coupled to the first fuel valve and the second fuel valve to selectively open and close the first fuel valve and the second fuel valve responsive to actuation thereof so as to enable the first fuel flow to the engine or the second fuel flow to the engine.

**16**. The fuel selector of claim **15** wherein the at least one valve handle enables only one of the first and second fuel flows to the engine at a given time.

**17**. The fuel selector of claim **15** wherein the at least one valve handle comprises:

a first valve handle coupled to the first fuel valve and actuatable between an ON position and an OFF position to selectively actuate the first fuel valve between the open position and the closed position, respectively; and

a second valve handle coupled to the second fuel valve and actuatable between an ON position and an OFF position to selectively actuate the second fuel valve between the open position and the closed position, respectively.

**18**. The fuel selector of claim **17** further comprising a selector switch positioned relative to the first and second valve handles so as to provide for only one of the first and second valve handles to be in the ON position at a given time.

US 11,905,896 B2

11

**19.** The fuel selector of claim **18** further comprising a selector plate positioned adjacent to the first and second valve handles;

wherein the selector switch is coupled to the selector plate so as to be movable between a first position to a second position, with movement of the selector switch between the first and second positions enabling positioning of only one of the first and the second valve handles in the ON position at a given time.

**20.** The fuel selector of claim **19** wherein:

when the selector switch is in the first position, the first valve handle is actuatable between the ON position and the OFF position, and the second valve handle is prohibited from being in the ON position; and

when the selector switch is in the second position, the first valve handle is prohibited from being in the ON position, and the second valve handle is actuatable between the ON position and the OFF position.

**21.** A fuel selector of a dual fuel generator comprising:

a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator;

a selector switch having a first fuel mode and a second fuel mode;

a fuel solenoid having open and closed positions; and

a solenoid switch having open and closed positions;

wherein, when the selector switch is in the first fuel mode, the solenoid switch and the fuel solenoid are in the closed positions;

wherein, when the selector switch is in the second fuel mode, the solenoid switch and the fuel solenoid are in the open positions; and

wherein positioning of the selector switch in the first fuel mode and the second fuel mode enables a selection of the first fuel flow or the second fuel flow.

**22.** The fuel selector of claim **21** wherein:

positioning the selector switch in the first fuel mode enables the selection of the first fuel flow; and

positioning the selector switch in the second fuel mode enables the selection of the second fuel flow.

**23.** The fuel selector of claim **21** wherein the selector switch triggers the solenoid switch when changed from the second fuel mode to the first fuel mode so as to cause the solenoid switch and the fuel solenoid to operate in the closed positions.

**24.** The fuel selector of claim **21** wherein the fuel solenoid is a carburetor shutoff solenoid.

**25.** The fuel selector of claim **21** wherein the selector switch is positioned adjacent to the valve assembly.

**26.** The fuel selector of claim **21** wherein the valve assembly comprises:

two fuel inputs comprising:

a first fuel input couplable to the first fuel source; and

a second fuel input couplable to the second fuel source; and

two fuel outputs for selectively supplying fuel to the engine from the first fuel source or the second fuel source.

**27.** The fuel selector of claim **26** wherein the two fuel outputs selectively supply fuel to the engine from only one of the first and second fuel sources responsive to selection of the first fuel flow or the second fuel flow via the selector switch and a corresponding operation of the valve assembly.

**28.** The fuel selector of claim **26** wherein the valve assembly comprises:

12

a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine.

**29.** The fuel selector of claim **28** further comprising:

a first fuel valve handle coupled to the first fuel valve and actuatable between an ON position and an OFF position to selectively actuate the first fuel valve between the open position and the closed position, respectively; and

a second valve handle coupled to the second fuel valve and actuatable between an ON position and an OFF position to selectively actuate the second fuel valve between the open position and the closed position, respectively.

**30.** A fuel selector for use with a dual fuel generator, the fuel selector comprising:

a valve assembly fluidly couplable to each of a first fuel source and a second fuel source and operable to selectively control a first fuel flow and a second fuel flow from the first fuel source and the second fuel source, respectively, to an engine of the dual fuel generator, the valve assembly comprising:

two fuel inputs comprising:

a first fuel input couplable to the first fuel source; and

a second fuel input couplable to the second fuel source; and

two fuel outputs configured to selectively supply fuel to the engine from the first fuel source or the second fuel source; and

a selector switch positioned on the valve assembly to allow a user to manually select the first fuel flow or the second fuel flow.

**31.** The fuel selector of claim **30** wherein the two fuel outputs are configured to selectively supply fuel to the engine from only one of the first and second fuel sources responsive to selection of the first fuel flow or the second fuel flow via the selector switch and a corresponding operation of the valve assembly.

**32.** The fuel selector of claim **30** wherein the valve assembly comprises:

a first fuel valve having open and closed positions to selectively control the first fuel flow to the engine; and

a second fuel valve having open and closed positions to selectively control the second fuel flow to the engine.

**33.** The fuel selector of claim **32** further comprising:

a first valve handle coupled to the first fuel valve and actuatable between an ON position and an OFF position to selectively actuate the first fuel valve between the open position and the closed position, respectively; and

a second valve handle coupled to the second fuel valve and actuatable between an ON position and an OFF position to selectively actuate the second fuel valve between the open position and the closed position, respectively.

**34.** The fuel selector of claim **32** wherein the first fuel valve and the second fuel valve are non-solenoid, mechanical valves.

**35.** The fuel selector of claim **32** wherein the selector switch provides for manual actuation of the first fuel valve and the second fuel valve between the open and closed positions.

**36.** The fuel selector of claim **30** further comprising a carburetor solenoid switch configured to activate an associated carburetor solenoid when actuated.

US 11,905,896 B2

13

14

**37**. The fuel selector of claim **36** wherein, when the selector switch is in a first position, the selector switch actuates the carburetor solenoid switch so as to activate the carburetor solenoid and prohibit the second fuel flow to the engine.

**38**. The fuel selector of claim **37** wherein, when the selector switch is in a second position, the carburetor solenoid allows the second fuel flow to the engine.

\* \* \* \* \*



PTO-1683
(Rev. 7-96)