Snell & Wilmer L.L.P.
Randal S. Weide, NV Bar No. 5541
Jacey Prupas, NV Bar No. 9156
David G. Barker (admitted *pro hac vice*)
Zachary G. Schroeder (admitted *pro hac vice*)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile:  702.784.5252
sweide@swlaw.com
jprupas@swlaw.com
dbarker@swlaw.com
zschroeder@swlaw.com

Timothy J. Ziolkowski (admitted *pro hac vice*)
Jacob M. Fritz (admitted *pro hac vice*)
ZIOLKOWSKI PATENT SOLUTIONS GROUP, SC
136 S. Wisconsin Street
Port Washington, WI 53074
Telephone: 262.268.8100
Facsimile:  262.268.8185
tjz@zpatents.com
jmf@zpatents.com

*Attorneys for Champion Power Equipment, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPION POWER EQUIPMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WESTINGHOUSE ELECTRIC CORPORATION; WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY, LLC; MIDWEST EQUIPMENT SALES, LLC; and MWE INVESTMENTS, LLC,<br><br>Defendants. | Case No. **3:25-cv-00239**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT**<br><br>**First Request** |

Pursuant to LR IA 6-1, the Parties hereby stipulate to extending the deadline for Defendants Westinghouse Electric Corp., Westinghouse Electric and Manufacturing Company, LLC, Midwest

1  Equipment Sales, LLC, and MWE Investments, LLC (the "Defendants") [1] to respond to the
2  Complaint [ECF 7] by three weeks. Defendants' current deadline to respond to the Complaint is
3  July 15, 2025 and the Parties stipulate and request that this deadline be extended through and
4  including August 5, 2025. This is the Parties' first request to extend this deadline.

Prior to Defendants responding to the Complaint, the Parties met and conferred regarding a dispute surrounding the adequacy of the named defendants. In order to save the Parties' and judicial resources, and to avoid unnecessary motion practice, the Parties have agreed to work together to resolve these disputes. Before the expiration of Defendants' proposed deadline to respond to the Complaint, the Parties anticipate filing a stipulation pursuant to Fed. R. Civ. P. 15(a)(2) and LR 15-1 to allow Plaintiff Champion Power Equipment, Inc. to file a First Amended Complaint, resolving these disputes.

---

[1] Defendants Westinghouse Electric Corp., Westinghouse Electric and Manufacturing Company, LLC, Midwest Equipment Sales, LLC, and MWE Investments, LLC (the "Defendants") make a limited appearance solely for the purpose of this stipulation.

SNELL & WILMER
L.L.P.
ATTORNEYS AT LAW
LAS VEGAS

Dated: July 14, 2025

SNELL & WILMER L.L.P.

By: _____
    Randal S. Weide
    Jacey Prupas
    David G. Barker
    Zachary G. Schroeder

    Timothy J. Ziolkowski
    Jacob M. Fritz
    ZIOLKOWSKIN PATENT SOLUTIONS GROUP, SC

*Attorneys for Plaintiff*

LEX TECNICA, LTD.

By: */s/F. Christopher Austin (with permission)*
    F. Christopher Austin
    Nevada Bar No. 6559
    Scott Whitworth
    Nevada Bar No. 15671
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    Phone: (725) 239-8413
    chris@lextecnica.com
    scott@lextecnica.com
    *Attorney for Defendants*

## ORDER

IT IS SO ORDERED.

DATED: July 15, 2025.

_____
UNITED STATES MAGISTRATE JUDGE