**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
H. JARED DOSTER, ESQ.
Nevada Bar No. 17067
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
jared@lextecnica.com
scott@lextecnica.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHAMPION POWER EQUIPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTINGHOUSE ELECTRIC CORPORATION; WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY, LLC; MIDWEST EQUIPMENT SALES, LLC; and MWE INVESTMENTS, LLC, <br><br> Defendants. | Case No.:   3:25-cv-00239-ART-CLB <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE ANSWER TO COMPLAINT** <br> **Second Request** |

Pursuant to LR IA 6-1, the Parties stipulate to extend the deadline for Defendants Westinghouse Electric Corp., Westinghouse Electric and Manufacturing Company, LLC, Midwest Equipment Sales, LLC, and MWE Investments, LLC (the "Defendants") to respond to the Complaint [ECF 7] by one week. Defendants' current deadline is August 5, 2025, and the Parties request that it be extended through August 11, 2025. This is the Parties' second request for an extension.

Good cause exists for this extension because lead counsel for Defendants, Mr. Levere, who was admitted pro hac vice on July 29, 2025, will be out of the office during the current response period and will return on August 11, 2025. The Parties had previously anticipated that an amended

complaint might be necessary to address questions regarding the proper defendants, which formed the basis for the first requested extension. While Plaintiff does not believe an amended complaint is necessary at this time, it has agreed to grant Defendants a brief extension of time to file their responsive pleadings.

Dated: August 5, 2025.

LEX TECNICA, LTD.

By: */s/ F. Christopher Austin*
F. Christopher Austin
Nevada Bar No. 6559
Scott Whitworth
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
scott@lextecnica.com
*Attorney for Defendants*

Dated: August 5, 2025

SNELL & WILMER L.L.P.

By: */s/ Zachary G. Schroeder*
Randal S. Weide
Jacey Prupas
David G. Barker
Zachary G. Schroeder
Timothy J. Ziolkowski
Jacob M. Fritz
ZIOLKOWSKIN PATENT
SOLUTIONS GROUP, SC
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 5, 2025.